IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOBING WANG AND LIANGQING LI,<br><br>                      Plaintiffs,<br><br>                v.<br><br>GUA JIE, *ET AL.*,<br><br>                      Defendants. | Civil Case No.: 2:25-cv-144<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER TO TEMPORARILY SEAL DOCUMENTS

On this day, the Court considered Plaintiffs' Motion to File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited, to the following: Plaintiffs' Complaint and declarations, schedules, and exhibits attached thereto; Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, including a temporary injunction, a temporary order asset restraint, and limited expedited discovery, and declarations, schedules, and exhibits attached thereto; and Plaintiffs' Brief in support of its *Ex Parte* Motion for Temporary Restraining Order and declarations, schedules, and exhibits attached thereto; until the hearing on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order or further ordered by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Seal File, the Clerk of the Court shall have authority to provide Plaintiffs with certified copies of any orders entered in this matter while under seal.

DATED:

_____

UNITED STATES DISTRICT JUDGE