**SCHEDULE A**

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 1 | Gua Jie | B0D2DDP2WC | Amazon |
| 2 | 西湖龙井 | B01JFBK8HO | Amazon |
| 3 | SZNWE | B0CKMGD1HH | Amazon |
| 4 | Huanyu US | B07HRSWKJV | Amazon |
| 5 | Wnew Official Shop | B0C9D26JQD | Amazon |
| 6 | YIGAO FASHION | B0CRPB2BF6 | Amazon |
| 7 | Yibakeji | B01ET1OTV6 B0CNPP9B1N | Amazon |
| 8 | MATYASIGO | B07HF4Y45R | Amazon |
| 9 | FLOTE | B09VZR5RPY | Amazon |
| 10 | xin xin ran | B0B7LQYT54 B0B5TS38WG | Amazon |
| 11 | IYOUNG | B0CKQQFJSX B0CKQQPNVY | Amazon |
| 12 | vnemofey | B0B5WHSN4P | Amazon |
| 13 | Taysem | B0D1G4DWPM | Amazon |
| 14 | Fran316 | B0D7YQHZ44 | Amazon |
| 15 | XZCSHOP | B0D5VHJPRF | Amazon |
| 16 | JASTOO Direct | B0D6G9M73Q | Amazon |
| 17 | HongJia-Tech | B09JJR6CP1 | Amazon |
| 18 | cishengkeji | B09V7YXQZY | Amazon |
| 19 | Ronsoile US | B0DHLBTPSC | Amazon |

| 20 | Kaizone manufacture | B0DGCZXZFL | Amazon |
|---|---|---|---|
| 21 | PANDALILAI | 3817568766 | Walmart |
| 22 | VGAzer-Levitating Moon Lamp | 6667514075 | Walmart |
| 23 | chenhuishangmao | 6458750160 | Walmart |
| 24 | Debao | 7873351576 | Walmart |
| 25 | shenglian | 1501982818 | Walmart |
| 26 | shaoyueshangmao | 5810867629 | Walmart |
| 27 | Accent Collection | 5083424298 | Walmart |
| 28 | EseeAier | 5804120430 | Walmart |
| 29 | jingdanshangmao | 6008024019 | Walmart |
| 30 | lu ping guo | 5275000384 | Walmart |
| 31 | xianlieshangmao | 7480272405 | Walmart |
| 32 | phospheye | 6992314038 | Walmart |
| 33 | foshanshichanchengquyanlvshangmaoyouxiangongsi | 5838981953 | Walmart |
| 34 | shenzhenmaikaisennengyuan | 7918417066 | Walmart |
| 35 | fixedach | 7000768655 | Walmart |
| 36 | guangzhounuanlishangmao | 8156805769 | Walmart |
| 37 | jiuchen7378 | 9388666214 | Walmart |
| 38 | ENAPY | 5126341336 | Walmart |
| 39 | houepaixun1967511l | 9145600378 | Walmart |
| 40 | Horohoroe | 9425871711 | Walmart |
| 41 | changshazhijipei | 9384817490 | Walmart |
| 42 | feiyushangmaoyouxiangongsi | 8195812156 | Walmart |

| 43 | shenwei | 9211771679 | Walmart |
|----|---------|------------|---------|
| 44 | Sexy elephant | 9401611389 | Walmart |
| 45 | HONORBESS | 7059514103 | Walmart |
| 46 | Shi Le Yi | 5844346116 | Walmart |
| 47 | YHUANG-USA | 6587651943 | Walmart |
| 48 | Ming Kun | B0CWDBN3V4 | Amazon |
| 49 | GVDOMAP | B0D674M9B8 | Amazon |