U.S. Patent No.: 8,294,542

| **Claim 1** | **Exemplary Images of Products Offered by Defendants** |
|---|---|
| A magnetic suspension device comprising a magnetic base and a suspension body; the suspension body being suspended above the magnetic base, the suspension body being provided with a receiving coil and at least one luminous body; the magnetic base being provided with a transmitting coil, the transmitting coil transmitting an AC signal to the receiving coil; the receiving coil converting the AC signal transmitted by the transmitting coil into electric energy and supplying the |  Levitating Globe - Magnetic Earth Floating Globe with Book Style Base - Anti-Gravity World Map Globe with LED Light - Geographic Educational Globe - Floating Desk Decorations (6" Globe) <br> Visit the Aryellys Store <br> ★★★★☆  ·  6 ratings <br> **Currently unavailable.** <br> We don't know when or if this item will be back in stock. <br> ✅ MAGNETIC LEVITATION TECHNOLOGY: The magnetic levitation globe is manipulated by an electronically controlled magnetic system to make it levitate and float stably in the air. The attraction between the electromagnet and the magnet on the top of the earth globe offsets the gravity of the earth. <br> ✅ FLOATING GLOBE: This floating levitating globe comes with a diameter of 6-inch. This geographic magnetic levitation globe also offers clear detailing of world geography. Moreover, levitation becomes easier for this world globe. The unique book-style platform makes this world globe map set look pretty interesting. <br> ✅ GEOGRAPHY EDUCATION: This magnetic floating globe can also be used for the geography education of children. All countries on the earth magnetic globe can be displayed clearly and accurately so that students can understand the geographical location of the earth and each country. <br> ✅ HIGH-QUALITY MATERIAL: This magnetic earth floating globe, with anti-gravity force, smoothly rotates and floats at a 360-degree angle. The floating earth globe is made from high-quality ABS plastic material; this floating globe offers exceptional durability. Furthermore, the LED light allows you to use these decorative levitating gadgets as a night light for your kids' rooms. <br> ✅ PERFECT GIFT: Magnetic globe levitating is an ideal gift for decorating children's bedroom, home desk, living room, dining room, home office, university dormitory, also a fabulous magnetic levitating globe gift idea for Christmas, Easter, holiday, birthday party, wedding, and anniversary; rotating globe creating a wonderful atmosphere that exceeds your expectations. |

The exemplary images of the infringing products show a magnetic suspension device that includes a magnetic base and a suspension body. To be magnetically suspended, the

U.S. Patent No.: 8,294,542

| | |
|---|---|
| electric energy to the luminous body for emitting light, | suspension body and the base must have a receiving coil and a transmitting coil respectively. The suspension body is also shown to be a lamp emitting light. |
| wherein the suspension body is provided with a plurality of luminous bodies; the luminous bodies adopt LED lamps which are arranged inside the suspension body or on the suspension body, and are connected with the receiving coil by electric connection, |  Roll over image to zoom in<br><br>**Levitating Globe - Magnetic Earth Floating Globe with Book Style Base - Anti-Gravity World Map Globe with LED Light - Geographic Educational Globe - Floating Desk Decorations (6" Globe)**<br>Visit the Aryellys Store<br>★★★★☆ · 6 ratings<br>Currently unavailable.<br>We don't know when or if this item will be back in stock.<br><br>☑ MAGNETIC LEVITATION TECHNOLOGY: The magnetic levitation globe is manipulated by an electronically controlled magnetic system to make it levitate and float stably in the air. The attraction between the electromagnet and the magnet on the top of the earth globe offsets the gravity of the earth.<br>☑ FLOATING GLOBE: This floating levitating globe comes with a diameter of 6-inch. This geographic magnetic levitation globe also offers clear detailing of world geography. Moreover, levitation becomes easier for this world globe. The unique book-style platform makes this world globe map set look pretty interesting.<br>☑ GEOGRAPHY EDUCATION: This magnetic floating globe can also be used for the geography education of children. All countries on the earth magnetic globe can be displayed clearly and accurately so that students can understand the geographical location of the earth and each country.<br>☑ HIGH-QUALITY MATERIAL: This magnetic earth floating globe, with anti-gravity force, smoothly rotates and floats at a 360-degree angle. The floating earth globe is made from high-quality ABS plastic material; this floating globe offers exceptional durability. Furthermore, the LED light allows you to use these decorative levitating gadgets as a night light for your kids' rooms.<br>☑ PERFECT GIFT: Magnetic globe levitating is an ideal gift for decorating children's bedroom, home desk, living room, dining room, home office, university dormitory, also a fabulous magnetic levitating globe gift idea for Christmas, Easter, holiday, birthday party, wedding, and anniversary; rotating globe creating a wonderful atmosphere that exceeds your expectations. |

U.S. Patent No.: 8,294,542

| | The description of the infringing products shows LEDs are implemented in the light emitting body and powered by electromagnetic induction. Thus, the infringing products include a plurality of luminous bodies arranged inside the suspension body and connected with the receiving coil by electric connection. |
| --- | --- |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein a permanent magnet is arranged inside the suspension body, and the permanent magnet is arranged symmetrically around the barycenter vertical of the suspension body, | <br><br>A permanent magnet has to be arranged at the bottom of the suspension body in order to suspend the body. |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein the suspension body comprises an upper case, a lower case and a mounting ring arranged between the upper case and the lower case; a mounting part is arranged at the middle of the mounting ring, and the luminous bodies are mounted to the mounting part and are connected to the receiving coil via a connecting wire; the permanent magnet is an assembly of magnets, of which the lower end is a cylindrical magnet, and the upper end is several overlapped circular magnets; the middle of the receiving coil is provided with a through hole |  |
| | The suspension body is shown to include an upper case and a lower case connected by a mounting part/a mounting ring. In order to generate vertical force to suspend the suspension body, a cylindrical magnet is likely to be arranged in the base. |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| corresponding to the cylindrical magnet of the permanent magnet; the lower case is provided with a fixing pillar corresponding to the cylindrical magnet, and the middle of the fixing pillar is provided with a fixing hole; the cylindrical magnet passes through the through hole of the receiving coil, and then is inserted into the fixing hole; the permanent magnet is fixed at the lower end of the lower case; the receiving coil is sleevingly arranged to the outer side of the cylindrical magnet. | |
| **Claim 2** | **Exemplary Images of Products Offered by Defendants** |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| The magnetic suspension device of claim 1, wherein the suspension body is a hollow sphere, an ornament, a toy, a lamp or a furnishing. | See above. The infringing product is a lamp. |
| **Claim 3** | **Features of Products Offered by Defendants** |
| 3. The magnetic suspension device of claim 1, wherein a transmitting circuit board is arranged inside the magnetic base, and the transmitting circuit board is arranged correspondingly to the transmitting coil. | See above. A transmitting circuit is likely arranged in the magnetic base in order to provide the electromagnetic force. |
| **Claim 8** | **Exemplary Images of Products Offered by Defendants** |

U.S. Patent No.: 8,294,542

A magnetic suspension device comprising a magnetic base and a suspension body; the suspension body being suspended above the magnetic base, the suspension body being provided with a receiving coil and at least one luminous body; the magnetic base being provided with a transmitting coil, the transmitting coil transmitting an AC signal to the receiving coil; the receiving coil converting the AC signal transmitted by the transmitting coil into electric energy and supplying the electric energy to the luminous body for emitting light,



Roll over image to zoom in

Levitating Moon Lamp,I-iluum 3D Printing Magnetic Floating Moon Light for Home Office Room Decor,3 Colors Modes

Visit the I-iluum Store

★★★★☆ | 48 ratings | 6 answered questions

$78.99

& FREE Returns

Get a $50 Amazon Gift Card instantly upon approval for the Amazon Rewards Visa Card. No annual fee.

Style: **Moon Lamp**

| Moon Lamp $78.99 | Saturn Lamp $79.99 |

| Color | White |
| Style | Moon Lamp |
| Light Source Type | LED |
| Power Source | Corded Electric |
| Shade Material | Plastic |

**About this item**

- With the latest technology of suspension, the 3D moon lamp can be suspended in the air. When your hand touches it gently, it will continue to rotate.
- The beautiful moon symbolizes happiness. The surface of the moon is a real moon created from satellite images. You can see concave and convex volcanoes and craters where asteroids collide. You will be surprised
- Magic if you give this gift to a child as a gift, he / she will say: it's magic. You can also give it to your family, wife, girlfriend, friend, or decorate your family, living room or office with it. If you want to hold a party, it is your first choice.
- 【Safety & Reliable】The moon night light is made by eco-friendly materials(PLA). It is powered by electromagnetic induction, no cable or built-in battery requirement. Light-emitting diodes are soft. It is harmless to the eyes and has a long Service life (Longevity for several years when used correctly)
- PERFECT GIFT AND DECORATIVE LAMP Very fancy and Unique decoration for your home, office, conference room, Auditorium, canteen, and guesthouse,have unique visual effects.

U.S. Patent No.: 8,294,542

|  | The infringing product is shown to be a magnetic suspension device that includes a magnetic base and a suspension body being suspended above the magnetic base. In order to be powered by electromagnetic induction, a transmitting coil and a receiving coil must be provided respectively in the suspension body and the magnetic base. The suspension body of the infringing product is a lamp emitting light. |

U.S. Patent No.: 8,294,542

wherein a transmitting circuit board is arranged inside the magnetic base, and the transmitting circuit board is arranged correspondingly to the transmitting coil, wherein an annular ferrite is arranged inside the magnetic base; a plurality of suspension system coils, a plurality of magnetic heads embedded in the suspension system coils, and a magnetic suspension circuit board are arranged inside the magnetic base; the magnetic suspension circuit board is used to control the change of the magnetism of the suspension system coils and the magnetic heads;



A transmitting circuit board is arranged inside the base corresponding to the transmitting coil. One or more annular ferrite is arranged insided the magnetic base. A plurality of suspension system coils and a plurality of magnetic heads embedded in the suspension

U.S. Patent No.: 8,294,542

| | |
|---|---|
| besides, a system sensor used to control the suspension of the suspension body, and a central sensor used to control the work of the system sensor are also arranged inside the magnetic base, | system coils. A magnetic suspension circuit board are arranged inside the magnetic base; the magnetic suspension circuit board is used to control the change of the magnetism of the suspension system coils and the magnetic heads. |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein the side of the magnetic base is provided with a through hole, and a power converter is arranged at the through hole; the power converter is used for connecting with an external power supply to provide electricity to the magnetic suspension circuit board and the transmitting circuit board, | <br><br>A through hole is provided on the side of the magnetic base. A power converter is arranged at the through hole. The power converter is used for connecting with an external |

U.S. Patent No.: 8,294,542

| | power supply to provide electricity to the magnetic suspension circuit board and the transmitting circuit board. |
|---|---|
| wherein the magnetic base is cuboid, the lower opening of the magnetic base is provided with a base plate; a bracket is arranged in the magnetic base; the bracket comprises an upper mounting plate, a lower mounting plate, several connecting plates connecting the upper mounting plate and the lower mounting plate, and a mounting pillar connecting the middle parts of the upper mounting plate and the lower mounting plate; the middle of the mounting pillar is provided with a containing hole; the |  |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| magnetic suspension circuit board and the transmitting circuit board are arranged on the base plate, and are separately located at the two sides of the bracket; the ferrite is arranged to the outer side of the connecting plates by socket joint; the system sensor is contained in the containing hole, and the central sensor is arranged at the upper end of the containing hole correspondingly to the system sensor; the transmitting coil is arranged at the upper end face of the upper mounting plate. | The magnetic base is cuboid. A base plate is provided at the lower opening of the magnetic base. A bracket is arranged in the magnetic base. The bracket includes an upper mounting plate, a lower mounting plate, several connecting plates connecting the upper mounting plate and the lower mounting plate, and a mounting pillar connecting the middle parts of the upper mounting plate and the lower mounting plate. The middle of the mounting pillar is provided with a containing hole; the magnetic suspension circuit board and the transmitting circuit board are arranged on the base plate, and are separately located at the two sides of the bracket; the ferrite is arranged to the outer side of the connecting plates by socket joint; the system sensor is contained in the containing hole, and the central sensor is arranged at the upper end of the containing hole correspondingly to the system sensor; the transmitting coil is arranged at the upper end face of the upper mounting plate. |

U.S. Patent No.: 8,294,542

| **Claim 1** | **Exemplary Images of Products Offered by Defendants** |
|---|---|
| A magnetic suspension device comprising a magnetic base and a suspension body; the suspension body being suspended above the magnetic base, the suspension body being provided with a receiving coil and at least one luminous body; the magnetic base being provided with a transmitting coil, the transmitting coil transmitting an AC signal to the receiving coil; the receiving coil converting the AC signal transmitted by the transmitting coil into electric energy and supplying the electric energy to the luminous body for emitting light, |  |

U.S. Patent No.: 8,294,542



U.S. Patent No.: 8,294,542

| | The exemplary images of the infringing products show a magnetic suspension device that includes a magnetic base and a suspension body. To be magnetically suspended, the suspension body and the base must have a receiving coil and a transmitting coil respectively. The suspension body is also shown to be a lamp emitting light. |
|---|---|

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein the suspension body is provided with a plurality of luminous bodies; the luminous bodies adopt LED lamps which are arranged inside the suspension body or on the suspension body, and are connected with the receiving coil by electric connection, |  |

U.S. Patent No.: 8,294,542

| | The exemplary product includes LEDs that are implemented in the light emitting body and powered by electromagnetic induction. Thus, the infringing products include a plurality of luminous bodies arranged inside the suspension body and connected with the receiving coil by electric connection. |
|---|---|

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein a permanent magnet is arranged inside the suspension body, and the permanent magnet is arranged symmetrically around the barycenter vertical of the suspension body, | <br>A permanent magnet has to be arranged at the bottom of the suspension body in order to suspend the body. |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein the suspension body comprises an upper case, a lower case and a mounting ring arranged between the upper case and the lower case; a mounting part is arranged at the middle of the mounting ring, and the luminous bodies are mounted to the mounting part and are connected to the receiving coil via a connecting wire; the permanent magnet is an assembly of magnets, of which the lower end is a cylindrical magnet, and the upper end is several overlapped circular magnets; the middle of the receiving coil is provided with a through hole corresponding to the cylindrical magnet of the permanent | 

The suspension body is shown to include an upper case and a lower case connected by a mounting part/a mounting ring. In order to generate vertical force to suspend the suspension body, a cylindrical magnet is likely to be arranged in the base. |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| magnet; the lower case is provided with a fixing pillar corresponding to the cylindrical magnet, and the middle of the fixing pillar is provided with a fixing hole; the cylindrical magnet passes through the through hole of the receiving coil, and then is inserted into the fixing hole; the permanent magnet is fixed at the lower end of the lower case; the receiving coil is sleevingly arranged to the outer side of the cylindrical magnet. | |
| **Claim 2** | **Exemplary Images of Products Offered by Defendants** |
| The magnetic suspension device of claim 1, wherein the suspension body is a hollow | See above. The infringing product is a lamp. |

U.S. Patent No.: 8,294,542

| sphere, an ornament, a toy, a lamp or a furnishing. | |
|---|---|
| **Claim 3** | **Features of Products Offered by Defendants** |
| 3. The magnetic suspension device of claim 1, wherein a transmitting circuit board is arranged inside the magnetic base, and the transmitting circuit board is arranged correspondingly to the transmitting coil. | See above. A transmitting circuit is likely arranged in the magnetic base in order to provide the electromagnetic force. |
| **Claim 8** | **Exemplary Images of Products Offered by Defendants** |

U.S. Patent No.: 8,294,542

A magnetic suspension device comprising a magnetic base and a suspension body; the suspension body being suspended above the magnetic base, the suspension body being provided with a receiving coil and at least one luminous body; the magnetic base being provided with a transmitting coil, the transmitting coil transmitting an AC signal to the receiving coil; the receiving coil converting the AC signal transmitted by the transmitting coil into electric energy and supplying the electric energy to the luminous body for emitting light,



U.S. Patent No.: 8,294,542

| | The infringing product is shown to be a magnetic suspension device that includes a magnetic base and a suspension body being suspended above the magnetic base. In order to be powered by electromagnetic induction, a transmitting coil and a receiving coil must be provided respectively in the suspension body and the magnetic base. The suspension body of the infringing product is a lamp emitting light. |
| --- | --- |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein a transmitting circuit board is arranged inside the magnetic base, and the transmitting circuit board is arranged correspondingly to the transmitting coil, wherein an annular ferrite is arranged inside the magnetic base; a plurality of suspension system coils, a plurality of magnetic heads embedded in the suspension system coils, and a magnetic suspension circuit board are arranged inside the magnetic base; the magnetic suspension circuit board is used to control the change of the magnetism of the suspension system coils and the magnetic heads; besides, a system sensor used to |  A transmitting circuit board is arranged inside the base corresponding to the transmitting coil. One or more annular ferrite is arranged inside the magnetic base. A plurality of suspension system coils and a plurality of magnetic heads embedded in the suspension system coils. A |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| control the suspension of the suspension body, and a central sensor used to control the work of the system sensor are also arranged inside the magnetic base, | magnetic suspension circuit board are arranged inside the magnetic base; the magnetic suspension circuit board is used to control the change of the magnetism of the suspension system coils and the magnetic heads. |
| wherein the side of the magnetic base is provided with a through hole, and a power converter is arranged at the through hole; the power converter is used for connecting with an external power supply to provide electricity to the magnetic suspension circuit board and the transmitting circuit board, |  |

U.S. Patent No.: 8,294,542

| | A through hole is provided on the side of the magnetic base. A power converter is arranged at the through hole. The power converter is used for connecting with an external power supply to provide electricity to the magnetic suspension circuit board and the transmitting circuit board. |
| --- | --- |
| wherein the magnetic base is cuboid, the lower opening of the magnetic base is provided with a base plate; a bracket is arranged in the magnetic base; the bracket comprises an upper mounting plate, a lower mounting plate, several connecting plates connecting the upper mounting plate and the lower mounting plate, and a mounting pillar connecting the middle parts of the upper mounting plate and the lower mounting plate; the middle of the mounting pillar is provided with a |  |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| containing hole; the magnetic suspension circuit board and the transmitting circuit board are arranged on the base plate, and are separately located at the two sides of the bracket; the ferrite is arranged to the outer side of the connecting plates by socket joint; the system sensor is contained in the containing hole, and the central sensor is arranged at the upper end of the containing hole correspondingly to the system sensor; the transmitting coil is arranged at the upper end face of the upper mounting plate. | A base plate is provided at the lower opening of the magnetic base. A bracket is arranged in the magnetic base. The bracket includes an upper mounting plate, a lower mounting plate, several connecting plates connecting the upper mounting plate and the lower mounting plate, and a mounting pillar connecting the middle parts of the upper mounting plate and the lower mounting plate. The middle of the mounting pillar is provided with a containing hole; the magnetic suspension circuit board and the transmitting circuit board are arranged on the base plate, and are separately located at the two sides of the bracket; the ferrite is arranged to the outer side of the connecting plates by socket joint; the system sensor is contained in the containing hole, and the central sensor is arranged at the upper end of the containing hole correspondingly to the system sensor; the transmitting coil is arranged at the upper end face of the upper mounting plate. |

U.S. Patent No.: 8,294,542

| <u>Claim 1</u> | <u>Exemplary Images of Products Offered by Defendants</u> |
|---|---|
| A magnetic suspension device comprising a magnetic base and a suspension body; the suspension body being suspended above the magnetic base, the suspension body being provided with a receiving coil and at least one luminous body; the magnetic base being provided with a transmitting coil, the transmitting coil transmitting an AC signal to the receiving coil; the receiving coil converting the AC signal transmitted by the transmitting coil into electric energy and supplying the | <br><br>The exemplary images of the infringing products show a magnetic suspension device that includes a magnetic base and a suspension body. To be magnetically suspended, the |

U.S. Patent No.: 8,294,542

| electric energy to the luminous body for emitting light, | suspension body and the base must have a receiving coil and a transmitting coil respectively. The suspension body is also shown to be a lamp emitting light. |
|---|---|

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein the suspension body is provided with a plurality of luminous bodies; the luminous bodies adopt LED lamps which are arranged inside the suspension body or on the suspension body, and are connected with the receiving coil by electric connection, |  |

U.S. Patent No.: 8,294,542

|  |  |
| --- | --- |
|  |  The description of the infringing products shows LEDs are implemented in the light emitting body and powered by electromagnetic induction. Thus, the infringing products |

U.S. Patent No.: 8,294,542

| | include a plurality of luminous bodies arranged inside the suspension body and connected with the receiving coil by electric connection. |
|---|---|

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein a permanent magnet is arranged inside the suspension body, and the permanent magnet is arranged symmetrically around the barycenter vertical of the suspension body, |  |

U.S. Patent No.: 8,294,542

|  | A permanent magnet has to be arranged at the bottom of the suspension body in order to suspend the body. |
|---|---|

U.S. Patent No.: 8,294,542

wherein the suspension body comprises an upper case, a lower case and a mounting ring arranged between the upper case and the lower case; a mounting part is arranged at the middle of the mounting ring, and the luminous bodies are mounted to the mounting part and are connected to the receiving coil via a connecting wire; the permanent magnet is an assembly of magnets, of which the lower end is a cylindrical magnet, and the upper end is several overlapped circular magnets; the middle of the receiving coil is provided with a through hole corresponding to



U.S. Patent No.: 8,294,542

| the cylindrical magnet of the permanent magnet; the lower case is provided with a fixing pillar corresponding to the cylindrical magnet, and the middle of the fixing pillar is provided with a fixing hole; the cylindrical magnet passes through the through hole of the receiving coil, and then is inserted into the fixing hole; the permanent magnet is fixed at the lower end of the lower case; the receiving coil is sleevingly arranged to the outer side of the cylindrical magnet. | The suspension body is shown to include an upper case and a lower case connected by a mounting part/a mounting ring. In order to generate vertical force to suspend the suspension body, a cylindrical magnet is likely to be arranged in the base. |
|---|---|
| **Claim 2** | **Exemplary Images of Products Offered by Defendants** |

U.S. Patent No.: 8,294,542

| The magnetic suspension device of claim 1, wherein the suspension body is a hollow sphere, an ornament, a toy, a lamp or a furnishing. | See above. The infringing product is a lamp. |
|---|---|
| **Claim 3** | **Features of Products Offered by Defendants** |
| 3. The magnetic suspension device of claim 1, wherein a transmitting circuit board is arranged inside the magnetic base, and the transmitting circuit board is arranged correspondingly to the transmitting coil. | See above. A transmitting circuit is likely arranged in the magnetic base in order to provide the electromagnetic force. |
| **Claim 8** | **Exemplary Images of Products Offered by Defendants** |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| A magnetic suspension device comprising a magnetic base and a suspension body; the suspension body being suspended above the magnetic base, the suspension body being provided with a receiving coil and at least one luminous body; the magnetic base being provided with a transmitting coil, the transmitting coil transmitting an AC signal to the receiving coil; the receiving coil converting the AC signal transmitted by the transmitting coil into electric energy and supplying the electric energy to the luminous body for emitting light, |  |

U.S. Patent No.: 8,294,542

|  | The infringing product is shown to be a magnetic suspension device that includes a magnetic base and a suspension body being suspended above the magnetic base. In order to be powered by electromagnetic induction, a transmitting coil and a receiving coil must be provided respectively in the suspension body and the magnetic base. The suspension body of the infringing product is a lamp emitting light. |

U.S. Patent No.: 8,294,542

| wherein a transmitting circuit board is arranged inside the magnetic base, and the transmitting circuit board is arranged correspondingly to the transmitting coil, wherein an annular ferrite is arranged inside the magnetic base; a plurality of suspension system coils, a plurality of magnetic heads embedded in the suspension system coils, and a magnetic suspension circuit board are arranged inside the magnetic base; the magnetic suspension circuit board is used to control the change of the magnetism of the suspension system coils and the magnetic heads; besides, a |  |
| --- | --- |
| | A transmitting circuit board is arranged inside the base corresponding to the transmitting coil. One or more annular ferrite is arranged insided the magnetic base. A plurality of suspension system coils and a plurality of magnetic heads embedded in the suspension |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| system sensor used to control the suspension of the suspension body, and a central sensor used to control the work of the system sensor are also arranged inside the magnetic base, | system coils. A magnetic suspension circuit board are arranged inside the magnetic base; the magnetic suspension circuit board is used to control the change of the magnetism of the suspension system coils and the magnetic heads. |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| wherein the side of the magnetic base is provided with a through hole, and a power converter is arranged at the through hole; the power converter is used for connecting with an external power supply to provide electricity to the magnetic suspension circuit board and the transmitting circuit board, | <br><br>A through hole is provided on the side of the magnetic base. A power converter is arranged at the through hole. The power converter is used for connecting with an external |

U.S. Patent No.: 8,294,542

| | power supply to provide electricity to the magnetic suspension circuit board and the transmitting circuit board. |
|---|---|
| wherein the magnetic base is cuboid, the lower opening of the magnetic base is provided with a base plate; a bracket is arranged in the magnetic base; the bracket comprises an upper mounting plate, a lower mounting plate, several connecting plates connecting the upper mounting plate and the lower mounting plate, and a mounting pillar connecting the middle parts of the upper mounting plate and the lower mounting plate; the middle of the mounting pillar is provided with a containing hole; the |  |

U.S. Patent No.: 8,294,542

| | |
|---|---|
| magnetic suspension circuit board and the transmitting circuit board are arranged on the base plate, and are separately located at the two sides of the bracket; the ferrite is arranged to the outer side of the connecting plates by socket joint; the system sensor is contained in the containing hole, and the central sensor is arranged at the upper end of the containing hole correspondingly to the system sensor; the transmitting coil is arranged at the upper end face of the upper mounting plate. | The magnetic base is cuboid. A base plate is provided at the lower opening of the magnetic base. A bracket is arranged in the magnetic base. The bracket includes an upper mounting plate, a lower mounting plate, several connecting plates connecting the upper mounting plate and the lower mounting plate, and a mounting pillar connecting the middle parts of the upper mounting plate and the lower mounting plate. The middle of the mounting pillar is provided with a containing hole; the magnetic suspension circuit board and the transmitting circuit board are arranged on the base plate, and are separately located at the two sides of the bracket; the ferrite is arranged to the outer side of the connecting plates by socket joint; the system sensor is contained in the containing hole, and the central sensor is arranged at the upper end of the containing hole correspondingly to the system sensor; the transmitting coil is arranged at the upper end face of the upper mounting plate. |