

beauty of the floating bonsai pot without any unwanted noise or disruptions

- Creative and Customizable: With their unique and creative design, these pots serve as stylish décor pieces and thoughtful gifts for friends and loved ones. Additionally, since they don't include any plants, users have the freedom to grow their preferred plants, fostering creativity and hands-on engagement. This not only adds a personal touch to the décor but also provides an opportunity for users to cultivate their gardening skills.

☐ Report an issue with this product or seller

Subtotal
$0.00

Sponsored ⓘ

## Buy it with

 +  + 

Total price: $100.94

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** SHIDIAN Levitating Air Bonsai Pot Potted Bonsai Flower Suspension Type Home Bedroo...
$64.00
✓prime

Bonsai Soil Mix by Tinyroots – All Purpose Bonsai Soil Mix Ready to Use Blend, Used for All Varietie...
$16.95
✓prime

Face Planter Pots for Indoor Plants Cute Resin Flower Head Planters, Sit Rocking Chair...
$19.99
✓prime

## Customers also viewed these products                                          ⋮

    

KIYOMING Levitating Plant Pot Hexagon Floating Air Bonsai Pot Suspension Flower Pot...
★★★★½ 155
Amazon's Choice in Planters
$55.00 ($19.23/count)
✓prime FREE One-Day Get it Tomorrow, Jun 13

KIYOMING Floating Plant Pot Planter Suspension Air Bonsai Pot Flower Pot Levitating Plant Pot for Home Office
★★★★½ 88
$55.00
✓prime FREE One-Day Get it Tomorrow, Jun 13

BandD Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Home & Office Magneti...
★★★★½ 410
$62.20
✓prime FREE One-Day Get it Tomorrow, Jun 13

BandDlevs Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Home & Office Magneti...
★★★★½ 10
$66.99
✓prime FREE One-Day Get it Tomorrow, Jun 13

BandD Floating Plant Pot - Levitating Plant Pot for Succulents, air Bonsai & air Plants. Floating Planter for Home, Offic...
★★★★½ 156
$66.99
✓prime FREE One-Day Get it Tomorrow, Jun 13

INOVAXION Levitating Floating Plant& Flower Pot, Magnetic Floating Planter. Levitating Decor& Display for...
★★★★☆ 14
$65.00
✓prime FREE One-Day Get it Tomorrow, Jun 13

## Based on your recent views

Sponsored ⓘ








| | | | | | | | |
|---|---|---|---|---|---|---|---|

**MOOCCI Floating Plant Pot Magnetic Levitating Plant Pot for Succulents, Air Bonsai ...**
4.2 ★★★★☆ 41
$65.00
✓prime

**INOVAXION Levitating Plant Pot, Floating Plant Pot for Small Plants. Levitating Dec...**
3.8 ★★★★☆ 14
$65.00
✓prime

**BandD Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor ...**
4.6 ★★★★★ 410
$62.00
✓prime

**Ionantha Guatemala Tillandsia Air Plant, Guatemala Tillandsia Live Airplant, Health...**
4.2 ★★★★☆ 1,592
$13.95

**Levitating Plant Pot Floating Plant Pot Floating Planter Levitating Decor with...**
✓prime

**Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen...**
4.2 ★★★★☆ 784
$69.99
✓prime

**SARUFO Glass Plant Terrarium 6.3"X8.6" Inches Succulent Air Planter Fern Moss...**
4.2 ★★★★☆ 66
$49.99 ($49.99/Count)
✓prime

Subtotal
$0.00

## Videos

Help others learn more about this product by uploading a video?

Upload your video

## Product information

| Material | Wood, Resin |
|---|---|
| Color | White |
| Special Feature | Lightweight |
| Style | Garden |
| Shape | Round |
| Indoor/Outdoor Usage | Outdoor, Indoor |
| Mounting Type | Tabletop |
| Product Dimensions | 10"D x 4"W x 6"H |
| Brand | SHIDIAN |
| Number of Pieces | 1 |
| UPC | 669950248636 |
| Manufacturer | SHIDIAN |
| ASIN | B0D2DDP2WC |
| Country of Origin | China |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Date First Available | April 22, 2024 |
| --- | --- |

Subtotal
$0.00

## Looking for specific info?

### Product Description

Description: 100% Brand New and High quality. This levitating plant pot uses magnets and sensors to suspend the pot mid-air and make it float steadily. It rotates the plant 360 in either direction for sun exposure. Indoor plants help clean the air in your area, and our product provides a fitting vessel for them in either light or dark wood color for the base. Plant not included. Delight your friends and loved ones with this magnetic floating planter as a present! It is a magnetic magical floating bonsai pot , floating in the air ,rotating 360 degrees automatically when the power is turned on. It can be observed from different angles that plants can rotate in the air with funny dynamic. Specification:Magnets+Resin+Wood. 12V 2A. Natural Wood,Dark Wood. Plug is US Plug. Note: 1. Please allow 1-2cm error due to manual measurement.2. The colors may be different as the difference display. Please understand. Package Included: 1 x Levitating Air Bonsai Pot. 1 x Manual. 1 x Power Adaptor.

### Products related to this item

Sponsored ⓘ

      

INOVAXION Levitating Floating Plant& Flower Pot, Magnetic Floating Planter. Levitat...
3.8 ★★★☆☆ 14
$65.00
✓prime

HCNT Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspens...
4.6 ★★★★☆ 10
$65.69
✓prime

Costa Farms Ponytail Palm Bonsai, Easy to Grow Live Indoor Plant in Indoors Garden ...
4.4 ★★★★☆ 1,121
Amazon's Choice in Indoor Bonsai
$37.44
✓prime

Costa Farms Money Tree, Small Easy to Grow Live Indoor Plant, Live Bonsai Houseplan...
4.2 ★★★★☆ 13,770
#1 Best Seller
$24.99
✓prime

Costa Farms Live Indoor Snake Plant, Easy to Grow Mother in Laws Tongue, Sansevieri...
4.4 ★★★★☆ 14,472
$30.58
✓prime

Generic LwmKun Floating Plant Pot - Magnetic Rotating Air Bonsai Planter,...
$66.99
Save 5% with coupon

Costa Farms ZZ Plant, Live Indoor Houseplant in Modern Decor Planter, Natural Air P...
4.3 ★★★★☆ 6,715
Amazon's Choice in Planters
$24.85
✓prime

Sponsored ⓘ

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Zero tolerance for fake reviews

No customer reviews

Subtotal
$0.00

Shop now

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements



# amazon

## Checkout (1 item)

🔒

| 1 | **Shipping address** | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Visa 3651<br>Billing address: Same as shipping address. | Change |

∧ Add a gift card or promotion code or voucher

[ Enter code ] [ Apply ]

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

| 3 | **Review items and shipping** |



**Arriving Jun 24, 2024 - Jun 28, 2024**
Items shipped from Gua Jie

**SHIDIAN Levitating Air Bonsai Pot Potted Bonsai Flower Suspension Type Home Bedroom Desk Decoration Magnetic Levitation Suspension Floating Pot,Amazing**
**$64.00**

Qty: 1 ⌄

Sold by: Gua Jie
Not eligible for Amazon Prime (Learn more)

Gift options not available

**Choose a delivery option:**

○ **Thursday, Jun 20 - Tuesday, Jun 25**
$39.99 - Delivery

● **Monday, Jun 24 - Friday, Jun 28**
FREE Delivery

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $64.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $64.00 |
| Estimated tax to be collected:* | $6.56 |
| **Order total:** | **$70.56** |

**Chase Pay Over Time**SM: Pay a total amount due of **$72.96** inclusive of interest that is **$12.16/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Why didn't I qualify for Prime Shipping?

 **Order total: $70.56**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



 + 

Total price: **$134.08**

**Add both to Cart**

ⓘ One of these items ships sooner than the other.
Show details

**This item:** Levitating Air Bonsai Pot - Magnetic Levitation Suspension flower and air bons…
$71⁸⁸

BandD Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Ho…
$62²⁰  ✓prime

## Products related to this item

Sponsored ⓘ








| | | | | | |
|---|---|---|---|---|---|
| Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen… | MOOCCI Floating Plant Pot - Magnetic Levitating Plant Pot for Succulents, Air Bonsa… | AKMTRD Magnetic Levitation Bluetooth Speaker,Playing Music and Floating in The air,… | Flagest Magnetic Levitation Floating Globe - Levitating O Shape Globe with LED… | XINTOU 3D Flower of Life Crystal Ball with LED Colorful Lighting Touch Base, Chakra… | VINGVO Magne Levitation Pictu LED Levitating Frame, E Shape… |
| 4.2 ★★★★☆ 784 | 4.2 ★★★★☆ 41 | 4.5 ★★★★☆ 87 | 4.5 ★★★★☆ 190 | 4.7 ★★★★★ 424 | $30⁸⁸ |
| Amazon's Choice in Planters | | Amazon's Choice in Portable Bluetooth Speakers | Geographic Globes | Amazon's Choice in Night-Lights | |
| $69⁹⁹ | $65⁰⁰ | $84⁹⁹ | $39⁹⁹ | $24⁹⁹ | |
| ✓prime | ✓prime | ✓prime | Save $5.00 with coupon | ✓prime | |

## 4 stars and above

Sponsored ⓘ







| | | | | | |
|---|---|---|---|---|---|
| Levitating Moon Lamp, DTOETKD Floating and Spinning 3D Moon Light 3 Colors with Rem… | 3D Flower of Life Crystal Ball with LED Colorful Lighting Touch Base, Chakra Healin… | Magnetic Levitation Globe with LED Light, Cool Gadgets Floating Lamp Globe Decor, C… | VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LE… | Levitating Photo Frame with LED Colorful Lights Magnetic Levitation Floating Rotati… | PELEG DESIGN Flower Vase - U and Modern Se Gold Aluminum… |
| 4.3 ★★★★☆ 483 | 4.7 ★★★★☆ 424 | 4.4 ★★★★☆ 2,252 | 4.1 ★★★★☆ 1,625 | 4.0 ★★★★☆ 63 | 4.5 ★★★★★ |
| $80⁶⁹ | Amazon's Choice in Night-Lights | $29⁹⁹ | $79⁹⁹ | $22⁹⁸ | $31⁹⁰ |
| ✓prime | $24⁹⁹ | ✓prime | ✓prime | ✓prime | ✓prime |
| Save 10% with coupon | ✓prime | Save 5% with coupon | | | |

## Videos

### Videos for this product






0:08
Customer Review: Great product!
Olivia

1:20
Levitating Air Bonsai Pot Review
Christina Harris

0:06
Customer Review: Spins too fast; looks cheap
Caitlin Rose

Upload your video

## Looking for specific info?

## Product information

| | |
|---|---|
| Material | Wood |
| Color | Bamboo Wood |
| Style | Modern |
| Shape | Round |
| Indoor/Outdoor Usage | Indoor |
| Mounting Type | Inside Mount |
| Product Dimensions | 5.43"D x 3.39"W x 1.38"H |
| Brand | E-18th |
| Number of Pieces | 1 |
| Pattern | Solid |
| Included Components | Instruction manual |
| Item Weight | 0.44 Pounds |
| UPC | 785696026779 |
| Item Weight | 7 ounces |
| Manufacturer | E-18th |
| ASIN | B01JFBK8HO |
| Item model number | B01JFBK8HO |
| Customer Reviews | 3.8 ★★★★☆   461 ratings<br>3.8 out of 5 stars |
| Best Sellers Rank | #1,200,807 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#5,213 in Vases |
| Is Discontinued By Manufacturer | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Product Description

Advantages:
Excellent material: The pot won't get broken or moldy to protect your lovely flowers! Levitating Air Pot: It can be observed from different angles that plants can rotate in the air with funny dynamic.

Specification:

Floating height: 1-3cm, determined by plant watering.
Voltage: 110-240V
Plug: US PLUG

Pay attention:
1. By setting up the plant, hold the plant vertically firmly. Leave it when the plant finds the right position. Make sure it will not drop down towards the base.
2. Don't open the base which may cause damage.
3. Keep this product 20cm away from other electronic or metal items to avoid interfere.
4. Keep it out of touch of child below 12 ages.

TIPS:
1. Connect power, put the base on flat surface 2. Two hands hold the plant aiming the centre of the base. Slowly put the plant down towards the base.
3. When feel magnetic force pull or push the plant adjust the position properly to the centre of the base.
4. When feel the force disappears, keep the plant stable for 3-5 seconds. Then slowly loose hands until the plant stays by itself.
5. When failed just repeat above steps with patience.
6. If failed many times turn off the power let the base cool down. Then try it again.
7. Can ask other people for help to set up the plant if you really feel it difficult to do.
8. Remember always take away the plant before turn off the power.
9. When the plant container is stuck with the base hold the bottom of the container and pull it away by moving it in horizontal direction.

Package Included:
1 x levitating base
1 x flower holder
1 x US Power adapter
1 x User manual
Not Include Plant

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | **E-18th** Levitating Air Bonsai Pot - Magnetic Levitation Suspension flower and air bonsai pot | **GUIYING** Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating… | **KIYOMING** Levitating Plant Pot Hexagon Floating Air Bonsai Pot Suspension Flower Pot Planter f… | **BandDlevs** Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Ho… |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $71 88 | -15% $55 00 Typical: $65.00 | -15% $55 00 Typical: $65.00 | $66 99 |
| Delivery | Get it Jul 5 - 25 | ✓prime FREE One-Day | ✓prime FREE One-Day | ✓prime FREE One-Day |
| Customer Ratings | 3.8 ★★★★☆ 461 | 4.4 ★★★★☆ 84 | 4.4 ★★★★☆ 155 | 4.6 ★★★★☆ 10 |
| Giftable | 3.2 ★★★☆☆ | 4.1 ★★★★☆ | 3.9 ★★★★☆ | 5.0 ★★★★★ |
| Value For Money | 2.8 ★★★☆☆ | 3.8 ★★★★☆ | 3.6 ★★★★☆ | 4.6 ★★★★☆ |
| Sold By | 西湖龙井 | KIKORI | YOMING | Bandd |
| Material | Wood | Resin | Resin | Plastic, Metal |
| Number Of Pieces | 1 | 1 | 1 | 1 |
| Shape | Round | Hexagonal | Hexagonal | Hexagonal |
| Mounting Type | Inside Mount | Inside Mount | Hanging | Tabletop |
| Assembly Required | X | X | X | X |
| Weight | 0.44 pounds | 3.52 ounces | 0.66 pounds | 2.27 pounds |

## Products related to this item

Sponsored ⓘ

     

Levitating Air Bonsai Pot, Rotation Flower Planters, Magnetic Levitation Suspension...

4.2 ★★★★☆ 784

$67.99

✓prime

BandD Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor ...

4.6 ★★★★★ 410

$62.20

✓prime

BandDlevs Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating De...

4.6 ★★★★★ 10

$66.99

✓prime

JAYEGT 3 in 1 Motorized Rotating Display Stand with 5.74/7.08/8.66 inch Replacement...

4.3 ★★★★☆ 252

$26.99

✓prime

AKMTRD Magnetic Levitation Bluetooth Speaker,Playing Music and Floating in The air,...

4.5 ★★★★★ 87

Amazon's Choice in Portable Bluetooth Speakers

$84.99

✓prime

XINTOU 3D Floating-Life Crystal Ball, Colorful Lighting Base, Chakra...

4.7 ★★★★★

Amazon's Choice

Night-Lights

$24.99

✓prime

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ

 **VGA**zer

Levitating moon lamp and light

Shop VGAzer ›

 XXXFLOWER

Best for You

Shop XXXFLOWER ›

## Customer reviews

★★★★☆ 3.8 out of 5 ⓘ

461 global ratings

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 6% |
| 1 star | | 17% |

⌄ Zero tolerance for fake reviews

**Customers say**

Customers like the appearance of the planter, mentioning it's neat and an eye catcher. They also appreciate the gift. However, some customers have reported issues with size and levity. They mention that the pot is too small and the floating top cup is too tiny. They are also disappointed with stability. Opinions are mixed on quality, value, and ease of use.

AI-generated from the text of customer reviews

✅ Appearance  ✅ Gift  Quality  Value  Ease of use  ⊖ Size  ⊖ Levity  ⊖ Stability

**Reviews with images**

See all photos ›

   

Top reviews ▾

**Top reviews from the United States**

S.Jolyn

⭐⭐⭐⭐⭐ **Frigging AWESOME! small but awesome**

Reviewed in the United States on May 8, 2022

Verified Purchase



It's smaller than I expected BUT it still packs a punch when it comes to the wow factor. It's super cool. It's one of those things that people are drawn to. I posted a video and a few pictures.. the pictures close up and further away so you can see what I mean about it being small. Ps fyi, we bought an " air plant" for it (local nursery for like 8$ I think) and I soak the plant in a bowl of water for 2 hours twice a week. (don't buy the moss like we did, it ends up killing it unfortunately).

4 people found this helpful

Helpful | Report

W. L. Brown

⭐⭐⭐⭐⭐ **Fun to observe something so different!**

Reviewed in the United States on May 17, 2018

Verified Purchase

The levitating pot arrived about a week ago and it works perfectly. It sits on a room divider eye-level shelf in a hallway near the front part of our house where it commands attention and so far it has gotten it. We have received favorable comments from family and guests. They are all, needless to say, fascinated by the levitation and the constant rotation of the pot with an air plant in it. We keep it going around the clock. We found it easier to do that than turning it on and off every day thereby having to reestablish the levitation each time we turn it back on which can be a little tricky to do. So far, so good!

4 people found this helpful

Helpful | Report

Marc Sundquist

⭐☆☆☆☆ **Cheaply made product and impossible to balance.**

Reviewed in the United States on January 22, 2021

Verified Purchase

Not only is this product not made from real wood, but the base and pot are made of cheap plastic. For paying $50 I expected a better quality material. I tired for HOURS to balance the levitating pot on the magnetic base, and I couldn't get it to work. They make it look so easy in the video they show, but you have to be a magician to get the pot to balance on the base and not fall. After hours of trying to balance this thing, the base started to emit this metallic whirling noise, like some of the mechanical components were not operating correctly. I unplugged it right away and decided it was not worth the trouble.

Overall very disappointed in the lack of quality in this product. Not to mention the time wasted trying to make the product work as it was intended. I definitely DO NOT recommend purchasing this product. I am trying to get a refund and return the product now. Hopefully I can get my money back.

2 people found this helpful

Helpful | Report

Jamal

⭐⭐⭐⭐☆ **Maybe I shoulda read the dimensions**

Reviewed in the United States on November 5, 2023

Verified Purchase

Nice, just smaller than I thought I was gonna be. Probably my fault for not reading the dimensions in the description (I'm assuming they're there). In the photos it looks medium and wooden. It's actually tiny and plastic. I still like it though. It's a neat desk piece for any office or mantle piece for any home. Even better if

you manage to find the right plant to put in it.

Edit. Had it for about year almost and something I don't understand is happening. I'll center it and it starts to float like it's supposed to, but then after 45 minutes it just drops and sticks to the base. No fluctuation in the electricity, no one touched it, it just drops. Then it's sorta hard to center it again. I usually have to wait a couple hours before I can center it again. When it was new, it would levitate for days and only drop if the power went out. Now it won't make it to an full hour.

Helpful | Report

Barry

⭐⭐⭐⭐⭐ **but it's actually so painless and easy to get it into place**
Reviewed in the United States on February 18, 2017
Verified Purchase

It's simply soothing. Can literally stare at it for hours as it defies gravity.

I figured it would be incredibly unstable, but it's actually so painless and easy to get it into place. You learn to feel the magnetic changeover as the base led's indicate when you have it just right. It does usually end up spinning, but seriously, I would consider that a feature/bonus. Not only does my plant float, but I get a complete 360 rotation view of it 24/7.
The one thing to watch out for is power loss, it drops like a rock shot out of a potato gun. Best to run it on a uninterruptible power supply (most serious PC users have one these days anyway).

21 people found this helpful

Helpful | Report

Leila McAllister

⭐⭐⭐☆☆ **So small**
Reviewed in the United States on September 3, 2022
Verified Purchase

It's cute, but absolutely tiny. I would not have spent this much money on it if I was aware.

Helpful | Report

Preyandprofit

⭐⭐⭐⭐⭐ **Floating is the Future**
Reviewed in the United States on November 8, 2020
Verified Purchase

I got this as a gift for my partner. It was a little tricky to figure out at first but also a fun challenge. Once my partner was able to get the pot in the right position it was amazing! We had so much fun trying to get the pot in the right spot and was very sturdy and fascinating.

One person found this helpful

Helpful | Report

Chelsea Burgess

⭐⭐☆☆☆ **Mildly interesting fire hazard**
Reviewed in the United States on December 27, 2020
Verified Purchase

I originally purchased this pot as a gift for my sister and I'm glad I decided to test it out with her before she took it home. First off, aligning the magnets so that the pot floats is a nightmare. Took 3 tries before we could get it to levitate once so it will indeed float after some tries. The magnet is incredibly strong, so it makes the setup that much more annoying. But my main issue, which is a serious one, is this thing gets VERY hot. We had it plugged in for about 10 minutes and the magnetic plate was already hot enough to burn me. This was also the case with the wall plug. I see lots of reviews saying they keep it in their office and I would NOT recommend keeping it plugged in for longer than a couple of minutes (which defeats the purpose). The "wood" is essentially a pattern printed on plastic pieces so it's obviously not real but I wasn't expecting it to be. I would not buy this again and I plan to return it. Not worth the $60 and the extra $20 to get here for the holidays.

5 people found this helpful

Helpful | Report

**See more reviews ›**

**Top reviews from other countries**

Translate all reviews to English

 Jerónimo D.

★★★☆☆ **Muy chiquito**

Reviewed in Mexico on August 27, 2023

**Verified Purchase**

Más pequeño el recipiente (maceta), es muy original, calidad media

Report

Translate review to English

**See more reviews ›**



Shop now

Sponsored ⓘ

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help



English  United States

**Amazon Music**
Stream
millions
of songs

**Amazon Ads**
Reach customers
wherever they
spend their time

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries &
More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced Pros
Happiness Guarantee

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Box Office Mojo**
Find Movie
Box Office
Data

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital & Print
Publishing
Made Easy

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion
Brands

**Amazon Warehouse**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security
Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart
Security
for Every
Home

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes –
right to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

    Checkout (1 item)    

**1  Shipping address**    Steven Howard    Change
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

**2  Payment method**    Paying with Visa 3651    Change
Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher
[ Enter code ]    ( Apply )
⌄ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

**3  Review items and shipping**

**Arriving Jul 5, 2024 - Jul 25, 2024**
Items shipped from 西湖龙井

 **Levitating Air Bonsai Pot - Magnetic Levitation Suspension flower and air bonsai pot**
**$71.88**
Qty: 1 ▾
Sold by: 西湖龙井
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
● **Friday, Jul 5 - Thursday, Jul 25**
FREE Delivery

( Place your order )    **Order total: $79.25**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

( **Place your order** )
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**
Items:                      $71.88
Shipping & handling:              $0.00

Total before tax:              $71.88
Estimated tax to be collected:*      $7.37

**Order total:**            **$79.25**

**Chase Pay Over Time**SM: Pay a total amount due of **$81.96** inclusive of interest that is **$13.66/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us.

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



- Tranquil Oasis with Levitating Decor: Watch your worries dissolve as your favorite plant gracefully rotates above the magnetic levitation module. Transform your home or office space into a tranquil oasis with our levitating flowerpot, adding a touch of magic to your decor.
- Perfect Gift for Every Celebration: Elevate your gifting game with our levitating planters, ideal for birthdays, Valentine's Day, Mother's Day, baby showers, Father's Day, Christmas, Hanukkah, anniversaries, and more. These cool planters double as stylish floating pot plants, perfect for any office space.
- Silent Serenity with Fun Levitation: Experience the silent and playful levitation of your chosen plant, weighing up to 300 grams, with our creatively designed floating plant pots. Ensure even weight distribution for a smooth rotation, making this magnetic levitation desk toy a delightful addition to your surroundings. (Plant not included).

Sponsored ⓘ

**Customer ratings by feature**

| Giftable | ★★★★★ | 5.0 |
| Value for money | ★★★★⯪ | 4.6 |

See all reviews

⊟ Report an issue with this product or seller

**Consider a similar item**

LE TAUCI Ceramic Plant Pots Indoor, 10 Inch 8 Inch 6 Inch Planters for Indoor Plants, Mid-Century Modern Flower Pots with Drainage Hole and Plug, Cylinder Round Planter Pots, Set of 3, White
★★★★⯪ (443)
$69.99 ($23.33/Count) ✓prime
🌿 Climate Pledge Friendly

---

**Buy it with**

 +  + 

Total price: **$128.41**

[ Add all 3 to Cart ]

ⓘ These items are shipped from and sold by different sellers.   Show details

**This item:** YISUIPU Levitating Plant Pots Floating Hanging Planter for Small Plants. Elevat...
$59⁹⁹ ✓prime

Miracle-Gro Indoor Potting Mix, Blended for a Variety of Houseplants, Feeds for up to 6...
$13⁴² ($0.03/Ounce)

GUIYING Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating...
$55⁰⁰ ✓prime

---

**4 stars and above**

Sponsored ⓘ

Subtotal
$0.00








Glowpear Self Watering Planter Box - 29.5", White - UV Stable, Scalable Urban Raise...
4.2 ★★★★☆ 344
$188⁹⁹

6 Inch Self Watering Planter Pots for Indoor Plants, 3 Pack African Violet Pots wit...
4.5 ★★★★½ 2,883
$16⁹⁹ ($5.66/Count)
✓prime

Face Flower Pots Head Planter, Cute Resin Face Planters for Indoor Outdoor Plants, ...
4.5 ★★★★½ 725
$19⁹⁹
✓prime

Ionantha Guatemala Tillandsia Air Plant, Guatemala Tillandsia Live Airplant, Health...
4.2 ★★★★☆ 1,592
$13⁹⁵

Face Planter Face Flower Pots for Plants Succulent Planter Head Planter Pot Face Fl...
4.5 ★★★★½ 336
Amazon's Choice in Planters
$12⁹⁷
✓prime

Plus Size Swing Face Planter Pot Hanging Head Planter for Indoor Outdoor Plant for ...
4.5 ★★★★½ 200
$33⁹⁹
✓prime

Swing Face Planter Pot Hanging Resin Flower Head Planters for Indoor Outdoor Plants...
4.5 ★★★★½ 319
$24⁹⁹
✓prime

## Based on your recent views

Sponsored ⓘ









MOOCCI Floating Plant Pot Magnetic Levitating Plant Pot for Succulents, Air Bonsai ...
4.2 ★★★★☆ 41
$65⁰⁰
✓prime

INOVAXION Levitating Floating Plant& Flower Pot, Magnetic Floating Planter, Levitat...
3.8 ★★★★☆ 14
$65⁰⁰
✓prime

HCNT Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspens...
4.6 ★★★★½ 10
$65⁶⁹
✓prime

Louatui Hanging Resin Planters for Indoor and Outdoor Plants, Face Planters Pots He...
3.0 ★★★☆☆ 1
$19⁹⁸
✓prime

Levitating Plant Pot Floating Plant Floating Planter Levitating Decor with...
✓prime

PLANTSIO Smart pet Planter Robot Guidance on Plant Care with Emojis, Adorable Plant...
3.2 ★★★☆☆ 10
$78⁹⁰
✓prime

Vanavazon 6 Inch Self Watering Planter Pots for Indoor Plants, 3 Pack African Viole...
4.5 ★★★★½ 2,883
Amazon's Choice in Planters
$16⁹⁹ ($5.66/Count)
✓prime

## Videos

Subtotal
$0.00

**Videos for this product**



| | |
|---|---|
| 1:30 | 0:33 |
| Show-Stopping Levitating Plant Display | Levitating Plant Pot |
| SZNWE | Renee Stakey |

Upload your video

Subtotal
$0.00

## Product Description

## Product information

| | |
|---|---|
| Material | ABA Plastics |
| Color | White |
| Special Feature | Portable |
| Style | funny office decor |
| Planter Form | Tray |
| Shape | Hexagonal |
| Indoor/Outdoor Usage | Indoor |
| Mounting Type | Tabletop |
| Plant or Animal Product Type | ['Succulent', 'Bonsai'] |
| Product Dimensions | 5.51"D x 5.51"W x 5.51"H |
| Brand | YISUIPU |
| Number of Pieces | 1 |
| Item Weight | 300 Grams |
| Item Weight | 10.6 ounces |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Manufacturer | YISUIPU |
|---|---|
| ASIN | B0CKMGD1HH |
| Country of Origin | China |
| Customer Reviews | 4.8 ★★★★★ ˅   10 ratings <br> 4.8 out of 5 stars |
| Best Sellers Rank | #65,129 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) <br> #717 in Planters |
| Date First Available | October 31, 2023 |

**Looking for specific info?**

**Compare with similar items**

| | This Item | Recommendations | | |
|---|---|---|---|---|

  

| | **YISUIPU** Levitating Plant Pots Floating Hanging Planter for Small Plants. Elevate Your Space Level with The Floating Plant… | **KIYOMING** Levitating Plant Pot Hexagon Floating Air Bonsai Pot Suspension Flower Pot Planter for Office Home Decoration | **MOOCCI** Levitating Plant Pot Floating Plant Potted Plant, Ideal Home Gift for Boyfriends, Classmates for Halloween,… | **HCNT** Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspension Floating Plant Succulents… |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | -8% $59⁹⁹ <br> Typical: $65.00 | -15% $55⁰⁰ <br> Typical: $65.00 | $65⁰⁰ | -5% $65⁶⁹ <br> List: $68.79 |
| **Delivery** | ✓prime FREE Delivery | ✓prime FREE One-Day | — | ✓prime FREE Delivery |
| **Customer Ratings** | 4.8 ★★★★★ 10 | 4.4 ★★★★☆ 155 | 4.2 ★★★★☆ 41 | 4.6 ★★★★☆ 10 |
| **Giftable** | 5.0 ★★★★★ | 3.9 ★★★☆☆ | 5.0 ★★★★★ | — |
| **Value For Money** | 4.6 ★★★★☆ | 3.6 ★★★☆☆ | 5.0 ★★★★★ | — |

Subtotal
$0.00

| | Sold By | SZNWE | YOMING | Centralev | MAGECMOON |
|---|---|---|---|---|---|
| Material | | ABA Plastics | Resin | Plastic | Acrylonitrile Butadiene Styrene (ABS), Wood |
| Number Of Pieces | | 1 | 1 | 1 | 1 |
| Shape | | Hexagonal | Hexagonal | Hexagonal | Hexagonal |
| Mounting Type | | Tabletop | Hanging | Window Mount, Tabletop, Floor Standing | Suspended |
| Assembly Required | | X | X | X | X |
| Weight | | 300 grams | 0.66 pounds | 2.33 pounds | — |

Subtotal
$0.00

## Products related to this item

Sponsored ⓘ

      

KIYOMING Floating Plant Pot Planter Suspension Air Bonsai Pot Flower Pot Levitating...
4.4 ★★★★☆ 88
Amazon's Choice in Planters
$55.00
✓prime

INOVAXION Levitating Plant Pot, Floating Plant Pot for Small Plants. Levitating Dec...
3.8 ★★★★☆ 14
$65.00
✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen...
4.2 ★★★★☆ 784
$69.99
✓prime

BandD Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor ...
4.6 ★★★★☆ 410
$62.20
✓prime

BandDlevs Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating De...
4.6 ★★★★☆ 10
$66.99
✓prime

MOOCCI Floating Plant Pot Magnetic Levitating Plant Pot for Succulents, Air Bonsai ...
4.2 ★★★★☆ 41
$65.00
✓prime

HCNT Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspens...
4.2 ★★★★☆ 54
$65.79
✓prime

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ

   

ARBER

Drkicsy

LE TAUCI®

Subtotal
$0.00

## Customer reviews

★★★★★ 4.8 out of 5

10 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 20% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Zero tolerance for fake reviews

Sponsored ⓘ

## Reviews with images

See all photos ›



Top reviews ˅

### Top reviews from the United States

Robio

★★★★★ **Awesome! Product and Customer Service.**

Reviewed in the United States on March 23, 2024

Color: Black | Verified Purchase

First, the planter is one of the coolest purchases I made. It is the talk of the office. Everyone asks about it. It is incredibly easy to use. Just plug it in and carefully place the pot. (You just have to feel the spot to let go) 2-3 people stop to ask about it eveyday.

Second, I had a question about the planter, I got a very quick response and they were eager to help. They even offered a refund (that I didn't want because I love this planter). I will buy anything from this seller. Update - Still as awesome as it was when I first purchased. I have a cactus in the pot. I remove the pot overnights and weekends (office desk) so it doesn't fall if we lose power or someone gets too curious when unattended. I can't say enough about the sellers response thanks again.

Helpful | Report

tiffanie

★★★★★ **Cutest planter**

Reviewed in the United States on April 29, 2024

Color: White | Verified Purchase

Awesome product! It's a little weird at first trying to get the center of gravity right in order to start it floating but once you find the spot it's easy! I like to spin it or touch it to watch it bounce endlessly! I have a small succulent inside of mine! Perfect size!

Helpful | Report

Josh

★★★★☆ **Great for a desk but not worth the price**

Reviewed in the United States on January 10, 2024

Color: Black | **Vine Customer Review of Free Product** ( What's this? )

The planter does look very nice on my desk but it would be better if it didn't need to be plugged in. It is also very expensive for the plastic and magnet material. Not sure if I would get again.

Helpful | Report

Jasmine Sparrow

★★★★★ **Super cute!**

Reviewed in the United States on May 20, 2024

Color: White | **Verified Purchase**

Such a vibe!! We love!

Helpful | Report

Market Research Freak

★★★★★ **Fun**

Reviewed in the United States on April 25, 2024

Color: White | **Verified Purchase**

Love it, cool little gift.

Helpful | Report

Ryan Merrill

★★★★★ **Lambo Lego Levitator**

Reviewed in the United States on March 21, 2024

Color: Black | **Verified Purchase**



Great for use with Lego cars and displays them well. Glad I purchased it.

Subtotal
**$0.00**



One person found this helpful

[ Helpful ] | Report

JK.Barker

★★★★★ **YISUIPU Levitating Plant Pots Floating Hanging Planter for Small Plants**
Reviewed in the United States on December 4, 2023
Color: Black | **Vine Customer Review of Free Product** ( What's this? )

Well, I'm a complete plant lover and jungle obsessed lady...and I love a pretty planter, bonus points if it's unique. Well, I don't know how you can get much more unique than this! This is an absolute show stopper. I really didn't expect it to work, but it does and it's so cool! I love it. It is pretty and well made, and the levitating part is so cool!

One person found this helpful

[ Helpful ] | Report

**See more reviews ›**

Subtotal
$0.00

Shop now

Sponsored ⓘ

Back to top



**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

Subtotal
$0.00

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

**amazon**

Checkout (**1 item**) 

| | | |
|---|---|---|
| **1** | **Shipping address** | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions | Change |

**FREE pickup available nearby**
Amazon Go • 0.4 mi (See details)
Change to pickup

| | | |
|---|---|---|
| **2** | **Payment method** | Paying with Visa 3651 | Change |

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  [ Apply ]

⌄ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

**3**  **Review items and shipping**

⟦ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** ⟧

**Arriving Jun 14, 2024**
Items shipped from Amazon.com



**YISUIPU Levitating Plant Pots Floating Hanging Planter for Small Plants. Elevate Your Space Level with The Floating Plant Pot – Stunning Home and Office Decor (White)**

Choose your Prime delivery option:
◉ **Friday, Jun 14**
   FREE Two Day Delivery
◯ **Monday, Jun 17**
   FREE Amazon Day Delivery
🍃 Fewer boxes, fewer trips. ⌄
Change delivery day

---

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $59.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $59.99 |
| Estimated tax to be collected: | $6.15 |
| **Order total:** | **$66.14** |

**Chase Pay Over Time℠:** Pay a total amount due of **$68.40** inclusive of interest that is **$11.40/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**$59.99** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: SZNWE
🎁 Add gift options

**Or choose your pickup location:**
📍 **Pickup available nearby**
Choose a location

Place your order   **Order total: $66.14**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





**See more**

| | | | |
|---|---|---|---|
| **Material** Plastic, Metal | | **Mounting Type** floating | |
| **Shelf Type** Floating Shelf | | **Shape** Rectangular | |

### About this item

- 【Tips】If the tray does not rotate, please gently move it clockwise by hand to start rotating! Levitation Height: 15-20mm.
- 【Amazing Levitation+360° Rotation】Built-in electromagnet and sensor enable the tray to float stably in the air. Antigravity floating. Automatically rotate 360 ° without any noise. Low power consumption and energy-saving. Base Size: 10.5 * 10.5 * 2.2 cm (4.13*4.13*0.86in); Tray Diameter: 4.5 cm (1.77in) ; Max Load: 300g (0.66pounds).
- 【Attractive & Durable】4 LED lights beautifully spotlight your item. Also pretty cool in the dark. Mirror base design, beautiful and fashionable. The base is made of stainless steel inside, durable and sturdy, longer service life. 4 anti slip pads at the bottom to ensure stability.
- 【Fall Prevention Design】When the power is cut off, the tray will be firmly attached to the base and will not fall to the ground to be damaged or lost. (But when not in use, please store the tray and base separately.) Easy to operate. Even children can easily operate it. Follow the instruction to easily start within 10 seconds.
- 【Creative Gifts】Suitable for displaying various small items: jewelry, model, DIY handicrafts, souvenirs, collectibles, plants...Attract people's attention. An excellent decoration for home or office. Also a creative gift for family and friends. Imagine how surprised they would be to receive it!
- 【Excellent Service】We support 1 year warranty on all products in our store. For damaged parts, we will resend a new for customers to replace. Besides, we provide 1-to-1 online after-sales consultation service for every consumer with high efficiency, bringing you worry free shopping experience.

Report an issue with this product or seller

---

☐ 2 Year Furniture Protection Plan ($125 - $149.99) for $24.99

☐ 3 Year Furniture Protection Plan ($125 - $149.99) for $31.99

☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

☐ Add a gift receipt for easy returns

Add to List

### Other sellers on Amazon

New (2) from $129<sup>00</sup> ✓prime

Sponsored ⓘ

Subtotal
$0.00

---

## Buy it with



Total price: $156.88

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** Huanyu 360° Rotating Stage Magnetic Levitation Display Platform 4 LED Lights Antigravi...
$129<sup>00</sup> ✓prime

YATSKIA Chakra Tree of Life - Crystal Tree for Positive Energy - Seven Chakra Tree - 7 Chakra...
$18<sup>89</sup> ✓prime

HAO White Large Inflatable Airplane Float, Blow Up Airplane Balloon for Outdoor, Party...
$8<sup>99</sup> ✓prime

---

## Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

Subtotal
**$0.00**











Turner Cup Rotating
Display Stand for Epoxy
Glitter Tumbler Display
Turner 360 Degr...
4.7 ⭐⭐⭐⭐⭐ 21
$47⁹⁹
✓prime

JAYEGT Variety Colors
LED Light Base Non-Slip
Rotating Display Stand ,
8.66inch /66...
4.4 ⭐⭐⭐⭐⭐ 31
$75⁹⁹
Save 10% with coupon

fotoconic Motorized
Rotating Display
Turntable, Adjustable
Rotation Speed 2.4-4...
4.7 ⭐⭐⭐⭐ 7
$19⁹⁹
✓prime

Motorized Rotating
Display Stand,
Rechargable Automatic
Rotating Platform...
4.2 ⭐⭐⭐⭐ 46
**50% off** Limited time
deal
$24⁹⁹
List: $49.99
✓prime

Foleto Rotating Display
Stand, 360 Degree
Motorized Turntable
Display Stand for Pho...
4.2 ⭐⭐⭐⭐ 1,576
$18⁹⁹
✓prime

Leekimid 2 Pack Led
Lighted Liquor Bottle
Display Shelf, 20 Inch 1
Tier Wall Mounte...
4.6 ⭐⭐⭐⭐⭐ 22
$79⁹⁹
✓prime

White Electric 10 Inch
Rotating Turntable
Display Stand with Led
44 lb Centric Load...
4.4 ⭐⭐⭐⭐⭐ 111
$32⁹⁹
✓prime

## Based on your recent views

Sponsored ⓘ













Ultrathin (The Thickness
is Only 0.79 Inches)
Rotating Display Stand
7.9in/20cm Diame...
$39⁹⁹
✓prime

Turner Cup Rotating
Display Stand for Epoxy
Glitter Tumbler Display
Turner 360 Degr...
**Amazon's Choice** in
Display Pedestals
$27⁹⁹
✓prime

Foleto Rotating Display
Stand, 360 Degree
Motorized Turntable
Display Stand for Pho...
4.6 ⭐⭐⭐⭐⭐ 25
$18⁹⁹
✓prime

ComXim Rotating
Display Stand with
Remote Control,
19.7in/500lbs, Sturdy...
3.9 ⭐⭐⭐⭐ 6
$179⁹⁹
✓prime

Colored Lights Rotating
Display Stand 21
Adjustable Color
Motorized Rotating...
5.0 ⭐⭐⭐⭐⭐ 1
$59⁹⁹
✓prime

Homend 110V Electric
Motorized Rotating
Turntable Display Stand,
24inch/60cm Diamet...
4.3 ⭐⭐⭐⭐⭐ 339
$99⁹⁹
✓prime

AIGICO Motorized
Rotating Stand, 7.67Inch
Max Loading 22lb
Battery USB Use...
3.4 ⭐⭐⭐ 31
$41⁹⁹
✓prime

## From the brand

Subtotal
$0.00

**Welcome to Huanyu**

Hoping everyone can find their original aspirations in the fast-paced life now, and live happily at their own pace!

Huanyu is a comprehensive company dedicated to building high-quality brands and service-oriented. The products it produces and sells cover many categories; and the **experimental scientific instruments** are one of our major categories.

Each category has a dedicated department and sales department responsible for manufacturing and promotion, as well as a complete after-sales service system.

## Product information

| | |
|---|---|
| Material | Plastic, Metal |
| Mounting Type | floating |
| Shelf Type | Floating Shelf |
| Number of Shelves | 1 |
| Special Feature | Portable, Lightweight, Durable |
| Product Dimensions | 4.13"D x 4.13"W x 0.86"H |
| Shape | Rectangular |
| Style | Modern |
| Finish Type | silver |
| Brand | Huanyu |
| Product Care Instructions | Wipe with Dry Cloth |
| Size | US Plug 110V |
| Recommended Uses For Product | Displaying and highlighting small items |
| Number of Items | 1 |
| Manufacturer | Huanyu |
| Furniture Finish | Stainless Steel |
| Specific Uses For Product | Decorative Items |
| Item Weight | 1.5 pounds |
| ASIN | B07HRSWKJV |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Customer Reviews | 5.0 ★★★★★ ⌄   3 ratings |
|---|---|
| | 5.0 out of 5 stars |
| Best Sellers Rank | #1,039,935 in Home & Kitchen (See Top 100 in Home & Kitchen) |
| | #680 in Display Pedestals |
| Is Discontinued By Manufacturer | No |
| Finish types | silver |
| Batteries required | No |

Subtotal
$0.00

## Videos

**Videos for this product**



Upload your video

## Product Description



Subtotal
$0.00

Subtotal
$0.00



## More Magnetic Levitation Display Stand Platform



| | | | | | |
|---|---|---|---|---|---|
| | **Click to View** | **Click to View** | **Click to View** | **Click to View** | **Click to View** |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★★ | — | — | — | — |
| Price | $129⁰⁰ | $159⁰⁰ | $159⁰⁰ | $159⁰⁰ | $19 |

| Max Load | 300g | 300g | 200g | 200g | 40( |
|---|---|---|---|---|---|
| Base Size | 4.13*4.13*0.86in | 4.72*4.72*0.98in | 5.90*5.90*1.18in | 5.90*5.90*1.18in | 8.27*8.2 |
| With LED Lights | ✓ | ✓ | ✓ | ✓ | ✓ |
| 360 ° Rotation | ✓ | ✓ | ✓ | ✓ | ✓ |
| Antigravity Floating | ✓ | ✓ | ✓ | ✓ | ✓ |

Subtotal
$0.00

## Looking for specific info?

**Inspiration from this brand**

 Huanyu
Visit the Store on Amazon    + Follow



Do you want to make a more uniform and precise wire? ! Come c...

Break the nut easily in 5 seconds! Hydraulic type tool, easy and labor...

Get up in the morning and grind the mellow powdered coffee with Hua...

Want to develop a new hobby to create more woodcrafts? With Hua...

Mother's day gift for mom. Great f beginners in pottery and very mot

## Products related to this item

Sponsored ⓘ















AKMTRD Magnetic Levitation Bluetooth Speaker,Playing Music and Floating in The air,...

4.5 ★★★★☆ 87

Amazon's Choice in Portable Bluetooth Speakers

$84.99

✓prime

JAYEGT LED Light Base Non-Slip Rotating Display Stand , 66lbs Load, Wireless , 360...

4.4 ★★★★☆ 31

$85.99

✓prime

Save 10% with coupon

MECCANIXITY Floating Shoe Display Shelves 235x90x445mm Magnetic...

5.0 ★★★★★ 2

$127.29

✓prime

JAYEGT Motorized Rotating Display Stand with 5 Color LED Light , 10 inch /55lbs Loa...

4.0 ★★★★☆ 128

$38.99

✓prime

Save 5% with coupon

Infinite Objects | 10,000 Digits of Pi | Moving Postcards | Handcrafted Digital Art...

$119.00

✓prime

novium Hoverpen Future Edition - Fountain Pen & Rollerball Pen All-In Gift Box, Fin...

4.2 ★★★★☆ 73

$159.00

✓prime

Save $10.00 with coupon

Hoteam Turner Cup Rotating Display Stand for Epoxy Glitter Tumbler Display...

4.5 ★★★★☆ 26

$27.99

✓prime

Subtotal
$0.00

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

Floatidea
Shop the Store on Amazon ›



Floating Shoe Display Magnetic Levitating Sneaker Stand Holder Rotation Acrylic...

★★★★☆ 66

$109.99

IFOLAINA
Shop the Store on Amazon ›



IFOLAINA Rotating Display Stand Led Light Base Colorful Lighted Spinning...

★★★★☆ 56

$24.99

EUSTUMA
Shop the Store on Amazon ›




EUSTUMA LED Light Base Non-Slip Round Display Stand in A Variety of...

★★★★☆ 416

$11.98 List: $15.00

Hicarer
Shop the



## Customer reviews

★★★★★ 5 out of 5 ⓘ

3 global ratings

| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Zero tolerance for fake reviews



Sponsored ⓘ

Top reviews ⌄

### Top reviews from the United States

Alex

★★★★★ **Excellent Product and Customer Service**

Reviewed in the United States on October 10, 2023

Size: US Plug 110V | Verified Purchase



The product initially came where one of the internal heating coils was damaged where it could not align the magnet in the center of the levitation plate. After discussing with the sellers customer service team, they sent a new stand that worked instantly. The magnet is able to levitate within the first time trying and even was able to levitate by my 3 year old daughter (to prove simplicity). Overall, great product and recommend to purchase as you know there is a great customer service team reaching quality standards for their customers.

Helpful | Report

Danny Boi

★★★★★ **Perfect shelf/desk display feature**

Reviewed in the United States on December 22, 2023

Size: US Plug 110V | Verified Purchase



Works perfectly, my friend has tons of Lego cars and this is the by far the coolest way to display them. Any small little gadgets or knickknacks look 10x cooler displayed on this. The customer service is awesome, they personally reached out to make sure my product was delivered in perfect condition. Takes a little practice to balance the magnet at first but by far one of the cooler products I've gotten. Very pleased

2 people found this helpful

Helpful | Report

**See more reviews ›**

Subtotal
**$0.00**

Subtotal
$0.00



Save 5% more **with Subscribe & Save**

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

amazon

English ⇅    United States

Subtotal
$0.00

Amazon Music
Stream
millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on
Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)                                    

---

**1**  **Shipping address**    Steven Howard                                    Change
                              1 PPG PL
                              PITTSBURGH, PA 15222-5415
                              Add delivery instructions

                              **FREE pickup available nearby**
                              Amazon Go • 0.4 mi  (See details)
                              Change to pickup

---

**2**  **Payment method**     Paying with Visa 3651                            Change
                              Billing address: Same as shipping address.

                              ∧ Add a gift card or promotion code or voucher
                              [ Enter code ]  Apply

                              ∨ Use Chase Ultimate Rewards points
                                $55.76 (6,970 points) available

---

**3**  **Review items and shipping**

    ┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
      **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**
    └ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘

    **Arriving Jun 14, 2024**
    Items shipped from Amazon.com

      **Huanyu 360° Rotating Stage**     Choose your Prime delivery option:
                          **Magnetic Levitation Display**    ● **Friday, Jun 14**
                          **Platform 4 LED Lights**             FREE Two Day Delivery
                          **Antigravity Floating**           ○ **Monday, Jun 17**
                          **Automatic Rotation**                FREE Amazon Day Delivery
                          **Magnetic Levitation Lifting**    🍃 Fewer boxes, fewer trips.  ∨
                          **Stage Display Jewelry**          Change delivery day

---

### Order Summary (sidebar)

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $129.00 |
| --- | --- |
| Shipping & handling: | $0.00 |
| Total before tax: | $129.00 |
| Estimated tax to be collected: | $13.22 |

**Order total:**  **$142.22**

**Chase Pay Over Time℠:** Pay a total amount due of **$147.06** inclusive of interest that is **$24.51/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

**Model Creative Gift Load 300g**
$129.00 
& FREE Returns ⌄

Qty: 1 ⌄

Sold by: Huanyu US

🎁 Add gift options

**Or choose your pickup location:**
**Pickup available nearby**
Choose a location

---

**Order total: $142.22**

<span style="color:yellow">Place your order</span>

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





## Product information

### Technical Details

| Manufacturer | Wnew |
|---|---|

### Additional Information

| ASIN | B0C9D26JQD |
|---|---|

| Part Number | CHU999585 |
| --- | --- |
| Item Weight | 4.2 ounces |
| Package Dimensions | 4.72 x 3.15 x 1.97 inches |
| Country of Origin | China |
| Item model number | CHU999585 |
| Style | Modern |
| Item Package Quantity | 1 |

| Customer Reviews | 1.0 ★★★★★ ⌄   3 ratings |
| --- | --- |
| | 1.0 out of 5 stars |
| Best Sellers Rank | #516,334 in Toys & Games (See Top 100 in Toys & Games) |
| | #944 in Magnet Toys |
| Date First Available | June 22, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

**Subtotal**
**$0.00**

## Videos

### Videos for this product



## Looking for specific info?

## Product Description

Description:

Magnetic Levitation Floating Ion Revolution Display Platform Tray with Ez Float Technology

Features:

1. The levitating magnetic hover disc can hold up to 250g in mid-air.

2. 4 white accent LEDs spotlights your item beautifully.

3. Objects continuously revolve in space inspiring wonder and amazement.

4. The Levitation Revolution features EZ Float technology to make levitating your favorite collectibles a snap.

5. Levitation is an attention grabber in all parties as it can levitate models, jewelry, memorabilia and other collectibles.

Specification:

Base size: 10.5 x 10.5 x 2cm

Floating body size: Φ4 x 1cm

Suspension height: 1.8-2cm

Package includes:

1 x Levitation Ion Revolution Platform

Subtotal
$0.00

## Related products with free delivery

Sponsored ⓘ



FUNGOODS Magnetic Levitating Panda Spinning in Air 3D Printing Gift Father...
3.5 ★★★☆ 2
$59.99
✓prime



PowerTRC Rotating Magnetic Levitation Suspended in Air Floating 3.5 inch...
4.0 ★★★★☆ 31
$79.99
✓prime



ForeverSpin Titanium Spinning Top - World Famous Spinning Tops
4.5 ★★★★½ 626
$64.00
✓prime



Levitation Floating Globe 4inch Rotating Magnetic Mysteriously Suspended In Air Wor...
4.4 ★★★★½ 188
$36.50
✓prime



Music Tesla Coil Wireless Transmission Experiment Arc Plasma Coil Desktop Toy Divvi...
3.6 ★★★☆ 41
$49.99
✓prime



Magnetic Levitating Globe, Large 8inch Floating Globe With LED Lights, Magnetic Glo...
4.8 ★★★★★ 8
$98.99
✓prime
Save 5% with coupon



Magnetic Decision Maker Swing Pendulum Office Desk Decoration Toy,Novelty Gadget Gift
4.1 ★★★★☆ 88
$11.99
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



Magnetic Levitating Globe, 6 Inch LED Levitation Floating World Map Globe,...
★★★★☆ 29
$72.00

Gresus Upgraded Magnetic Levitation Floating Globe with C Shape Base,...
★★★★☆ 244
$18.99

Subtotal
$0.00

## Customer reviews

★☆☆☆☆ 1 out of 5 ⓘ

3 global ratings

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

⌄ Zero tolerance for fake reviews

Top reviews ⌄

### Top reviews from the United States

 Luke

★☆☆☆☆ **it broke before i even turned it on**
Reviewed in the United States on February 9, 2024
Verified Purchase

it brok

One person found this helpful

Helpful | Report

Brittany

★☆☆☆☆ **Doesn't work**
Reviewed in the United States on August 18, 2023
Verified Purchase



I followed the instructions, I've been trying for an hour, it doesn't work. Been waiting weeks for this I'm a bit disappointed.



Sponsored ⓘ

13 people found this helpful

Helpful | Report

**See more reviews ›**

Subtotal
$0.00

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

🔒

**1  Shipping address**

Steven Howard
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

Change

**2  Payment method**

Paying with Visa 3651

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

| Enter code | Apply |

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

Change

**3  Review items and shipping**



**Arriving Jun 28, 2024 - Jul 16, 2024**
Items shipped from Wnew Official Shop

**Magnetic Levitation Floating Ion Revolution Display Platform Tray with Ez Float Technology**
**$57.58**
Qty: 1

Sold by: Wnew Official Shop
Not eligible for Amazon Prime
(Learn more)

Gift options not available

Choose a delivery option:
○ **Friday, Jun 21 - Tuesday, Jun 25**
$9.25 - Delivery
● **Friday, Jun 28 - Tuesday, Jul 16**
FREE Delivery



**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $57.58 |
| Shipping & handling: | $0.00 |
| Total before tax: | $57.58 |
| Estimated tax to be collected:* | $5.90 |
| **Order total:** | **$63.48** |

**Chase Pay Over Time℠:** Pay a total amount due of **$65.64** inclusive of interest that is **$10.94/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

 **Order total: $63.48**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





**This item:** Floating Lamp Magnetic Levitating Night Light Makeup Bedside Lamp Wood...
$68⁸⁰

+



10Ft Extension Cord with Multiple Outlets, Flat Plug Power Strip Surge Protector with 10 F...
$14⁹⁹  ✓prime

+



Lufeiya White Small Desk with Drawers - 40 Inch Computer Desk for Small Space Home Office,...
$71⁹⁰  ✓prime

Total price: $155.69

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

Subtotal
$0.00

Sponsored ⓘ

## Based on your recent views

Sponsored ⓘ

Page 1 of 58



MYSWEETY Foldable Half Moon Nail Desk Lamp, 23 Inch Lash Light Led Nail Tech Lamp f...
4.3 ★★★★½ 26
$79⁹⁸
✓prime
Save 10% with coupon



Unique Magnetic Levitating Lamp with LED Light Bulb Floating in The Air Wireless Ch...
5.0 ★★★★★ 9
$79⁹⁹
✓prime



Magenetic Levitating Lamp, Floating Light Bulb, Auto Rotating LED...
5.0 ★★★★★ 1
$69⁹⁹
✓prime



Levitating Lamp,Floating Light Bulb,Magnetic Levitating LED Desk Lamp for Unique Gi...
4.9 ★★★★★ 10
$65⁰⁰
✓prime



Levitating Bulb Lamp Magnetic Floating Light Desk Lamp Night Light, 360 Degree Wire...
4.4 ★★★★½ 58
$59⁹⁹
✓prime



VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LE...
4.1 ★★★★☆ 1,625
$79⁹⁹
✓prime



Levitating... Floating a... Air Freely Changing... 5.0 ★★★★½
$75⁹⁹
✓prime

## Similar items that are frequently purchased

Subtotal
**$0.00**








| | | | | | |
|---|---|---|---|---|---|
| Portable Metal Desk Lamp, Cordless LED Table Lamp,3 Color Touch Control Rechargeable Lamp,3-Levels Brightne... | Leroxo Portable Metal Desk Lamp, Cordless Metal LED Table Lamp,3 Color Touch Control Rechargeable Lamp,3-... | ZBOLE LED Desk Lamp Dimmable Table Lamp Reading Lamp with USB Charging Port, Wooden... | ZEROUNO Metal Desk Lamp, Eye-Caring Reading Table Lamp, Study Lamps with Flexible Adjustable Swi... | FIRPOW LAMP 3D Printed Moon Lamp, Levitating Magnetic Floating Lamp with Remote, 3 Colors Adjustable Brightness f... | OFiSEXPT Gold Mini Led Small Table Lamp, Cordless Touch Rechargeable Atmosphere Lamp for Bedroom Nightstand |
| ★★★★½ 4 | ★★★★½ 2 | ★★★★★ 55 | ★★★★☆ 7 | ★★★★★ 521 | ★★★★½ |
| $28.99 | $28.99 | **Amazon's Choice** in Desk Lamps | $32.79 | $85.98 | $13.99 |
| ✓prime FREE One-Day Get it **Tomorrow, Jun 13** | ✓prime FREE One-Day Get it **Tomorrow, Jun 13** | $39.99 | ✓prime FREE Delivery **Sunday, Jun 16** | ✓prime FREE Delivery **Friday, Jun 14** | ✓prime FREE Delivery **Friday, Jun 14** |
| | | ✓prime FREE One-Day Get it **Tomorrow, Jun 13** | | | |

## Product information

### Technical Details

| | |
|---|---|
| Product Dimensions | 3.9"D x 9.8"W x 9.8"H |
| Lamp Type | Desk Lamp |
| Style | Modern |
| Brand | Generic |
| Color | White |
| Special Feature | Magnetic Levitating, Color Changing |
| Light Source Type | LED |
| Material | Acrylonitrile Butadiene Styrene |
| Room Type | Office, Bedroom |
| Number of Light Sources | 1 |
| Included Components | NO |
| Is Waterproof | False |
| Number of Items | 1 |
| Control Method | Touch |
| Indoor/Outdoor Usage | Indoor |
| Is Cordless? | No |
| Is Electric | Yes |
| Manufacturer | MRUI |

### Additional Information

| | |
|---|---|
| ASIN | B0CRPB2BF6 |
| Date First Available | January 6, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

| Part Number | 001 |
|---|---|
| Country of Origin | China |
| Item model number | MRSIM75-C |
| Special Features | Magnetic Levitating, Color Changing |
| Batteries Required? | No |

Subtotal
$0.00

## Product details

**Product Dimensions** ：3.9 x 9.8 x 9.8 inches

**Item model number** ：MRSIM75-C

**Date First Available** ：January 6, 2024

**Manufacturer** ：MRUI

**ASIN** ：B0CRPB2BF6

**Country of Origin** ：China

## What's in the box
- NO

## Videos

Help others learn more about this product by uploading a video!

Upload your video

**Product Description**

Magnetic Levitating Table Lamp

## You might also like                                                              ⋮








FANTESTICRYAN Baroque Bud Glass Vases Set of 4, Retro Gradient Small Vase Single Flower Mini for Centerpiece Décor,...
⭐⭐⭐⭐½ 293
$19.99
Get it as soon as **Monday, Jun 17**
FREE Shipping by Amazon

Floral Supply Online - Rose Bowl and Flower Guide Booklet - Small Glass Round Vase for Weddings, Events,...
⭐⭐⭐⭐½ 1,233
$13.99
✓prime FREE Delivery **Friday, Jun 14**

8" Tall Iridescent Glass Vase - For Flowers, Centerpieces, Home Decor
⭐⭐⭐⭐½ 1,012
**Amazon's Choice** in Vases
$9.99
✓prime FREE One-Day Get it **Tomorrow, Jun 13**

TERESA'S COLLECTIONS Beige Vase Set, Rustic Farmhouse Ceramic Vases for Mantel Decor, Decorative Flower Vase...
⭐⭐⭐⭐½ 1,487
$26.99
✓prime FREE One-Day Get it **Tomorrow, Jun 13**

MyGift Small Glass Bud Vase, 5 Inch Decorative Flower Vases, Mini Vintage Style Centerpiece Vases with Diamond...
⭐⭐⭐⭐½ 512
$19.99
✓prime FREE Delivery **Friday, Jun 14**

BUICCE Small Clear Glass Jug Vase Round Flower Decorative Bubble Vase for Pampas Grass Farmhouse Decor
⭐⭐⭐⭐½ 692
$19.99
✓prime FREE Delivery **Friday, Jun 14**

Subtotal
$0.00

Shop the Store

Sponsored ⓘ

## Looking for specific info?

## Customer reviews

5 star    0%
4 star    0%
3 star    0%
2 star    0%
1 star    0%

ⱽ Zero tolerance for fake reviews

No customer reviews



Subtotal
$0.00

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)

🔒

| **1** | **Shipping address** | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions | Change |
|---|---|---|---|

| **2** | **Payment method** | Paying with Visa 3651<br>Billing address: Same as shipping address.<br><br>∧ Add a gift card or promotion code or voucher<br><br>[ Enter code ]  Apply<br><br>∨ Use Chase Ultimate Rewards points<br>$55.76 (6,970 points) available | Change |
|---|---|---|---|

**3**  **Review items and shipping**



**Arriving Jun 28, 2024 - Jul 10, 2024**
Items shipped from YIGAO FASHION

**Floating Lamp Magnetic Levitating Night Light Makeup Bedside Lamp Wood Table Lamp Novel Gifts (White)**
**$68.80**
Qty: 1
Sold by: YIGAO FASHION
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
🔘 **Friday, Jun 28 - Wednesday, Jul 10**
FREE Delivery



**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $68.80 |
| Shipping & handling: | $0.00 |
| Total before tax: | $68.80 |
| Estimated tax to be collected:* | $7.05 |
| **Order total:** | **$75.85** |

**Chase Pay Over Time**℠: Pay a total amount due of **$78.42** inclusive of interest that is **$13.07/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

**Order total: $75.85**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





- Floating speaker above a magnetic base
- Orb can be used as a portable speaker
- USB port in the base for charging speaker orb or smart phone
- Emits a green light for visual aesthetic
- Connectivity via Bluetooth and NFC, Wireless Range 10 meters

> See more product details

Report an issue with this product or seller

**Save with Used - Like New**

$76.42 ($38.21 / Count)

prime Two-Day

FREE delivery **Friday, June 14**

Ships from: Amazon
Sold by: Yibakeji

Add to List

**Other sellers on Amazon**

New & Used (3) from $76.42

prime

Subtotal
$0.00

**Freq**

This item: Arc Star Floating Speaker | Bluetooth and NFC | Smartphone Charger | 360°...
$89.90 ($44.95/Count)  prime

+ Rebel Alliance Star Wars Millenium Falcon Metal Bottle Opener
$4.95  prime

+ STAR WARS Mos Eisley Cantina Tatooine Men's Adult Graphic Tee T-Shirt
$23.99  prime

Total price: **$118.84**

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**Customers also search**

gaming bluetooth speakers

wifi bluetooth speakers

shower bluetooth speakers

mini bluetooth speakers

studio bluetooth speakers

floating bluetooth speakers

vintage bluetooth speakers

multi-room bluetooth speakers

**Deals on related products**

| | | | | | | Subtotal |
| | | | | | | **$0.00** |



Sponsored ⓘ

Bluetooth Speaker Waterproof, Shower Speakers Bluetooth Wireless Waterproof...

4.1 ★★★★☆ 9

29% off  Limited time deal

$49.98
List: $69.99

✓prime



Sponsored ⓘ

2 Pack Outdoor Bluetooth Speakers,Wireless Speaker with LED...

4.3 ★★★★½ 722

#1 Best Seller

32% off  Limited time deal

$39.96
List: $58.99
($19.98/Count)

✓prime



Sponsored ⓘ

Pool Speaker, Floating Waterproof Bluetooth Shower Speakers Portable Floating Bluet...

4.6 ★★★★½ 8

29% off  Limited time deal

$49.98
List: $69.99

✓prime

Sponsored ⓘ

Divoom Ditoo Retro Pixel Art Game Bluetooth Speaker with 16X16 LED App Controlled F...

4.7 ★★★★½ 9,627

Amazon's Choice in Portable Bluetooth Speakers

39% off  Limited time deal

$79.90
List: $129.99

✓prime

Save 15% with coupon





Sponsored ⓘ

Tile Pro 1-Pack. Powerful Bluetooth Tracker, Keys Finder and Item Locator for Keys,...

4.4 ★★★★½ 6,574

Amazon's Choice in Item Finders

20% off  Limited time deal

$27.99
List: $34.99

✓prime



Sponsored ⓘ

Air Duster – Computer Vacuum Cleaner – for Keyboard Cleaning- Cordless Canned Air-...

4.1 ★★★★☆ 2,624

50% off  Limited time deal

$22.99
List: $45.99

✓prime



Sponsored ⓘ

Tile Mate 1-Pack. White. Bluetooth Tracker, Keys Finder and Item Locator; Up to 250...

4.5 ★★★★½ 4,760

28% off  Limited time deal

$17.99
List: $24.99

## Product information

### Technical Details

| | |
|---|---|
| Mounting Type | Tabletop |
| Material | Aluminum, Plastic |
| Model Name | 7 Arc Star |
| Speaker Type | 低音炮 |
| Special Feature | Portable |
| Recommended Uses For Product | For Smartphones or Tablets |
| Compatible Devices | Tablet, Smartphone |
| Subwoofer Diameter | 5 Centimeters |
| Unit Count | 2.0 Count |
| Controller Type | Battery Powered |
| Color | Black/Green |
| Battery Life | 15 Hours |
| Included Components | Speaker, base, charger |
| Product Dimensions | 5.9"D x 5.9"W x 5"H |
| Item Weight | 2 Pounds |

### Additional Information

| | |
|---|---|
| ASIN | B01ET1OTV6 |
| Customer Reviews | 4.4 ★★★★½ ⌄  1,204 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #34,856 in Electronics (See Top 100 in Electronics)<br>#112 in Boomboxes |
| Date First Available | April 26, 2016 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

| | |
|---|---|
| Impedance | 4 Ohm |
| Is Waterproof | FALSE |
| Charging Time | 10 Hours |
| Warranty Type | Limited |
| Number of Items | 1 |
| Control Method | Remote |
| Wireless Communication Technology | Bluetooth, NFC |
| Speaker Size | 8 Inches |
| Power Source | Battery Powered |
| Woofer Diameter | 40 Millimeters |
| Water Resistance Level | Not Water Resistant |
| Number of Batteries | 1 Lithium Ion batteries required. |
| Bluetooth Range | 10 Meters |
| Audio Driver Size | 40 Millimeters |
| Subwoofer Connectivity Technology | Wireless |
| Connectivity Protocol | Bluetooth, USB |
| Includes MP3 player? | No |
| Is Electric | Yes |
| Number Of Circuits | 1 |
| Processor Count | 1 |
| Specific Uses For Product | Home Theatre |
| Global Trade Identification Number | 08908003638720 |
| Manufacturer | Atrend Child 1 |
| Item Weight | 2 pounds |
| Item model number | 7 Arc Star |
| Batteries | 1 Lithium Ion batteries required. |
| Is Discontinued By Manufacturer | No |
| Wireless Remote | No |
| Warranty | 90 day |

Subtotal
$0.00

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 5.9 x 5.9 x 5 inches; 2 Pounds
**Item model number :** 7 Arc Star
**Batteries :** 1 Lithium Ion batteries required.
**Date First Available :** April 26, 2016
**Manufacturer :** Atrend Child 1
**ASIN :** B01ET1OTV6
**Customer Reviews:**
4.4 ★★★★½  1,204 ratings

Subtotal
$0.00

## What's in the box

- Speaker, base, charger

## Videos

### Videos for this product



Upload your video

---

**Product Description**

Product Description

The 7 Arc Star Levitating Bluetooth Speaker is a one-of-a-kind product that fuses design with technology, bringing you the best of both the worlds with this leap in the genre of Bluetooth Speakers. With a galactic theme and amazing sound-quality, the Arc Star stands out from the crowd of regular Bluetooth speakers, making heads turn with awe and appreciation.

From the Manufacturer

Floating Speaker

The 7 Arc Star has a circular speaker ball which floats elegantly over the magnetic base connected to a power source. The speaker has a circular design with speaker vents in a 360° alignment, making the speaker play music more efficiently instead of regular front/top sided speakers. The speaker call can also be used without the base as a portable Bluetooth speaker on the go and last for 8 hours on a full charge, letting you take your music with you wirelessly. It also comes with a green illumination band running around the speaker, making the 7 Arc Star look drop-dead gorgeous when being used in the dark.

Magnetic Base with LED indicators

The magnetic base of the 7 Arc Star is way more than just a magnetic base for balancing the floating speaker. The magnetic base comes with a port which charges your speaker ball directly so that it keeps floating while playing your favorites tracks for long hours. That's not just it, the port can also be used for charging your smartphones and acts as a charging hub. So now instead of having multiple wires on your work desk, the base can

be used to act as a powerhouse for your smartphones. It also houses the 4 green balancing LEDs, which are used to balance the speaker ball when getting it to float - making it easier for you to balance the floating speaker by following the flickering of the 4 green LED indicators.

Bluetooth & NFC

Bluetooth and NFC Connectivity lets you connect your smartphone/tablet to the 7 Arc Star in more than one way! Simply select the 7 Arc Star from your list of available Bluetooth devices or tap your NFC enabled smartphone on the top green indicator on the ball and that's it! It's connected!

Smartphone Charging Dock

With a 1500 mAh built-in battery, the magnetic base can be used to charge your smartphones even when the speaker ball is floating above it, letting you play your music with the 7 Arc Star and charge your smartphones with it simultaneously. Its acts a charging dock for your 1A rated devices.

360° Sound

The 7 Arc Star has no so-called 'back of the speaker', letting you use it anywhere without having to worry about your music getting obstructed or the sound being subjected to a unidirectional projection from the speaker system . The circular design delivers equal sound in every direction.

Multi-purpose Bluetooth Speaker

You can use the 7 Arc Star in 3 ways – making it stand out from the crowd of regular Bluetooth speakers. Use the Speaker Ball as a portable Bluetooth Speaker, carrying it with you on go. You can use the magnetic base as a charging dock. Finally, you can use them together as a floating speaker.

About the Startup

Describe your product in 3 words.

Music For Universe

How did you come up with the idea for this product?

It was high time the World witnessed a Speaker which not only played music via multiple modes of connectivity, but to also have a state-of-the-art design form factor infused into it. With the 7 Arc Star we have done just that – making it a one-of-a-kind conversation starter product which sounds as good as it looks and performs.

What makes your product special?

The floating aspect of the 7 Arc Star puts it in a league of it own, standing out from the boring dull-cube and cylindrical shaped Bluetooth speakers flooded in the market. Apart from serving as a regular Bluetooth Speaker, the 7 Arc Star can also be used as a charging dock for your smartphones, letting utilize the speaker system to the maximum.

What has been the best part of your startup experience?

The best part of this experience has to be the vision of the team to fuse into a single product, technologies that we till now believed could not co-exist in a single beautiful looking product. Apart from making it an amazing Bluetooth/NFC speaker, we have not compromised on the design of the 7 Arc Star, making it the best looking speaker in it's class.

Subtotal
$0.00

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|
|  |  |  |  |
| Arc Star Floating Speaker \| Bluetooth and NFC \| Smartphone Charger \| 360° Sound | RUIXINDA Magnetic Levitating Floating Bluetooth Speaker Wireless Bluetooth 5.0 with LED Lights, Unique Christmas Birthda... | INTERYI Ferrofluid Speaker – Music Comes to Life with Dancing Ferrofluid, Bluetooth 5.0 Wireless Speaker, and 4-Color... | AKMTRD Magnetic Levitation Bluetooth Speaker,Playing Music and Floating in The air,with 5W Louder Sound,Bluetooth... |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** $89⁹⁰ | $85⁹⁹ | $129⁹⁹ | -15% $84⁹⁹ Typical price: $99.99 |

| Delivery | ✓prime FREE Delivery | ✓prime FREE One-Day | ✓prime FREE One-Day | ✓prime FREE One-Day |
|---|---|---|---|---|
| Customer Ratings | 4.4 ★★★★☆ 1,204 | 4.1 ★★★★☆ 77 | 4.1 ★★★★☆ 7 | 4.5 ★★★★☆ 87 |
| Sound Quality | 3.7 ★★★★☆ | 3.8 ★★★★☆ | — | 4.0 ★★★★☆ |
| Giftable | 4.5 ★★★★☆ | 3.2 ★★★☆☆ | — | 4.0 ★★★★☆ |
| Value For Money | 4.2 ★★★★☆ | 3.6 ★★★☆☆ | — | 3.9 ★★★★☆ |
| Sold By | Yibakeji | YONGYUDA | INTERYI US | AKM-TRD US |
| Speaker Size | 8 inches | — | 6.5 inches | 2.25 inches |
| Power Source | Battery Powered | Battery Powered | Battery Powered | Orb: Battery Powered + Base: DC Power |
| Connectivity Tech | Bluetooth, NFC | Bluetooth | Bluetooth | Bluetooth 5.1 |
| Speaker Type | — | 3D | Outdoor | 360° 3D Levitation Speaker |
| Mounting Type | Tabletop | Floor Standing | Speaker | Tabletop |
| Weight | 2 pounds | — | — | 1.3 pounds |
| Control Method | remote | touch | touch | — |
| Model Name | 7 Arc Star | speaker-2 | CLT-00A1 | SGL001 |

Subtotal
$0.00

## Related products with free delivery

Sponsored ⓘ



Maraawa Bluetooth Speaker Waterproof, Shower Speakers Bluetooth Wireless...

4.1 ★★★★☆ 9

**29% off** **Limited time deal**

$49.98

List: $69.99

✓prime



Borlvias Heavy Dueling Light Saber for Adults Smooth Swing Metal Hilt 16 Fonts Soun...

4.2 ★★★★☆ 4

$109.99

✓prime

**Save $10.00** with coupon



Vosker V200 | Cellular Security Camera | Built-in Solar Panel | LTE, Wireless, Weat...

3.1 ★★★☆☆ 340

$149.99

✓prime



Gspinrad LED Atmosphere Speaker, Waterproof Wireless Outdoor Bluetooth...

4.6 ★★★★½ 83

$69.99

✓prime



GGII Rock Speakers Outdoor Waterproof Solar-Powered Wireless Bluetooth Portable Spe...

3.9 ★★★★☆ 362

$71.99

✓prime

**Save 20%** with coupon



Huanyu 360° Rotating Stage Magnetic Levitation Display Platform 8 LED Lights...

$199.00

✓prime



Gravastar Supernova Portable Bluetooth Speaker, LED Table Lamp Speaker, 24H Playtim...

4.5 ★★★★½ 26

$159.95

✓prime

Subtotal
$0.00

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

EBODA
Shop the Store on Amazon ›





Looking for specific info?

Subtotal
$0.00

## Customer reviews

★★★★½ 4.4 out of 5 ⓘ

1,204 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 17% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 4% |

⌄ Zero tolerance for fake reviews

Sponsored ⓘ

### Customers say

Customers like the quality and appearance of the speakers. For example, they mention it's a great office piece, and has a neat concept. Some are happy with gift. That said, some complain about the magnet strength. Opinions are mixed on sound quality, performance, ease of use, and floatability.

AI-generated from the text of customer reviews

✓ Quality  ✓ Appearance  ✓ Gift  Sound quality  Performance  Ease of use

Floatability  😐 Magnet strength

### Reviews with images

See all photos ›



Top reviews ⌄

### Top reviews from the United States

James H. Long

★★★★★ **Super cool, but make sure the one you get doesn't have loose magnets...**

Reviewed in the United States on August 11, 2021

**Verified Purchase**



The visual appeal of this speaker and the cool factor are off the charts. As other users have mentioned, it's not the absolute best speaker, but it is pretty good. I've got it in my office at work, and it has gotten a ton of compliments.

The key to having this work correctly is to make sure that the unit you get doesn't have loose magnets in the base. I got two of these; one as a gift with good magnets and one I bought with loose magnets. The one with good magnets in the base is relatively easy to position so that it is suspended, and it doesn't

have any issues wobbling out of the sweet spot and crashing into the base. However, the one I got with

﹀ Read more

18 people found this helpful

Helpful | Report

Mike HU

★★★★★ **Perfect gift**
Reviewed in the United States on December 18, 2023
Verified Purchase

perfect gift for Star Wars fans. working fine,I lovedit , the sound quality is great and it is really cool

Helpful | Report

ezequiel cruz

★★★★☆ **Death Star**
Reviewed in the United States on February 18, 2024
Verified Purchase

Sound isn't the best but the wife loved it

Helpful | Report

Laurie Kutch, DVM

★★★★★ **Very cool looking on my desk. Spins for weeks. Oh, and it works as a speaker too.**
Reviewed in the United States on November 7, 2022
Verified Purchase

I mainly have this sitting in front of me while I work. I really enjoy seeing it floating and spinning there. If you put a slight spin on it, it will keep going for weeks or even months. It is very intriguing. I don't use the speaker function very often, but it sounds fine when I do. However, another reviewer noted how hard the power button is to push to turn on the speaker, and I would agree. Doing so often will knock it out of its floating position, and then I have to work to get it back in the correct spot which is tricky, but not too difficult. Connecting the power cable also has a similar effect. I would definitely buy it again. Worth every penny!

5 people found this helpful

Helpful | Report

REDEYE-JEDI

★★★★★ **Great speaker every time I look at it I feel like I'm on the set of Star Wars**
Reviewed in the United States on January 17, 2017
Verified Purchase

Very cool speaker. Easy to get the hang of I have messed with some magnetic levitating speakers before this one by far set up the easiest simply cup your hands bring straight down over magnetic base when you see all lights are on and you feel the invisible Shelf simply gently remove hands and enjoy Great Sound I have mine hooked up to my TV works great I had to buy Bluetooth adapter to run from TV to sync with this

Subtotal
$0.00

if you are having trouble getting it to sync make sure the device you are using has sound coming from it at the time mine did not hook up the first few times till I got it signaling with speaker works great very cool very happy with purchase.

*** UPDATE 1/29/17 **

I'VE HAD IT ALMOST TWO WEEKS NOW, I'VE HAD IT LEVITATING NON STOP EXCEPT TO PLUG IN POWER OR TURN OFF. I HAVE IT HOOKED TO MY T.V. THRU A BLUETOOTH TRANSMITTER. SOUNDS GREAT & WORKS GREAT I'VE HAD ZERO PROBLEMS SO FAR. IT'S BEEN KNOCKED OF KILTER & SLAMS INTO THE BASE WHEN BUMPED NOW & THEN. BUT VERY EASY TO SET BACK UP.

⌄ Read more

132 people found this helpful

Helpful | Report

HK Knotts

⭐⭐⭐⭐⭐ **It's amazing!**
Reviewed in the United States on February 10, 2017
Verified Purchase

Oh. My. Gosh. This thing is SO awesome! I got this as a gift for my husband, and he loves it almost as much as I do! It holds a charge (so far) for a long time, and it spins forever, which is just too cool. Now, it's not got the greatest sound quality, as some of the other reviews mention. But man, it is the most amazing looking speaker out there! And while I've definitely heard better sounds, it isn't bad by any means! And it will go up loud! I love this speaker!

15 people found this helpful

Helpful | Report

Bill

⭐⭐⭐☆☆ **The speaker itself is nice but there are some flaws**
Reviewed in the United States on September 25, 2020
Verified Purchase

I like the speaker and it is very neat to look at. However, some complaints I have are this. #1, whenever it gets disconnected from Bluetooth it makes these three loud beeps that scare the heck out of you every time it makes them, and they can even hear the three loud beeps on another floor in the house. There is no need to make these beeps so loud. Actually, there is no need for these beeps at all. If it gets disconnected from Bluetooth, you'll know it because it won't play and the green light on top of the speaker will be out. Second, there seems to be a minimum volume and then it just makes no sound. If I am in my office and want to play it really low, I have it synced to my iPod touch and try to turn the volume down and my iPod touch can go down a few more levels but the speaker itself is already mute by that point. So I can only go so low on it and then it just makes no sound at all. It would be nice if the speaker itself could also go down a few more levels to match my iPod touch. And third, not sure if it is the speaker itself or the cables, but I haven't even had the speaker a year yet and so far I am on my third charging cable. I use the same charging cables all the time and never had to replace them and here I am on my third for this one, and this one seems like it doesn't want to work anymore without me jiggling the cable near where it is attached to the speaker.

Subtotal
$0.00

Helpful  |  Report

Zero821

★★★★★ **Works just like I had hoped**
Reviewed in the United States on September 1, 2017
Verified Purchase

The speaker arrived exactly as the images looked. I admit I was a tad concerned since the images of the product appear to be computer mock ups; so if that is what is holding you back, you can rest easy.

As many others have mentioned, the sounds quality is not stellar, but it was never meant to be. This is a display piece designed to look cool, not satisfy any audiophiles. With that said, it does put laptop speakers to shame easily and, with a little bit of EQ on your side, will sound pretty decent overall! The quickest fix I've found is just to increase the treble / cut the low-mids on your music player since this speaker is pretty mid-heavy.

I've only had this speaker a day and bought it just for use at work, so I won't be using it to really crank out music and will not be a good resource for that aspect of a review. But, barring a malfunction which destroys the device happening in the future, I see no reason not to give it a good review and would recommend it to anyone who wants a fun speaker for a work area.



153 people found this helpful

Helpful  |  Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Jacques Laporte

★★★★★ **Fantastic Look, Good Sound, Good Quality.**
Reviewed in Canada on March 18, 2021
Verified Purchase
Floating the star is quick and easy. I made several people jealous in the office.

Report

Amazon Kunde

★★★★★ **Es ist ein Schmuckstück für Star Wars Fans**
Reviewed in Germany on May 16, 2023
Verified Purchase



<div style="text-align: right;">Subtotal<br>$0.00</div>



2 people found this helpful

Report

Translate review to English

Amazon Customer

★★★★★ **Very cool!**
Reviewed in Canada on January 10, 2021
Verified Purchase

Very cool speaker with decent sound! Can't beat the levitating spinning speaker! So cool!

One person found this helpful

Report

Juan Pablo Muñoz

★★★★☆ **Good**
Reviewed in Germany on October 4, 2022
Verified Purchase

It is truly mermerizing, the sound quality is not the best but is good enough

2 people found this helpful

Report

matt frayling

★★★☆☆ **There's better speakers for sound but few better looking.**
Reviewed in the United Kingdom on September 21, 2018
Verified Purchase

The speaker it self is loud enough and it looks really good, although it is tricky to position at times. My main problem is that the plug that came with it didn't work so I had to use a spare one that I had from another item. I gave it 3 stars on the basis that others would be paying full price, costing that much it's just an okay sound with a cool look.

3 people found this helpful

Report

**See more reviews ›**

Subtotal
$0.00

Sponsored ⓘ

Subtotal
$0.00

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help



English ⇕      🇺🇸 United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account |
| Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |

| | | | | | Amazon Business Everything For Your Business |
|---|---|---|---|---|---|
| | | | | | Goodreads Book reviews & recommendations |
| | | | | | Amazon Warehouse Great Deals on Quality Used Products |

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Subtotal
$0.00

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



**About this item**

- [Improved version] Upgraded Speaker and Base, enhance speaker sound quality, reinforce base stability, enjoy the experience feeling better;

- [Bluetooth Levitating Speaker] 360°Rotation levitation technology, floating and spinning in the air, Bluetooth 5.2 or NFC,easy to connect;

- [Cool Gadgets] Eye catching goods, conversation starter, awesome gadget for Home Office Decoration, good partner for outdoor use too.

- [Long Time Playing] Built in rechargeable 1500mah battery, music playing time up to 8 hours;

- [Tech electric Gifts] Unique gifts For Men,Women, Kids, good choice for Christmas, New Year, Thanksgiving Day, Birthday, Father's Day or business events;

- [Versatile Speaker] Separate speaker ball to use as normal portable Bluetooth speaker, combined with magnetic base to use as floating speaker.

Report an issue with this product or seller

Add to List

Sponsored ⓘ

Subtotal
$0.00

---

Sponsored ⓘ

**Consider a similar item**

Amazon's Choice



Soundcore Motion 300 Wireless Hi-Res Portable Speaker with BassUp, Bluetooth with SmartTune Technology, 30W Stereo Sound, 13H Playback, and IPX7 Waterproof, for Backyard, Camping, and Hiking
★★★★½ (1103)
$63.99
🌿 Climate Pledge Friendly

---

**Buy it with**

 ✓ +  ✓ +  ✓

Total price: $247.88

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Upgraded, Wireless Arc Star Floating Speaker, Magnetic Levitating Star Wars Bluetooth...
$89⁹⁰ ✓prime

Apple AirPods (3rd Generation) Wireless Ear Buds, Bluetooth Headphones, Personalized Spat...
$139⁹⁹ ✓prime

Miady 2-Pack 10000mAh Dual USB Portable Charger, USB-C Fast Charging Power Bank, Backup...
$17⁹⁹ ✓prime

**More from frequently bought brands**

Sponsored ⓘ

Subtotal
**$0.00**



KingSom Bluetooth Pool Speaker,Floating Pool Speaker with Colorful Lights,Hot Tub S...
4.7 ★★★★☆ 38
$29.86
✓prime



Turtlebox Gen 2: Loud! Outdoor Portable Bluetooth 5.0 Speaker | Rugged, IP67, Water...
4.7 ★★★★☆ 427
$399.00
✓prime



LENRUE Wearable Bluetooth Speaker, IPX5 Water-Resistant Magnetic Clip-On...
4.2 ★★★★☆ 23
$29.00
✓prime



Portable Bluetooth Pool Speaker,Hot Tub Speaker with Colorful Lights,IP68 Waterpro...
4.4 ★★★★☆ 3,726
$23.99
✓prime



KingSom Floating Pool Speaker,Bluetooth Pool Speaker with LED Flame Light and RGB L...
4.7 ★★★★☆ 22
$34.98
✓prime



DEWALT Wearable Bluetooth Speaker (Updated Version), Clip-On Wireless Jobsite...
3.4 ★★★☆☆ 7
$49.99
✓prime

EBODA Bluetooth Shower Speaker, Portable Bluetooth Speakers, IP67...
4.5 ★★★★☆ 14,067
**Amazon's Choice** in Portable Bluetooth Speakers
$24.99
✓prime
Save $3.00 with coupon

## 4 stars and above

Sponsored ⓘ



AKMTRD Magnetic Levitation Bluetooth Speaker,Playing Music and Floating in The air,...
4.5 ★★★★☆ 87
$84.99
✓prime



RUIXINDA Magnetic Levitating Bluetooth Speaker, Levitating UFO Speakers with LED Li...
4.1 ★★★★☆ 691
$97.99
✓prime
Save 10% with coupon



Maraawa Fountain Waterproof Bluetooth Speaker, Wireless Shower Floating Party...
4.2 ★★★★☆ 235
$69.99
✓prime

Gravastar Mars Pro Portable Bluetooth Speaker, Deep Bass Loud Stereo Sound, 15H Pla...
4.3 ★★★★☆ 295
$172.49
✓prime



Portable Bluetooth Speakers,Wireless Floating Speaker Stereo with Waterproof IPX7 a...
4.5 ★★★★☆ 115
**40% off** Limited time deal
$29.99
List: $49.99
✓prime



EGKimBa Magnetic Diamond Bluetooth Speaker, Small Wireless Speaker with Multi...
4.0 ★★★★☆ 147
$9.99
✓prime



Portable Bluetooth Speaker with Lights, Transparent Wireless Mini Bluetooth Speaker...
4.3 ★★★★☆ 813
$16.98
✓prime
Save 5% with coupon



## Product Description

The levitating Star Wars Bluetooth Speaker is a product that fuses design with technology, like a bright star to explore The Mystery of Universe.

With a galactic theme and amazing sound-quality, the Arc Star stands out from the crowd of regular Bluetooth speakers, making heads turn with awe and appreciation. Fully a eye catching gadget from the visual appeal of this speaker.

The Star Wars Speaker has no so-called 'back of the speaker', spinning and floating, letting you use it anywhere without having to worry about your music getting obstructed or the sound being subjected to a unidirectional projection from the speaker system. The circular design delivers equal sound in every direction.

The levitating speaker is an awesome cool tech gadget that is a perfect gift for men, fathers, friends, and kids for Christmas, birthdays, holidays, weddings, anniversaries, and business events.

#star wars speaker #floating speaker #floating death star #levitating speaker #levitation speaker #arc star floating speaker #death star speaker levitating #star wars gift #levitating speaker Bluetooth #death star speaker #death star Bluetooth speaker #star wars Bluetooth speaker #floating death star speaker #levitating Bluetooth speaker arc star #levitating Bluetooth speaker #star wars speakers Bluetooth #levitating Bluetooth speaker #floating speakers Bluetooth wireless #star wars Bluetooth speakers #cool tech gifts for men #tech gadgets #floating speaker star wars #tech gifts men #star wars speaker #electronics for men #gifts for boys #Death Star gifts

| Brand | YBKJSTR |
|---|---|
| Orb capacity | 1500mAH lithium-ion battery, Type-C interface |
| Orb size | Upgrade 4 inch 8W loudspeaker |
| Connectivity Technology | Bluetooth&NFC |

| Base size | 6 inch diameter, 1 inch height |
|---|---|
| Base power | 12V DC 1000mA (can charge smartphone) |
| Playing time | 8 hours |
| Dimension | 5 x 6.2 x 7.8 inches |

## Looking for specific info?

## Product information

| Mounting Type | Floor Standing |
|---|---|
| Model Name | YBKJ-005 |
| Speaker Type | Atmospheric |
| Special Feature | Portable, LED Light, Floating and spinning, Display |
| Recommended Uses For Product | Outdoor use, For Gaming Consoles, For Computers, For Televisions, For Smartphones or Tablets, For Music Players |
| Unit Count | 1 1 |
| Controller Type | Battery Powered |
| Included Components | 1Pc Power Adapter, 1pc storage bag, 1pc user manual, 1Pc Orb Speaker, 1Pc Magnetic Base |
| Product Dimensions | 8"D x 6"W x 7"H |
| Is Waterproof | FALSE |
| Number of Items | 1 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

Subtotal
$0.00

| | |
|---|---|
| Wireless Communication Technology | Bluetooth |
| Power Source | Battery Powered |
| Number of Batteries | 1 Lithium Ion batteries required. (included) |
| Subwoofer Connectivity Technology | Wireless |
| Connectivity Protocol | Bluetooth |
| Manufacturer | YIBAKJSTR |
| Item Weight | 3.7 pounds |
| ASIN | B0CNPP9B1N |
| Batteries | 1 Lithium Ion batteries required. (included) |
| Customer Reviews | 4.0 ★★★★☆  27 ratings<br>4.0 out of 5 stars |
| Best Sellers Rank | #3,038 in Portable Bluetooth Speakers<br>#13,927 in MP3 & MP4 Player Accessories |
| Date First Available | November 20, 2023 |
| Country of Origin | China |

Subtotal
$0.00

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | Upgraded, Wireless Arc Star Floating Speaker, Magnetic Levitating Star Wars Bluetooth Speaker, Upgrade 8W Speaker …<br>Add to Cart | RUIXINDA Magnetic Levitating Floating Bluetooth Speaker Wireless Bluetooth 5.0 with LED Lights, Unique Christmas Birthda…<br>Add to Cart | YFLSTR DS2 Wireless Bluetooth Speaker, Portable Bluetooth Speaker,1500mAh Battery 10 Hours Play time,5W Speaker…<br>Add to Cart | AKMTRD Magnetic Levitation Bluetooth Speaker,Playing Music and Floating in The air,with 5W Louder Sound,Bluetooth…<br>Add to Cart |
| Price | $89.90 | $85.99 | $29.99 | -15% $84.99<br>Typical price: $99.99 |
| Delivery | ✓prime FREE One-Day | ✓prime FREE One-Day | ✓prime FREE Delivery | ✓prime FREE One-Day |
| Customer Ratings | 4.0 ★★★★☆ 27 | 4.1 ★★★★☆ 77 | 4.3 ★★★★☆ 46 | 4.5 ★★★★☆ 87 |
| Sound Quality | — | 3.8 ★★★☆☆ | 4.3 ★★★★☆ | 4.0 ★★★★☆ |

| Value For Money | — | 3.6 ★★★☆☆ | — | 3.9 ★★★★☆ |
|---|---|---|---|---|
| Giftable | — | 3.2 ★★★☆☆ | — | 4.0 ★★★★☆ |
| Sold By | Yibakeji | YONGYUDA | YFLSTR | AKM-TRD US |
| Speaker Size | — | — | 2.25 inches | 2.25 inches |
| Power Source | Battery Powered | Battery Powered | Battery Powered | Orb: Battery Powered + Base: DC Power |
| Connectivity Tech | Bluetooth, NFC | Bluetooth | Bluetooth, USB | Bluetooth 5.1 |
| Speaker Type | Atmospheric | 3D | 3D | 360° 3D Levitation Speaker |
| Mounting Type | Floor Standing | Floor Standing | — | Tabletop |
| Weight | — | — | 0.33 kilograms | 1.3 pounds |
| Control Method | — | touch | touch | — |
| Model Name | YBKJ-005 | speaker-2 | SGL001 | SGL001 |

Subtotal
$0.00

## What's in the box

- 1Pc Orb Speaker
- 1Pc Magnetic Base
- 1Pc Power Adapter
- 1pc user manual
- 1pc storage bag

## Videos

### Videos for this product



| | | | |
|---|---|---|---|
| 0:17 | 0:10 | 0:07 | 0:09 |
| Customer Review: Very cool looking, sounds terrible - but... G. Adkins | Customer Review: Easy to setup Chuck | Customer Review: Very cool speaker, a hit with Star Wars fans AZ123 | Customer Review: Way Cool Looking but Not out of the... M. Student |

Upload your video

## Brands in this category on Amazon

Sponsored ⓘ







Subtotal
$0.00

## Products related to this item

Sponsored















Maraawa Bluetooth Speaker Waterproof, Shower Speakers Bluetooth Wireless...
4.1 ★★★★☆ 9
**29% off** Limited time deal
$49.98
List: $69.99
✓prime


ALLWAY Portable Bluetooth Speakers, 360 Degrees LED Night...
4.0 ★★★★☆ 1
$21.99
✓prime

Gravastar Supernova Portable Bluetooth Speaker, LED Table Lamp Speaker, 24H Playtim...
4.5 ★★★★☆ 26
$159.95
✓prime

Gspinrad LED Atmosphere Speaker, Waterproof Wireless Outdoor Bluetooth...
4.6 ★★★★☆ 83
$69.99
✓prime

Huanyu 360° Rotating Stage Magnetic Levitation Display Platform 8 LED Lights...
$199.00
✓prime

Muzen Cyber Cube Bluetooth Speaker, Bluetooth 5.0, Portable Speaker with Fidget Spi...
4.0 ★★★★☆ 31
$104.99
✓prime
Save $10.00 with coupon


480V 200W UFO LED High Bay Light [600W MH/HPS/HID Equiv.] 1-10V Dim 30000lm...
4.8 ★★★★★ 11
$132.99

Sponsored

## Customer reviews

**Reviews with images**

See all photos ›

★★★★☆ 4 out of 5 ⓘ

27 global ratings

| | | |
|---|---|---|
| 5 star | | 44% |
| 4 star | | 20% |
| 3 star | | 30% |
| 2 star | | 6% |
| 1 star | | 0% |

❯ Zero tolerance for fake reviews

Sponsored ⓘ



Subtotal
$0.00

Top reviews ⌄

### Top reviews from the United States

⬤ Elisabeth

★★★★★ **So cool!!**

Reviewed in the United States on March 26, 2024

**Vine Customer Review of Free Product** ( What's this? )

This looks amazing!!!

It works well and is fairly easy to set up. The sound quality is good and it floats well. It comes with everything it needs and the instructions are easy to understand.

Definitely get it if you love Star Wars!

One person found this helpful

[ Helpful ]  |  Report

⬤ Bees M.

★★★☆☆ **Cool once in place, but too frustrating to get it there**

Reviewed in the United States on April 9, 2024

**Vine Customer Review of Free Product** ( What's this? )

This is a super cool gadget when it's working. The sound quality is typical for a small bluetooth speaker, which is to say it's pretty bad, but it's honestly no worse than most. Let's be honest, though. That's not what you're ordering this for. It's a hovering death star, for crying out loud! And the good news is that when you get it positioned just right, it's cool and fun. But the bad news is that it is so tricky to get it positioned just right that by the time I get it successfully placed, I'm so frustrated from all the failed attempts that I can't really enjoy it. I just want Luke Skywalker to blow the thing up. Unless you have the patience of Yoda, you probably should take a pass on this one.

One person found this helpful

[ Helpful ]  |  Report

⬤ Herbs

★★★★☆ **Cool looking gimmick**

Reviewed in the United States on March 19, 2024

**Vine Customer Review of Free Product** ( What's this? )

If you're looking to buy this, make sure you are doing it because it's going to be a major conversation piece, not because you feel like listening to all of your favourite classics in high quality audio. It looks awesome, and I have no regrets about ordering this, but it is big and takes up a bit more space than I expected. It sounds like less than half as good as it looks, but it looks REALLY good, so take that for what you will.

Helpful | Report

da fu and Peter

⭐⭐⭐⭐⭐ **Not perfect,but it still fascinates me.**
Reviewed in the United States on March 2, 2024
**Vine Customer Review of Free Product** ( What's this? )
I'm a digital fan, and the shape of this floating Bluetooth speaker is so cool.

😍 However, this black ball only has a circle of green light. I still want to see it fully lit. The feeling of floating in the sky is really super science fiction.
Its sound quality is average, especially the bass. Compared with my 80w speakers, the volume is not clear enough and there is ocasional echo in a small room.
As an aside, the base has to be plugged in to light up, and the speaker is on the ball.
😀 To sum up, the way it hangs attracts me more than its sound effect.
😵 Oh,it's a lot to take in.



Helpful | Report

Breezy

⭐⭐⭐☆☆ **Let's itself down in sound quality**
Reviewed in the United States on March 6, 2024
**Vine Customer Review of Free Product** ( What's this? )
I grew up loving Star Wars, and I had quite a few collectibles when I was a young one. It is very nostalgic for me. Seeing this on Amazon made me smile.

There is nothing quite like a Death Star speaker for a Star Wars fan and it sounded as if it would be a great addition to my nightstand. While the sound was not particularly robust, the concept is wonderful.

The feature that makes this very unique is the hovering Death Star. It was easier to get hovering that I expected it to be; you just have to line it up with the magnets, catch it and it's should settle. My 17 pound cat tried his best to move it, and he couldn't.

It doesn't take up much space on a nightstand or end table. It was fairly easy to assemble, though the instructions were Byzantine at times.

Unfortunately, the thing that lets the speaker down is the sound itself. I found it to be incredibly tinny, for
⌄ Read more

Helpful | Report

Delia

⭐⭐⭐⭐⭐ **Electronics**
Reviewed in the United States on February 24, 2024
**Vine Customer Review of Free Product** ( What's this? )
Works well. Actually floats.

Subtotal
**$0.00**

Subtotal
$0.00

Helpful | Report

Josh L.

★★★★☆ **Cool design, sound...not so much**

Reviewed in the United States on January 16, 2024

**Vine Customer Review of Free Product** ( What's this? )

Easy to set up, although placing the globe precisely on the magnet can take a few tries but once you get on there, it holds it there very well. I've had to pick it up and move it a few feet and no issues. You can spin the globe and it stays in place while spinning fast. The green is a cool color choice. I do wish there was some more color detail to the Death Star look. Maybe some dark or light grays. The one issue I have is the sound quality. it sounds like they forgot to turn up the highs and the lows. Primarily all you hear are the mids. No real bass to speak of and no clear high notes.

Helpful | Report

AZ123

★★★★★ **Very cool speaker, a hit with Star Wars fans**

Reviewed in the United States on January 27, 2024

**Vine Customer Review of Free Product** ( What's this? )

 This YBKJSTR floating Death Star bluetooth speaker is very cool. Needless to say, it's a big hit, especially with the diehard Star Wars fans in the family.

There are several things I like about this product. First, the packaging is very nice solid, attractive, and highly suitable as a gift presentation.

The Death Star is pretty much a two-trick pony, being a fun Star Wars product and a bluetooth speaker. The levitating action, complete with its green illumination, is very fun. Its function as a bluetooth speaker is a nice addition; maybe not a high end

⌄ Read more

Helpful | Report

**See more reviews ›**

Subtotal
$0.00

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

amazon

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Subtotal
$0.00

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



Checkout (1 item)



| 1 | **Shipping address** | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions | Change |

**FREE pickup available nearby**
Amazon Go • 0.4 mi (See details)
Change to pickup

| 2 | **Payment method** | Paying with Visa 3651 | Change |

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  Apply

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

3  **Review items and shipping**

┌ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ┐
  **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**
└ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ┘

**Arriving Jun 14, 2024**
Items shipped from Amazon.com



**Arc Star Floating Speaker |
Bluetooth and NFC |
Smartphone Charger | 360°
Sound**
**$89.90** ✓prime
& **FREE Returns** ∨
Qty: 1 ∨
Sold by: Yibakeji

**Choose your Prime delivery option:**
◉ **Friday, Jun 14**
   FREE Two Day Delivery
○ **Monday, Jun 17**
   FREE Amazon Day Delivery
🍃 **Fewer boxes, fewer trips.** ∨
Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $89.90 |
| Shipping & handling: | $0.00 |
| Total before tax: | $89.90 |
| Estimated tax to be collected: | $9.21 |

**Order total:**    **$99.11**

**Chase Pay Over Time**SM: Pay a total
amount due of **$102.48** inclusive of
interest that is **$17.08/mo (6 mo) at
11.99% promo APR** with your eligible
Chase Credit Card. Click checkbox to see
terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to
your order.



**Or choose your pickup location:**

**Pickup available nearby**
Choose a location

**Order total: $99.11**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



## Frequently bought together



**This item:** DIY Magnetic Levitation Module Platform with 4 LED Lights can Load-Bearing...

$59^{10} ✓prime

Taidacent 0~100mm Wireless LED Coil Wireless LED Induction Improved Magnetic Levitation...

$16^{74} ✓prime

Total price: $75.84

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

Add to List
Add to Registry & Gifting ▾

**Other sellers on Amazon**

New (2) from $59^{10} ✓prime  ❯

Sponsored ⓘ

## Top purchases in the last 30 days
Sponsored ⓘ

SEVNPRIME 5 Large Beads Newton's Cradle Balance Balls Desk Toys Office Decorations ...
4.4 ★★★★☆ 97
$21^{99}
✓prime

Science Can Solar System for Kids, Talking Astronomy Solar System Model Kit, Planet...
4.2 ★★★★☆ 1,143
$27^{99}
✓prime

30pcs Random Fidget Spinners,DIY Deformable Robot Fingertip Toys,Decompression...
4.4 ★★★★☆ 31
$29^{99}
✓prime  Save 6% with coupon

National Geographic Mega Crystal Growing Kit - Grow 6 Crystals with Light-Up Stand,...
4.6 ★★★★★ 12,723
$29^{99}
✓prime

CERROPI Large Newtons Cradle Pendulum with 7 Balls, Physics Perpetual Motion Desk T...
4.6 ★★★★★ 1,113
$39^{99}
✓prime  Save 10% with coupon

Made By Me Glow The Dark Powerballs by Horizon Group USA, DIY STEM Kit. Make 18 Bou...
4.2 ★★★★☆ 2,490
$9^{97}
✓prime

Gigilli
Pack,
Senso
Kids A
4.5 ★★
$6^{99}
✓prime

## 4 stars and above
Sponsored ⓘ











ERWEI 3D Solar System Crystal Ball with Laser Engraved Planets and LED Light Base -...
4.5 ★★★★☆ 2,940
$28⁹⁹
✓prime

FUZADEL Magnetic Levitation Floating Globe Levitating Globes Floating Desk Levitati...
4.2 ★★★★☆ 480
$21³⁶
✓prime

Sunnytech Solar Magnetic Levitation Model Levitating Mendocino Motor...
4.2 ★★★★☆ 508
$65⁹⁹
✓prime
Save 10% with coupon

Flagest Magnetic Levitation Floating Globe - Levitating O Shape Globe with LED...
4.5 ★★★★☆ 190
Amazon's Choice in Geographic Globes
$39⁹⁹
✓prime
Save $5.00 with coupon

Dowling Magnets Science Discovery Kit: Magnet Levitation. Science Experiments...
4.1 ★★★★☆ 193
$34⁹⁹
✓prime

Sunnytech Solar Vertical Disc Shape Mendocino Motor Educational Model Science Physi...
4.0 ★★★★☆ 55
$49⁹⁹
✓prime
Save 10% with coupon

Flagest Magnetic Levitation Floating Globe, Levitating C Shape Globe with LED...
4.3 ★★★★☆ 261
$20⁶⁹
✓prime

Magnetic Levitat Floating Globe 3 with LED Lights World Map for D
4.2 ★★★★☆
$20⁵⁰
✓prime

## Product information

| | |
|---|---|
| Package Dimensions | 13 x 6.7 x 2 inches |
| Item Weight | 1.8 pounds |
| Country of Origin | China |
| ASIN | B07HF4Y45R |
| Item model number | 711796996445 |
| Manufacturer recommended age | 18 months and up |
| Best Sellers Rank | #232,186 in Toys & Games (See Top 100 in Toys & Games)<br>#2,198 in Educational Science Kits |
| Customer Reviews | 3.7 ★★★☆☆ ˅   28 ratings<br>3.7 out of 5 stars |
| Is Discontinued By Manufacturer | No |
| Manufacturer | MAYAGU |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

## Product Description

Description:
Brand New and High Quality.
Features:
* New upgrade item with 4 LED lights, can float up and spin.
* 4 directions LED lights are all light up at the same time, and release the float, it will be able to float up.
* Easy to operate.
Specifications:
Material: Magnet
Size: As the picture shown.
Power Adapter: 12V2A (0.2A Operating Current)
Load-bearing: 500g

Suspension Height: Approx. 1.8-2.5cm
Continuous Working Time: More than 48 hours
Operation Steps:
1. Power on the magnetic core system .
2. Hold the float with both hands.
3. Put the float in the middle of the magnetic core.
4. When the four directions LED lights are all light up.
5. Loosen the float and it will float up.
Package Include:
1 Pc x Magnetic Levitation Display Platform
Note:
1. Please allow 1-3 cm error due to manual measurement.
2. As different computers display colors differently, the color of the actual item may vary slightly from the above images, thanks for your understanding.

---

## Customers who bought this item also bought

      

| Taidacent 0~100mm Wireless LED Coil Wireless LED Induction Improved Magnetic Le… | 12V 50mm Distance Wireless Charging Wireless Transmitter + Receiver 4 pcs 1W high… | Taidacent 80mm Long Distance 5V Wireless LED Coil Inductive Coil and Ten Colorful Wireless L… | ELEGOO Upgrade Water Washable 3D Printer Resin LCD UV-Curing Resin 405nm Standard… | OVERTURE PLA Filament 1.75mm PLA 3D Printer Filament, 1kg Cardboard Spool (2.2lbs), Dimensi… | HATCHBOX 1.75mm Black PLA 3D Printer Filament, 1 KG Spool, Dimensional Accuracy… | Polymaker Matte PLA Filament 1.75mm White, 1.75 PLA 3D Printer Filament 1kg - PolyTer… |
|---|---|---|---|---|---|---|
| ⭐ 8 | ⭐ 2 | ⭐ 180 | ⭐ 5,072 | ⭐ 22,030 | ⭐ 33,710 | ⭐ 5,838 |
| $16.74 | $9.99 | $14.88 | $21.83 | $14.99 | $24.99 | $19.99 |
| ✓prime FREE One-Day | ✓prime FREE Delivery | ✓prime FREE One-Day | ✓prime Today by 10:00 PM | ✓prime Today by 10:00 PM | ✓prime FREE One-Day | ✓prime Today by 10:00 PM |

---

## Products related to this item

Sponsored ⓘ

       

| Pendulum Wave Mach Wave :wavemachine of mach,12 Balls Desktop Decoration for Home, … | EISCO Pendulum Kit - Experiment Components Only - Useful in Studying Energy, Force … | Sunnytech Solar Vertical Disc Shape Mendocino Motor Educational Model Science Physi… | levitating globe,floating globe,cool stuff,360 degree rotation World Map Office Dec… | Magnetic Levitation Machine, Magnetic Levitating Display Module DIY Core Kit,… | Levitating Solar Motor Toy, Stark Horizontal Double-Sided Magnetic Levitation Creat… | MLOHASING Rotating Floating UFO Maglev Gyroscope - Focus and Patience Training Educ… | Soldering Practi… Electronic Mini N… Shooter DIY Kit … Toy Kit Fun … |
|---|---|---|---|---|---|---|---|
| 3.9 ⭐ 6 | 1.0 ⭐ 1 | 4.0 ⭐ 55 | 3.8 ⭐ 19 | | | 3.3 ⭐ 26 | 3.1 ⭐ … |
| $39.99 | $36.99 | $49.99 | $79.99 | $72.95 | $40.99 | $29.99 | $18.46 |
| ✓prime | | Save 10% with coupon | ✓prime | | | ✓prime | Save 5% with coup… |

## Videos

### Videos for this product



1:00

**Magnetic Levitation Display Platform**
MATYASIGO

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

Joytech
Shop the Store on Amazon ›



Joytech Music Tesla Coil Acrylic Base Shell Arc Plasma Loudspeaker Wireless…
★★★★☆ 938
$77.99 List: $82.99



Magnetic Levitating Globe, 6 Inch LED Levitation Floating World Map Globe,…
★★★★☆ 29
$72.00



Gresus Upgraded Magnetic Levitation Floating Globe with C Shape Base,…
★★★★½ 244
$18.99

Tikduck
Shop the Store on Amazon



Tikduc… Hover…
★★★½ 
$25.6
42% o



Sponsored ⓘ

## Looking for specific info?

### Customer reviews

★★★½☆ 3.7 out of 5 ⓘ

28 global ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 16% |
| 3 star | | 9% |
| 2 star | | 8% |
| 1 star | | 18% |

⌄ Zero tolerance for fake reviews



Shop now >

Sponsored ⓘ



**Top reviews from the United States**

Travis

★★★★★ **Works as described**

Reviewed in the United States on May 26, 2024

Verified Purchase

Just make sure to have some kind of cushion between the two magnets before you try it.

☐ Helpful | Report

Rolando Apablaza

★☆☆☆☆ **THIS SUCKED...!**

Reviewed in the United States on November 21, 2021

Verified Purchase

I was super excited to try and build a new Boy Scout display with my son, so pinewood derby cars could be displayed and at the same time, use this to cover some science requirements.

This unit came in, super tightly packaged, but when I tested it to make sure it works, the spinning function did not work properly and one of the copper coils got super freaking hot.... i could not use this product as I feared it would catch on fire... seems like there is a short somewhere.....

In technical terms.... "This product vacuums eternal butt..." give it 48 thumbs down...

2 people found this helpful

☐ Helpful | Report

Michael Peterson

★★★★★ **Supercool**
Reviewed in the United States on August 16, 2022
Verified Purchase
Really works well, however when the power goes out there is the loudest noise I've ever heard when the magnet slams back down. It is really cool though.

One person found this helpful

Helpful | Report

Toby
★★★★★ **Worked as described**
Reviewed in the United States on November 26, 2019
Verified Purchase
Item very well packaged. Operated as described. Held a small weight with no problem. Spins in either direction. Have to be a bit careful with it, using some packaging material between the magnets a good idea to start with.

3 people found this helpful

Helpful | Report

Keith S.
★★☆☆☆ **Not Mag Levitating**
Reviewed in the United States on May 3, 2021
Verified Purchase
I turned it on. The led lights came on but and this is the most import part, it didnt levitate the platform. Nope, no magnetic fields from the coils.

Helpful | Report

patman
★★★★★ **Dont let the floating metal fall on magnet**
Reviewed in the United States on February 19, 2020
Verified Purchase
Works great

2 people found this helpful

Helpful | Report

Kaydoo
★★★☆☆ **Put something on top of bottom plate**
Reviewed in the United States on November 15, 2020
My magnet broke when trying to get it to float properly. Your hand would work if small enough, or a note, something to absorb the shock. Trying to float it off of something will also cause less headaches.

3 people found this helpful

Helpful | Report

Peter L.

★☆☆☆☆ **Don't order...**
Reviewed in the United States on July 10, 2023
**Verified Purchase**

I was shipped a broken potentially used unit. To get a refund I need to ship it back to an address in China and pay for the shipping. No point in trying to get a refund, it's going to cost at least half the refund amount to ship it

3 people found this helpful

Helpful | Report

**See more reviews ›**

Sponsored ⓘ

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English | United States

| Amazon Music<br>Stream<br>millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

 Checkout (1 item) 

| 1 | **Shipping address** | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions | Change |
|---|---|---|---|

**FREE pickup available nearby**
Amazon Go • 0.4 mi (See details)
Change to pickup

| 2 | **Payment method** | Paying with Visa 3651 | Change |
|---|---|---|---|

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]  Apply

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

**3    Review items and shipping**

┌─────────────────────────────────────────────────────────┐
│ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** │
└─────────────────────────────────────────────────────────┘

**Arriving Jun 14, 2024**
Items shipped from Amazon.com

 **DIY Magnetic Levitation Module Platform with 4 LED Lights can Load-Bearing 500g**
MAYAGU
**$59.10** ✓prime
& FREE Returns ∨

Qty: 1 ∨

Choose your Prime delivery option:
● **Friday, Jun 14**
FREE Two Day Delivery
○ **Monday, Jun 17**
FREE Amazon Day Delivery
🌿 **Fewer boxes, fewer trips.** ∨
Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| Items: | $59.10 |
|---|---|
| Shipping & handling: | $0.00 |
| Total before tax: | $59.10 |
| Estimated tax to be collected: | $6.06 |

**Order total:    $65.16**

**Chase Pay Over Time**[SM]: Pay a total amount due of **$67.38** inclusive of interest that is **$11.23/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

Sold by: MATYASIGO

 Add gift options

**Or choose your pickup location:**

 **Pickup available nearby**
Choose a location

**Place your order**    **Order total: $65.16**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

\*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





**About this item**

- CLASSIC DESIGN - Looks awesome in minimalist spaces, but goes with any décor. We love the rich color of the wooden baseplate and the exposed design of the floating light bulb.

- EASY BREEZY SET-UP - Your Air Moon will arrive ready for you to plug in. Simply remove it from its packaging and plug it in!

- MAGNETIC LEVITATION WORKS LIKE MAGIC - Magnetic coils contained within the Air Bulb's baseplate make it float like magic!

- UNIVERSAL INPUT - Compatible with most countries' inputs.

- UNIQUE GIFT - A go-to gift for your great uncle, best friend, design-savvy spouse, or anyone who appreciates unique home décor ... or cool lamps!

› See more product details

 Report an issue with this product or seller

**Consider a similar item**

 Mubarek Night Light for Kids Lamp Cat Lamp, 16 Colors+Tap+Silicone Cute Night Light for Kids Night Light, USB Rechargeable Cordless Night Lights for Kids Room,Baby Night Light Cat Night Light for Kids

★★★★½ (3675)

$13.71 ✓prime

🌿 Climate Pledge Friendly

---

Add to List

**Other sellers on Amazon**

New (2) from $57⁹⁹ ✓prime  ›

Sponsored ⓘ

---

Subtotal
$0.00

---

**Buy it w** F L O T E

 +  + ⬤

**This item:** FLOTE Levitating Air Moon — Floating Moon Light with Non-Stop Rotation, 3 Colo...

$57⁹⁹ ✓prime

Tenmiro Led Lights for Bedroom 100ft (2 Rolls of 50ft) Music Sync Color Changing Strip Lights wit...

$13⁹⁹ ✓prime

SANDCLE Moving Sand Art Liquid Motion - Moving Sand Art Picture Decor 3D Deep Sea Landscape,...

$16⁹⁹ ✓prime

Total price: $88.97

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

---

**Customers frequently viewed**

Sponsored ⓘ | Popular products in the last 7 days









| BRIGHTWORLD Moon Lamp Galaxy Lamp 5.9 inch 16 Colors LED 3D Moon Light, Remote &... | VGAzer Levitating Moon Lamp, 16 Colors 20 Models Floating Moon Lamp,Floating and Sp... | Betshscood Cloud Star Shooting Star Lights Cloud Lamp Warm White LED Wall Light with... | VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LE... | Flagest Floating Moon Lamp 16 Colors Adjustable Brightness Levitating Moon Lamp,... | FIRPOW LAMP 3D Printed Moon Lamp, Levitating Magnetic Floating Lamp with... | HYODREAM 7.9 inch Large Moon Lamp Galaxy Starry Moon Night Light with Touch... |
|---|---|---|---|---|---|---|
| 4.5 ★★★★☆ 29,804 | 4.1 ★★★★☆ 1,507 | 4.5 ★★★★☆ 2 | 4.1 ★★★★☆ 1,625 | 4.0 ★★★★☆ 28 | 4.3 ★★★★☆ 520 | 4.2 ★★★★☆ 123 |
| Amazon's Choice in Night-Lights | | | | | | |
| $19.99 | $75.99 | $45.99 | $75.99 | $67.50 | $85.98 | $39.98 |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime Save 5% with coupon | ✓prime Save 10% with coupon |
| Save 10% with coupon | | | | | | |

## Based on your recent views

Sponsored ⓘ









| Levitating Moon Lamp, 3D Printing Spinning Moon Light, Magnetic Floating Lunar Lamp... | Levitating Moon Lamp, Floating Moon Lamp Magnetic Levitation Moon Light Gifts for G... | Magnetic Levitating Moon Lamp - Floating and Spinning 3D Galaxy Moon Night Lights R... | Flagest Floating Moon Lamp 16 Colors Adjustable Brightness Levitating Moon Lamp,... | BRIGHTWORLD Moon Lamp Galaxy Lamp 5.9 inch 16 Colors LED 3D Moon Light, Remote &... | Levitating Moon Lamp, Magnetic Levitation Spinning LED Moon Night Light Magnetic... | Floating Moon Lamp, Magnetic Levitation Spinning 3D Printing Moon Light Levitating ... |
|---|---|---|---|---|---|---|
| 4.7 ★★★★★ 4 | 4.3 ★★★★☆ 44 | 4.1 ★★★★☆ 43 | 4.0 ★★★★☆ 28 | 4.5 ★★★★☆ 29,804 | 3.9 ★★★★☆ 25 | 4.1 ★★★★☆ 15 |
| | | | | Amazon's Choice in Night-Lights | | |
| $75.00 | $75.00 | $75.00 | $67.50 | $19.99 | $75.00 | $75.00 |
| ✓prime | ✓prime | ✓prime | ✓prime Save 10% with coupon | ✓prime Save 10% with coupon | ✓prime | ✓prime |

## Product information

### Technical Details

| Base Material | wooden |
|---|---|
| Product Dimensions | 5.5"D x 5.5"W x 6.7"H |
| Lamp Type | Mood Light |
| Shade Material | Wood |

### Additional Information

| ASIN | B09VZR5RPY |
|---|---|
| Customer Reviews | 3.8 ★★★★☆ ⌄  31 ratings 3.8 out of 5 stars |
| Best Sellers Rank | #429,726 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #4,610 in Night-Lights |

Subtotal
$0.00

| | |
|---|---|
| Switch Type | magnetic,touch control |
| Style | Mid Century Modern |
| Brand | FLOTE |
| Light Source Type | LED |
| Room Type | Office |
| Recommended Uses For Product | Decoration |
| Power Source | Corded Electric |
| Shape | Bulb |
| Controller Type | Touch Control |
| Number of Light Sources | 1 |
| Connectivity Technology | USB |
| Included Components | Power Cable |
| Mounting Type | Tabletop |
| Number of Items | 1 |
| Lighting Method | LED |
| Control Method | Touch |
| Indoor/Outdoor Usage | Indoor |
| Specific Uses For Product | Indoor use only |
| Water Resistance Level | Not Water Resistant |
| Installation Type | Home Décor |
| Number of Pieces | 1 |
| Manufacturer | FLOTE |
| Item Weight | 3.69 pounds |
| Batteries Included? | No |
| Batteries Required? | No |

| | |
|---|---|
| Date First Available | May 25, 2022 |

**Subtotal**
**$0.00**

## Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to tell us about a lower price? ⌄

## Product details

**Product Dimensions** : 5.5 x 5.5 x 6.7 inches; 3.7 Pounds

**Date First Available** : May 25, 2022

**Manufacturer** : FLOTE

**ASIN** : B09VZR5RPY

**Customer Reviews:**
3.8 ★★★★☆ ⌄      31 ratings

**What's in the box**

- Power Cable

Subtotal
$0.00

## Videos

**Videos for this product**



Air Moon step by step set up
sophie
0:38

Flote Air Moon customer review
sophie
0:20

Customer Review: Once you get it up, it's worth it!
Colleen Casey
0:06

A perfect lunar lamp to add to your space, and it floats!
sophie
0:25

Upload your video

## Product Description

**Create a calming and relaxing atmosphere may be exactly what you need now**

We may not be able to transport you to a vinyasa retreat in Bali, but we can bring some calm into your home or home office with a levitating globe featuring a floating moon. The Air Moon gives off a warm glowing light that's perfect in the day, night, or just as twilight begins to fall. Its steady rotation is downright mesmerizing. We dare you not to notice that your breathing has become more steady.

Living that WFH life? It never hurts to add a little color to your Zoom background. We love the mellow glow the Air Moon gives off.

The Air Moon is also perfect for that little corner in your house where you practice yoga. It also looks great sitting next to a stack of well-loved books. Or atop that mid-century modern sideboard, you just purchased. It's like a lava lamp for adults!

It arrives lovingly packaged, whether it's coming to you or a gift recipient. And set-up is a breeze with our clear, illustrated instructions that come in the box.

**WELCOME TO FLOTE**

We're FLOTE, a new online boutique here to make your home (or home office) full of good vibes with fresh new home accessories, like our Air Pot—it actually levitates! Here's a little bit about us.

**ROTATES CONTINUOUSLY TO MESMERIZE + CALM**

Ah, feel that? That's the sensation of looking at your new Air Moon. The Air Moon rotates continuously in perpetual motion for a calming effect. Looks great in your home office or anywhere the whole family can see it.

Subtotal
$0.00







| | FLOTE Air Moon | FLOTE Air Bulb | FLOTE Air Pot |
|---|---|---|---|
| | Add to Cart | Add to Cart | See Details |
| Customer Reviews | ★★★★☆ 31 | ★★★★☆ 38 | ★★★★½ 90 |
| Price | $57⁹⁹ | $75⁹⁶ | — |
| Floating Object | Moon Sphere | Lightbulb | Plant Pot |
| Light | 3 colors | 1 color | N/A |
| Easy Setup | ✓ | ✓ | ✓ |
| Unique Gift | ✓ | ✓ | ✓ |
| Perpetual Motion | ✓ | ✓ | ✓ |
| Universal Input | ✓ | ✓ | ✓ |

## Compare with similar items

This Item          Recommendations

Subtotal
**$0.00**









FLOTE Levitating Air Moon — Floating Moon Light with Non-Stop Rotation, 3 Color Options & Touch Control — Levitating…

RUIXINDA Levitating Moon Lamp, Magnetic Floating Moon Lamp Spinning Luna Night Light with 3 Color Modes, for Home Office…

Flagest Floating Moon Lamp 16 Colors Adjustable Brightness Levitating Moon Lamp with Remote Control, Room Desk…

FIRPOW Levitating Moon Lamp, 18 Colors 6 in Floating Moon Lamp, 3D LED Printing Rotating Magnetic Moon Light Spinning…

Add to Cart | Add to Cart | Add to Cart | Add to Cart

| | | | | |
|---|---|---|---|---|
| **Price** | -28% $57⁹⁹ List Price: $79.99 | $91⁹⁹ | -10% $67⁵⁰ List Price: $75.00 | $82⁹⁹ |
| **Delivery** | ✓prime FREE Delivery | ✓prime FREE One-Day | ✓prime FREE Delivery | ✓prime FREE Delivery |
| **Customer Ratings** | 3.8 ★★★★☆ 31 | 4.4 ★★★★⯨ 137 | 4.0 ★★★★☆ 28 | 4.3 ★★★★⯨ 521 |
| **Brightness** | 4.5 ★★★★⯨ | 4.4 ★★★★⯨ | 4.2 ★★★★☆ | 4.3 ★★★★⯨ |
| **Giftable** | 4.3 ★★★★⯨ | 4.3 ★★★★⯨ | 4.6 ★★★★⯨ | 4.2 ★★★★⯨ |
| **Remote Control** | 3.0 ★★★☆☆ | 3.4 ★★★⯨☆ | 3.4 ★★★⯨☆ | 4.2 ★★★★☆ |
| **Value For Money** | — | 4.3 ★★★★⯨ | — | 4.3 ★★★★⯨ |
| **Battery Life** | — | — | 3.3 ★★★⯨☆ | 4.0 ★★★★☆ |
| **Sold By** | FLOTE | hong tai chuang | Flagest | FIRPOW DEALER |
| **Style** | Mid Century Modern | Traditional | Christmas, holiday gift, cool gadgets | Vintage |
| **Light Source Type** | LED | LED | LED | LED |
| **Material** | — | PLA, Acrylonitrile Butadiene Styrene | Acrylonitrile Butadiene Styrene | Wood, Acrylonitrile Butadiene Styrene |
| **Power Source** | Corded Electric | AC | Corded Electric | battery-powered, Battery Powered |
| **Light Sources** | 1 | 1 | 3 | 1 |
| **Shade Material** | Wood | PLA | abs,wood | Acrylonitrile Butadiene Styrene |

Subtotal
**$0.00**

## Related products with free delivery

Sponsored

       

exekoml Levitating Moon Lamp 16 Colors Floating Spinning LED Moon Night Light...
3.9 ⭐ 25
$75⁰⁰
✓prime

The Hyperspace Lighting Company HyperMirror LED Infinity Mirror Light – 12-Inch Sou...
5.0 ⭐ 4
$149⁹⁵
✓prime

POCOCO Gorgeous Nebula Series Galaxy Star Projector Night Light Discs: Realistic Ga...
4.3 ⭐ 244
$45⁹⁹ ($7.67/Count)
✓prime
Save 8% with coupon

POCOCO Galaxy Star Projector for Bedroom with Replaceable Optical Film Discs, Home ...
4.1 ⭐ 818
$109⁹⁹
✓prime
Save 10% with coupon

Floating Moon Lamp, Magnetic Levitation Spinning 3D Printing Moon Light Levitating ...
4.1 ⭐ 15
$75⁰⁰
✓prime

exekoml Magnetic Levitating Moon Lamp, 16 Colors LED Moon Light Floating...
$75⁰⁰
✓prime

UVEHAS Levitating Moon Lamp, 16 Colors Magnetic Levitation Galaxy Moon Lamp,...
4.0 ⭐ 20
$75⁹⁹
✓prime

Shop the Store

Sponsored

## Similar brands on Amazon

Sponsored

Mind-Glowing
Shop the Store on Amazon ›

FIRPOW
Shop the Store on Amazon ›

VGAzer
Shop the Store on Amazon ›

  

**Looking for specific info?**

## Customer reviews

★★★★☆ 3.8 out of 5 ⓘ

31 global ratings

| 5 star | | 51% |
| 4 star | | 16% |
| 3 star | | 15% |
| 2 star | | 0% |
| 1 star | | 18% |

⌄ Zero tolerance for fake reviews



Shop now ›

Sponsored ⓘ

**Customers say**

Customers like the quality and appearance of the lamp. For example, they mention it's a great home item, it looks great lit up at night and that it'd make a nice decorative product for your home.
AI-generated from the text of customer reviews

✓ Quality    ✓ Appearance

**Reviews with images**

See all photos ›

    

Top reviews ⌄

### Top reviews from the United States

M R
★★★★★ **Really great home item if you're into space!**
Reviewed in the United States on February 16, 2023
Verified Purchase
I was a little weary after reading some reviews in regard to the difficulty in getting this to "float." Thankfully, I had no issues in making that happen. This thing is cool. It's brighter than I thought and the colors are very close to the actual moon tones. It's very relaxing watching it spin. You can spin it slowly and even give it a little more speed. Highly recommend.

Subtotal
$0.00

Subtotal
**$0.00**

4 people found this helpful

Helpful | Report

**Annise**
★★☆☆☆ **Too much magnetism!**
Reviewed in the United States on October 10, 2023
Verified Purchase

No matter how many times I tried, how many instructions I read, and how much I wanted it to work, it did not. The magnetism was so strong that it forcefully and immediately locked onto it's base every time.

One person found this helpful

Helpful | Report

**B Sink**
★★★★☆ **Keep calm, it will happen!**
Reviewed in the United States on November 13, 2022
Verified Purchase

As mentioned is other reviews, keep calm it will happen. It took me 2 weeks of trying to finally get my moon to float. I was very frustrating. But just walk away and try again later l. It WILL happen. Lol. And once you do get it, its such a great feeling!! I flew down the stairs with excitement to tell my wife i finally got it. Lol. The moon is mesmerizing to watch!! And looks great lit up at night!! Overall this is a great decorative product for your home!!

2 people found this helpful

Helpful | Report

**Brett Fitzgerald**
★★★☆☆ **Looks great, won't stay a color**
Reviewed in the United States on May 21, 2023
Verified Purchase



The tap function to make it stay a single color isn't working on mine, but everything else is great. 5 stars if the tap feature worked.

Helpful | Report



Todd Baugher

★★★★★ **Great gift**
Reviewed in the United States on February 29, 2024
Verified Purchase
Bought for a friend for his birthday, he loves it. I will say it did take about 6 hours before hitting the sweet spot to get it to float and spin.

Helpful | Report

Melissa V

★★★★★ **Very cool Lamp**
Reviewed in the United States on November 10, 2022
Verified Purchase
I love this! It was a little hard to get it to float at first, but after a few tries I got it on. The trick is to do it very slowly. I love that it spins. I could literally watch it all day. My friends came over and loved it too! Very cool product.

3 people found this helpful

Helpful | Report

Amante de amazona

★★★★★ **Perfect Apartment Item**
Reviewed in the United States on May 24, 2023
Verified Purchase
Once you get it to hover right, the thing is dope. You can just look at it and start random conversations about it.

One person found this helpful

Helpful | Report

Betamoo

★★☆☆☆ **Impossible to get floating**
Reviewed in the United States on January 29, 2024
Verified Purchase
Impossible to get floating

Helpful | Report

**See more reviews ›**

Sponsored ⓘ

Subtotal
$0.00

Back to top



# amazon

## Checkout (1 item)

🔒

---

**1  Shipping address**

Steven Howard
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

**FREE pickup available nearby**
Amazon Go • 0.4 mi  (See details)
Change to pickup

Change

---

**2  Payment method**

Paying with Visa 3651

Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]   Apply

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

Change

---

**3  Review items and shipping**

┌─────────────────────────────────────────────────────────────┐
│ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** │
└─────────────────────────────────────────────────────────────┘

### Arriving Jun 14, 2024
Items shipped from Amazon.com



**FLOTE Levitating Air Moon — Floating Moon Light with Non-Stop Rotation, 3 Color Options & Touch Control — Levitating Moon Night Light with Magnetic Levitation — Cool Lamps for Unique Room Decor**

Choose your Prime delivery option:
◉ **Friday, Jun 14**
   FREE Two Day Delivery
○ **Monday, Jun 17**
   FREE Amazon Day Delivery
   🌱 **Fewer boxes, fewer trips.** ∨
Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $57.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $57.99 |
| Estimated tax to be collected: | $5.94 |

**Order total:**    **$63.93**

**Chase Pay Over Time**SM: Pay a total amount due of **$66.12** inclusive of interest that is **$11.02/mo (6 mo) at 11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**$57.99**
Exclusive Prime price
prime & FREE Returns

Qty: 1

Sold by: FLOTE

Add gift options

**Or choose your pickup location:**
**Pickup available nearby**
Choose a location

**Place your order**

**Order total: $63.93**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.







### About this item

- 【3 Colors LED Touch Control】 Levitating moon lamp has 3 colors LED Light adjustable. Touch the power button, you can choose white light, yellow light, yellow and white color gradient light as you want. And control the moon lamp turn on/off.
- 【Floating and Spinning Moon】 Adopt Magnetic levitation technology, the moon floats and spinning automatically in mid-air freely without any support or contact, able to attract people's eyes.
- 【Levitating 3D Moon Lamp】 Floating moon lamp is powered by electromagnetic induction, Wireless power transmission for the moon. The moon lamp illuminates as it is spinning. Moon lamp is made with 3D printing technology and has a texture very similar to the real moon.
- 【Creative Gifts】 Levitating moon light lamp can be used as a decorative lamp in your room or office. It can also be as a perfect gift for lover, friends, parents, kids at Christmas, birthday, holidays, wedding, anniversary. when they receive and open the box, it will bring them many surprises!
- 【SERVICE WARRANTY】 ALL DIDWI products are strictly inspected before leaving the warehouse. We offer 2 Years Warranty Guarantee.

› See more product details

🗨 Report an issue with this product or seller

Add to List

Sponsored ⓘ

**Buy it w**

 +  + 

**This item:** DIDWI Levitating Moon Lamp, Floating 3D Moon Light Spinning 3 Colors LED Moon...

$75⁰⁰ ✓prime

GOXFOC Sweet Dreams Colourful Wall Art,Moon Rainbow Wall Prints Decor,Cute Cartoon...

$6⁹⁹ ✓prime

Tenmiro Led Lights for Bedroom 100ft (2 Rolls of 50ft) Music Sync Color Changing Strip Lights wit...

$13⁹⁹ ✓prime

Total price: **$95.98**

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

### Based on your recent views
Sponsored ⓘ










UVEHAS Levitating Moon Lamp 16 Colors Magnetic Levitation Floating 3D Printing...
3.3 ★★★☆ 17
$75.00
✓prime

DuliCube Levitating Moon Lamp with Cool Bluetooth Speaker and 3D-Printed Floating M...
5.0 ★★★★★ 9
$84.99
✓prime

Magnetic Levitating Moon Lamp - Floating and Spinning 3D Galaxy Moon Night Lights R...
4.1 ★★★★☆ 43
$75.00
✓prime

Floating Moon Lamp, Magnetic Levitation Spinning 3D Printing Moon Light Levitating ...
4.1 ★★★★☆ 15
$75.00
✓prime

exekoml Levitating Moon Lamp, Floating and Spinning Moon Lamp 16 Colors LED...
3.9 ★★★★☆ 25
$75.00
✓prime

Magnetic Levitating Moon Light Lamp, Floating and Spinning 3D Printing Moonlight...
4.0 ★★★★☆ 15
$75.00
✓prime

UVEHAS Levitating Moon Lamp 16 Colors Magnetic Levitation Galaxy Moon Lamp,...
4.0 ★★★★☆ 20
$75.99
✓prime

FIRPOW Floating Moon Lamp - 3 Colors Magnetic Levitati...
4.3 ★★★★☆
$89.99
✓prime
**Save 5%** with coup

## 4 stars and above
Sponsored ⓘ












FIRPOW Floating Moon Lamp - 3 Colors Magnetic Levitating Moon Lamp with...
4.3 ★★★★☆ 520
$89.99
✓prime
**Save 5%** with coupon

QQV Levitating Moon Lamp 3D Printing LED Magnetic Floating Moon Light with 3 Colors...
4.2 ★★★★☆ 248
$75.99
✓prime

VGAzer Lunar Motion LED Levitating Moon Lamp, 3D Illusion Night Light with Remote C...
4.4 ★★★★☆ 1,073
$75.00
✓prime

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LE...
4.1 ★★★★☆ 1,625
$75.99
✓prime

DTOETKD Levitating Galaxy Moon Lamp, 18 Colors 3D Moon Light Floating and Spinning ...
4.3 ★★★★☆ 483
$85.69
✓prime

VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for...
4.2 ★★★★☆ 1,102
$75.99
✓prime

GDPETS Levitating Moon Lamp, Floating and Magnetic Moon Lamp 3D Printing Moon Light,...
4.4 ★★★★☆ 157
**30% off** Limited time deal
$53.19
List: $75.99
✓prime

Floatidea Magne Levitating Moon Levitation Plastic Table LED Night...
4.4 ★★★★☆
$95.99
✓prime

## Product information

### Technical Details

| | |
|---|---|
| Finish Type | 3D Printing |
| Base Material | Faux Wood |
| Product Dimensions | 6"D x 6"W x 9"H |
| Item Weight | 1.07 Kilograms |
| Lamp Type | Moon Lamp |
| Shade Material | Wood |

### Additional Information

| | |
|---|---|
| ASIN | B0B7LQYT54 |
| Customer Reviews | 3.8 ★★★★☆ ⌄   23 ratings<br>3.8 out of 5 stars |
| Best Sellers Rank | #438,168 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#5,857 in Night-Lights |
| Date First Available | July 26, 2022 |

| | |
|---|---|
| Switch Type | magnetic,touch |
| Brand | DIDWI |
| Color | 3 Colors |
| Special Feature | Color Changing |
| Light Source Type | LED |
| Room Type | Office |
| Recommended Uses For Product | Decoration |
| Power Source | Corded Electric |
| Shape | Globe |
| Number of Light Sources | 1 |
| Connectivity Technology | USB |
| Included Components | 'Magnetic Base, Moon Lamp, Adapter, User Manual' |
| Mounting Type | Tabletop |
| Number of Items | 1 |
| Lighting Method | Adjustable |
| Control Method | Touch |
| Indoor/Outdoor Usage | Indoor |
| Water Resistance Level | Not Water Resistant |
| Installation Type | Tabletop |
| Number of Pieces | 1 |
| Connectivity Protocol | Wi-Fi |
| Voltage | 120 Volts |
| Base Diameter | 0.15 Meters |
| Is Cordless? | Yes |
| Manufacturer | DIDWI TECH |
| Item Weight | 2.35 pounds |
| Finish types | 3D Printing |
| Special Features | Color Changing |
| Batteries Included? | No |
| Batteries Required? | No |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

## Product details

**Product Dimensions :** 5.91 x 5.91 x 9.06 inches; 2.36 Pounds
**Date First Available :** July 26, 2022
**Manufacturer :** DIDWI TECH
**ASIN :** B0B7LQYT54
**Customer Reviews:**
3.8 ★★★★☆ ∨        23 ratings

## What's in the box

- 'Magnetic Base, Moon Lamp, Adapter, User Manual'

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

**Floating and Spinning Moon Lamp - 3 Colors Lighting**

This levitating moon lamp adopt magnetic levitation technology, it floats stably, spinning in mid-air automatically. 360 degree rotating silently. magnetic levitation moon lamp with 3 colors LED Light Modes, provide white light, Yellow light, Gradient changing from white to yellow light. Suitable for home, office, party, room decoration.

**Levitating Moon Lamp**

**Warm Reminder:**

- This product only works plugged in.
- Don't just unplug the power adapter without remove the moon lamp, or the moon lamp will pound the base.
- You need to avoid placing it near speakers, TVs, computer equipment, metal or radios. Anything with speakers and magnets will interfere with the fixture.

Specification:

- Material: PLA, Faux wood
- Light control type: Touch control
- Lighting Color: 3 colors
- Illuminant Type: LED

Package:

- 1 X Base
- 1 X Moon Lamp
- 1 X Adapter
- 1 X User Manual

**How to levitate the moon lamp:**

1. Put the base on a flat (nonmetallic surface), connect the power adapter.
2. Start from a height of about 6 inches above the base. Carefully lower the moon with both hands directly over the center of the base, keeping it lower until you feel the upward magnetic force supporting the weight of the moon.
3. Release your hands when you feel the gravity of the moon is balanced to the upward magnetic force balance point, Approximately 0.9 inch from base, gently let the moon go and levitate, if it falls, simply lift the moon and try it again.

**Attractive decorative lamp; Perfect Night Light; Best Gifts for kids, adults on birthdays, Christmas, etc**



| | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★☆ 23 | ★★★★☆ 16 | ★★★★☆ 15 | ★★★★☆ 15 | ★★★★☆ 23 | ★★★★½ 4 |
| Price | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ |
| LED Lights | 3 Colors | 3 Colors | 3 Colors | 3 Colors | 3 Colors | 3 Colors |
| Magnetic Floating & Rotating | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## Compare with similar items

| | **This Item** | **Recommendations** | | |
|---|---|---|---|---|
| |  DIDWI Levitating Moon Lamp, Floating 3D Moon Light Spinning 3 Colors LED Moon Magnetic Levitation Night Lights for Room... [Add to Cart] |  FIRPOW Levitating Moon Lamp, 18 Colors 6 in Floating Moon Lamp, 3D LED Printing Rotating Magnetic Moon Light Spinning Freely with... [Add to Cart] |  PeacePlanet Floating Moon Lamp, Gift, LED Table Lamp, Levitate & Rotate in Air, Night Light, Multicolor, Touch Control, Gift for... [Add to Cart] |  HCNT Levitating Bulb Lamp Magnetic Floating LED Light Desk Lamp Table lamp Night Light, 360 Degree Wireless Automatic Rotating Light... [Add to Cart] |
| **Price** | $75.00 | $82.99 | $75.00 | $70.99 |
| **Delivery** | ✓prime FREE One-Day | ✓prime FREE Delivery | ✓prime FREE One-Day | ✓prime FREE One-Day |
| **Customer Ratings** | 3.8 ★★★★☆ 23 | 4.3 ★★★★☆ 521 | 4.0 ★★★★☆ 178 | 4.6 ★★★★★ 113 |
| **Brightness** | — | 4.3 ★★★★☆ | 4.3 ★★★★☆ | 4.0 ★★★★☆ |
| **Giftable** | — | 4.2 ★★★★☆ | 3.9 ★★★★☆ | 4.5 ★★★★★ |
| **Remote Control** | — | 4.2 ★★★★☆ | 3.4 ★★★☆☆ | |
| **Sold By** | xin xin ran | FIRPOW DEALER | PeacePlanet | HCNT |
| **Style** | — | Vintage | MOON (3 Colors + Touch Control) | — |
| **Light Source Type** | LED | LED | LED | LED |
| **Material** | — | Wood, Acrylonitrile Butadiene Styrene | Acrylonitrile Butadiene Styrene | Wood, Metal |
| **Power Source** | Corded Electric | battery-powered, Battery Powered | Corded Electric | Corded Electric |
| **Light Sources** | 1 | 1 | 1 | 1 |
| **Shade Material** | Wood | Acrylonitrile Butadiene Styrene | Acrylonitrile Butadiene Styrene | Acrylonitrile Butadiene Styrene |
| **Wattage** | — | 3 watt hours | 12 watts | 60 watts |
| **Base Material** | Faux Wood | — | — | Acrylonitrile Butadiene Styrene |

## Related products with free delivery

Sponsored

       

Levitating Moon Lamp, 16 Colors Magnetic Levitation Galaxy Moon Lamp, Floating and ...
4.0 ★★★★☆ 20
$75.99
✓prime

Magnetic Levitating Moon Lamp 16 Colors Modes Floating 3D Printing LED Moon...
3.3 ★★★☆☆ 17
$75.00
✓prime

Levitating Light Bulb, Floating Rotating LED Bulb Lamp, Touch Control Magnetic Levi...
4.3 ★★★★☆ 5
$65.99
✓prime

Levitating Moon Lamp – Magnetic Floating and Spinning 16 Colors LED Moon Light, Rem...
4.1 ★★★★☆ 43
$75.00
✓prime

Floating Moon Lamp, Magnetic Levitation Spinning 3D Printing Moon Light Levitating ...
4.1 ★★★★☆ 15
$75.00
✓prime

Levitating Moon Lamp, Floating and Spinning Moon Lamp 16 Colors LED Lighting Magnet...
3.9 ★★★★☆ 25
$75.99
✓prime

Levitating Air Moon — Floating Moon Light with Non-Stop Rotation, 3 Color Options &...
3.8 ★★★★☆ 31
$57.99
✓prime

Levitating Moon L Floating Moon L Magnetic Levitat Moon Light Gifts...
4.3 ★★★★☆
$75.00
✓prime

Sponsored

## Similar brands on Amazon

Sponsored

FIRPOW
Shop the Store on Amazon ›

VGAzer
Shop the Store on Amazon ›

Mind-Glowing
Shop the Store on Amazon ›

   

**Looking for specific info?**

## Customer reviews

⭐⭐⭐⭐☆ 3.8 out of 5 ⓘ

23 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 19% |
| 3 star | | 0% |
| 2 star | | 6% |
| 1 star | | 20% |

▼ Zero tolerance for fake reviews



Shop now >

Sponsored ⓘ

Top reviews ▼

**Top reviews from the United States**

> There are 0 reviews and 2 ratings from the United States

**Top reviews from other countries**

Translate all reviews to English

◯ Stéphanie

⭐⭐⭐⭐⭐ **Très jolie**

Reviewed in France on December 25, 2023

Color: 16 Colors | Verified Purchase

A de belles couleurs avec plusieurs manières de changer grâce à la télécommande.
Un peu trop prêt de la base, serait encore plus joli .

Report

Translate review to English

◯ fabrizio serra

⭐⭐⭐⭐☆ **Installazione a prova di nervi!!!**

Reviewed in Italy on December 16, 2023

Color: 3 Color Moon | Verified Purchase

Dopo giorni di logoranti tentativi stavo x restituirla: equilibrio magnetico introvabile! Se però avrete la pazienza di insistere abbastanza otterrete lo stesso mio stupefacente risultato, l' effetto finale è veramente

magico!!!

Report

Translate review to English

König

⭐⭐⭐⭐⭐ **Der Mond ist schwer zum Schweben aufzusetzen, wenn aber das geschafft ist, ist die Lampe schon cool.**
Reviewed in Germany on January 11, 2023
Color: 16 Colors | Verified Purchase

Die Beschreibung ist nur in englisch.

Report

Translate review to English

Amazon Kunde

⭐⭐☆☆☆ **Defektes Zubehör**
Reviewed in Germany on January 6, 2024
Color: 3 Colors | Verified Purchase

Für den Preis sollte man eine bessere Qualität erwarten. Leider ist das mitgelieferte Netzkabel defekt.

Report

Translate review to English

Lerat Héléna

⭐⭐☆☆☆ **Fonctionne mais pas de bonne qualité**
Reviewed in France on December 17, 2023
Color: 3 Colors | Verified Purchase

J'ai renvoyé cet article car il ne correspondait pas à mes attentes. Néanmoins cela fonctionnait bien. Le socle faisait du bruit et était chaud au bout de 5 minutes d'utilisation. La qualité est décevante pour le prix.

Report

Translate review to English

See more reviews ›

Sponsored ⓘ

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You





Roll over image to zoom in

- **Magnetic Levitation Moon Lamp:** The moon lamp floating and spinning automatically in mid-air, without any support or contact. Stably levitates and 360 degree rotated silently. Moon light is powered by electromagnetic induction, Magnetic base, Wireless power supply for the moon.

- **Illuminated Moon Lamp:** The levitating moon with LED lights. Floating moon lamp provide white light, Yellow light, Gradient changing from white to yellow light. Touch the button on the base to switch the color of the moon light. Soft LED light will not harm your eyes.

- **Touch Button:** The base built-in blue LED lights, You can touch the power button sign on the base to turn on/off the moon lamp or base light separately. It looks pretty cool and beautiful when turned on in the dark.

- **Cool Desk Gadget Decor:** Uses 3D printing technology, makes the surface of the moon lamp highly reproduced the original surface of the real lunar. Levitating moon light like the real moon to emit light quietly, create sweet, relaxing atmosphere. Perfect for your office, desk, room decoration.

- **Perfect Gifts:** This cool moon lamp could be used as night light, decorative light or small toy to relieve boredom for adults and children. It is a creative gift for everyone on Christmas, Birthday, Thanksgiving Day, Holiday etc.

› See more product details

💬 Report an issue with this product or seller

**Similar item with fast delivery**

 VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for Home, Office Decor, Creative Gift-6 Inch,Has 16 Colors 20 Modes

★★★★☆ (1102)

$75.99 ✓prime

Add to List

Sponsored ⓘ

Subtotal
$0.00

---

## Buy it with

 **+**  **+** 

Total price: **$99.98**

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Levitating Moon Lamp, 3D Printing Spinning Moon Light, Magnetic Floating Lunar Lamp,...
$75⁰⁰ ✓prime

Tenmiro Led Lights for Bedroom 100ft (2 Rolls of 50ft) Music Sync Color Changing Strip Lights wit...
$13⁹⁹ ✓prime

Tinload Small Battery Operated Analog Alarm Clock Silent Non Ticking, Ascending Beep Sound...
$10⁹⁹ ✓prime

**Based on your recent views**

Sponsored ⓘ

      

Subtotal
$0.00

Magnetic Levitating Moon Lamp - Floating and Spinning 3D Galaxy Moon Night Lights R...
4.1 ★★★★☆ 43
$75.00
✓prime

Unique Magnetic Levitating Lamp with LED Light Bulb Floating in The Air Wireless Ch...
5.0 ★★★★★ 9
$79.99
✓prime

Magnetic Levitating Moon Lamp 16 Colors Modes Floating 3D Printing LED Moon...
3.3 ★★★☆☆ 17
$75.00
✓prime

Levitating Moon Lamp, 16 Colors Magnetic Levitation Galaxy Moon Lamp, Floating and ...
4.0 ★★★★☆ 20
$75.00
✓prime

Floating Moon Lamp - 3 Colors Magnetic Levitating Moon Lamp with Remote,...
4.3 ★★★★☆ 520
$89.99
✓prime
Save 5% with coupon

Floating Moon Lamp, Magnetic Levitation Spinning 3D Printing Moon Light Levitating ...
4.1 ★★★★☆ 15
$75.00
✓prime

Levitating Air Moon — Floating Moon Light with Non-Stop Rotation, 3 Color Options &...
3.8 ★★★★☆ 31
$57.99
✓prime

**Customers frequently viewed**

Sponsored ⓘ | Popular products in the last 7 days

     

FIRPOW LAMP 3D Printed Moon Lamp, Levitating Magnetic Floating Lamp with...
4.3 ★★★★☆ 520
$85.98
✓prime
Save 5% with coupon

BRIGHTWORLD Moon Lamp Galaxy Lamp 5.9 inch 16 Colors LED 3D Moon Light, Remote &...
4.5 ★★★★☆ 29,804
Amazon's Choice in Night-Lights
$19.99
✓prime
Save 10% with coupon

HYODREAM 7.9 inch Large Moon Lamp Galaxy Starry Moon Night Light with Touch...
4.2 ★★★★☆ 123
$39.98
✓prime
Save 10% with coupon

VGAzer Levitating Moon Lamp, 16 Colors 20 Models Floating Moon Lamp,Floating and Sp...
4.1 ★★★★☆ 1,507
$75.99
✓prime

Flagest Floating Moon Lamp 16 Colors Adjustable Brightness Levitating Moon Lamp...
4.0 ★★★★☆ 28
$67.50
✓prime

BRIGHTWORLD Gifts for Women, 7.1 inch Moon Lamp 3D Printing Moon Light 16 Colors Ni...
4.4 ★★★★☆ 4,637
$36.99
✓prime
Save 20% with coupon

GZOKMOG Moon Lamp, 2024 Upgrade 5.9IN Moon Lamp 3D Printing Moon Light 16 Colors...
4.4 ★★★★☆ 407
$15.99
✓prime

**Product information**

Technical Details

| | |
|---|---|
| Finish Type | 3D Printing |
| Base Material | magnetic base |
| Product Dimensions | 6"D x 6"W x 9"H |
| Lamp Type | lamp,moon lamp |

Additional Information

| | |
|---|---|
| ASIN | B0B5TS38WG |
| Customer Reviews | 4.7 ★★★★☆ ⌄  4 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #859,629 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#10,553 in Night-Lights |

| | |
|---|---|
| Shade Material | PLA |
| Switch Type | magnetic,touch control |
| Style | Modern |
| Brand | DIDWI |
| Color | 3 Colors |
| Special Feature | Color Changing |
| Light Source Type | LED |
| Material | PLA |
| Room Type | Office |
| Recommended Uses For Product | Decoration |
| Power Source | Corded Electric |
| Shape | Globe |
| Number of Light Sources | 1 |
| Connectivity Technology | USB |
| Mounting Type | Tabletop |
| Lighting Method | Adjustable |
| Control Method | Touch |
| Water Resistance Level | Not Water Resistant |
| Installation Type | decor |
| Manufacturer | DIDWI TECH |
| Item Weight | 2.57 pounds |
| Finish types | 3D Printing |
| Special Features | Color Changing |
| Batteries Included? | No |
| Batteries Required? | No |

| | |
|---|---|
| Date First Available | July 5, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

Subtotal
$0.00

## Product details

**Product Dimensions** : 5.91 x 5.91 x 9.06 inches; 2.58 Pounds

**Date First Available** : July 5, 2022

**Manufacturer** : DIDWI TECH

**ASIN** : B08 5TS38WG

**Customer Reviews:**

4.7 ★★★★½ ⌄   4 ratings

# Videos

Help others learn more about this product by uploading a video!

Upload your video

---

## Product Description

### Floating and Spinning Moon Lamp - 3 Colors Lighting

This levitating moon lamp adopt magnetic levitation technology, it floats stably, spinning in mid-air automatically. 360 degree rotating silently. magnetic levitation moon lamp with 3 colors LED Light Modes, provide white light, Yellow light, Gradient changing from white to yellow light. Suitable for home, office, party, room decoration.

Perfect Night Light

Attractive decorative lamp

Best Gifts for kids, adults on birthdays, Christmas, etc

### Levitating Moon Lamp

**Warm Reminder:**

- This product only works plugged in.
- Don't just unplug the power adapter without remove the moon lamp, or the moon lamp will pound the base.
- You need to avoid placing it near speakers, TVs, computer equipment, metal or radios. Anything with speakers and magnets will interfere with the fixture.

**Package:**

- 1 X Magnetic Base
- 1 X Moon Lamp
- 1 X Adapter
- 1 X User Manual

**How to levitate the moon lamp:**

Specification:

- Material: PLA
- Moon Diameter: 5.12 inch
- Light control type: Touch control
- Lighting Color: 3 colors
- Illuminant Type: LED

Subtotal
$0.00

1. Put the base on a flat (nonmetallic surface), connect the power adapter.
2. Start from a height of about 6 inches above the base. Carefully lower the moon with both hands directly over the center of the base, keeping it lower until you feel the upward magnetic force supporting the weight of the moon.
3. Release your hands when you feel the gravity of the moon is balanced to the upward magnetic force balance point, Approximately 0.9 inch from base, gently let the moon go and levitate, if it falls, simply lift the moon and try it again.

| Subtotal |
| --- |
| $0.00 |



| | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp | Levitating Moon Lamp |
| --- | --- | --- | --- | --- | --- | --- |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★⯨ 4 | ★★★★☆ 15 | ★★★★☆ 23 | ★★★★☆ 23 | ★★★⯨☆ 9 | ★★★★☆ 16 |
| Price | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ | $75⁰⁰ |
| LED Lights | 3 Colors | 3 Colors | 3 Colors | 3 Colors | 3 Colors | 3 Colors |
| Magnetic Floating & Rotating | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## Compare with similar items

**This Item**          **Recommendations**





Subtotal
**$0.00**

| | Levitating Moon Lamp, 3D Printing Spinning Moon Light, Magnetic Floating Lunar Lamp, Touch Control LED Moon Glo... | VGAzer Magnetic Levitation Moon Lamp Globe Night Light Floating 3D Moon LED Colorful Light for Home Decoration Table... | QQV Levitating Moon Lamp 3D Printing LED Magnetic Floating Moon Light with 3 Colors Modes, Spinning in Air Freely and Best ... | RUIXINDA Levitating Moon Lamp, Magnetic Floating Moon Lamp Spinning Luna Night Light with 3 Color Modes, for Home Office... |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | $75⁰⁰ | $75⁰⁰ | $85³⁹ | $91⁹⁹ |
| **Delivery** | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE One-Day |
| **Customer Ratings** | 4.7 ★★★★½ 4 | 4.1 ★★★★☆ 1,507 | 4.2 ★★★★☆ 248 | 4.4 ★★★★½ 137 |
| **Remote Control** | — | 4.5 ★★★★½ | 4.6 ★★★★½ | 3.4 ★★★☆☆ |
| **Brightness** | — | 4.1 ★★★★☆ | 4.2 ★★★★☆ | 4.4 ★★★★½ |
| **Giftable** | — | 3.8 ★★★★☆ | 4.5 ★★★★½ | 4.3 ★★★★½ |
| **Value For Money** | — | 3.3 ★★★☆☆ | 3.9 ★★★★☆ | 4.3 ★★★★½ |
| **Sold By** | xin xin ran | VGAzer Tech | dituoke | hong tai chuang |
| **Style** | Modern | — | — | Traditional |
| **Light Source Type** | LED | LED | LED | LED |
| **Material** | PLA | — | — | PLA, Acrylonitrile Butadiene Styrene |
| **Power Source** | Corded Electric | — | Battery Powered | AC |
| **Light Sources** | 1 | — | — | 1 |
| **Shade Material** | PLA | — | — | PLA |
| **Wattage** | — | — | — | 12 watts |

Subtotal
$0.00

## Related products with free delivery

Sponsored

      

| UVEHAS Levitating Galaxy Moon Lamp, 16 Colors Magnetic Levitation 3D Printing... | POCOCO Immersive Planet Series Galaxy Star Projector Night Light Discs: Realistic G... | FLOTE Levitating Air Moon — Floating Moon Light with Non-Stop Rotation, 3 Color Opt... | Floating Moon Lamp, Magnetic Levitation Spinning 3D Printing Moon Light Levitating ... | Astronaut 3D Moon Night Light, 3 Colors with Adjustable Brightness LED Moon... | CHICIRIS Floating Moon Night Lights Lamp, Multi-Color Changing Magnetic Levitation ... | MOOCCI Levitating Moon Lamp, Floating Moon Lamp Magnetic Levitation Moon Light... |
|---|---|---|---|---|---|---|
| 4.1 ★★★★☆ 43 | 4.3 ★★★★☆ 244 | 3.8 ★★★☆☆ 31 | 4.1 ★★★★☆ 15 | 4.5 ★★★★☆ 5 | 4.5 ★★★★☆ 5 | 4.3 ★★★★☆ 44 |
| $75.00 | $45.99 | $57.99 | $75.00 | $21.98 | $31.32 | $75.00 |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |

Sponsored

## Similar brands on Amazon

Sponsored

FIRPOW
Shop the Store on Amazon ›

VGAzer
Shop the Store on Amazon ›

Mind-Glowing
Shop the Store on Amazon ›

  

Subtotal
$0.00

**Looking for specific info?**

## Customer reviews

★★★★½ 4.7 out of 5 ⓘ

4 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 28% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Zero tolerance for fake reviews

**No customer reviews**

There are 0 customer reviews and 4 customer ratings.

Shop now >

Sponsored ⓘ

Sponsored ⓘ

Subtotal
**$0.00**

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

amazon

🌐 English ⇅     🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Subtotal
$0.00

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

# amazon

## Checkout (1 item)



**1  Shipping address**

Steven Howard
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

**FREE pickup available nearby**
Amazon Go • 0.4 mi  (See details)
Change to pickup

Change

**2  Payment method**

Paying with Visa 3651
Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

Enter code    Apply

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

Change

**3  Review items and shipping**

┌─────────────────────────────────────────────────────────┐
│ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** │
└─────────────────────────────────────────────────────────┘

### Arriving Jun 13, 2024
Items shipped from Amazon.com



**DIDWI Levitating Moon Lamp, Floating 3D Moon Light Spinning 3 Colors LED Moon Magnetic Levitation Night Lights for Room Office Decoration Cool Gifts**
**$75.00** ✓prime
& FREE Returns ∨

**Choose your Prime delivery option:**

◉ **Tomorrow, Jun 13**
FREE One Day Delivery

○ **Monday, Jun 17**
FREE Amazon Day Delivery
🌱 Fewer boxes, fewer trips. ∨
Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $75.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $75.00 |
| Estimated tax to be collected: | $7.69 |

**Order total:    $82.69**

**Chase Pay Over Time℠:** Pay a total amount due of **$85.50** inclusive of interest that is **$14.25/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



Qty: 1

Sold by: xin xin ran

🎁 Add gift options

**Or choose your pickup location:**

**Pickup available nearby**
Choose a location

**Order total: $82.69**

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



Subtotal
**$0.00**

- Levitating Rotating Globe made with advanced magnetic levitation technology. Globe floating and spinning automatically in mid-air freely. 360 degree rotating silently.
- Magnetic levitation floating globe with white LED lights. Touch the button sign on the base to control the light on/off. Once levitation, The world map globe will glow and rotate, looks very cool in the dark.
- Levitating world globe with LED lights, low power consumption design, no need to worry about a lot of power loss. Easy to install, the globe can get floating very easily.
- Levitating globe widely used in children's learning, education and teaching novelty toys, Cool office desk decorative lamp, business gifts, creative birthday gifts, Christmas gifts.
- Magnetic floating globe can also be used as a decorative table lamp night lights, suitable for decorating rooms, living rooms, desks, dormitories, party etc.

Sponsored ⓘ

💬 Report an issue with this product or seller

### Similar item with fast delivery

 Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educational Piece for Kids,Office Decor ,Cool GadgetS Birthday Halloween Christmas Gifts
★★★★☆ (48)
$79.99 ✓prime

---

### Buy it with

 +  + 

Total price: **$133.98**

[ Add all 3 to Cart ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map...
$72⁰⁰ ✓prime

QLKUNLA Newtons Cradle Balance Balls Science Physics Gadget Desktop Decoration...
$27⁹⁹ ✓prime

Magnetic Wooden Chess Board Set with Manual for Adults Kids 15 Inch Chess Puzzle with...
$33⁹⁹ ✓prime

---

### 4 stars and above

Sponsored ⓘ









**MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...**
4.4 ★★★★☆ 4,769
$39.99
✓prime
Save 10% with coupon

**Flagest Magnetic Levitation Floating Globe - Levitating O Shape Globe with LED...**
4.5 ★★★★☆ 190
Amazon's Choice in Geographic Globes
$39.99
✓prime
Save $5.00 with coupon

**FUZADEL Magnetic Levitation Floating Globe Levitating Globes Floating Desk Levitati...**
4.2 ★★★★☆ 480
$21.36
✓prime

**WOWESOTICA Floating globe, Magnetic Levitating Geographic Globes with LED...**
4.1 ★★★★☆ 328
$36.99
✓prime

**RTOSY Magnetic Levitation Floating Globe with LED Light, Office Decor,...**
4.4 ★★★★☆ 2,252
$30.99
✓prime
Save 5% with coupon

**Levitation Floating Globe 4inch Rotating Magnetic Mysteriously Suspended In Air Wor...**
4.4 ★★★★☆ 188
$36.50
✓prime

**USA Toyz Gravity Globe Earth Ball and C Frame Set - Magnetic Levitating Globe Lamp ...**
4.5 ★★★★☆ 183
$24.99
✓prime

## More from frequently bought brands

Sponsored ⓘ








**Flagest Magnetic Levitation Floating Globe Rotating Globe Book Base -Nice Desk...**
4.7 ★★★★☆ 15
$84.99
✓prime

**8" Starry World Globe with Built-in LED, Home and Office Decor, DIY Assembly Decor...**
4 ★★★★☆
$39.99
✓prime

**Magnetic Levitation Globe with LED Light, Cool Gadgets Floating Lamp Globe Decor, C...**
4.4 ★★★★☆ 2,252
$29.99
✓prime
Save 5% with coupon

**USA Toyz Gravity Globe Earth Ball and C Frame Set - Magnetic Levitating Globe Lamp ...**
4.5 ★★★★☆ 183
$24.99
✓prime

**Waypoint Geographic Explora Bar Globe, 16" Diameter Elegant World Globe, Liquor Sto...**
$599.99
✓prime

**Magnetic Levitation Globe with LED Night Light, Floating Globe Auto-spinning Perpet...**
3.8 ★★★★☆ 4
$15.99
✓prime

**MOVA Globe Blue Political Map 4.5"**
4.5 ★★★★☆ 238
$218.00 ($4.54/oz)
✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Subtotal
$0.00

Subtotal
$0.00

**6 Inches Magnetic Levitating Globe**

- **Magnetic levitation design**, The world map globe floating and rotating in mid-air.
- **360 degree rotating silently.**
- **Built-in LED lights**. Once levitation, The world map globe will glow and rotate, looks very cool in the dark.
- **Touch Control**: Touch the button sign on the base to control the light on/off.
- **Power-off Auto Adsorption,** effectively protect the floating globe.
- **Geography Teaching**: Levitating globe with clear geography details widely used in children's learning, education, Office decoration, Holiday Gifts etc.
- **Package:** 1 x Base; 1 x Globe; 1 x Adapter; 1 x User manual

**How to Levitate the globe?**

1. Place the globe and base on a flat non-metallic surface. Connect the power adapter.
2. Start from a height about 6 inches above the base. Carefully lower the globe with both hands directly over the center of the base, keeping it level until you feel the upward magnetic force supporting the weight of the globe. (Must lower center and lower very very slowly).
3. When you feel the magnetic force supporting the weight of the globe, gently let go, the globe will float. If it falls, simply lift the globe and try it again. (If you don't succeed, please do not give up, try try try it again.)
4. Touch the POWER sign on the base to turn on/off your levitating globe lamp.

**Warm Tips:**

- Please keep at least 30cm away from any metal objects, electronic products, magnetic products.

Cool Gifts

Novelty gadgets Night Lights for Room Decor

Educational Interactive Learning Tool

**Product information**

| | |
|---|---|
| Package Dimensions | 9.45 x 7.68 x 7.64 inches |
| Item Weight | 2.53 pounds |
| Manufacturer | exekoml |
| ASIN | B0CKQQFJSX |
| Item model number | EKM-MLFGL-1 |
| Customer Reviews | 4.1 ★★★★☆    6 ratings<br>4.1 out of 5 stars |
| Best Sellers Rank | #337,363 in Toys & Games (See Top 100 in Toys & Games)<br>#293 in Geographic Globes |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

Subtotal
$0.00

## Looking for specific info?

## Compare with similar items

|  | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  | |  |
| | **exekoml** Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map Globes Lamp with LED Lights for Ho...<br>Add to Cart | **Qiucenmium** Levitating Globe, Magnetic Floating Globe, Rotating World Map 6" Interactive Globe with LED Light for...<br>Add to Cart | **Cicorfu** Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic Globe World Map for Home...<br>Add to Cart | **JEHUPA** Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED...<br>Add to Cart |
| Price | $72.00 | $75.99 | $79.99 | $73.99 |
| Delivery | ✓prime FREE Delivery | Get it Jun 18 - 21 | ✓prime FREE Delivery | ✓prime FREE Delivery |
| Customer Ratings | 4.1 ★★★★☆ 6 | 5.0 ★★★★★ 6 | 4.4 ★★★★☆ 33 | 3.8 ★★★★☆ 41 |
| Giftable | — | — | 4.1 ★★★★☆ | 4.3 ★★★★☆ |

| | | | | | |
|---|---|---|---|---|---|
| Value For Money | — | — | 3.1 ★★★☆☆ | 3.6 ★★★☆☆ | Subtotal $0.00 |
| Accuracy | — | — | 5.0 ★★★★★ | 3.8 ★★★★☆ | |
| Sold By | IYOUNG | YOUYOKI | huilixin | cishengkeji | |

### Related products with free delivery

Sponsored ⓘ



Floating Globe Magnetic Levitating Globe Lamp with Multicolor LED Lights, Cool Gadg...
★★★★½ 6
$22⁹⁵
✓prime
**Save 5%** with coupon

Magnetic Levitation Floating Globe with LED Light Anti Gravity Levitating World Map...
★★★★☆ 37
$34⁹⁹
✓prime

Floating Globe Magnetic Levitating Floating Globe Lamp with Multicolor LED Lights, ...
★★★★★ 3
$37⁹⁵
✓prime
**Save 5%** with coupon

Levitating Globe, Rotating Floating Globe 6 Inches Magnetic Levitation World Map...
★☆☆☆☆ 1
$72⁰⁰
✓prime

Magnetic Levitation Floating Globe with LED Light, Desk Gadget Decor, Fixture Float...
★★★★½ 2,252
$30⁹⁹
✓prime
**Save 5%** with coupon

Floating Globe, 3D Rotation with Led Magnetic Levitation Globe, Floating World...
★★★★☆ 23
$108⁹⁵
✓prime
**Save 5%** with coupon

Floating Globe Magnetic Levitation Earth Ceremony Speaker,Bluetooth...
★★★★☆ 17
$29⁹⁹
✓prime

Sponsored ⓘ

### Customer reviews

★★★★☆ 4.1 out of 5 ⓘ

6 global ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 21% |

Top reviews ▾

**Top reviews from the United States**

Donco

★★★★★ **Love this desk ornament.**

Reviewed in the United States on May 3, 2024

Color: White Light | Verified Purchase

It is difficult to set it up.. very sensitive to exact placement, but once you get it, the effect is great. People always comment on it .

⌄ Zero tolerance for fake reviews

Helpful | Report

Nancy Krocak

★★★★★ **ENjor the mystery of the floating globe and the constant rotation of the world.**

Reviewed in the United States on March 7, 2024

Color: Colorful Light | Verified Purchase

Love this product. We saw this at a gift store in Arizona. My husband fell in love with it, but the price kept us from purchasing it. I found this slightly different version on Amazon for $100 less and it made a great birthday present for him.

Helpful | Report

Paul E.

★☆☆☆☆ **Does Not work !**

Reviewed in the United States on April 11, 2024

Color: Colorful Light | Verified Purchase

Despite twenty-five (25) attempts - COULD NOT GET THIS GLOBE TO LEVITATE, AS THE MAGNETISM IS TOO POWERFUL !

One person found this helpful

Helpful | Report

**See more reviews ›**

Sponsored ⓘ

Sponsored ⓘ

Subtotal
$0.00

Back to top



**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

Subtotal
$0.00

English        United States

**Amazon Music**
Stream millions of songs

**Amazon Ads**
Reach customers wherever they spend their time

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



**About this item**

- Levitating Rotating Globe made with advanced magnetic levitation technology. Globe floating and spinning automatically in mid-air freely. 360 degree rotating silently.
- Magnetic levitation floating globe with multi-colors changing LED light. Touch the button sign on the base to control the light on/off. Once levitation, The world map globe will glow and rotate, 7 colors changing, looks very cool in the dark.
- Levitating world globe with LED lights, low power consumption design, no need to worry about a lot of power loss. Easy to install, the globe can get floating very easily.
- Levitating globe widely used in children's learning, education and teaching novelty toys, Cool office desk decorative lamp, business gifts, creative birthday gifts, Christmas gifts.
- Magnetic floating globe can also be used as a decorative table lamp night lights, suitable for decorating rooms, living rooms, desks, dormitories, party etc.

💬 Report an issue with this product or seller

**Similar item with fast delivery**

 Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educational Piece for Kids,Office Decor ,Cool GadgetS Birthday Halloween Christmas Gifts
★★★★☆ (48)
$79.99 ✓prime

| Add to List |

**Other sellers on Amazon**

New (2) from $72.⁹⁹ ✓prime ›


Sponsored ⓘ

---

## Buy it with

 +  +

Total price: $134.97

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map...
$72.⁹⁹ ✓prime

QLKUNLA Newtons Cradle Balance Balls Science Physics Gadget Desktop Decoration...
$27.⁹⁹ ✓prime

Magnetic Wooden Chess Board Set with Manual for Adults Kids 15 Inch Chess Puzzle with...
$33.⁹⁹ ✓prime

---

## 4 stars and above

Sponsored ⓘ









MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...
4.4 ★★★★☆ 4,769
$35.99
✓prime

MOVA Globe Earth with Clouds 4.5"
4.6 ★★★★★ 1,459
$218.00 ($4.54/oz)

Magnetic Levitation Floating World Earth Globe Lamps with Pen, Cool Office Desk Dec...
4.4 ★★★★☆ 212
$29.99
✓prime
Save $3.00 with coupon

Magnetic Levitation Bluetooth Speaker Constellation Lamp Spinning Floating...
4.4 ★★★★☆ 154
$41.99
✓prime

USA Toyz Gravity Globe Earth Ball and C Frame Set - Magnetic Levitating Globe Lamp ...
4.5 ★★★★☆ 183
$24.99
✓prime

Magnetic Levitation Floating Globe Levitating Globes Floating Desk...
4.2 ★★★★☆ 480
$21.36
✓prime

Flagest Magnetic Levitation Floating Globe - Levitating O Shape Globe with LED...
4.5 ★★★★☆ 190
Amazon's Choice in Geographic Globes
$39.99
✓prime
Save $5.00 with coupon

## Products related to this item

Sponsored ⓘ










Flagest Magnetic Levitation Floating Globe Rotating Globe - Touch Control and...
4.1 ★★★★☆ 37
$74.99
✓prime

Multi-Color Changing Levitating Globe Magnetic Levitation Floating Globe World...
3.9 ★★★★☆ 562
$85.99
✓prime
Save 10% with coupon

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...
4.4 ★★★★☆ 4,769
$34.99
✓prime
Save 20% with coupon

Flagest Magnetic Levitation Floating Globe Rotating Globe Book Base -Nice Desk...
4.7 ★★★★☆ 15
$84.99
✓prime

Levitating Globe, 6 Inches Magnetic Levitation Floating World Map Globe...
$72.00
✓prime

Magnetic Levitation Floating Globe Levitating Globes Floating Desk...
4.2 ★★★★☆ 480
$21.36
✓prime

Floating Globe Magnetic Levitation Floating Globe Lamp with Multicolor LED Lights, Cool Gadg...
4.4 ★★★★☆ 6
$22.95
✓prime
Save 5% with coupon

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Subtotal
$0.00

Subtotal
**$0.00**

**Multi-colors Changing Magnetic Levitating Globe**

- **Magnetic levitation design**, The world map globe floating and rotating in mid-air.
- **360 degree rotating silently.**
- **Multi-colors changing LED lights**: Built-in LED lights. Once levitation, The world map globe will glow and rotate, 7 colors changing, looks very cool in the dark.
- **Touch Control**: Touch the button sign on the base to control the light on/off.
- **Power-off Auto Adsorption,** effectively protect the floating globe.
- **Geography Teaching**: Levitating globe with clear geography details widely used in children's learning, education, Office decoration, Holiday Gifts etc.
- **Package:** 1 x Base; 1 x Globe; 1 x Adapter; 1 x User manual

**How to Levitate the globe?**

1. Place the globe and base on a flat non-metallic surface. Connect the power adapter.
2. Start from a height about 6 inches above the base. Carefully lower the globe with both hands directly over the center of the base, keeping it level until you feel the upward magnetic force supporting the weight of the globe. (Must lower center and lower very very slowly).
3. When you feel the magnetic force supporting the weight of the globe, gently let go, the globe will float. If it falls, simply lift the globe and try it again. (If you don't succeed, please do not give up, try try try it again.)
4. Touch the POWER sign on the base to turn on/off your levitating globe lamp.

**Warm Tips:**

- Please keep at least 30cm away from any metal objects, electronic products, magnetic products.

Educational Interactive Learning Tool          Novelty gadgets Night Lights for          Cool Gifts
                                               Room Decor

## Product information

| | |
|---|---|
| Package Dimensions | 9.33 x 7.76 x 7.68 inches |
| Item Weight | 2.53 pounds |
| Manufacturer | exekoml |
| ASIN | B0CKQQPNVY |
| Item model number | EKM-MLFGL-1 |
| Customer Reviews | 4.1 ★★★★☆    6 ratings  <br> 4.1 out of 5 stars |
| Best Sellers Rank | #337,363 in Toys & Games (See Top 100 in Toys & Games) <br> #293 in Geographic Globes |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

Subtotal
$0.00

## Looking for specific info?

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  | |  |
| | **exekoml** Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map Globes Lamp with Multi-colors... | **Qiucenmium** Levitating Globe, Magnetic Floating Globe, Rotating World Map 6" Interactive Globe with LED Light for... | **Cicorfu** Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic Globe World Map for Home... | **JEHUPA** Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $72⁹⁹ | $75⁹⁹ | $79⁹⁹ | $73⁹⁹ |
| Delivery | ✓prime FREE Delivery | Get it Jun 18 - 21 | ✓prime FREE Delivery | ✓prime FREE Delivery |
| Customer Ratings | 4.1 ★★★★☆ 6 | 5.0 ★★★★★ 6 | 4.4 ★★★★☆ 33 | 3.8 ★★★★☆ 41 |

| Accuracy | — | — | 5.0 ★★★★★ | 3.8 ★★★★☆ |
|---|---|---|---|---|
| Giftable | — | — | 4.1 ★★★★☆ | 4.3 ★★★★☆ |
| Value For Money | — | — | 3.1 ★★★☆☆ | 3.6 ★★★★☆ |
| Sold By | IYOUNG | YOUYOKI | huilixin | cishengkeji |

## Related products with free delivery

Sponsored ⓘ



| Levitating Globe, 6 Inches Magnetic Levitation Floating World Map Globe... | Magnetic Levitation Floating World Earth Globe Lamps With Pen, Cool Office Desk Dec... | Floating Globe Magnetic Levitating Floating Globe Lamp with Multicolor LED Lights, ... | Magnetic Levitation Globe, Multi-Color Changing LED Leviating Globe Magnetic Float... | Levitating Globe Multi-Color Changing Rotating Floating Globe with LED Light Magnet... | Galaxy Levitating Globe Moon Lamp-16 Colors 3D Printed Levitation Moon Light | Magnetic Levitation Floating Globe with LED Light Anti Gravity Levitating World Map... |
|---|---|---|---|---|---|---|
| $72.00 | 4.4 ★★★★☆ 212 | 4.6 ★★★★☆ 3 | 4.8 ★★★★★ 6 | 4.8 ★★★★★ 7 | 4.0 ★★★★☆ 53 | 3.8 ★★★★☆ 37 |
| ✓prime | $26.99 | $37.95 | $24.99 | $22.99 | $75.00 | $34.99 |
| | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |
| | Save $3.00 with coupon | Save 5% with coupon | | | | |

Sponsored ⓘ

## Customer reviews

★★★★☆ 4.1 out of 5 ⓘ

6 global ratings

| 5 star | | 79% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |

Top reviews ▾

**Top reviews from the United States**

◯ Donco

★★★★★ **Love this desk ornament.**

Reviewed in the United States on May 3, 2024

Color: White Light | **Verified Purchase**

Subtotal
$0.00

1 star                                    21%

> Zero tolerance for fake reviews

Sponsored ⓘ

It is difficult to set it up.. very sensitive to exact placement, but once you get it, the effect is great. People always comment on it .

Helpful  |  Report

Nancy Krocak

★★★★★ **ENjor the mystery of the floating globe and the constant rotation of the world.**
Reviewed in the United States on March 7, 2024
Color: Colorful Light  |  Verified Purchase

Love this product. We saw this at a gift store in Arizona. My husband fell in love with it, but the price kept us from purchasing it. I found this slightly different version on Amazon for $100 less and it made a great birthday present for him.

Helpful  |  Report

Paul E.

★☆☆☆☆ **Does Not work !**
Reviewed in the United States on April 11, 2024
Color: Colorful Light  |  Verified Purchase

Despite twenty-five (25) attempts - COULD NOT GET THIS GLOBE TO LEVITATE, AS THE MAGNETISM IS TOO POWERFUL !

One person found this helpful

Helpful  |  Report

**See more reviews ›**

Sponsored ⓘ

Subtotal
**$0.00**



© 1996-2024, Amazon.com, Inc. or its affiliates

Subtotal
$0.00

# amazon

## Checkout (1 item)

🔒

**1    Shipping address**

Steven Howard
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

**FREE pickup available nearby**
Amazon Go • 0.4 mi  (See details)
Change to pickup

Change

**2    Payment method**

Paying with Visa 3651

**Billing address:** Same as shipping address.

⌃ Add a gift card or promotion code or voucher

| Enter code | Apply |

⌄ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

Change

**3    Review items and shipping**

┌─────────────────────────────────────────────────────────┐
│  **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**  │
└─────────────────────────────────────────────────────────┘

**Arriving Jun 14, 2024**
Items shipped from Amazon.com



**Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map Globes Lamp with LED Lights for Home Office Decoration, Night Lights Gifts (White Light)**

**Choose your Prime delivery option:**

🔘 **Friday, Jun 14**
FREE Two Day Delivery

⚪ **Monday, Jun 17**
FREE Amazon Day Delivery
🌱 **Fewer boxes, fewer trips.** ⌄
Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| Items: | $72.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $72.00 |
| Estimated tax to be collected: | $7.38 |

**Order total:**        **$79.38**

**Chase Pay Over Time**SM: Pay a total amount due of **$82.08** inclusive of interest that is **$13.68/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**$72.00** ✓prime
& FREE Returns ⌄
Qty: 1 ⌄
Sold by: IYOUNG
🎁 Add gift options

**Or choose your pickup location:**
📍 **Pickup available nearby**
Choose a location

Place your order

**Order total: $79.38**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



- Magentic Globe Floats Effortlessly And Rotates 360° Smoothly In The Air without Any Support and contact.
- Floating globe accurately and clearly shows kids the domain of the Earth and the geographical location of each country. An awesome high tech gadget. Kids learning education teaching novelty that will inspire a lifelong interest in learning more about geography, social studies, and science.
- 6Inch Levitation Globe is powered by electromagnetic induction, no need cable or built-in battery, soft LED lights, no damage to eyes.
- Amazing gifts for your lovers,kids and family in Special holidays ,Christmas,birthday ,wedding,etc.And also Very fantastic and unique decor for your home, office, conference room, Auditorium, canteen, and guesthouse,have unique visual effects.
- Vnemofey highly value our each customer purchase experience,we will solve for you any problems within 24hours.
- 🚩 Report an issue with this product or seller

**Similar item with fast delivery**



Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educational Piece for Kids,Office Decor ,Cool Gadget5 Birthday Halloween Christmas Gifts
★★★★☆ (48)
$79.99 ✓prime

Add to List

Sponsored ⓘ

---

## Buy it with

 +  + [Pokemon TCG box]

Total price: $83.98

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Levitating Globe,Folating Globe Lamp, Magnetic Levitation Globe Worl...
$71.00 ✓prime

RMJOY Rainbow Scratch Paper Sets: 60pcs Magic Art Craft Scratch Off Papers Supplies Kit...
$8.99 ✓prime

Pokemon TCG: Random Cards from Every Series, 50 Cards in Each Lot
$3.99 ✓prime

---

## Products related to this item

Sponsored ⓘ

       

Levitating Globe, 6 Inches Magnetic Levitation Floating World Map Globe…
$72.00
✓prime

Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map G…
4.1 ★★★★☆ 6
$72.00
✓prime

Floating Globe Magnetic Levitation Earth Ceremony Speaker,Bluetooth…
4.2 ★★★★☆ 17
$29.99
✓prime

Levitating Globe, 6 Inches Magnetic Levitation Floating World Map Globe…
3.1 ★★★☆☆ 2
$72.00
✓prime

Floating Globe Magnetic Levitating Globe Lamp with Multicolor LED Lights, Cool Gadg…
4.4 ★★★★☆ 6
$22.95
Save 5% with coupon
✓prime

6 Inch Floating Globe Magnetic Levitation with Book Base, Magnetic Levitating Globe…
$75.00

Levitating Globe, Magnetic Levitation Globes, Auto-Rotating Floating World Map…
4.4 ★★★★☆ 10
$72.00
✓prime

Magnetic Levitat… Globe, Large 8in… Floating Globe W… Lights, Magnetic…
4.8 ★★★★★
$98.99
Save 5% with coup…
✓prime

## Based on your recent views

Sponsored ⓘ

        

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys…
4.4 ★★★★☆ 4,769
$35.99
✓prime

Multicolor Changing Magnetic Levitation Floating Globe, Floating Globe with LED Lig…
4.4 ★★★★☆ 2,252
$33.99
Save 5% with coupon
✓prime

Floating Globe Magnetic Levitating Globe Lamp with Multicolor LED Lights, Cool Gadg…
4.4 ★★★★☆ 6
$22.95
Save 5% with coupon
✓prime

MOVA Globe Earth with Clouds 4.5"
4.6 ★★★★☆ 1,459
$218.00 ($4.54/oz)

Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map G…
4.1 ★★★★☆ 6
$72.99
✓prime

Galaxy Levitating Globe Moon Lamp-16 Colors 3D Printed Levitation Moon Light
4.0 ★★★★☆ 53
$75.00
✓prime

Multi-Color Changing Magnetic Levitation Floating Globe World…
3.9 ★★★★☆ 562
$85.99
Save 10% with coupon
✓prime

Magnetic Levitat… Floating World … Globe Lamps Wi… Cool Office Desk…
4.4 ★★★★☆
$29.99
Save $3.00 with co…
✓prime

## Product Description

**Magnetic Levitation World Globe Lamp**

Thanks to latest levitation technology, The levitating Globe Lamp can levitate and spin in air at all times and can continuously rotate 360 degrees and floating in the air freely.

It is a great Geography and sicence Teaching for kids,The floating globe accurately and clearly shows kids the domain of the Earth and the geographical location of each country.

An awesome high tech gadget. Kids learning education teaching novelty that will inspire a lifelong interest in learning more about geography, social studies, and science.

**6 Inch Floating globe lamp**

Floating in Mid-Air

360 degrees rotating & floating with LED light,anti gravity magnetic floating globe world map with led light that makes it look very funny.

Home Decoration

Fantastic and decorative levitating Globe lamp, a cool concept that provides an elegant and unique decoration for your home & office.

Cool Gadget Gifts for kids

World Globe Ideal for decorating home and Make children for electric, magnetic and energy in the form of conversion of interest and the interest of scientific knowledge.

**Creative Magical LED Night Light**

- The magnetic floating globe is widely used in children's learning,teachers' education and teaching.

- The perfect addition to classroom or homeschooling research that will inspire kids' interest in learning geography, social studies, and science.

- It could not noly let the children learn the earth and know clearly each country's geographical position.

- But also be used as a night light that looks wonderful in the dark and creates a good atmosphere when you work, chat, talk about cooperation, providing you nice feeling.

**Warm Tips**

- This product only works plugged in. Keep it away from any metal.

- Don't just unplug the power adapter without remove the globe lamp ,or the globe lamp will pound the base.

- Please keep at least 20cm away from electronic products or magnetic products.

Package included

- 1 * Base
- 1 * Floating Globe Lamp
- 1 * AC Adapter
- 1 * User Manual

- Home and office decoration
- High-tech gadgets that all ages will love
- Perfect gift choice for children
- Easy to operate



|  | Levitating Globe Lamp | Floating Globe Lamp | Magnetic Levitation Globe Lamp | Levitating Bulb Lamp | Levitating Moon Lamp |
|---|---|---|---|---|---|
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★☆ 4 | — | ★★★★★ 1 | — | ★★★★⯪ 2 |
| Price | $71⁰⁰ | $70⁰⁰ | $19⁹⁹ | $68⁰⁰ | $75⁰⁰ |
| Base | ABS | ABS | Acrylic | Wood | ABS |
| Item | Globe | Globe | Globe | Bulb Lamp | Moon Lamp |
| Shape | Round | Round | C-Shaped | Round | Round |
| LED Light | ✓ | ✓ | ✓ | ✓ | 16 Colors |
| Magnetic | ✓ | ✓ | ✓ | ✓ | ✓ |
| Levitating | ✓ | ✓ | ✓ | ✓ | ✓ |

## Product information

| Base Material | Acrylonitrile Butadiene Styrene (ABS) |
|---|---|
| Finish Type | Polished |
| Manufacturer | Vnemofey |
| Item Weight | 1.98 pounds |
| ASIN | B0BSWHSN4P |
| Country of Origin | China |
| Item model number | Vnemofey Tech |
| Customer Reviews | 3.9 ★★★★☆ ⌄    4 ratings<br>3.9 out of 5 stars |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Best Sellers Rank | #867,356 in Toys & Games (See Top 100 in Toys & Games) #725 in Geographic Globes |
| --- | --- |
| Diameter | 6 Inches |
| Finish types | Polished |
| Batteries required | No |

## Videos

**Videos for this product**



0:43

**Magnetic Levitation Globe Lamp**
vnemofey

Upload your video

## Looking for specific info?

## Compare with similar items

**This Item**                    **Recommendations**

   

**Vnemofey** Levitating Globe,Folating Globe Lamp, Magnetic Levitation Globe World Map LED Light, Floating Ball Lamp Display...

**DIDWI** Levitating Globe Multi-Color Changing Rotating Floating Globe with LED Light Magnetic Levitation World Map Globes Night...

**WUPYI** 6" World Geographic Globes Floating Globe Lamp Anti Gravity 360 Rotating World Map with LED Light Magnetic Levitating Globe...

**Cicorfu** Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic Globe World Map for Home Office Decor, Cool...

Add to Cart | Add to Cart | Add to Cart | Add to Cart

| | | | | |
|---|---|---|---|---|
| Price | $71.00 | $22.99 | $75.00 | $79.99 |
| Delivery | ✓prime FREE Delivery | ✓prime FREE Delivery | Get it Jun 17 - 21 | ✓prime FREE Delivery |
| Customer Ratings | 3.9 ★★★★☆ 4 | 4.8 ★★★★★ 7 | 5.0 ★★★★★ 2 | 4.4 ★★★★☆ 33 |
| Giftable | — | — | — | 4.1 ★★★★☆ |
| Value For Money | — | — | — | 3.1 ★★★☆☆ |
| Sold By | vnemofey | xin xin ran | WUPYI | huilixin |

## Related products with free delivery

Sponsored ⓘ

       

FLRMINGE Floating Globe Magnetic Levitation Earth Ceremony...
4.2 ★★★★☆ 17
$29.99
✓prime

Magnetic Levitating Globe, 6 Inch LED Levitation Floating World Map Globe,...
4.2 ★★★★☆ 29
$72.00
✓prime

Levitating Globe, Rotating Floating Globe 6 Inches Magnetic Levitation World Map...
1.0 ★☆☆☆☆ 1
$72.00
✓prime

Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map G...
4.1 ★★★★☆ 6
$72.99
✓prime

Levitating Globe, Floating Globe Magnetic Levitation Globes, Auto-Rotating Floating World Map...
4.4 ★★★★☆ 10
$72.00
✓prime

BEBEVOGUE Magnetic Levitation Floating Globe with LED Light Anti Gravity Levitating...
3.8 ★★★★☆ 37
$34.99
✓prime

Magnetic Levitating Soccer Globe, LED Light Up Floating Globes with C Shape Base Me...
$31.49
✓prime

Magnetic Levitat... Floating World E... Globe Lamps Wi... Cool Office Desk...
4.4 ★★★★☆
$29.99
✓prime

Save $5.00 with co...

Sponsored ⓘ

## Customer reviews

★★★★☆ 3.9 out of 5 ⓘ

4 global ratings

| | | |
|---|---|---|
| 5 star | | 71% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 29% |

⌄ Zero tolerance for fake reviews

**No customer reviews**

There are 0 customer reviews and 4 customer ratings.



Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |

| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |

| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |

| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
|---|---|---|---|---|---|---|
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |

| Amazon Subscription Boxes | PillPack | Amazon Renewed |
|---|---|---|
| Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

**amazon**

Checkout (1 item)



| | | | |
|---|---|---|---|
| **1** | **Shipping address** | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions<br><br>**FREE pickup available nearby**<br>Amazon Go • 0.4 mi  (See details)<br>Change to pickup | Change |

**2    Payment method**

Paying with Visa 3651                                    Change

Billing address: Same as shipping address.

⌃ Add a gift card or promotion code or voucher

[ Enter code ]  Apply

⌄ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

**3    Review items and shipping**

┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
  **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.**
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘

**Arriving Jun 14, 2024**
Items shipped from Amazon.com

 **Levitating Globe,Folating Globe Lamp, Magnetic Levitation Globe World Map LED Light, Floating Ball Lamp Display Stand,Home Office Desk Decor,Cool Gadget Gift for Men Boy Father Son**

**Choose your Prime delivery option:**

◉ **Friday, Jun 14**
  FREE Two Day Delivery

◯ **Monday, Jun 17**
  FREE Amazon Day Delivery
  🌱 **Fewer boxes, fewer trips.** ⌄

Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $71.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $71.00 |
| Estimated tax to be collected: | $7.28 |
| **Order total:** | **$78.28** |

**Chase Pay Over Time**SM: Pay a total amount due of **$80.94** inclusive of interest that is **$13.49/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.



### Levitating Display Magnetic Levitation - Levitating Decor Floating Magnetic Display Kit Rotating Display Stand Display Risers, Maximum Load-Bearing 0.9lb/400g (Black-Hexagon)

Brand: Taysem

**$75.90**

Or **$13.08** /mo (6 mo). Select from 2 plans

FREE Returns

Unlock a $100 Amazon Gift Card upon approval for Prime Visa and pay $75.90 $0.00 for this order.

**Color: Black-Hexagon**

| | |
|---|---|
| Color | Black-Hexagon |
| Material | Acrylonitrile Butadiene Styrene (ABS) |
| Brand | Taysem |
| Item Weight | 1.4 Pounds |
| Item dimensions L x W x H | 7.5 x 6.3 x 1.2 inches |

#### About this item

- 【Greater Load-bearing Capacity】This Magnetic Floating Display supports up to 14 ounces (400g), and is plug-and-play and can run indefinitely. It has low power consumption, making it energy-efficient（Models not included!)
- 【Amazing Levitation+360° Rotation】- The tray(made of magnets) is able to float in the air thanks to its built-in electromagnet. This antigravity feature allows for stable floating, and the disk can rotate 360 degrees with minimal noise when a small force is applied
- 【Fall Prevention Design】- When the power supply is cut off, the disk will be firmly attached to the base, and will not fall to the ground and cause damage or loss. Please store the disk and base separately when not in use, keeping them at least 50 cm away from electronic products
- 【Sleek & Elegant Design】- Designed with a modern aesthetic in mind, this levitating display stand is the perfect display stand for your favorite figures and

---

**Delivery** | Pickup

$75.90

FREE Returns

FREE delivery **Tuesday, June 25** for Prime members. Order within **6 hrs 23 mins**

Deliver to steven - Chicago 60602

Only 1 left in stock - order soon.

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Taysem |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

See more

☐ Add a gift receipt for easy returns

**Add to List**

even your finest jewelry. It complements any style or decor
- 【Futuristic Gadgets】 - TAYSEM levitating display stand offers a distinctive and fancy way to show off your jewelry, DIY handicrafts, collectibles, plants, toys, figures, and miniatures. This levitating desk decor is an ideal gift for children, family and friends, who will surely be surprised to receive it

Report an issue with this product or seller



Shop now >

Sponsored ⓘ

Sponsored ⓘ

---

## Buy it with

 +  + 

Total price: **$155.88**

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Taysem Levitating Display Magnetic Levitation - Levitating Decor Floating…
$75⁹⁰

LEGO Icons Wildflower Bouquet Set - Artificial Flowers with Poppies and Lavender, Adult…
$47⁹⁹ ✓prime

Americanflat 24x36 Poster Frame with Polished Plexiglass - Streamline Collection - Thin…
$31⁹⁹ ✓prime

---

## Top purchases in the last 30 days

Sponsored ⓘ

       

ASENTE 19 LED White Light Stand Base - Circular Illuminated Display Pedestal for 3D…
4.4 ★★★★☆ 218
$36⁹⁹
✓prime

ASENTE Color Changing LED Lighted Display Base - Illuminate and Showcase Your Cryst…
4.1 ★★★★☆ 89
$14⁹⁹
✓prime

Rotating LED Display Base Colorful Light Crystal Display Base Stand,Suitable for Gl…
4.0 ★★★★☆ 76
$16⁸⁸
✓prime

ASENTE 7 LED Light Base for Glass Art - White Light LED Display Base - LED Base Lig…
4.6 ★★★★☆ 782
$27⁹⁹
✓prime

LED Light Base Non-Slip Round Display Stand in A Variety of Colors,Suitable for Gla…
4.5 ★★★★☆ 419
**Amazon's Choice** in Display Pedestals
$11⁹⁸
✓prime

ASENTE 4 LED Rotating Display Stand - Glass Sculpture Light Base and Lighted Base f…
4.3 ★★★★☆ 1,334
$26⁹⁹
✓prime

Black Rotating Display Stand Light Base Colorful Cup Display Turner Spinner Light T…
4.0 ★★★★☆ 130
$12⁷⁰
✓prime
Save 8% with coupon

IFOLAINA LED Li Rectangle Multic Pedestal Color C Stand Lighted …
4.6 ★★★★★
$24⁹⁹
✓prime

## 4 stars and above

Sponsored ⓘ










| JJAYEGT Motorized Rotating Display Stand, 360 Degree Electric Rotating Potography T... | JAYEGT 2 in 1 Motorized Rotating Display Stand with 5.74 /8.66 inch Replacement Mir... | JAYEGT Motorized Rotating Display Stand, 7.87inch /17.6lbs Load, 360 Degree Electri... | JAYEGT Motorized Rotating Display Stand with LED Light , 10 inch /55lbs Load, 360 D... | JAYEGT Motorized Rotating Display Stand, 360 Degree Electric Display Pedestals | 22 lbs Display Stand, Plastic, 5.7" Electric Rotating Stand with USB Charging Port,... | Remote Motorized Rotating Display Stand, Electric Rotating Platform with 5.74... | Foleto Rotating Stand, 360 Degr... Motorized Turnt... Display Stand fo... |
|---|---|---|---|---|---|---|---|
| 4.4 ★★★★☆ 66 | 4.3 ★★★★☆ 258 | 4.2 ★★★★☆ 336 | 4.0 ★★★★☆ 130 | 4.4 ★★★★☆ 672 | 4.2 ★★★★☆ 206 | 4.2 ★★★★☆ 53 | 4.2 ★★★★☆ |
| $89⁹⁹ | $33⁹⁹ | $26⁹⁹ | $45⁹⁹ | Amazon's Choice in | $21⁹⁹ | $37⁹⁹ | $18⁹⁹ |
| ✓prime | ✓prime | ✓prime | ✓prime | $79⁹⁹ | ✓prime | ✓prime | ✓prime |
|  | Save 5% with coupon | Save 5% with coupon | Save 5% with coupon | ✓prime | Save 15% with coupon | Save 15% with coupon | Save 5% with coup |
|  |  |  |  | Save 5% with coupon |  |  |  |

## Product Description

### Package Includes:

1 x Magnetic Levitation Display Stand

1 x Power Adapter

1 x Instruction Manual

### Specification:

Power Adapter Input: AC 100-240V

Power Adapter Output: 12V-2A

Pedestal Size: 19 x 16 x 3cm / 7.5 x 6.3 x1.2 inch

Max Load: 400g (0.9lb)

Suspension Height: 0.8-1.5cm (0.3- 0.6inch)

Diameter of The Magnet Tray: 6cm (2.4 inch)

### Features:

1. Levitating magnets can hold items weighing up to 400 grams in mid-air.

2. This is a great magnetic levitation kit as an educational model science physics experiment toy.

3. Objects continue to rotate in space! How amazing!

4. Levitation is an attention grabber in all parties as it can levitate models, jewelry, memorabilia and collectibles.

## Product information

| | |
|---|---|
| Shape | Hexagonal |
| Base Type | Pedestal |
| Assembly Required | No |
| Load Capacity | 14.4 ounces |
| Manufacturer | Taysem |
| Product Dimensions | 7.5 x 6.3 x 1.2 inches |
| Item Weight | 1.4 pounds |
| ASIN | B0D1G4DWPM |
| Country of Origin | China |
| Best Sellers Rank | #1,229,897 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#916 in Display Risers |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos



0:30
**Taysem Magnetic Levitation Display Stand**
Taysem

0:30
**Taysem Levitating Display**
Taysem

Upload your video

## Looking for specific info?

## Compare with similar items

| | **This Item** | **Recommendations** | | |
|---|---|---|---|---|
| |  |  |  |  |
| | **Taysem** Levitating Display Magnetic Levitation - Levitating Decor Floating Magnetic Display Kit Rotating Display Stand Display Risers, Maximu... | **Levitexa** Nimbus - Levitating Display Stand. Floating Display for Toys, Figures, Miniatures, and Novelties | **Yegvea** Levitating Shoe Display Stand,Magnetic Levitation Sneaker Rack Holder with 16 Colors Remote Control&360°Rotation Suspended &... | **JAYEGT** 3 in 1 Motorized Rotating Display Stand with 5.74/7.08/8.66 inch Replacement Cover, Max 22lbs Load , 3D Models, Cake -Black |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | $75⁹⁰ | -9% $59⁹⁹  Typical: $65.99 | $119⁹⁹ | $26⁹⁹ |
| **Delivery** | Get it as soon as **Tuesday, Jun 25** | Get it as soon as **Tuesday, Jun 25** | Get it as soon as **Tuesday, Jun 25** | ✓prime FREE Delivery |
| **Customer Ratings** | — | 4.0 ★★★★☆ 13 | 4.3 ★★★★½ 23 | 4.3 ★★★★½ 258 |
| **Remote Control** | — | — | 5.0 ★★★★★ | 4.0 ★★★★☆ |
| **Value For Money** | — | — | 5.0 ★★★★★ | 3.8 ★★★½☆ |
| **Sold By** | Taysem | Levitexa | HongJia-Tech | JAYEGT |

## Related products with free delivery

Sponsored ⓘ



**JAYEGT LED Light Base Non-Slip Rotating Display Stand , 66lbs Load, Wireless,  360…**
4.3 ★★★★☆ 34
$85⁹⁹
✓prime
Save 10% with coupon



Huanyu 360° Rotating Stage Magnetic Levitation Display Stand LED Light Antigravity …
$159⁰⁰
✓prime
Save $30.00 with coupon



JAYEGT Motorized Rotating Display Stand with LED Light, 10 inch /55lbs Load, 360 De…
4.0 ★★★★☆ 130
Amazon's Choice in Display Pedestals
$45⁹⁹
✓prime
Save 5% with coupon



Huanyu 360° Rotating Stage Magnetic Levitation Display Stand LED Light Antigravity …
$159⁰⁰
✓prime
Save $30.00 with coupon



UVEHAS Levitating Light Bulb, Floating Rotating LED Bulb Lamp, Touch Control Magnet…
4.3 ★★★★☆ 5
✓prime



JAYEGT Motorized Rotating Display Stand, 360 Degree Electric Rotating Turntable for…
4.4 ★★★★☆ 670
$52⁹⁹
✓prime
Save 5% with coupon



Huanyu 360° Rotating Stage Magnetic Levitation Display Stand LED Light Antigravity …
$159⁰⁰
✓prime
Save $30.00 with coupon



Prolee 360 Degr… Rotating Turntab… Inch, 320lbs Cap… Photography, He…
4.4 ★★★★☆
$68⁹⁹
✓prime

Sponsored ⓘ

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Zero tolerance for fake reviews



Shop now >

Sponsored ⓘ

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements



# amazon

## Checkout (1 item)



---

**1 Shipping address**

Steven Howard
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

**FREE pickup available nearby**
Amazon Go • 0.4 mi  (See details)
Change to pickup

Change

---

**2 Payment method**

Paying with Visa 3651
Billing address: Same as shipping address.

∧ Add a gift card or promotion code or voucher

[ Enter code ]    ( Apply )

∨ Use Chase Ultimate Rewards points
$55.76 (6,970 points) available

Change

---

**3 Review items and shipping**



**Get a $100 Amazon Gift Card instantly** upon approval for Prime Visa.
No annual fee. Open offer

**Arriving Jun 25, 2024**
Items shipped from Amazon.com



Taysem Levitating Display
Magnetic Levitation -
Levitating Decor Floating
Magnetic Display Kit
Rotating Display Stand
Display Risers, Maximum

**Choose your Prime delivery option:**
● **Tuesday, Jun 25**
FREE Delivery

**Or choose your pickup location:**
⬤ **Pickup available nearby**

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $75.90 |
| Shipping & handling: | $0.00 |
| Total before tax: | $75.90 |
| Estimated tax to be collected: | $7.78 |

**Order total:    $83.68**

**Chase Pay Over Time℠:** Pay a total amount due of **$86.52** inclusive of interest that is **$14.42/mo (6 mo)** at **11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



**Load-Bearing 0.9lb/400g (Black-Hexagon)**

**$75.90** & FREE Returns ⌄

Qty: 1 ⌄

Sold by: Taysem

🎁 Add gift options

Choose a location

Place your order

**Order total: $83.68**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.





Patio, Lawn & Garden › Gardening & Lawn Care › Pots, Planters & Container Accessories › Planters

## Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension Floating Pot, Potted Plant Home Desk Decor in Flower Pots & Planters from Home & Garden on (Light Color)

Brand: Generic

50+ bought in past month

$39⁹⁷

Unlock a $200 Amazon Gift Card upon approval for Prime Visa.

| Material | Wood |
| --- | --- |
| Color | White |
| Special Feature | Floating Planter |
| Style | Modern |
| Planter Form | Plant Pot |

### About this item

- Floating Design: Suspended elegantly in mid-air by magnetic levitation, our planter creates a mesmerizing visual effect. It's a captivating way to showcase your favorite plants, making them appear as if they are defying gravity.
- Sleek and Minimalist: Crafted from high-quality materials such as sleek ceramic or sustainable wood, our planter complements modern interiors with its clean lines and minimalist aesthetic. It blends seamlessly into any decor style, enhancing without overpowering.
- Easy Plant Care: Designed for convenience, our floating planter includes an easy-to-use planting pot that allows for effortless maintenance. Watering and pruning your plants is simple, ensuring they thrive in their suspended environment.
- Eco-Friendly and Sustainable: Embrace sustainability with our eco-conscious materials and thoughtful design. The planter promotes healthy plant growth while reducing environmental impact, making it a responsible choice for eco-conscious consumers.

---

$39⁹⁷

FREE delivery **Monday, July 29.**
Details

Deliver to steven - Chicago 60602

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| | |
| --- | --- |
| Ships from | Fran316 |
| Sold by | Fran316 |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

See more

Add to List

- Unique Gift Idea: Surprise friends, family, or colleagues with a gift that combines innovation and nature. Our floating planter is perfect for plant enthusiasts, design aficionados, or anyone seeking a distinctive and memorable present.

Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

 +  + 

**Total price: $115.95**

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension...
$39⁹⁷

Back to the Roots 100% Organic Succulent & Cacti Mix (6 Quart) | Made in The USA | Premium...
$9⁹⁹ ✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension...
$65⁹⁹ ✓prime

## Customers frequently viewed
Sponsored ⓘ | Popular products in the last 7 days

       

Floating Plant Pot Planter Suspension Air Bonsai Pot Flower Pot Levitating Plant Po...
★★★★½ 94
$65⁰⁰
✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen...
★★★★☆ 467
$65⁹⁹
✓prime

Smart pet Planter Robot Guidance on Plant Care with Emojis, Adorable Plant Companio...
★★★★☆ 7
$82⁹⁹
✓prime

Smart Flowerpots,Smart Pet Planter,Ai Planter,Intelligent Flowerpots,Multiple...
★★★★☆ 39
$78⁹⁰
✓prime

Head Planter, Unique Face Flower Pot Head Vase for Plants for Indoor and Outdoor Dé...
★★★★½ 77
$17⁹⁹
✓prime

Swing Face Planter Pot Hanging Resin Flower Head Planters for Indoor Outdoor Plants...
★★★★★ 11
$17⁹⁹
✓prime
Save 20% with coupon

Face Pots for Plants, Cute Head Planter Flower Pots for Indoor Outdoor Plants, Mode...
★★★★★ 9
$21⁹⁹
✓prime

Face Planter Pot Flower Pots Plan... Indoor Outdoor, Plant Pots f...
★★★½☆ 3
$13⁹⁹
✓prime

## 4 stars and above
Sponsored ⓘ

















Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspension F...
★★★★☆ 57
$65.00
✓prime

Head Planter, Unique Face Flower Pot Head Vase for Plants for Indoor and Outdoor Dé...
★★★★½ 77
$17.99
✓prime

Green Philosophy Co. Plush Leaf Pillow - 3D Accent Succulent Leaf Throw Pillow for ...
★★★★★ 695
$35.00
✓prime

Multi-Color Changing Floating Globes Levitating Globes Lamp Magnetic Levitation Flo...
★★★★☆ 573
$19.48
✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen...
★★★★☆ 327
$65.99
✓prime

LEVINA Floating Plant Pot - Authentic Levitating Plant Pot for Air Plants, Magnetic...
★★★★½ 254
$65.99
✓prime

HUNTHAWK Swing Face Planter Pot Hanging Planters for Indoor Outdoor Plants,...
★★★★½ 100
Amazon's Choice in Planters
$24.99
✓prime

Magnetic Levitat... Bluetooth Speaker,Playing and Floating in T...
★★★★½ 94
Amazon's Choice Portable Bluetooth
$99.99
✓prime

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

| Material | Wood |
|---|---|
| Color | White |
| Special Feature | Floating Planter |
| Style | Modern |
| Planter Form | Plant Pot |
| Shape | Square |
| Indoor/Outdoor Usage | Indoor |
| Plant or Animal Product Type | Bonsai |
| Product Dimensions | 5.2"D x 2.3"W x 2.5"H |
| Brand | Generic |
| Item Weight | 16 ounces |
| Item Weight | 1 pounds |
| Manufacturer | Floating Planter |
| ASIN | B0D7YQHZ44 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Country of Origin | USA |
|---|---|
| Best Sellers Rank | #50,654 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)<br>#593 in Planters |
| Date First Available | June 24, 2024 |

## Looking for specific info?

## Product Description

1. Floating Design: Suspended elegantly in mid-air by magnetic levitation, our planter creates a mesmerizing visual effect. It's a captivating way to showcase your favorite plants, making them appear as if they are defying gravity. 2. Sleek and Minimalist: Crafted from high-quality materials such as sleek ceramic or sustainable wood, our planter complements modern interiors with its clean lines and minimalist aesthetic. It blends seamlessly into any decor style, enhancing without overpowering. 3. Easy Plant Care: Designed for convenience, our floating planter includes an easy-to-use planting pot that allows for effortless maintenance. Watering and pruning your plants is simple, ensuring they thrive in their suspended environment. 4. Eco-Friendly and Sustainable: Embrace sustainability with our eco-conscious materials and thoughtful design. The planter promotes healthy plant growth while reducing environmental impact, making it a responsible choice for eco-conscious consumers. 5. Unique Gift Idea: Surprise friends, family, or colleagues with a gift that combines innovation and nature. Our floating planter is perfect for plant enthusiasts, design aficionados, or anyone seeking a distinctive and memorable present. Why Choose Our Floating Planter? Bring a touch of magic into your home or workspace with our floating planter. Whether enhancing a corner in your living room or adding greenery to your office desk, it's an enchanting addition that sparks conversation and admiration. Transform your space into a haven of style and serenity. Discover the beauty of floating plants with our unique floating planter today.

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | **Generic** Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension Floating Pot, Potted Plant Home… | **HCNT** Levitating Plant pot, Magnetic Levitation Flower Pot Rotating Planters Suspension Floating Plant Succulents Potted for Home… | **KIYOMING** Levitating Plant Pot Hexagon Floating Air Bonsai Pot Suspension Flower Pot Planter for Office Home Decoration | **BandD** Plant Pot for Succulents, air Bonsai & air Plants, Planter for Home, Office & Desk Decor, Magnetic Floating Levitating Display. (Marble) |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $39⁹⁷ | $65⁰⁰ | $65⁰⁰ | $65⁰⁰ |
| Delivery | — | prime FREE One-Day | prime FREE One-Day | prime FREE One-Day |
| Customer Ratings | — | 4.3 ★★★★½ 12 | 4.4 ★★★★½ 159 | 4.4 ★★★★½ 134 |

| | | | | |
|---|---|---|---|---|
| Giftable | — | — | 3.8 ★★★☆☆ | 4.2 ★★★★☆ |
| Value For Money | — | — | 3.5 ★★★☆☆ | 3.8 ★★★★☆ |
| Sold By | Fran316 | MAGECMOON | YOMING | Bandd |
| Material | Wood | Acrylonitrile Butadiene Styrene (ABS), Wood | Resin | Acrylonitrile Butadiene Styrene (ABS) |
| Number Of Pieces | — | 1 | 1 | 1 |
| Shape | Square | Hexagonal | Hexagonal | Round |
| Mounting Type | — | Suspended | Hanging | Tabletop, Countertop |
| Assembly Required | — | X | X | X |
| Weight | 1 pounds | — | 0.66 pounds | 0.44 pounds |

## Products related to this item

Sponsored ⓘ

      

| Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen... | 2pcs Floating Pond Planter Woven Fabric Floating Planters for Ponds Hydroponics Flo... | LEVINA Floating Plant Pot - Authentic Levitating Plant Pot for Air Plants, Magnetic... | Levitating Plant Pots Floating Hanging Planter for Small Plants. Elevate Your Space... | Floating Plant Pot Planter Suspension Air Bonsai Pot Flower Pot Levitating Plant Po... | Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitati... | Floating Plant Pot Magnetic Levitating Plant Pot for Succulents, Air Bonsai and Fak... | Floating UFO Lights, Magnetic Levitation Decor Rotating Illumin... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 327 | ★★★★½ 10 | ★★★★½ 254 | ★★★★★ 13 | ★★★★½ 94 | | ★★★★☆ 43 | |
| $65⁹⁹ | $36⁹⁹ | $65⁹⁹ | $59⁹⁹ | Amazon's Choice in Planters | $58⁹⁸ | $65⁷⁹ | $64⁹⁹ |
| ✓prime | ✓prime | ✓prime | ✓prime | $65⁰⁰ | ✓prime | ✓prime | ✓prime |
| | | | | ✓prime | | | |

Sponsored ⓘ

## Brands in this category on Amazon

Sponsored ⓘ









## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

**No customer reviews**

Sponsored ⓘ



Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English     United States

| Amazon Music<br>Stream<br>millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on<br>Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business |
| Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office<br>Mojo<br>Find Movie<br>Box Office<br>Data | Goodreads<br>Book reviews<br>&<br>recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion<br>Brands | Amazon Resale<br>Great Deals on<br>Quality Used<br>Products |
| Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart<br>Security<br>for Every<br>Home | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



Checkout (1 item)                                          🔒

| 1 | Shipping address | Steven Howard<br>1 PPG PL<br>PITTSBURGH, PA 15222-5415<br>Add delivery instructions | Change |

| 2 | Payment method | Paying with Visa 3651<br>Billing address: Same as shipping address. | Change |

∧ **Add a gift card or promotion code or voucher**

[ Enter code ]  ( Apply )

∨ Use Chase Ultimate Rewards points
$55.96 (6,996 points) available

**3   Review items and shipping**

**Arriving Jul 29, 2024**
Items shipped from Fran316



**Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension Floating Pot, Potted Plant Home Desk Decor in Flower Pots & Planters from Home & Garden on (Light Color)**
**$39.97**
Qty: 1 ⌄
Sold by: Fran316
Not eligible for Amazon Prime
(Learn more)

**Choose a delivery option:**
◉ **Monday, Jul 29**
   FREE Delivery

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $39.97 |
| Shipping & handling: | $0.00 |
| Total before tax: | $39.97 |
| Estimated tax to be collected:* | $4.10 |
| **Order total:** | **$44.07** |

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

Gift options not available

 **Place your order**    **Order total: $44.07**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 192 of 413

8/29/24, 2:06 PM    AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp,  Reading Light – Floating and Rotating Night Light – Unique Gifts fo...



Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 193 of 413

8/29/24, 2:06 PM    AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp,  Reading Light – Floating and Rotating Night Light – Unique Gifts fo…

to deformation. Love wick design combined with the captivating concept of magnetic levitation, that captivates at first sight.

- **Attractive and Decorative:** Add a touch of elegance and intrigue to any space with this unique lamp. Perfect for home, office, conference rooms, auditoriums, canteens, and guesthouses, it serves as a stunning conversation piece and a beautiful decoration.

- **Perfect Gift Idea:** Surprise your loved ones with this one-of-a-kind gift. Ideal for Christmas, birthdays, weddings, anniversaries, and other special occasions, it's perfect for lovers, friends, parents, and kids. Imagine their delight when they unbox this extraordinary lamp.

›See more product details

💬Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

 +  + 

**Total price: $92.96**

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp,  Reading Light –…
$59⁹⁹

Wall Charger, Surge Protector, QINLIANF 5 Outlet Extender with 4 USB Charging Ports (4.8A Tot…
$9⁹⁸ ✓prime

KIDEE Neck Fan, Portable Bladeless Neck Fans, Upgrade 360° Airflow, Super Quiet, 3…
$22⁹⁹ ✓prime

## Based on your recent views

Sponsored ⓘ

     

VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique…
★★★★½ 493
$70⁹⁹
✓prime

Unique Magnetic Levitating Lamp with LED Light Bulb Floating in The Air Wireless Ch…
★★★★★ 12
$89⁹⁹
✓prime

MOOCCI Levitating Bulb Lamp Magnetic Floating Lamp Light Desk Lamp Night Light Tabl…
★★★★½ 59
$70⁰⁰
✓prime

Magnetic Levitating Light Bulb Lamp, 360 Degree Rotating Floating Bulb Desk Lamp, M…
★★★★★ 1
$70⁰⁰
✓prime

Levitating Floating Light Bulb, Magnetic Levitation Wireless Bulb Lamp, Gravity Lam…
★★★★★ 13
$70⁰⁰
✓prime

Floating Bulb L Magnetic Levita Printed Light B Light Desk Lam
★★★★★ 6
$59⁹⁹
✓prime

## 4 stars and above

Sponsored ⓘ

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 194 of 413

8/29/24, 2:06 PM    AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp,    Reading Light – Floating and Rotating Night Light – Unique Gifts fo...



**VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique...**
⭐⭐⭐⭐⭐ 493
$70⁹⁹
✓prime



**MOOCCI Levitating Bulb Lamp Magnetic Floating Lamp Light Desk Lamp Night Light Tabl...**
⭐⭐⭐⭐⭐ 59
$70⁰⁰
✓prime



**Levitating Bulb Lamp Magnetic Floating LED Light Desk Lamp Table lamp Night Light, ...**
⭐⭐⭐⭐⭐ 122
Amazon's Choice
$70⁹⁹
✓prime



**Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique Gifts, Ro...**
⭐⭐⭐⭐⭐ 304
$70⁸⁹ ($35.45/Fl Oz)
✓prime



**VGAzer Magnetic Levitating Floating Wireless LED Light Bulb with Wireless Charger f...**
⭐⭐⭐⭐⭐ 284
$75⁹⁹
✓prime



**VGAzer Levitati Lamp,Floating Spinning in Air with 3D Printin**
⭐⭐⭐⭐☆ 1,
$79⁹⁹
✓prime

---

## Product information

### Technical Details

| | |
|---|---|
| Brand | Aizoer |
| Light Type | LED |
| Special Feature | Cordless, Wireless Charging |
| Wattage | 20 milliamp_hours |
| Bulb Shape Size | A15 |
| Number of Items | 1 |
| Shape | Round |
| Material | Glass |
| Model Name | Desk Lamp |
| Included Components | Bulb |
| Power Source | Battery Powered |
| Manufacturer | Aizoer |
| Part Number | tyt-1 |
| Product Dimensions | 2.95 x 5.9 x 4.13 inches |
| Country of Origin | China |
| Item model number | XYD-091 |
| Assembled Height | 4.13 inches |
| Assembled Length | 2.95 inches |
| Assembled Width | 5.9 inches |
| Style | Art Deco |
| Color | White |
| Finish types | Polished |
| Special Features | Cordless, Wireless Charging |
| Shade Color | Red |
| Shade Material | Glass |
| Switch Style | Touch |

### Additional Information

| | |
|---|---|
| ASIN | B0D5VHJPRF |
| Date First Available | June 1, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

---

## Product details

**Product Dimensions** : 2.95 x 5.9 x 4.13 inches

**Item model number** : XYD-091

**Date First Available** ： June 1, 2024

**Manufacturer** ： Aizoer

**ASIN** ： B0D5VHJPRF

**Country of Origin** ： China

## What's in the box

- Bulb

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

Product Description

Product Name: Magnetic Levitation Bulb

Switch Mode: Touch

Power Information: 12V1A

Light Color: Warm Color

Light Bulb Size: 2.95 x 4.13 inches， Base Size: 5.90 inches

Thickened Material: Made from durable, thickened glass material, ensuring long-term companionship and resistance to breakage.

Overload Protection: Equipped with circuit overload protection, maintaining stable temperature during suspension for a safe and reliable experience.

Energy Saving and Low Consumption:With only about 0.3 kWh of electricity needed for 24 hours of operation. Designed for energy efficiency, this lamp offers both an eco-friendly and cost-effective lighting solution.

Worry-free after-sales: If you need any help, please feel free to contact us, we will provide you with the best solution within 24 hours.

## Related products with free delivery

Sponsored ⓘ

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 196 of 413

8/29/24, 2:06 PM        AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp,  Reading Light – Floating and Rotating Night Light – Unique Gifts fo...

**VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique...**
★★★★☆ 493
$70.99
✓prime

**MOOCCI Levitating Bulb Lamp Magnetic Floating Lamp Light Desk Lamp Night Light Tabl...**
★★★★☆ 59
Amazon's Choice
$70.00
✓prime

**Unique Magnetic Levitating Lamp with LED Light Bulb Floating in The Air Wireless Ch...**
★★★★★ 12
$89.99
✓prime

**Levitating Floating UFO Lamp Lights, Magnetic Levitation Decor Display UFO, Unique ...**
★★★★☆ 7
$64.99
✓prime

**18W LED Display Cabinet DIY Lighting Table Lamp, Touch Dimmable LED Nightstand Lamp...**
★★★★★ 1
$59.99
✓prime
Save $8.00 with coupon

**UVEHAS Levita Bulb, Magnetic Levitation LED Lamp with Tou...**
★★★★☆ 16
$70.00
✓prime

---

👥 **Looking for specific info?**

---

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

**No customer reviews**

Sponsored ⓘ

Sponsored ⓘ

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 197 of 413

8/29/24, 2:06 PM                AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp,  Reading Light – Floating and Rotating Night Light – Unique Gifts fo…

Sponsored

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

🌐 English ‹›     🇺🇸 United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑️

© 1996–2024, Amazon.com, Inc. or its affiliates

8/29/24, 2:07 PM                                    Place Your Order - Amazon Checkout



**amazon** prime                         Secure checkout ⌄                                    🛒

---

**Delivering to Steven Howard**                                              **Change**

1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

---

**Paying with Visa 3651**                                                    **Change**

⌄ Use Chase Ultimate Rewards points
  $57.97 (7,247 points) available
  Use a gift card, voucher, or promo code

---

**Arriving Sep 10, 2024 - Sep 18, 2024**



AIOZER Magnetic Levitating LED             **Choose your delivery option:**
Love Light Bulb Desk Lamp ,
Reading Light – Floating and               ● **Tuesday, Sep 10 - Wednesday, Sep 18**
Rotating Night Light – Unique                FREE Delivery
Gifts for Home and Office Decor,
and Room Ambiance (Dark Brown
Base)

$59⁹⁹

Ships from XZCSHOP
Sold by XZCSHOP

**Quantity:** 1 Change

Gift options not available

---

**Place your order**      **Order total: $66.14**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

### Sidebar

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                              $59.99
Shipping & handling:                 $0.00
Estimated tax to be collected:*      $6.15
**Order total:**                   **$66.14**

---



Back to top

**amazon**    🌐 English    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 201 of 413

8/29/24, 2:08 PM    Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home…

space - from living rooms and dining tables to offices, bathrooms and bookshelves. Pair them with vibrant plants to enhance your decor, purify the air, and create a cosy atmosphere.

- 🌳【Easy Levitation Magic】 Simply place the base on a firm surface, plug it in and hold the pot over the centre. When you feel the magnetic pull, release gently. It may take a moment to reach the perfect levitation point, but when you do, you'll be captivated by the graceful floating of your plant.

- 🌳【Endless DIY Fun】 Unleash your creativity! Grow an assortment of tiny plants, succulents or bonsai in your floating planter. Or get playful and float other magnetic items to create a custom centrepiece that says 'you'.

- 🇨🇦【Care That Keeps It Going】 Keep your magnetic wonder working like new with these tips: 1) it holds up to 300g evenly distributed; 2) it needs power to float, so no juice means no float; 3) if you have any hiccups, call our 24/7 customer support anytime.

💬 Report an issue with this product or seller

**Similar item with fast delivery**

`Amazon's Choice`



GUIYING Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating Plant Pot 360 Degree Rotation Pot Home and Office Desk Decor

★★★★½ (94)

$65.00 ✓prime

Sponsored ⓘ

---

## Buy it with

 +  + 

**This item:** Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Pla…
$59⁹⁸

Miracle-Gro Orchid Potting Mix Coarse Blend, 8qt., 2-Pack
$11⁹⁴

KIYOMING Floating Plant Pot Planter Suspension Air Bonsai Pot Flower Pot Levitating Plant Pot…
$65⁰⁰ ✓prime

Total price: **$136.92**

**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

---

## 4 stars and above

Sponsored ⓘ

8/29/24, 2:08 PM          Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home…








Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating…

★★★★☆ 94

**Amazon's Choice**

$65.00

✓prime

LEVINA Floating Plant Pot - Authentic Levitating Plant Pot for Air Plants, Magnetic…

★★★★☆ 259

$65.99

✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen…

★★★★☆ 469

$65.99

✓prime

Flagest Magnetic Levitation Floating Globe - Levitating O Shape Globe with LED…

★★★★☆ 217

-15% $33.99

List Price: $39.99

Exclusive Prime price

✓prime

Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspension F…

★★★★☆ 57

**Amazon's Choice**

$65.00

✓prime

Levitating Bulb Magnetic Float Light Desk Lamp Night Light…

★★★★☆ 12

**Amazon's Choice**

$70.99

✓prime

## Based on your recent views

Sponsored ⓘ








Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen…

★★★☆☆ 8

$39.97

Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating…

★★★★☆ 94

**Amazon's Choice**

$65.00

✓prime

LEVINA Floating Plant Pot - Authentic Levitating Plant Pot for Air Plants, Magnetic…

★★★★☆ 259

$65.99

✓prime

MOOCCI Levitating Plant Pot Floating Plant Potted Plant, Ideal Home Gift for Boyfri…

★★★★☆ 48

$65.00

✓prime

Levitating Plant Pot,Levitating Air Bonsai Pot for Small Flower,360°…

★★★★☆ 20

$65.00

✓prime

Levitating Plant Magnetic Levita Flower Pot Rota Planters Suspen…

★★★★☆ 12

$65.00

✓prime

## From the brand

**Float in elegance**

Let your plants soar with our innovative magnetic flower pots.

**Vibrant choices await**

**Float in beauty**

Transform your space w magnetic planters

## Product Description

### Floating Plant Pot: Defy Gravity, Inspire Wonder

**Unveil the Magic of Magnetic Levitation: Our Unique Planter Redefines Indoor Decoration**

A marvel of modern design, our Magnetic Levitation Planter harnesses the power of magnetism to defy gravity and suspend your favourite plants in mid-air. This unique planter creates an awe-inspiring visual spectacle where plants appear to float effortlessly, adding a touch of magic and sophistication to any setting.

**Versatile and Captivating: Where to Add Magnetic Magic to Your Space**

The applications for our Magnetic Floating Planter are as limitless as your imagination. Ideal for contemporary homes, it serves as an intriguing centrepiece on coffee tables, dining areas or entryways, attracting attention and sparking conversation. In commercial spaces such as offices, lobbies and retail outlets, its futuristic charm enhances the ambience and leaves a lasting impression on clients and visitors. It also finds a place in educational settings, demonstrating the wonders of science through a living, breathing display.

Wherever you choose to display this magnetic masterpiece, it promises to transform the ordinary into the extraordinary, enhancing your environment with its enchanting presence.

### Spinning Greenery, Magnetic Wonder

Introducing our revolutionary Magnetic Levitation Planter, designed to take your indoor gardening experience to new heights.

With its innovative 360-degree rotation, this floating masterpiece ensures your plants receive an even distribution of sunlight throughout the day. As the planter gently rotates, each leaf and petal basks in the nourishing warmth of natural light, promoting healthy growth and vibrant colour.

Witness the harmonious dance between technology and nature as your greenery floats effortlessly, creating a mesmerising focal point in any space. Embrace the future of horticulture with our Magnetic Levitation Planter, where innovation meets elegance and every turn nurtures life.

**AUTOMATIC ADSORPTION PROTECTION**

If the power is cut or the magnetic levitation flower pot is accidentally bumped, the flower pot automatically

The flower pot will automatically be adsorbed to the top of the frame and will not be easily damaged.

**NOTE**

*Please place the flower pot on the base when the power is off.*

*Please keep this item at least 7.87 inches away from computers and other electronic devices and metal.*

### Where Nature Floats, Productivity Soars

Transform your office environment into a haven of innovation and tranquillity with our Magnetic Levitating Planter. Designed to defy gravity, this cutting-edge planter presents your chosen greenery in a state of perpetual levitation, adding a futuristic touch to your workspace while harnessing the natural benefits of indoor plants.

- **Stress relief**: Studies have shown that plants in the workplace can reduce stress levels and improve overall wellbeing. Our floating planters provide a visually calming presence that encourages relaxation and concentration.
- **Improving air quality**: Indoor plants act as natural air purifiers, absorbing pollutants and releasing oxygen. By incorporating our floating planter, you're investing in cleaner air for a healthier working environment.
- **Unique décor**: Make a statement with a piece of design that attracts attention and sparks conversation. The Floating Planter is not just a functional item; it's a symbol of forward thinking and creativity.
- **Space efficiency**: Ideal for desks, meeting rooms or reception areas, the Floating Planter takes up minimal space, making it perfect for offices where every inch counts.
- **Low maintenance**: With its self-contained magnetic system, the planter requires little maintenance beyond standard plant care, ensuring your office greenery stays effortlessly suspended and vibrant.

Enhance your office aesthetic and staff morale with our Magnetic Levitating Planter - where the future floats and productivity thrives.

### Lift Your Bathroom Experience to New Heights

This unique planter uses cutting-edge magnetic technology to suspend your favourite plants in mid-air, creating a mesmerising display that enhances the ambience of your personal spa. As well as being a stunning centrepiece, it also helps to purify the air, as many houseplants are known to filter toxins and improve air quality.

**Please note** the following considerations when using our Magnetic Floating Planter in your bathroom:

- **Humidity:** Ensure that the plant species you choose can thrive in the high humidity environment typical of bathrooms. Some plants require less moisture and may suffer in such conditions.
- **Electrical safety:** The magnetic levitation system requires electricity. Please locate the planter away from water sources and ensure that all electrical components are properly insulated and safe for bathroom use.
- **Maintenance:** Regularly check the stability of the planter and the operation of the magnetic mechanism. Keep the area around the planter clean to prevent dust and debris from interfering with the magnetic field.
- **Weight restrictions:** Be aware of the weight limitations of the planter. Overloading it with a heavy pot or excessive soil could affect its ability to float.

By following these guidelines, you can enjoy the tranquil beauty and air-purifying benefits of our Magnetic Floating Planter in your bathroom.

**STEP1: Part Search Confirmation**

1. Hexagonal flower pot

2.DC Transformer

3. Magnetic suspension base

- Turn on the power and place the base horizontally on the table.

**STEP2: Levitate the planter**

- Hold the globe from the centre of the base 3.9inch position, vertically down (move down at the same time, making sure to keep the flower pot horizontal).W
- hen the flower pot drops to about 0.59inch above the centre of the centre (when you feel the strong magnetic field to push the flower pot up), and then slowly release the hands.

**STEP3: Suspended Successfully**

- When you release your hand and feel that the flower pot is moved in one direction, gently move it in the opposite direction by hand.W
- hen you feel that it is no longer moving, the flowerpot has found the centre point, you can release your hands completely.

## Elevate Your Style, Suspended in Elegance

Unleash your creativity and personalise your living space with the DIY versatility of our Magnetic Levitating Planter. This innovative planter isn't just about defying gravity; it's a blank canvas for your artistic expression, offering endless possibilities for customisation.

- **Custom plant selection**: Choose from a wide range of lightweight green plants to match the weight specifications of the planter. Whether you prefer succulents, ferns or air plants, the choice is yours to create a floating garden that reflects your style and enhances the atmosphere of your home.
- **Artisan accents**: Add a touch of handcrafted charm by placing delicate, hand-woven flowers or artificial botanicals in the planter. These elements not only maintain their beauty over time without the need for watering, but also add a timeless elegance to the floating effect.
- **Alternative Decorative Displays**: Think outside the planter! While plants are the classic choice, consider experimenting with other decorative items that can be adapted to levitate on a magnetic base. Any levitating platform can become a stage for displaying your treasured magnetic keepsakes in a truly unique way.

The Magnetic Levitating Planter invites you on a journey of discovery where nature's grace meets human ingenuity. Seize the opportunity to create a centrepiece that is as individual as you are, where each floating creation tells a story of imagination and innovation.

## Levitating Plant Pot: A Gift Worth Giving

Introducing the Magnetic Levitating Planter - a gift that transcends the ordinary, enhancing your loved one's home décor as well as their mood. This extraordinary planter suspends greenery in mid-air, creating a mesmerising spectacle of nature's beauty and modern technology.

- **Awe-inspiring design**: Witness the magic of levitation as a potted plant floats effortlessly above its base. It's not just a planter, it's a conversation starter and a testament to human ingenuity.
- **A personal touch**: Encourage friends and family to personalise their planter with their favourite lightweight plants or craft accents. Each floating display will be a reflection of their personality and taste.
- **Wellness Boost**: Indoor plants are known to improve air quality and reduce stress. When you give a Magnetic Levitating Planter, you're also giving the gift of a healthier, calmer living space.
- **Versatile display**: Whether placed in the living room, office or bedroom, the planter adds a touch of wonder to any environment. Its compact size ensures it blends seamlessly into different environments.
- **Thoughtful and Unique**: Stand out from traditional gifts with something that combines art, science and nature. A symbol of innovation and care, the Magnetic Levitating Planter is sure to impress and delight.

Surprise your loved ones with a gift that will inspire joy and curiosity every day. The Magnetic Levitating Planter is not just a gift; it's a daily reminder of the wonders of the world and the thoughtfulness of the giver.

# Videos

### Videos for this product



Customer Review: FLOATS LIKE MAGIC!!! IT'S GOING TO BE A…
STUDIO 66
0:15



Levitating Plant Pot, Floating Plant Pot for Bonsai Planter
JASTOO Direct
1:55



Customer Review: So COOL
Sam Beckwith
0:06

Upload your video

---

# Product information

| Material | Acrylonitrile Butadiene Styrene |
| --- | --- |

### Warranty & Support

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 205 of 413

8/29/24, 2:08 PM    Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home...

|  | (ABS) |
|---|---|
| Color | Marble |
| Special Feature | ➤ Purifies air, enhancing any space with freshness and vitality., ➤ Magnetic levitation design creates a floating effect, adding an enchanting visual touch., ➤ 360-degree rotation ensures plants get equal sunlight, promoting healthy growth., ➤ Perfect blend of innovation and elegance, ideal for gifting., ➤ Fully customizable to showcase your unique creativity. |
| Style | Modern |
| Planter Form | Plant Pot |
| Shape | Hexagonal |
| Indoor/Outdoor Usage | Indoor |
| Mounting Type | Tabletop, Window Mount, Floor Standing |
| Plant or Animal Product Type | Bonsai, Succulent |
| Product Dimensions | 1.58"D x 3.54"W x 1.18"H |
| Brand | Ronsoile |
| Pattern | Marble |
| Theme | Magnetic Levitation |
| Number of Levels | 1 |
| Item Weight | 1.7 Pounds |
| Item Weight | 1.72 pounds |
| Manufacturer | Ronsoile |
| ASIN | B0D6G9M73Q |
| Country of Origin | China |
| Customer Reviews | 5.0 ★★★★★ ⌄    3 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #194,969 in Patio, Lawn & Garden<br>(See Top 100 in Patio, Lawn & Garden)<br>#1,587 in Garden Pots |
| Date First Available | June 7, 2024 |

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

---

🔸 **Looking for specific info?**

---

## Compare with similar items

**This Item**      **Recommendations**






Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 206 of 413

8/29/24, 2:08 PM    Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home…



| | **Ronsoile** Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Pla… | **Ronsoile** Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Pla… | **GUIYING** Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating… | **BandDlevs** Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Ho… |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | $59⁹⁸ | $59⁹⁸ | $65⁰⁰ | $66⁹⁹ |
| **Delivery** | Get it as soon as **Wednesday, Sep 4** | Get it as soon as **Wednesday, Sep 4** | ✓prime FREE One-Day | ✓prime FREE One-Day |
| **Customer Ratings** | 5.0 ★★★★★ 3 | 5.0 ★★★★★ 3 | 4.3 ★★★★☆ 94 | 4.7 ★★★★☆ 14 |
| **Sold By** | JASTOO Direct | JASTOO Direct | KIKORI | Bandd |
| **Material** | Acrylonitrile Butadiene Styrene (ABS) | Acrylonitrile Butadiene Styrene (ABS) | Resin | Plastic, Metal |
| **Number Of Pieces** | — | — | 1 | 1 |
| **Shape** | Hexagonal | Hexagonal | Hexagonal | Hexagonal |
| **Mounting Type** | Tabletop, Window Mount, Floor Standing | Tabletop, Window Mount, Floor Standing | Inside Mount | Tabletop |
| **Assembly Required** | — | — | X | X |

## Inspiration from this brand

 **Ronsoile**    + Follow



Levitate your plants in style – our pot turns any flower into a floatin…



Transform spaces with our levitating plant pot, a fusion of nature and t…



Transform your space with our floating flower pot – where beauty…



Innovation in the air—levitating flower pots, rejuvenating your spa…

## Products related to this item

Sponsored ⓘ



GUIYING Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating…
★★★★☆ 94
**Amazon's Choice**
$65⁰⁰
✓prime



Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen…
★★★☆☆ 8
$39⁹⁷



BandDlevs Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating De…
★★★★☆ 14
$66⁹⁹
✓prime



JAYEGT 3 in 1 Motorized Rotating Display Stand with 5.74/7.08/8.66 inch Replacement…
★★★★☆ 322
$26⁹⁹
✓prime
Save 5% with coupon



MOOCCI Floating Plant Pot Magnetic Levitating Plant Pot for Succulents, Air Bonsai …
★★★★☆ 48
$65⁰⁰
✓prime



Oasis at Home Gravity Humidi… Wood Finish, U Water Drip …
★★★☆☆ 3
$49⁹⁹
✓prime

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 207 of 413

8/29/24, 2:08 PM    Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home…

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ







VGAzer levitating Moon Lamp 5.9 Inch 16 Colors Galaxy Moon Lamp 3D Moon LED…
★★★★☆ 1,533
$75.00

Floatidea Levitating Moon Lamp with Wireless Charger (Apple/Android) Floati…
★★★★☆ 62
$88.99

HNXTYAOB Plant Transp…
★★★★☆
$5.75  List: $

## Customer reviews

★★★★★ 5 out of 5

3 global ratings

| | | |
|---|---|---|
| 5 star | [███████████] | 100% |
| 4 star | [　　　　　] | 0% |
| 3 star | [　　　　　] | 0% |
| 2 star | [　　　　　] | 0% |
| 1 star | [　　　　　] | 0% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

### Reviews with images

See all photos ›

  

Top reviews ⌄

### Top reviews from the United States

○ STUDIO 66

★★★★★ **FLOATS LIKE MAGIC!!! IT'S GOING TO BE A BUMPY NIGHT.....**

Reviewed in the United States on August 10, 2024

Color: Marble | **Vine Customer Review of Free Product** ( What's this? )



I requested and received for free this LEVITATING FLOWER POT to test it and give my honest opinion. My wife is kind of a PLANT FANATIC, plants taking over the living room during the cold weather and then plants taking over the deck in warm weather. As soon as I saw this Levitating Flower Pot I knew I would have to get it for her. When the item arrived I set it up in the kitchen and put one of her baby plants and it's own pot in it while she was busy by the pool. I had it all set and it was spinning nicely. I yelled down I was going to the store for ten minutes and I had a nice surprise for her in the kitchen but whatever she did, just look at it DO NOT TOUCH IT. She said fine, just don't take too long at

⌄ Read more

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 208 of 413

8/29/24, 2:08 PM          Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home…

Helpful | Report

john cashwell

★★★★★ **I love it!**

Reviewed in the United States on August 3, 2024

Color: Black | **Vine Customer Review of Free Product** ( What's this? )

I keep this magnetic, levitating little flower pot on my desk at work. I have a tiny little hand crocheted "Fine-Apple" (it's a happy little pineapple that someone at work and placed on my desk) that sits happily in the pot and spins around whilst holding up his little happy sign that states that he is a Fine-Apple and that he is fine and you are fine and everyone is fine.

Anyway, it works as it should and everyone loves it!

Helpful | Report

Sam Beckwith

★★★★★ **So COOL**

Reviewed in the United States on August 21, 2024

Color: Marble | **Vine Customer Review of Free Product** ( What's this? )

 I got this to spice up my desk at work, but now I kind of want to just keep it at home for my personal desk. It's So COOL. I was surprised at how much weight it supports while levitating. It's super easy to use and it's blown the mind of everyone I've shown it to. I might just get another one for my desk at work so I can keep this one at home.

Helpful | Report

**See more reviews ›**



Add to cart

Sponsored ⓘ

Back to top

8/29/24, 2:08 PM    Amazon.com: Levitating Flower Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Plant Pot Planter for Office Home…

## Get to Know Us

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

## Make Money with Us

- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

## Amazon Payment Products

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

## Let Us Help You

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

**amazon**

| 🌐 English ▾ | 🇺🇸 United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️

© 1996-2024, Amazon.com, Inc. or its affiliates

8/29/24, 2:08 PM                                    Place Your Order - Amazon Checkout


**amazon** prime                          Secure checkout ⌄

## Delivering to Steven Howard                                    Change

1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

⌃ **FREE pickup available nearby**

Amazon Go • 0.4 mi  (See details)
500 W Madison St, Chicago, IL, 60661
Change to pickup

## Paying with Visa 3651                                          Change

⌄ Use Chase Ultimate Rewards points
$57.97 (7,247 points) available
Use a gift card, voucher, or promo code

## Arriving Sep 4, 2024

If you order in the next 10 hours and 51 minutes  Details



Levitating Flower Pot, Floating
Plant Pot for Air Bonsai Planter,
Magnetic Levitating Plant Pot
Planter for Office Home
Decoration, Ideal Home Gift for
Halloween Thanksgiving
Christmas (Marble)

$59⁹⁸

& **FREE Returns** ⌄


Ships from Amazon.com
Sold by JASTOO Direct

**Choose your delivery option:**

◉ **Wednesday, Sep 4**
FREE Delivery

**Quantity:** 1 Change

Add gift options

---

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

Items:                          $59.98
Shipping & handling:             $0.00
Estimated tax to be collected:   $6.15
**Order total:**               **$66.13**

---

**Place your order**    **Order total: $66.13**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message
acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an
email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and
restrictions apply. See Amazon.com's Returns Policy

Back to cart





9/23/24, 1:47 PM    Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat…

Toys & Games › Learning & Education › Geographic Globes



Roll over image to zoom in



## Customers who viewed this item also viewed



RUIXINDA Multi-Color Changing Levitating Globe Magnetic Levitation Floating
3.9 ★★★☆☆ 564
$79.99
✓prime



Flagest Magnetic Levitation Floating Globe Rotating Globe Book Base -Nice Desk
4.3 ★★★★☆ 27
$84.99
✓prime



Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating
4.3 ★★★★☆ 39
$79.99
✓prime

## Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educational Piece for Kids,Office Decor,Cool GadgetS Birthday Halloween Christmas Gifts

Brand: Yegvea
4.0 ★★★★☆  54 ratings

$79.99

Or **$13.79**/mo (6 mo). Select from 2 plans

✓prime Two-Day
FREE Returns ⌄

**Coupon:** ☐ Apply 10% coupon  Shop items › | Terms

**Thank you for being a Prime member. Get $100 off:** Pay **$0.00** ~~$79.99~~ upon approval for Prime Visa.

| Brand | Yegvea |
|---|---|
| Material | Base: Stainless Steel, Floating Globe: Acrylic |
| Map Type | World Map |
| Base Material | Acrylonitrile Butadiene Styrene (ABS) |
| Item Diameter | 6 Inches |

## About this item

- 【Magnetic Levitation Globe】Levitates silently all day & night,Use Magnetic levitation technique,the levitation magic globe suspended 360° in the air with almost no friction, levitation globe lamp is the high tech gadget that people of all ages will enjoy.
- 【WIRELESS POWER TRANSMISSION】-Levitating globe is powered through magnets and the air by induction, no cables & battery,It is operated by an electronically controlled magnetic system. Allows the globe rotates and floating without any support in the air.

### Delivery / Pickup

$79.99
✓prime Two-Day
FREE Returns ⌄

FREE delivery **Wednesday, September 25**. Order within **11 hrs 12 mins**

◉ Deliver to steven - Chicago 60602

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | HongJia-Tech |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

⌄ See more

☐ Add a gift receipt for easy returns

**Add to List**



Sponsored ⓘ

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 213 of 413

9/23/24, 1:47 PM    Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat…

- 【Kids Geography Teaching 】6 Inch Floating globe not only let kids Let the children learn the earth, and know clearly each country's geographical position,but also can understand the world map globe how to levitated? Levitating globe map is the perfect addition to classroom or homeschooling research that will inspire kids interest in learning more about geography, social studies, and science.

- 【Power Off Protection System】Floating world globes power-off protection magnetic levitating floating world globe with LED, intelligent adsorption, no need to worry about falling after power-off, it will be automatically adsorbed on the top of the base, Low power consumption design, no need to worry about a lot of power loss.

- 【Perfect Gifts & Creativity Night Lights】-With soft LED light source & eye-caring opotimized,while learning geography at night, Cool decoration for your office, desk, home. Get one for yourself or as a special surprise gifts as night lights for lovers, friends, parents, children on Christmas, birthday, holidays, weddings, anniversaries and business. When they receive and open the box, it will bring them much surprise!

Report an issue with this product or seller

Sponsored ⓘ

## Frequently bought together



+



+ 

Total price: **$102.97**

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World...
$79⁹⁹ ✓prime

Vallejo Dark Brown Wash, 35ml
$9⁹⁹ ($8.47/Fl Oz) ✓prime

3Pcs HSS Titanium Coated Step Drill Bit Set, 1/4" Hex Shank Quick Change High Speed Steel...
$12⁹⁹ ✓prime

## 4 stars and above

Sponsored ⓘ

    

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...
★★★★½ 4,837
Limited time deal
-20% $27⁹⁹
List: $34.99
✓prime
Save 10% with coupon

Magnetic Levitation Bluetooth Speaker Constellation Lamp Spinning Floating...
★★★★½ 161
$39⁹⁹
✓prime
Save 5% with coupon

Floating globe, Magnetic Levitating Geographic Globes with LED Lights, Desk Spinnin...
★★★★½ 340
$36⁹⁹
✓prime
Save 5% with coupon

Magnetic Levitation Globe with LED Light, Cool Gadgets Floating Lamp Globe Decor, C...
★★★★½ 2,277
$29⁹⁹
✓prime

Interactive Globe with Wireless Smart Pen, 9" Globes with Stand, Talking World Map ...
★★★★½ 794
$99⁹⁹
✓prime
Save $10.00 with coupon

Flagest Magnetic Levitation Float Globe - Levitati Shape Globe w...
★★★★½ 2
$39⁹⁹
✓prime
Save $8.00 with c...

9/23/24, 1:47 PM                    Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat…

## Products related to this item

Sponsored ⓘ

     

| Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic … | MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys… | Magnetic Levitation Bluetooth Speaker Constellation Lamp Spinning Floating… | Flagest Magnetic Levitation Floating Globe Rotating Globe Book Base -Nice Desk… | Floating globe, Magnetic Levitating Geographic Globes with LED Lights, Desk Spinnin… | Flagest Magnet Levitation Float Globe Rotating Touch Control a… |
|---|---|---|---|---|---|
| ★★★★☆ 39 | ★★★★☆ 4,837 | ★★★★☆ 161 | ★★★★☆ 27 | ★★★★☆ 340 | ★★★★☆ 46 |
| $79.99 | **Limited time deal** -20% $27.99 List:$34.99 | $39.99 | $84.99 | $36.99 | $67.49 |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |
| Save 5% with coupon | Save 10% with coupon | Save 5% with coupon | Save 5% with coupon | Save 5% with coupon | |

---

## Product Description

### Magnetic Levitation Globe Lamp

### 360° Automatically Rotating

360 degrees rotating & floating with LED light,anti gravity magnetic floating globe world map with led light that makes it look very funny.

### Cool Night Light

And will light itself when you plug the base, Also you can use the touch control to let the LED light. Globe, Platform Or both of them light off. Even in the dark room. It can also provide soft light for children.

### Working Fun

Work too tired,pls stop for a cup of coffee and to play with the magnetic floating globe in your hands,give your eyes a little rest,and add a little fun to the working hours.

### Perfect Gifts

Get one for yourself or as a special surprise gifts as night lights for lovers, friends, parents, children on Christmas, birthday, holidays, weddings, anniversaries and business.

When they receive and open the box,

it will bring them much surprise!

---

## Product information

| | |
|---|---|
| Manufacturer | hongjia |
| UPC | 769089802263 |
| Product Dimensions | 9 x 7.5 x 7.5 inches |
| Item Weight | 2.51 pounds |
| ASIN | B09JJR6CP1 |
| Country of Origin | China |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

9/23/24, 1:47 PM          Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat...

| Customer Reviews | 4.0 ★★★★☆ ▼    54 ratings<br>4.0 out of 5 stars |
|---|---|
| Best Sellers Rank | #210,879 in Toys & Games (See Top 100 in Toys & Games)<br>#183 in Geographic Globes |
| Batteries required | No |

# Videos

### Videos for this product


0:34
A cool little globe once you get it working...
Chris Reviews Awesome Stuff


0:23
Customer Review: Love it!!!
K. Sarson

( Upload your video )

🔴🔵 Looking for specific info?

---

# Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | **Yegvea** Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating &... | **JEHUPA** Magnetic Levitating Globe,Cool Gadgets Auto-Rotating Globes Floating Globe... | **NHSUNRAY** Magnetic Levitation Floating Globe 8" Levitation Rotating Ball LED Illuminated... | **YANGHX** Levitation Floating Globe 4inch Rotating Magnetic Mysteriously Suspended In Air... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $79⁹⁹ | $73⁹⁹ | $98⁹⁹ | $34⁵⁰ |
| Delivery | ✓prime FREE Delivery | ✓prime FREE One-Day | ✓prime FREE One-Day | ✓prime FREE Delivery |
| Customer Ratings | 4.0 ★★★★☆ 54 | 3.9 ★★★★☆ 50 | 4.1 ★★★★☆ 140 | 4.4 ★★★★½ 190 |
| Sold By | HongJia-Tech | cishengkeji | NBDoremy | FUGEST Store |
| Color | — | Blue | Black | White |
| Brand | Yegvea | JEHUPA | NHSUNRAY | YANGHX |
| Material | Base: Stainless Steel, Floating Globe: Acrylic | Environmentally friendly impact resistant polystyrene | Plastic | Plastic |

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 216 of 413

9/23/24, 1:47 PM          Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat…

| Map Type | World Map | World Map | World Map | World Map |
|---|---|---|---|---|

## Related products with free delivery

Sponsored ⓘ

     

Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic ...
★★★★☆ 39
$79.99
✓prime
Save 5% with coupon

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...
★★★★☆ 4,837
Limited time deal
-20% $27.99
List: $34.99
✓prime
Save 10% with coupon

Flagest Magnetic Levitation Floating Globe Rotating Globe - Touch Control and...
★★★★☆ 46
$67.49
✓prime

Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map G...
★★★★☆ 13
$72.00
✓prime

Interactive World Globe for Adults - Large 13 Inch Globe with Stand - Earth Globe w...
★★★★☆ 1,311
$119.97
✓prime

VEVOR Illumina World Globe wi 13 in/330.2 mr Educational Ea...
★★★★☆ 13
$69.99
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

  

SJSMARTGLOBE with Interactive APP & LED Illuminated Constellations at Night,...
★★★★☆ 382
$69.69 List Price: $81.99

PlayShifu Smart Educational Globe for Kids, Interactive AR Toy, Ideal for...
★★★★☆ 16,457
10% off  Limited time deal
$49.49 List: $54.99

Interactive W 13 Inch Glob
★★★★☆
$119.97 Lis

## Customer reviews

★★★★☆ 4 out of 5

54 global ratings

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 6% |
| 3 star | | 5% |

### Reviews with images

See all photos ›

9/23/24, 1:47 PM          Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat…

| 2 star | | 4% |
| 1 star | | 17% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

  

Top reviews ⌄

**Top reviews from the United States**

Joyce Mary Joyce

★★★★★ **Excellent quality ... We Love Our New Globe!**
Reviewed in the United States on November 24, 2023
Verified Purchase

Quality and Performance. You will not be disappointed with the purchase of this Awesome product. We are extremely happy with our beautiful and glowing world globe!

Helpful  |  Report

Handyman

★★★★★ **Delighted**
Reviewed in the United States on May 24, 2024
Verified Purchase

Initially a little difficult to get it to levitate but after a half dozen or so attempts got the hang of it and it is really exciting.. Expected it to levitate but unexpected surprise was when it began spinning.
I ordered another variation of this globe that changes color for my son and a UFO designed one that is also a speaker for another son.

Helpful  |  Report

Avid Buyer

★☆☆☆☆ **Does not work at all.**
Reviewed in the United States on April 7, 2024
Verified Purchase

This product is a complete sham. It didn't work even thought we tried all kinds of ways in. I was over the return date by a couple days and I had to pay a restocking fee of $15 to make the return. Stay away. Poor product and poor customer service for the price point. Probably many better gifts can be purchased for $75. Stay away from this one.

Helpful  |  Report

Chen

★★★★★ **Coolest globe ever**
Reviewed in the United States on December 9, 2023
Verified Purchase

Bought it since one of my fiancé's downtime is just to scroll on google map. Now he just play with this globe and bob it up and down. The map is a little blurry at certain spots but overall this is the best levitation globe I see in this price range. The LED can turn off completely, which is such a good design especially for when you're not using it.

Helpful  |  Report

Chief

★★★★★ **Works GREAT!**
Reviewed in the United States on March 19, 2023
Verified Purchase

After I got the hang of starting the earth floating, it's been very easy to restart if the electricity goes off! It's really a nice, fun decoration to have in my home office! I have nothing negative to say about the floating, lighting, and turning earth product! It's a positive, fun gift to receive!

One person found this helpful

Helpful  |  Report

Case 2:25-cv-00144-WSS   Document 2-6   Filed 01/31/25   Page 218 of 413

9/23/24, 1:47 PM          Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat…



Wilfried Haas

★★★★★ **Works as advertised**

Reviewed in the United States on February 24, 2024

**Verified Purchase**

demonstration of magnetism

Helpful  |  Report

Mark H.

★★★★★ **Works great**

Reviewed in the United States on September 20, 2022

**Verified Purchase**

After purchasing many different globes
Which none of them worked as advertised.
This actually works (wow)

2 people found this helpful

Helpful  |  Report

Brian

★★★★☆ **2nd one works great**

Reviewed in the United States on March 19, 2024

**Verified Purchase**

I bought one of these and it would not continue to spin the globe. I returned it to Amazon and they sent me a new one and it works great. Beautiful and education piece of decoration.

Helpful  |  Report

**See more reviews ›**

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Case 2:25-cv-00144-WSS     Document 2-6     Filed 01/31/25     Page 219 of 413

9/23/24, 1:47 PM                    Amazon.com: Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educat...



Conditions of Use      Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

 **Secure checkout** ⌄                                    🛒

---

**Delivering to Steven Howard**                                    Change

1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

⌄ FREE pickup available nearby

---

**Paying with Visa 3651**                                          Change

⌄ Use Chase Ultimate Rewards points
   $64.78 (8,098 points) available
Use a gift card, voucher, or promo code

---

**Arriving Sep 25, 2024**
If you order in the next 11 hours and 11 minutes   Details



Yegvea Magnetic Levitation Globe,-6 inch Levitating Globe Lamp World Map Floating & Spinning in the Air for Educational Piece for Kids,Office Decor,Cool GadgetS Birthday Halloween Christmas Gifts

$79⁹⁹

✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by HongJia-Tech

**Quantity:** 1  Change

Add gift options

⦿ **Wednesday, Sep 25**
   FREE Two Day Delivery

◯ **Thursday, Sep 26**
   FREE Amazon Day Delivery
   🍃 Lower carbon option ⌄
   Change delivery day

---

**Place your order**

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use

Items:                              $79.99
Shipping & handling:                 $0.00
Estimated tax to be collected:       $8.20
**Order total:**                    **$88.19**

**Order total: $88.19**

By placing your order, you agree to Amazon's privacy notice and conditions of use

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

---

Back to top



9/23/24, 1:49 PM          Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig...



Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 223 of 413

9/23/24, 1:49 PM    Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig…

Subtotal
**$0.00**

accidentally collided, it will Automatic adsorption, do not have to worry about the sudden drop of the power ball, and broke the ball,Safe,beautiful and practical.

- 【PERFECT GIFT】- The maglev globe is is a nice decoration and a good choice for gifts for all ages . Floating, hovering, floating and giving the anti-gravity illusion is a very pleasant thing, it can be used as a decorative ornament for home and office.Also a perfect gift for any family, school, office,children's education ,brithday gifts.

- 【AFTER-SALE SERVICE】- JEHUPA values our each customer purchase experience,any questions,please kindly feel free to contact at us,we will solve every problems for you within 24hours.

📄 Report an issue with this product or seller



Sponsored ⓘ

## Frequently bought together

 + 

Total price: **$101.98**

[ **Add both to Cart** ]

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** Magnetic Levitating Globe,Cool Gadgets Auto-Rotating Globes Floating Globe…
$73⁹⁹ ✓prime

QLKUNLA Newtons Cradle Balance Balls Science Physics Gadget Desktop Decoration…
$27⁹⁹ ✓prime

## 4 stars and above

Sponsored ⓘ

   

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...
★★★★½ 4,837
`Limited time deal`
-20% $31⁹⁹
List:$39.99
✓prime
`Save 10%` with coupon

MOVA Globe Blue Relief Map 4.5"
★★★★½ 572
$218⁰⁰ ($4.54/oz)
✓prime

FUZADEL Magnetic Levitating Globe with LED Night Light, Floating World Map Desk Lamp...
★★★★☆ 492
$25⁹⁹
✓prime

Floating globe, Magnetic Levitating Geographic Globes with LED Lights, Desk Spinnin...
★★★★☆ 340
$36⁹⁹
✓prime
`Save 5%` with coupon

Multicolor Changing Magnetic Levitation Floating Globe, Floating Globe with LED Lig...
★★★★½ 2,277
$33⁹⁹
✓prime

## Products related to this item

Case 2:25-cv-00144-WSS     Document 2-6     Filed 01/31/25     Page 224 of 413

9/23/24, 1:49 PM                Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig…

Sponsored ⓘ

Subtotal
**$0.00**







Magnetic World Globe, 10" Magnetic Standing Sphere for Office Desk or Classroom, Pe…
★★★★☆ 95
$59⁹⁵
✓prime

Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic …
★★★★½ 39
$79⁹⁹
✓prime
Save 5% with coupon

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys…
★★★★½ 4,837
Limited time deal
-20% $31⁹⁹
List:$39⁹⁹
✓prime
Save 10% with coupon

MOVA Globe Blue Relief Map 4.5"
★★★★½ 572
$218⁰⁰ ($4.54/oz)
✓prime

Flagest Magnetic Levitation Floating Globe Rotating Globe Book Base -Nice Desk…
★★★★½ 27
$84⁹⁹
✓prime
Save 5% with coupon




## Product Description

**JEHUPA LEVITATION GLOBE**

**LEVITATION GLOBE**

**GEOGRAPHY TEACHING**

**AUTOMATIC ADSORPTION PROTECTION**

- Floating globes can be used for geography education for Kids.All the countries on the earth are shown very clearly and exactly. It is a perfect learning partner to for kids school learning and education, and fully motivates children to Great interest in learning geography and social studies and science!

**MAGNETIC LEVITATION TECHNOLOGY**

**PERFECT GIFT**

- The maglev globe is is a nice decoration and a good choice for gifts for all ages






| | Magnetic Levitation | Magnetic Levitation | Magnetic Levitation | Magnetic Levitation |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★☆ 50 | ★★★★☆ 34 | ★★★★☆ 34 | ★★★★★ 1 |
| Price | $73⁹⁹ | $22⁹⁹ | $22⁹⁹ | $58⁹⁹ |
| Magnetic Levitation Series | Magnetic Levitation Globe 6 inch | Magnetic Levitation Globe C Type 3 inch Black Silver | Magnetic Levitation Globe Type C 3" Blue | Magnetic Light Bulb |

9/23/24, 1:49 PM    Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig…

Subtotal
$0.00

## Product information

| | |
|---|---|
| Finish Type | Map Type |
| Item Diameter | 6 Inches |
| UPC | 770087655548 |
| Item Weight | 2.53 pounds |
| ASIN | B09V7YXQZY |
| Country of Origin | China |
| Item model number | 1 |
| Customer Reviews | 3.9 ★★★★☆ ⌄    50 ratings |
| | 3.9 out of 5 stars |
| Best Sellers Rank | #138,820 in Toys & Games (See Top 100 in Toys & Games) |
| | #105 in Geographic Globes |
| Finish types | Map Type |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Videos

#### Videos for this product



A cool little globe once you get it working...
Chris Reviews Awesome Stuff



Magnetic Levitation Globe,Levitating globe
cishengkeji

[ Upload your video ]

🔴⚪ **Looking for specific info?**

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|






**JEHUPA** Magnetic Levitating Globe,Cool Gadgets Auto-Rotating Globes Floating...

**Cicorfu** Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotati...

**exekoml** Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotatin...

**NHSUNRAY** Magnetic Levitation Floating Globe 8" Levitation Rotating Ball LED...

[ Add to Cart ]    [ Add to Cart ]    [ Add to Cart ]    [ Add to Cart ]

9/23/24, 1:49 PM    Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig...

| | | | | | | |
|---|---|---|---|---|---|---|
| Price | $73.99 | $79.99 | $72.00 | $98.99 | Subtotal | $0.00 |
| Delivery | ✓prime FREE One-Day | ✓prime FREE Delivery | ✓prime FREE Delivery | ✓prime FREE One-Day | | |
| Customer Ratings | 3.9 ★★★★☆ 50 | 4.3 ★★★★☆ 39 | 4.3 ★★★★☆ 13 | 4.1 ★★★★☆ 140 | | |
| Sold By | cishengkeji | huilixin | IYOUNG | NBDoremy | | |
| Color | Blue | blue | White Light | Black | | |
| Brand | JEHUPA | Cicorfu | exekoml | NHSUNRAY | | |
| Material | Environmentally friendly impact resistant polystyrene | Acrylonitrile Butadiene Styrene (ABS) | Acrylonitrile Butadiene Styrene (ABS) | Plastic | | |
| Map Type | World Map | World Map | World Map | World Map | | |

## Related products with free delivery

Sponsored ⓘ

    

Magnetic World Globe, 10" Magnetic Standing Sphere for Office Desk or Classroom, Pe...
★★★★☆ 95
$59.95
✓prime

MOVA Globe Blue Relief Map 4.5"
★★★★☆ 572
$218.00 ($4.54/oz)
✓prime

Floating Globe, Magnetic Levitating Globe with LED Light, 360° Rotating Geographic ...
★★★★☆ 39
$79.99
✓prime
Save 5% with coupon

MOKOQI Magnetic Levitating Globe with LED Light, Cool Tech Gift for Men Father Boys...
★★★★☆ 4,837
Limited time deal
-20% $27.99
List: $34.99
✓prime
Save 10% with coupon

Levitating Globe, Floating Globe 6 Inches, Magnetic Levitation Rotating World Map G...
★★★★☆ 13
$72.99
✓prime

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ

  

Case 2:25-cv-00144-WSS     Document 2-6     Filed 01/31/25     Page 227 of 413

9/23/24, 1:49 PM            Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig...

 SJSMARTGLOBE with Interactive APP & LED Illuminated Constellations at Night,...  PlayShifu Smart Educational Globe for Kids, Interactive AR Toy, Ideal for... 

Subtotal
**$0.00**

## Customer reviews

★★★★☆ **3.9 out of 5**
50 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓ | 62% |
| 4 star | ▓ | 13% |
| 3 star | ▏ | 3% |
| 2 star | | 0% |
| 1 star | ▓▓ | 22% |

∨ How customer reviews and ratings work

Sponsored ⓘ

### Customers say

Customers like the appearance of the globe. They mention it looks nice and makes a nice presentation. However, some customers have reported that the globe doesn't work and the magnet strength is weak.

AI-generated from the text of customer reviews

**Select to learn more**

↗ Looks nice    ↘ Functionality    ↘ Magnet strength

[ Top reviews ⌄ ]

## Top reviews from the United States

[ Translate all reviews to English ]

⬤ Dale A. Wilkerson

★★★★★ **Great Globe and base.**
Reviewed in the United States on July 22, 2023
**Verified Purchase**

This is a fantastic globe of Earth. The globe looks very real with pretty much all the country names and their capitols. I love the base and the blue led lights. It took about 1 minute to get the hang of placing the globe so its floats. I can do it now in less than 10 seconds. It floats about 1/2 to 5/8 inch above the base. Its starts to rotate within about 15 seconds. You can give it a slight nudge in the direction you want it to rotate. I like the fact that it rotates very slowly, about 4 rpm. It just seems more realistic the slower it goes. Wish it was a little cheaper, but I liked this one better than anything else I saw so I am happy with my purchase.

2 people found this helpful

[ Helpful ]  | Report

⬤ Chris G.

★☆☆☆☆ **Worked for a couple of weeks and is now not working**
Reviewed in the United States on March 7, 2024
**Verified Purchase**

Had the unit for a couple of weeks and then while I was in the office I heard a loud clunk. Unit fell onto its base and now none of the lights work and it will not levitate. Would like to return the unit but its not eligible. I had a simular one in the past that worked for years. I would avoid this one as its not reliable.
UPDATE- really not happy with the unit or supplier on this. Only had it a couple of weeks and its not eligible for return. Nobody reaches out on how to fix this. I would avoid this item at all cost going forward.
Update- supplier reached out and said they would send a replacement unit but never did. Gave some bogus chinese shipping info but a replacement never showed. Will advise you avoid this vendor

One person found this helpful

[ Helpful ]  | Report

⬤ Theresa J Rogers

★★★★★ **Marvelous**
Reviewed in the United States on January 1, 2024
**Verified Purchase**

It's magnificent!!! So cool it doesn't take long to get the hang of get it to float above the base. The lights are really nice also. I bought for my husband for Christmas so if I need to update this later I will because I am not sure of longevity yet.

[ Helpful ]  | Report

⬤ Diane Miranda

★★★★☆ **Captures imagination.**
Reviewed in the United States on December 27, 2022

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 228 of 413

9/23/24, 1:49 PM    Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig…

Subtotal
$0.00

Verified Purchase

Had grandson looking up locations and checking proximity on different bodies of land and water. Only thing that I would score lower on is that the globe is hard to balance on magnetic base. Once there, it stays in place. Due to this I would mart it down by 1star.

Helpful    |    Report

Deb "W" 😎

⭐⭐⭐⭐⭐ **Great product**
Reviewed in the United States on February 22, 2024
Verified Purchase

Gave this to my 15 year old grandson for Christmas and he loves it. He is very much into Geography and Astronomy. Looks really nice in his room, very well made.

Helpful    |    Report

MzPepper

⭐⭐⭐⭐⭐ **Looks nice when its lit up**
Reviewed in the United States on September 20, 2023
Verified Purchase

It took a while for me to learn how to levitate it but once I did it was a sight to see.

Helpful    |    Report

Ron

⭐ **It does not work. Need to return**
Reviewed in the United States on April 19, 2024
Verified Purchase

Need to return, it does not wprk

Helpful    |    Report

Alejandro Prieto Dorzon

⭐⭐⭐⭐⭐ **De lujo**
Reviewed in the United States on January 18, 2024
Verified Purchase

Excelente para geografía

Helpful    |    Report

Translate review to English

**See more reviews ›**

## Top reviews from other countries

Translate all reviews to English

Victor

⭐⭐⭐⭐⭐ **Levitacion mundo**
Reviewed in Mexico on July 14, 2024
Verified Purchase

Excelente calidad, excelente funcionamiento, muy bonito. Lo único es que cuando se sale de posición o se va la energía se golpea muy fuerte contra la base, sería conveniente como opinión que le colocarán en la base una esponja o un material que absorva el golpe.

Report

Translate review to English

Cuautlic

⭐⭐⭐⭐⭐ **Excelente Globo Levitador.**
Reviewed in Mexico on November 17, 2023
Verified Purchase

Case 2:25-cv-00144-WSS     Document 2-6     Filed 01/31/25     Page 229 of 413

9/23/24, 1:49 PM          Amazon.com: Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Lig…

Subtotal
$0.00

Tiene 4 modos. Totalmente apagado (solo gira), totalmente encendido (base y Globo encendidos), solo Globo encendido, solo la base encendida. En todos los casos el Globo gira, y otra cosa más: puede girar a un lado u otro dependiendo del impulso inicial. Muy complacido.

Report

Translate review to English

Angel

★★★★★ **Impactante**
Reviewed in Mexico on March 15, 2024
Verified Purchase

Me encantó su diseño. Lo usé para decorar mi recámara.

Report

Translate review to English

Felipe

★★★★★ **Hermoso mundo**
Reviewed in Mexico on February 5, 2024
Verified Purchase

Fácil de usar e instalar muy bonito al momento de rotar

Report

Translate review to English

Erika Hurtado

★★★☆☆ **Falló**
Reviewed in Mexico on July 22, 2024
Verified Purchase

Nunca levito

Report

Translate review to English

**See more reviews ›**

Sponsored ⓘ

Back to top

**Get to Know Us**          **Make Money with Us**          **Amazon Payment Products**          **Let Us Help You**



9/23/24, 1:49 PM

Place Your Order - Amazon Checkout

## amazon prime

Secure checkout ∨



### Delivering to Steven Howard
1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

∨ **FREE pickup available nearby**

Change

---

### Paying with Visa 3651
∨ Use Chase Ultimate Rewards points
$64.78 (8,098 points) available
Use a gift card, voucher, or promo code

Change

---

### Arriving Sep 24, 2024
If you order in the next 55 minutes **Details**



Magnetic Levitating Globe,Cool Gadgets Auto- Rotating Globes Floating Globe World Map Office Decor with LED Light Base for Children Educational Gift Home Office Desk Decoration (6 Inch)

$73⁹⁹

& **FREE Returns** ∨

Ships from Amazon.com
Sold by cishengkeji

**Quantity:** 1 Change

Add gift options

◉ **Tomorrow, Sep 24**
FREE One Day Delivery

○ **Thursday, Sep 26**
FREE Amazon Day Delivery
🍃 **Lower carbon option** ∨
Change delivery day

---

**Place your order**   **Order total: $81.57**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                          $73.99
Shipping & handling:            $0.00
Estimated tax to be collected:  $7.58
**Order total:**              **$81.57**

Back to top

9/23/24, 1:49 PM                                    Place Your Order - Amazon Checkout





Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 234 of 413

9/23/24, 1:50 PM                Amazon.com: Levitating Plant Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Flower Pot Planter for Office Home…

Subtotal
**$0.00**

Valentine's Day, Christmas, Father's Day, birthdays and more. For those who value sustainability and innovation, this standout gift is sure to impress.

- 💝【Stylish and Portable Design】 Our sleek, lightweight planters blend seamlessly into any space - from living rooms and dining tables to offices, bathrooms and bookshelves. Pair them with vibrant plants to enhance your decor, purify the air, and create a cosy atmosphere.

- 🌳【Easy Levitation Magic】 Simply place the base on a firm surface, plug it in and hold the pot over the centre. When you feel the magnetic pull, release gently. It may take a moment to reach the perfect levitation point, but when you do, you'll be captivated by the graceful floating of your plant.

- 🌲【Endless DIY Fun】 Unleash your creativity! Grow an assortment of tiny plants, succulents or bonsai in your floating planter. Or get playful and float other magnetic items to create a custom centrepiece that says 'you'.

- 🎏【Care That Keeps It Going】 Keep your magnetic wonder working like new with these tips: 1) it holds up to 300g evenly distributed; 2) it needs power to float, so no juice means no float; 3) if you have any hiccups, call our 24/7 customer support anytime.

💬 Report an issue with this product or seller

Sponsored ⓘ

## Deals on related products


**Tall Flower Planter, White, Large Modern Flower Planter, Indoor, Outdoor Grande Pla…**
Sponsored ⓘ
Limited time deal
-20% $215²⁰
List: $269.00
✓prime
Save $50.00 with coupon


**LE TAUCI Ceramic Planters with Drainage Hole and Saucer, Set of 3 (4.3", 5.3", 6.8"), Indoor…**
Sponsored ⓘ
⭐⭐⭐⭐½ 2,972
Limited time deal
-28% $25¹⁷
List: $34.99
✓prime
🌿 Climate Pledge Friendly


**Selamica Vintage Blue Ceramic Succulent Planters, 4.6 Inch Pots with Drainage Hole &…**
Sponsored ⓘ
⭐⭐⭐⭐½ 257
Amazon's Choice in Garden Pots
Limited time deal
-22% $28⁸⁹
List: $36.99
✓prime
Save 5% with coupon


**Quarut 3 Pack 10 inch Plastic Whiskey Barrel Planters with Drainage Holes & Saucer,…**
Sponsored ⓘ
⭐⭐⭐⭐½ 3,847
#1 Best Seller
Limited time deal
-38% $19⁹⁸
List: $31.99
✓prime


**KRONLY Plant Drainage Insert 6.56ft. x 3.28ft. Pot Drainage 2 Pieces - Perfect for …**
Sponsored ⓘ
⭐⭐⭐⭐ 52
Limited time deal
-50% $5⁹⁷
List: $11.95
✓prime

## Top rated similar items                                    ⋮

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 235 of 413

9/23/24, 1:50 PM            Amazon.com: Levitating Plant Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Flower Pot Planter for Office Home…

Subtotal
**$0.00**






GAMERIEND BandD Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Home & Offic…
★★★★½ 440
$61²⁵
✓prime FREE Delivery
**Wednesday, Sep 25**

Sungmor 10.6 Inch Ceramic Succulent Plant Pot with Drainage Hole, Hand Painted Flower Pots for Plants, Unique…
★★★★½ 254
-21% $55⁵⁹
List: $69.99
✓prime FREE Delivery
**Wednesday, Sep 25**

Gifts & Decor Ceramic Jade Garden Planters Flower Plant Pot Set, 3-Piece
★★★★½ 413
$59²⁵
Get it Oct 2 - 3
FREE Shipping

LEVINA Floating Plant Pot - Authentic Levitating Plant Pot for Air Plants, Magnetic Rotating Air Bonsai Planter, Floating…
★★★★½ 262
$65⁹⁹
✓prime FREE Delivery
**Wednesday, Sep 25**

---

## From the brand



**Vibrant choices await**

**Float in elegance**
Let your plants soar with our innovative magnetic flower pots.

**Float i**
Transfor
magneti

---

## Product Description

**Floating Plant Pot: Defy Gravity, Inspire Wonder**

**Unveil the Magic of Magnetic Levitation: Our Unique Planter Redefines Indoor Decoration**

A marvel of modern design, our Magnetic Levitation Planter harnesses the power of magnetism to defy gravity and suspend your favourite plants in mid-air. This unique planter creates an awe-inspiring visual spectacle where plants appear to float effortlessly, adding a touch of magic and sophistication to any setting.

**Versatile and Captivating: Where to Add Magnetic Magic to Your Space**

The applications for our Magnetic Floating Planter are as limitless as your imagination. Ideal for contemporary homes, it serves as an intriguing centrepiece on coffee tables, dining areas or entryways, attracting attention and sparking conversation. In commercial spaces such as offices, lobbies and retail outlets, its futuristic charm enhances the ambience and leaves a lasting impression on clients and visitors. It also finds a place in educational settings, demonstrating the wonders of science through a living, breathing display.

Wherever you choose to display this magnetic masterpiece, it promises to transform the ordinary into the extraordinary, enhancing your environment with its enchanting presence.

9/23/24, 1:50 PM                Amazon.com: Levitating Plant Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Flower Pot Planter for Office Home…

Subtotal
$0.00

**Spinning Greenery, Magnetic Wonder**

Introducing our revolutionary Magnetic Levitation Planter, designed to take your indoor gardening experience to new heights.

With its innovative 360-degree rotation, this floating masterpiece ensures your plants receive an even distribution of sunlight throughout the day. As the planter gently rotates, each leaf and petal basks in the nourishing warmth of natural light, promoting healthy growth and vibrant colour.

Witness the harmonious dance between technology and nature as your greenery floats effortlessly, creating a mesmerising focal point in any space. Embrace the future of horticulture with our Magnetic Levitation Planter, where innovation meets elegance and every turn nurtures life.

**AUTOMATIC ADSORPTION PROTECTION**

If the power is cut or the magnetic levitation flower pot is accidentally bumped, the flower pot automatically

The flower pot will automatically be adsorbed to the top of the frame and will not be easily damaged.

**NOTE**

_**Please place the flower pot on the base when the power is off.**_

_**Please keep this item at least 7.87 inches away from computers and other electronic devices and metal.**_

## Where Nature Floats, Productivity Soars

Transform your office environment into a haven of innovation and tranquillity with our Magnetic Levitating Planter. Designed to defy gravity, this cutting-edge planter presents your chosen greenery in a state of perpetual levitation, adding a futuristic touch to your workspace while harnessing the natural benefits of indoor plants.

- **Stress relief**: Studies have shown that plants in the workplace can reduce stress levels and improve overall wellbeing. Our floating planters provide a visually calming presence that encourages relaxation and concentration.
- **Improving air quality**: Indoor plants act as natural air purifiers, absorbing pollutants and releasing oxygen. By incorporating our floating planter, you're investing in cleaner air for a healthier working environment.
- **Unique décor**: Make a statement with a piece of design that attracts attention and sparks conversation. The Floating Planter is not just a functional item; it's a symbol of forward thinking and creativity.
- **Space efficiency**: Ideal for desks, meeting rooms or reception areas, the Floating Planter takes up minimal space, making it perfect for offices where every inch counts.
- **Low maintenance**: With its self-contained magnetic system, the planter requires little maintenance beyond standard plant care, ensuring your office greenery stays effortlessly suspended and vibrant.

Enhance your office aesthetic and staff morale with our Magnetic Levitating Planter - where the future floats and productivity thrives.

## Lift Your Bathroom Experience to New Heights

This unique planter uses cutting-edge magnetic technology to suspend your favourite plants in mid-air, creating a mesmerising display that enhances the ambience of your personal spa. As well as being a stunning centrepiece, it also helps to purify the air, as many houseplants are known to filter toxins and improve air quality.

**Please note** the following considerations when using our Magnetic Floating Planter in your bathroom:

- **Humidity:** Ensure that the plant species you choose can thrive in the high humidity environment typical of bathrooms. Some plants require less moisture and may suffer in such conditions.
- **Electrical safety:** The magnetic levitation system requires electricity. Please locate the planter away from water sources and ensure that all electrical components are properly insulated and safe for bathroom use.
- **Maintenance:** Regularly check the stability of the planter and the operation of the magnetic mechanism. Keep the area around the planter clean to prevent dust and debris from interfering with the magnetic field.
- **Weight restrictions:** Be aware of the weight limitations of the planter. Overloading it with a heavy pot or excessive soil could affect its ability to float.

By following these guidelines, you can enjoy the tranquil beauty and air-purifying benefits of our Magnetic Floating Planter in your bathroom.

STEP1: Part Search Confirmation

1. Hexagonal flower pot

2.DC Transformer

3. Magnetic suspension base

- Turn on the power and place the base horizontally on the table.

STEP2: Levitate the planter

- Hold the globe from the centre of the base 3.9inch position, vertically down (move down at the same time, making sure to keep the flower pot horizontal).W
- hen the flower pot drops to about 0.59inch above the centre of the centre (when you feel the strong magnetic field to push the flower pot up), and then slowly release the hands.

STEP3: Suspended Successfully

- When you release your hand and feel that the flower pot is moved in one direction, gently move it in the opposite direction by hand.W
- hen you feel that it is no longer moving, the flowerpot has found the centre point, you can release your hands completely.

## Elevate Your Style, Suspended in Elegance

Amazon.com: Levitating Plant Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Flower Pot Planter for Office Home…

Subtotal
**$0.00**

Unleash your creativity and personalise your living space with the DIY versatility of our Magnetic Levitating Planter. This innovative planter isn't just about defying gravity; it's a blank canvas for your artistic expression, offering endless possibilities for customisation.

- **Custom plant selection**: Choose from a wide range of lightweight green plants to match the weight specifications of the planter. Whether you prefer succulents, ferns or air plants, the choice is yours to create a floating garden that reflects your style and enhances the atmosphere of your home.
- **Artisan accents**: Add a touch of handcrafted charm by placing delicate, hand-woven flowers or artificial botanicals in the planter. These elements not only maintain their beauty over time without the need for watering, but also add a timeless elegance to the floating effect.
- **Alternative Decorative Displays**: Think outside the planter! While plants are the classic choice, consider experimenting with other decorative items that can be adapted to levitate on a magnetic base. Any levitating platform can become a stage for displaying your treasured magnetic keepsakes in a truly unique way.

The Magnetic Levitating Planter invites you on a journey of discovery where nature's grace meets human ingenuity. Seize the opportunity to create a centrepiece that is as individual as you are, where each floating creation tells a story of imagination and innovation.

### Levitating Plant Pot: A Gift Worth Giving

Introducing the Magnetic Levitating Planter - a gift that transcends the ordinary, enhancing your loved one's home décor as well as their mood. This extraordinary planter suspends greenery in mid-air, creating a mesmerising spectacle of nature's beauty and modern technology.

- **Awe-inspiring design**: Witness the magic of levitation as a potted plant floats effortlessly above its base. It's not just a planter, it's a conversation starter and a testament to human ingenuity.
- **A personal touch**: Encourage friends and family to personalise their planter with their favourite lightweight plants or craft accents. Each floating display will be a reflection of their personality and taste.
- **Wellness Boost**: Indoor plants are known to improve air quality and reduce stress. When you give a Magnetic Levitating Planter, you're also giving the gift of a healthier, calmer living space.
- **Versatile display**: Whether placed in the living room, office or bedroom, the planter adds a touch of wonder to any environment. Its compact size ensures it blends seamlessly into different environments.
- **Thoughtful and Unique**: Stand out from traditional gifts with something that combines art, science and nature. A symbol of innovation and care, the Magnetic Levitating Planter is sure to impress and delight.

Surprise your loved ones with a gift that will inspire joy and curiosity every day. The Magnetic Levitating Planter is not just a gift; it's a daily reminder of the wonders of the world and the thoughtfulness of the giver.

### Product information

| Material | Acrylonitrile Butadiene Styrene (ABS) |
| --- | --- |
| Color | Marble |
| Special Feature | ➤ Purifies air, enhancing your space with freshness and vitality., ➤ Magnetic levitation design creates a floating effect, adding an enchanting visual touch., ➤ 360-degree rotation ensures plants get equal sunlight, promoting healthy growth., ➤ Perfect blend of innovation and elegance, ideal for gifting., ➤ Fully customizable to showcase your unique creativity. |
| Style | Modern |
| Planter Form | Plant Pot |
| Shape | Hexagonal |
| Indoor/Outdoor Usage | Indoor |
| Mounting Type | Tabletop, Window Mount, Floor Standing |
| Product Dimensions | 1.58"D x 3.54"W x 1.18"H |
| Brand | Ronsoile |
| Item Weight | 1.6 Pounds |
| Item Weight | 1.6 pounds |
| Manufacturer | Ronsoile |
| ASIN | B0DHLBTPSC |
| Country of Origin | China |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

Would you like to **tell us about a lower price?** ⌄

9/23/24, 1:50 PM    Amazon.com: Levitating Plant Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Flower Pot Planter for Office Home…

| Customer Reviews | 5.0 ★★★★★ ▼ | 1 rating |
|---|---|---|
| | 5.0 out of 5 stars | |
| Best Sellers Rank | #72,024 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden) #694 in Garden Pots | |
| Date First Available | September 20, 2024 | |

Subtotal
$0.00

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

🔴🟠 **Looking for specific info?**

## Products related to this item

Sponsored ⓘ

    

**Tall Flower Planter, White, Large Modern Flower Planter, Indoor, Outdoor Grande Pla...**
Limited time deal
-20% $215.20
List: $269.00
✓prime
Save $50.00 with coupon

**HUNTHAWK Hanging Resin Swing Face Planter Pots for Indoor/Outdoor Plants, Succulent Pots...**
★★★★½ 129
$17.99
✓prime

**Vanslogreen Self-Watering Orchid Pots, 6 Inch, 2 Pack, Plastic Plant Pots with Holes...**
★★★★½ 129
$19.99
✓prime

**Funny Face Planter Pots for Plants Unique Cute Motorcycle Plant Pots Flower Succule...**
★★★★½ 2
$19.99
✓prime

**Utopia Home - Plant Pots Indoor with Drainage - 7/6.6/6/5.3/4.8...**
★★★★½ 2,367
#1 Best Seller
$12.99 ($2.60/Count)
✓prime
✓ Climate Pledge Friendly


PRIME BIG DEAL DAYS
TRAVEL DEALS
viator
Save 10% on Viator travel experiences
Book Now →
See site terms for exclusions.
Sponsored ⓘ

# Customer reviews

★★★★★ 5 out of 5

1 global rating

5 star ▬▬▬▬▬▬▬ 100%

▬▬▬▬▬▬▬▬

Top reviews ▼

## Top reviews from the United States

 john cashwell

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 239 of 413

9/23/24, 1:50 PM         Amazon.com: Levitating Plant Pot, Floating Plant Pot for Air Bonsai Planter, Magnetic Levitating Flower Pot Planter for Office Home…

| | |
|---|---|
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

˅ How customer reviews and ratings work

★★★★★ **I love it!**
Reviewed in the United States on August 3, 2024
Color: Black   |   <span style="color:green">Vine Customer Review of Free Product</span> ( What's this? )

I keep this magnetic, levitating little flower pot on my desk at work. I have a tiny little hand crocheted "Fine-Apple" (it's a happy little pineapple that someone at work and placed on my desk) that sits happily in the pot and spins around whilst holding up his little happy sign that states that he is a Fine-Apple and that he is fine and you are fine and everyone is fine. Anyway, it works as it should and everyone loves it!

( Helpful )   |   Report

See more reviews ›



PRIME BIG DEAL DAYS
**TRAVEL DEALS**

Save 10% on Viator
travel experiences
See site terms for exclusions

**viator**          Book Now →

Sponsored ⓘ

Subtotal
<span style="color:#b12704">$0.00</span>

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help



9/23/24, 1:51 PM                                 Place Your Order - Amazon Checkout

 **Secure checkout** ⌄

## Delivering to Steven Howard                                    Change

1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

⌄ FREE pickup available nearby

---

## Paying with Visa 3651                                          Change

⌄ Use Chase Ultimate Rewards points
   $64.78 (8,098 points) available

Use a gift card, voucher, or promo code

---

## Arriving Sep 24, 2024

If you order in the next 4 hours and 53 minutes  Details



Levitating Plant Pot, Floating
Plant Pot for Air Bonsai Planter,
Magnetic Levitating Flower Pot
Planter for Office Home
Decoration, Ideal Home Gift for
Halloween Thanksgiving
Christmas (Marble)

$54⁸⁸

 & FREE Returns ⌄
Ships from Amazon.com
Sold by Ronsoile US

**Quantity:** 1  Change

Add gift options

○ **Tomorrow, Sep 24**
   FREE One Day Delivery

○ **Thursday, Sep 26**
   FREE Amazon Day Delivery
   🍃 Lower carbon option ⌄
   Change delivery day

---

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

Items:                                 $54.88
Shipping & handling:                   $0.00
Estimated tax to be collected:         $5.63
**Order total:**                    **$60.51**

---

**Place your order**   **Order total: $60.51**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied?  See tax and seller information.

Do you need help? Explore our  Help pages  or  contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers:  Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's  Returns Policy

Back to cart

---

Back to top

---



9/23/24, 1:51 PM    Amazon.com: Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant Pot, for Office Home Decoration,3 …



Case 2:25-cv-00144-WSS     Document 2-6     Filed 01/31/25     Page 244 of 413

9/23/24, 1:51 PM          Amazon.com: Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant Pot, for Office Home Decoration,3 …

Subtotal
**$0.00**

Then slowly loose hands until the plant stays by itself

- 【Ergonomic】Our Lightweight, Portable, And Plug And Play Design Makes It Perfect For Any Home Or Office Decor.
- 【Ready to Gift】Levitating planters comes in an attractively designed box packaging, that is ready to gift. It is definitely something that draws your eye. You will enjoy the WOW factor which get from guests.

Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

 +  + 

**Total price: $84.48**

**Add all 3 to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant P…
$59⁰⁰

Funny Happy Birthday Candle, Gifts for Women & Men, Birthday Surprise Box, Birthd…
$13⁴⁹ ($1.50/Ounce) ✓prime

Der Rose Set of 6 Succulents Plants Artificial in Pots Small Fake Plants for Bedroom…
$11⁹⁹ ($2.00/Count) ✓prime

## 4 stars and above

Sponsored ⓘ



Artificial Scindapsus Aureus, Realistic Fake Plant with Plastic Pot for Home Office…
★★★★½ 1,564
$19⁹⁹
✓prime
Save 5% with coupon



Costa Farms Ponytail Palm Bonsai, Easy to Grow Live Indoor Plant in Indoors Garden …
★★★★½ 1,892
Amazon's Choice in Indoor Bonsai
$38⁹⁹
✓prime



Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique Gifts, Ro…
★★★★½ 305
$70⁸⁹ ($35.45/Fl Oz)
✓prime

VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique…
★★★★½ 495
$70⁹⁹
✓prime

Boska Cheese Fondue Party Set - Fondue Pot Set Microwave Safe Ceramic Hot Pot Choco…
★★★★½ 619
$39⁹⁹
✓prime

## Products related to this item

Sponsored ⓘ

9/23/24, 1:51 PM    Amazon.com: Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant Pot, for Office Home Decoration,3 …

    

| | | | | | Subtotal |
| | | | | | **$0.00** |

**Levitating plant, floating plant, floating plant pot for Succulents, air Bonsai(Black)**

★★★★☆ 470

$65.99

✓prime

**Brazilian Lucky Wood, Hydroponic Stump for Purifying Indoor Air, Office Desk Decora...**

★☆☆☆☆ 2

$13.99

**Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspension F...**

★★★★☆ 59

Amazon's Choice  in Planters

$65.00

✓prime

**Levitating Plant Pot, Magnetic Levitation Flower Pot Rotating Planters Suspension F...**

★★★★½ 13

$65.00

✓prime

**Artificial Scindapsus Aureus, Realistic Fake Plant with Plastic Pot for Home Office...**

★★★★½ 1,564

$19.99

✓prime

Save 5%  with coupon

# Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

# Product information

| Material | Resin |
|---|---|
| Color | White |
| Special Feature | Electric Stovetop Compatible, Manual |
| Brand | Luxelinc |
| Included Components | BODY |
| Global Trade Identification Number | 07602957454887 |
| Package Dimensions | 7 x 6 x 2 inches |
| Item Weight | 4 pounds |
| Manufacturer | Luxelinc |
| ASIN | B0DGCZXZFL |
| Country of Origin | China |
| Item model number | SX1470 |
| Best Sellers Rank | #354,219 in Kitchen & Dining (See Top 100 in Kitchen & Dining) #90 in Fondue Pots & Sets |
| Date First Available | September 7, 2024 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

## Feedback

Would you like to **tell us about a lower price?** ⌄

🔴🔵 **Looking for specific info?**

# Product Description

AMAZING ONE

9/23/24, 1:51 PM          Amazon.com: Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant Pot, for Office Home Decoration,3 …

### Related products with free delivery

Sponsored ⓘ

Subtotal
**$0.00**









Fake Succulent, Mini Succulents Plants Artificial in Silver Modern Human…
⭐⭐⭐⭐⭐ 59
$24.99  ($12.50/count)
✓prime

Magnetic Levitating Flower, Forever Flowers Real Eternal Roses, Levitation LED Ligh…
⭐⭐⭐⭐☆ 9
$77.99
✓prime

Artificial Scindapsus Aureus, Realistic Fake Plant with Plastic Pot for Home Office…
⭐⭐⭐⭐½ 1,564
$19.99
✓prime
Save 5% with coupon

Costa Farms Ponytail Palm Bonsai, Easy to Grow Live Indoor Plant in Indoors Garden …
⭐⭐⭐⭐½ 1,892
Amazon's Choice in Indoor Bonsai
$38.99
✓prime

Artificial Tall Grass Plants with Pots 36" 1 Pack Lily of The Valley Artificial Gra…
⭐⭐⭐⭐½ 12
$78.99
✓prime
Save 8% with coupon

Sponsored ⓘ

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

Case 2:25-cv-00144-WSS    Document 2-6    Filed 01/31/25    Page 247 of 413

9/23/24, 1:51 PM    Amazon.com: Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant Pot, for Office Home Decoration,3 …

Subtotal
$0.00



Sponsored ⓘ

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

🌐 English ⬍      🇺🇸 United States ⬍

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

Case 2:25-cv-00144-WSS     Document 2-6     Filed 01/31/25     Page 248 of 413

9/23/24, 1:51 PM          Amazon.com: Levitating Air Bonsai Pot,Levitating Plant Pot, Bonsai Pot, Unique Decor Air Plant Pot, for Office Home Decoration,3 …

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | Subtotal |
|---|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | **$0.00** |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

9/23/24, 1:51 PM
Place Your Order - Amazon Checkout



**Secure checkout** ⌄

**Delivering to Steven Howard**                                    Change
1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

**Paying with Visa 3651**                                          Change
∨ Use Chase Ultimate Rewards points
  $64.78 (8,098 points) available
Use a gift card, voucher, or promo code

**Arriving Sep 27, 2024 - Oct 1, 2024**

Levitating Air Bonsai                    ● Friday, Sep 27 - Tuesday, Oct 1
Pot,Levitating Plant Pot, Bonsai           FREE Delivery
Pot, Unique Decor Air Plant Pot,
for Office Home Decoration,3
Colors (White)
$59⁰⁰

Ships from Kaizone manufacture
Sold by Kaizone manufacture

**Quantity:** 1 Change

Gift options not available

**Place your order**

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

Items:                              $59.00
Shipping & handling:                 $0.00
Estimated tax to be collected:*      $6.05
**Order total:**                    **$65.05**

**Place your order**    **Order total: $65.05**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

amazon                🌐 English ⌄      🇺🇸 United States ⌄        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️✖️

9/23/24, 1:51 PM                      Place Your Order - Amazon Checkout

© 1996-2024, Amazon.com, Inc. or its affiliates

Squeeze more out of life

Sponsored ⓘ

Gsyhtq

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ (5.0) 3 reviews

Free 90-day returns

**Now $22.99** ~~$25.99~~ ⓘ
You save $3.00
Price when purchased online ⓘ

**Buy now**

**Add to cart**

🛡 Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $3.00
☐ 3-Year plan - $4.00

**How do you want your item?**
☐ I want shipping & delivery savings with Walmart+
You get 30 days free! Choose a plan at checkout.

| Shipping | Pickup | Delivery |
|----------|--------|----------|
| Arrives tomorrow | Not available | Not available |
| Order within 1 hr 29 min | | |

Delivery to **1 N La Salle St**

Sold by **PANDALILAI** | ⟳ **Pro Seller** ⓘ
Fulfilled by Walmart
★★★★★ 6 seller reviews
View seller information

Free 90-day returns  Details

♡ Add to list              🎁 Add to registry

Sponsored
$22.99
Moon Lamp with Wood Base, 12 CM Kids Night Light, Galaxy Lamp with 16 Colors LED, LED 3D Print Moon Night Light with Stand & Remote Control, Remote & Touch Control USB Lamp
★★★★★ 3
2-day shipping

**+ Add**









**$22.99**

Moon Lamp with Wood Base, 12 CM Kids Night Light, Galaxy Lamp with 16 Colors LED, LED 3D Print Moon Night Light with Stand & Remote Control, Remote & Touch Control USB Lamp

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**

Sponsored

**$21.99**

LED Nursery Night Lights for Kids: LumiPets Cute Animal Silicone Baby Night Light with Touch Sensor and Remote - Portable and Rechargeable Infant or Toddler Cool Color Changing Bright Nightlight Lamp

★★★★☆ 17

Shipping, arrives **in 2 days**

**$15.98**

Moon Lamp Kids Night Light Galaxy Lamp 5.9 inch 16 C Stand, Remote & Touch Control USB Rechargeable Gif

★★★★★ 2

Shipping, arrives **in 3+ days**

## About this item

### Product details ⌃

The moon is a symbol of luck and eternity. So it is a great gift for everyone on any holiday, birthday, Christmas, anniversary etc. The moon lamp adopts advanced 3D simulation software printing technology to create the uneven surface of moon through a layer-by-layer process. Color drawing craft makes the moon light bright and colorful, the surface of the moon lamp is very close to the lunar moon, novelty and charming. Diameter of the moon decor night light is 12cm.

- Let Us Bring The Universe To You: Unlike other cheap-looking galaxy lamps, our is lovingly wrapped. Crafted to perfection: realistic 3D surface, stunning nebula & stars inspired by NASA's telescope images, fun colors, long-lasting. Turn the galaxy on & enjoy!
- 360° Rotate & Timing Setting: Our moon lamp has a unique design can rotates 360°, You can view this mesmerizing light from every angle and use the remote control to turn on or stop. Even without the wooden stand, the galaxy lamp can also stand and rotate on a flat surface. You can use the timer on the remote control to set the moon light to power off after 15/30/60 minutes etc.
- Touch & Remote Control: The touch/remote control allows you to choose the desired effect from 16 colors and 9 brightness levels for the moon lamp. When you are lying on the bed, you can also use the remote control to switch the rotation and flash/fade mode of the cool lamp to create varied atmospheres, smart and user-friendly. The moon light is an interesting decoration in bedrooms, living rooms, restaurant, cafes, party and wedding.
- Safe and Durable: Food-grade raw material, extracted from corn stalk, healthy, non-toxic, and harmless. With built-in USB Charging and energy efficient LED light. Soft led light won't flicker or hurt eyes,100% safe. Even baby can use it. Long Battery Life. Built-in rechargeable polymer-lithium battery, the moon lamp provides 8-20 hours usage time depends on brightness and rotation. This moon night light is designed with USB charging port, you can charge it via any USB devices, like laptop, power bank or USB adaptor. No line hanging around, you can hold the moon light on your hand.
- Epic Gift Idea: Looking for teenage girl birthday gifts?  Galaxy Moon Light will impress all hard to please teenagers. The search for cool stuff for your room ends here! Vivid colors provide a flash of bold color & the perfect ambient lighting for your moon decor.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Features**
Energy Efficient

**Assembled Product Weight**
0.95 lb

**Brand**
Gsyhtq

**Manufacturer Part Number**
YQD-2

More details

### Warranty ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Best seller



 Add

**$4.12**

Equate AM/PM Weekly Pill Planner, Large

★★★★☆ 993

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**



Options    2 Times A Day

**$10.99**

Options from $10.99 – $21.98

Greencycle Weekly 7 Day Push-Button Pill Organizer Arthritis Friendly 2 Times A Day AM/PM BPA-Free Pill Box Moisture-Proof Pill Cases Design for Vitamins Fish Oil Compartments Supplements (Rainbow)

★★★★★ 22

Save with W+

Shipping, arrives **in 2 days**

Bought 1 time



 Add

**$7.99**

Portable Weekly 7-Day Pill Organizer, Travel Medicine E

★★★★☆ 2

Save with W+

Shipping, arrives **in 2 days**

⊘ Report incorrect product information



+ Add

**Now $14.66** ~~$39.99~~

In 50+ people's carts



+ Add

**$11.48**

+ Add

**Now $9.99** ~~$12.99~~

LumiPets Nursery Nightlight: Bear-Shaped Baby Nightlight - Rechargeable with Remote Bed, Sleep, Crib

★★★★★ 65

Shipping, arrives **in 3+ days**

Globe Electric LED White Brontosaurus Multicolor Silicone Kids Night Light, 6.77" Height, 3.7" Width

★★★★☆ 151

Save with W+

Shipping, arrives **in 2 days**

Projectables Star Wars LED Night Light, X-Wing Fighte

★★★★★ 15

Shipping, arrives **in 3+ days**

**Refine your search**

| levitating moon | vgazer levitating moon lamp | moon and stars decor | 3d led among us | levitating | levitating moon lamp | moon lamps for bedroom | night lights |

## Customer ratings & reviews

# 5 out of 5

★★★★★ (3 reviews)

[ View all reviews ]   [ **Write a review** ]

| 5 stars | | 3 |
| 4 stars | | |
| 3 stars | | |
| 2 stars | | |
| 1 star | | |

**Most relevant**

★★★★★                                    8/13/2024

**Pretty and not expensive.**

I bought two as Christmas gifts for my two kids and they loved it so much! Now I want to buy one myself. It's so convenient to switch the color of the light with a single touch!

Trevino

👍 0    👎 0    🏳 

★★★★★  **Verified Purchase** ⓘ              8/13/2024

Dawg

👍 0    👎 0    🏳 

★★★★★                                    6/9/2023

**Every kid's room needs one!**

This light is the ultimate sleep light for kids! I love that it can be carried around for nightly bathroom trips, and being able to change colors for customization is neat. I love this shelf, it looks great on a nightstand and the whole thing is well made. I was very impressed with this lamp and my kids were even more impressed!

👍 0    👎 0    🏳 

[ View all reviews ]

💳  **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**BLACK& UNLIMITED**

Black-led. For all.

Sponsored ⓘ

Clearance



Options

Now **$26.98** ~~$69.98~~
More options from $25.98

GPED Star Projector, Night Light Projector with 360° Rotation Magnetic Head & 12 Light Modes, Galaxy Projector with Remote Control & Timer for Kids / Adults / Bedroom / Christmas Party / Home Decor

★★★★☆ 1724

Save with W+

Shipping, arrives **in 2 days**



+ Add

+3 options

$22.99

Sponsored

6 Pack Stick-on Motion Sensor Lights, Warm White LED Night Light, Indoor Stair Lights, Battery Operated Wall Light for Clost, Cabinet

★★★★☆ 207

Save with W+

Shipping, arrives **in 2 days**

Clearance



Options

Now **$25.99** ~~$102.99~~

Star Projector, Astronaut Galaxy Projector, Kids Night Timer & Remote, 360°Rotation Magnetic Head, Gift for Birthdays

★★★★☆ 221

Save with W+

Shipping, arrives **in 2 days**

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Decorative Night Lights

Plug-In Night Lights

LED Night Lights

Shop All Night Lights

Salt Lamps

Dimmable Night Lights

Baby / Nursery & Decor / Baby Decor / Baby Lighting



**Shipping, arrives tomorrow, Aug 16**
Order within **27 min**

Steven Howard    Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

⏳ **Arrives tomorrow, Aug 16, order within 27 min**    1 item

Sold by PANDALILAI  |  ✓ **Pro Seller** ⓘ

**Fulfilled by Walmart**
Free shipping on orders over $35

Moon Lamp, Levitating Galaxy Moon Lamp 16
Colors, 12CM 3D Printing LED Moon Night Light...

$3.00 from savings

**$22.99**
~~$25.99~~

Remove    − 1 +



**Place order for $33.05**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)    ~~$25.99~~
**Savings**    -$3.00
    $22.99
Below order minimum (less than $35)    $6.99
**Estimated taxes**    $3.07

**Estimated total**    $33.05

Have a promo code?    ⌄



💳 **Payment method**

🔵 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651    $33.05

+ Add new payment    Edit payment

Ⓢ **one**

**onepay** $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to skip $6.99 shipping fees & explore more amazing member benefits!**

Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Free. $0. On us.*                                                    Sponsored ⓘ

VGAzer

**VGAzer Levitating and Floating Moon Lamp 16 Colors , Realistic Moon Display Night Light , Magnetic Levitation Spinning Ball , Cool Gadgets Gifts , Room Office Decor**

◉ Free 30-day returns

**$75.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**   What's covered
(Only one option can be selected at a time)
☐ 2-Year plan – $7.00
☐ 3-Year plan – $9.00

**How do you want your item?**

| 🚚 Shipping Arrives Aug 23 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to  **1 N La Salle St**

🏪 Sold and shipped by **VGAzer-Levitating Moon Lamp**
★★★★★ 4 seller reviews
View seller information

◉ Free 30-day returns  Details

♡ Add to list                         🎁 Add to registry

Sponsored
Now **$22.99** $25.99
Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover
★★★★★ 3
2-day shipping

| + Add |
|---|



Now **$62.99** $75.99
VGAzer Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday for Kids (16 Colors)

**$63.99**
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)

Now **$64.00** $75.00
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Control for Unique Gifts,Room Decor,Night Light,Offi

Save with W+
Shipping, arrives **in 2 days**

★★★★★ 7
Save with W+
Shipping, arrives **in 2 days**

Save with W+
Shipping, arrives **in 2 days**

## About this item

### Product details

【3 D PRINTING TECHNOLOGY】Our levitating moon lamp uses the latest 3 D printing Inkjet Painting technology to print each moon with satellite images and features a rugged surface reminiscent of a star in the night sky to create a texture that is similar to the real moon . Compared with the old model , we have optimized the lighting , ensuring the craters and rock textures of the lamp body are clearer to fit the real Lunar . 【UPGRADED MAGNETIC LEVITATION SYSTEM】Adopting upgraded levitation technology is easier to sense the magnetic base center and feel the gravity force , make the floating moon lamp suspended and spin automatically in the air freely. Once powered off, the base could provide a right and stable magnetic field to make the moon float. 【MULTI-COLOR CHANGING MOON LAMP】The magnetic levitation moon light has 16 different colors of moonlight to follow your moods . What's even more amazing is that you can make the moon flash and fade , depending on your lighting preferences . In addition, these eye-protection led beads are no harm to the eye and you can use it without worrying . 【ATTRACTIVE MOON LIGHT DECOR】This multi-color moon with 16 colors changing LED light floats and 360° rotates without any support . It not only a decorative lamp for your home and office , but also a reading lamp for your bedroom, living room, study, even a night light for nursery . 【CREATIVE GIFTS】Our magnetic floating light is so romantic in the dark that steals the show no matter where you place . Amazing gifts for birthday, anniversary, wedding, holidays, special gifts for her/him, friends, and family.

- VGAzer Levitating and Floating Moon Lamp 16 Colors , Realistic Moon Display Night Light , Magnetic Levitation Spinning Ball , Cool Gadgets Gifts , Room Office Decor
- 16 Colors and 4 Colors Lighting Modes , Magnetic Levitation Design , 3 D Printing Moon , 360 Degree Constantly Rotating and Silently , Touch Control the Lamp on & off , Soft LED Light , Eye Caring , Adjustable Brightness , Energy-saving , Desk Decorative Lamp , Easy to Operate
- Material: PLA + ABS
  Light Control Type: Remote control
  Switch: Touch switch
  Illuminant Color: 16 colors
  Galaxy Moon Lamp Diameter: 5.9 Inch
  Base Size: 5.12″ x 5.12″ x 1.2″
  Item Weight : 2 lb
  Input voltage: AC 100 V-240 V Output voltage: DC 12 V 2 A. Power: 1.5 W

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Assembled Product Weight**
2 lb

**Brand**
VGAzer

**Size**
5.9″ x 5.9″ x 5.9″

**Manufacturer Part Number**
XU-US2406020

More details

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠ **WARNING:** 1. This product only works plugged in. Keep it away from any metal. 2. Don't just unplug the power adapter without remove the moon lamp, or the moon lamp will pound the base. 3. Please keep at least 20 cm away from electronic products or magnetic products.



$75.99

VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for HomeOffice Decor, Creative Gift-6 Inch,Has 3 Colors Modes(YE,WH,Change from WH to YE)

Shipping, arrives **in 3+ days**



$79.99

XIHAMA-Light 3D Levitating Moon Lamp Spinning Moon Night Light Moon Decor for Bedroom, Birthday Gifts

Shipping, arrives **in 3+ days**



$77.99

3D Printed Magnetic Levitation LED Saturn Lamp with 100-240V US

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

Write a review



**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Stock up on your faves

Sponsored ⓘ

**Report:**  ⓘ Report seller  ⚠ Report suspected stolen goods (to CA Attorney General)

Baby  /  Nursery & Decor  /  Baby Decor  /  Baby Lighting



Free. $0. On us.*

Sponsored ⓘ

VGAzer

**VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk (16 Colors)**

Free 30-day returns

**$75.99**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $7.00
☐ 3-Year plan - $9.00

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Aug 23 | Not available | Not available |
| Free | | |

Delivery to 1 N La Salle St

Sold and shipped by VGAzer-Levitating Moon Lamp
★★★★★ 4 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list          🛒 Add to registry

Sponsored
**$12.88**
Xtreme Lit 8.4" Multicolor Magic Clear Lamp, Remote & Touch Control Faceted
3+ day shipping

**+ Add**

Now $65.99 ~~$75.99~~          $63.99          $75.99

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**

VGAzer Levitating Moon Lamp - Floating and Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)

★★★★★ 2

Save with W+

Shipping, arrives **in 2 days**

VGAzer Floating Moon Lamp 3 D Printing Magnetic Le Modes for Home Office Decor, Creative Gift-6 Inch,

Shipping, arrives **in 3+ days**

## About this item

### Product details ^

Use Magnetic levitation technique,Suspended and Spinning automatically in mid-air Freely without any support or contact,able to attract people's eyes. Moon lamp with remote control - Colors and brightness of the light emitted by the levitation moon lamp can be controlled using a remote control.The newest cool concept, very fancy and unique decor for your home, office, conference room. The Moon lamp designed with 16 colors Modes - The color modes can be controlled using a remote control. 3D Printing - Levitation moon lamp with a diameter is 5.9 inch, made with 3D printing technology, the surface of the moon lamp is very close to the real lunar moon, novelty and charming. PERFECT GIFT - Great gift for lover,friends,parents,kids at Christmas, birthday, holidays, wedding, anniversary and business,Add to cart -Image when they receive and open the box, it will bring them much surprise!

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk (16 Colors)

�घ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ^

**Features**
Color Changing/Rotating

**Brand**
VGAzer

**Manufacturer**
VGAzer-US

### Warranty ^

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings ^

⚠ **WARNING:** None



+ Add

$75.99

VGAzer Levitating and Floating Moon Lamp 16 Colors , Realistic Moon Display Night Light , Magnetic Levitation Spinning Ball , Cool Gadgets Gifts , Room Office Decor

Shipping, arrives **in 3+ days**



+ Add

$79.99

XIHAMA-Light 3D Levitating Moon Lamp Spinning Moon Night Light Moon Decor for Bedroom, Birthday Gifts

Shipping, arrives **in 3+ days**



+ Add

$77.99

3D Printed Magnetic Levitation LED Saturn Lamp with 100-240V US

Shipping, arrives **in 3+ days**

💬 Report incorrect product information



+ Add

$27.00 +$13.99 shipping

COFEST Black Snowflake Projector with Remote Control, HD Effects for Christmas & Other Holidays, 7W, RGB & White Lights, Suitable for Indoor & Outdoor Black

Shipping, arrives **in 3+ days**



+ Add

$4.57 +$3.00 shipping

marioyuzhang Led Lights Star Lights Star String Lights Star Fairy String Light Cute Christmas Lights Indoor Outdoor for Bedroom Dorm Room Wedding Party Xmas Home Decoration Room Decor

Shipping, arrives **in 3+ days**



Options

+4 options

$14.07 +$2.99 shipping

ZephyrZing Enchanted Lunar Lamp, Magical LED Moon Moon Lamp Handmade Wrought Iron Table Light, Remo Decorations (Purple)

Shipping, arrives **in 3+ days**

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

**Write a review**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

**Straight**

Free. $0. On us.*

Sponsored ⓘ



**Options**

$17.99

Creative Lamp Night For Woman Light Moon Lamp Galaxy Lamp Hanging Moon Lamp Moon Night Light Christmas Decorative Lights Home Decorations Gift Glow in The Dark Balloons for Parties in The Dark Bands

Shipping, arrives **in 3+ days**



**Options**

$12.45 +$6.00 shipping

More options from $11.54

marioyuzhang Interesting Lamp LED Light Round Light Starry Moon Light Middle Festival Decorative Light Studio Festival Decorative Light Room Decor

Shipping, arrives **in 3+ days**

Reduced price



**+ Add**

Now **$5.13** $6.12 +$3.00 shipping

marioyuzhang Led Lights Fairy String Lights Christmas Cherry Flower Decoration Novelty Light for Party Patio Decor

Shipping, arrives **in 3+ days**

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Salt Lamps

Teens' Lamps & Lighting

Decorative Night Lights

Lava Lamps

Moon Lamps

Sunset Lamps

Home  /  Decor  /  Lighting & Light Fixtures  /  Novelty Lights  /  Moon Lamps



Save with W+

LEPOWER Desk Lamp, 800LM LED Desk Lamp for Home Office, 12W Reading Lamp for Desk, Eye-Caring Desk Light, Touch Table Lamp, Gooseneck Lamp, 50 Lighting Modes, Bright Desk Lamps for Bedroom, Study Room

Shipping, arrives in 2 days

★★★★★ 7

Save with W+

UCACA Desk Lamp USB Charging Port LED Desk Lamp Foldable Desk Lamp, Eye Care Touch Control Office Desk Work and Reading (Black)

★★★★★ 2

Save with W+

## About this item

### Product details ⌃

**MAGNETIC LEVITATING LIGHT BULB** - Use Magnetic levitation technique,Floating and Spinning automatically in the air Freely without any support or contact, no need cables,batteries. **WIRELESS POWER TRANSMISSION** - Bulb powered through the air via induction,lights controlled by the touch button:on/off **ENERGY EFFICIENCY** - We use energy efficient LEDs rated at about 50,000 hours. That's 12 hours a day for 11 years! **ATTRACTIVE AND DECORATIVE LAMP** - A cool concept. Very fancy and Unique decoration for your home, office, conference room, Auditorium, canteen, and guesthouse,have unique visual effects. **PERFECT GIFT** - Great gift for lover,friends,parents,kids at Christmas, birthday, holidays, wedding, anniversary and business,Add to cart - Image when they receive and open the box, it will bring them much surprise!

VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique Gifts, Room Decor, Night Light, Home Office Decor Desk Tech Toys

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Features**

Energy Efficient

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

$75.99

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk (16 Colors)

Shipping, arrives in 3+ days



+ Add

$75.99

VGAzer Levitating and Floating Moon Lamp 16 Colors , Realistic Moon Display Night Light , Magnetic Levitation Spinning Ball , Cool Gadgets Gifts , Room Office Decor

Shipping, arrives in 3+ days



+ Add

$75.99

VGAzer Moon Lamp 3D Printing Magnetic Levitating M Creative Gift-6 Inch,Has 3 Colors Modes(YE,WH,Chang

Shipping, arrives in 3+ days

💬 Report incorrect product information



+ Add

$48.98

Bostitch Office LED Swing Arm Desk Lamp with Metal Clamp Mount, White

★★★★★ (6)

Shipping, arrives in 3+ days

Best seller



Options

+2 options

$20.98

KOOTION 12W Desk Lamp 72 LEDs White Table Light Home or Office Work

★★★★☆ 408

Save with W+

Shipping, arrives in 2 days



+ Add

$34.45

Globe Electric 32" Multi-Joint Metal Clamp Black Desk

★★★★☆ 45

Shipping, arrives in 3+ days

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review



 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Straight

Free. $0. On us.*



Sponsored ⓘ



$29.57 +$3.97 shipping

Metal High Pole LED Rechargeable Desk Lamp Public House Cordless Reading Light Hanging Topper Desktop Spotlight Battery Operated Clean It

Shipping, arrives **in 3+ days**



$23.80 +$3.59 shipping

Metal High Pole LED Rechargeable Desk Lamp Desktop Spotlight Decor Decorate Clean It Plastic Stainless Steel

Shipping, arrives **in 3+ days**



$4.89 +$4.99 shipping

Home Appliances on Clearance Led Desk Lamp Is Suita Portable Lamp Led Desk Lamp Strip Home Decor

Shipping, arrives **in 3+ days**

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Touch Lamps                                                    Shop All Desk Lamps

Green Desk Lamps                                          Book Lights

Architect Lamps                                             LED Desk Lamps

Home / Decor / Lighting & Light Fixtures / Lamps / Desk Lamps / Shop All Desk Lamps

**Bioré** Refresh your skincare

Sponsored ⓘ

VGAzer

**VGAzer Magnetic Floating Moon Lamp with Levitating Ball & 16 Colors LED Light , 3 D Printed Moon Light Levitates & Rotates in Air , Cool Decor Gadgets , Father Day's Gifts & Birthday Gifts**

⊙ Free 30-day returns

**$75.99**

Price when purchased online ⓘ

[ Buy now ]

[ Add to cart ]

🛡 Add a protection plan    What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $7.00
☐ 3-Year plan - $9.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🛍 Delivery |
|---|---|---|
| Arrives Aug 23 | Not available | Not available |
| Free | | |

Delivery to  1 N La Salle St

🏢 Sold and shipped by **VGAzer-Levitating Moon Lamp**

★★★★★ 4 seller reviews

View seller information

⊙ Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

Clearance

Sponsored

**Now $21.99** $32.99

Ocean Wave Projector Light, 16 Colors Water Wave Lamp, Wave Night Light for Bedroom Office Restaurant, Idea Gifts for Boys Girls, Father's Day Gifts

★★★★½ 9

2-day shipping

[ + Add ]



Now $62.99 $75.99                    $75.99                    Now $65.99 $75.99

VGAzer Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday for Kids (16 Colors)

Save with W+

Shipping, arrives **in 2 days**

VGAzer Floating Moon Lamp 3 D Printing Magnetic Levitating Moon Light Lamp Has 16 Colors 4 Modes for Home Office Decor, Creative Gift-6 Inch,

Shipping, arrives **in 3+ days**

VGAzer Levitating Moon Lamp,Floating and Spinning in 16 Colors Modes with Remote for Unique Gifts,Christm

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**

## About this item

### Product details  ⌄

【UPGRADED MAGNETIC LEVITATION TECHNOLOGY】-Adopts upgraded levitation technology,It is much easier to sense the magnetic base center and feel the gravity force,makes the moon lamp suspended and spinning automatically in the air freely.Uses the latest 3 D printing Inkjet Painting technology takes 32 hours to print each moon with satellite images and features a rugged surface reminiscent of a star in the night sky.  【WIRELESS TRANSMISSION & 360° AUTO ROTATION】-Magnetic levitation moon Lamp is powered through electromagnetic induction, from the magnetic base to the moon, no cables or battery,which always floats and 360° rotates all the time,which catches people's eyes.  【16 COLORS MOON LAMP】-Floating Moon lamp with eye-protection led beads, which is no harm to the eye, with long service life.16 colors and fade,flash mode for your choose.You can adjust the color & brightness according to your needs .  【UPGRADED LED LIGHT & 3D PRINTING】-After the lighting is optimized,the craters and rock textures of the lamp body are clearer.The light and shade changes in different areas of the moon are more natural, and the splicing marks at the bottom of the lamp body are almost invisible. Compared with the old model, it has been greatly optimized to fit the real Lunar moon lamp.  【PERFECT GIFTS & DECORATIVE LAMP】-Amazing gifts for birthday, anniversary,wedding,holidays, special gifts for her/him, friends, and family. When it lights up at night， floating & 360° rotating，it is so romantic in the dark. And also can be used as decorative light, child lamp, night lights.

- 【UPGRADED MAGNETIC LEVITATION TECHNOLOGY】-Adopts upgraded levitation technology,It is much easier to sense the magnetic base center and feel the gravity force,makes the moon lamp suspended and spinning automatically in the air freely.Uses the latest 3 D printing Inkjet Painting technology takes 32 hours to print each moon with satellite images and features a rugged surface reminiscent of a star in the night sky.

- 【WIRELESS TRANSMISSION & 360° AUTO ROTATION】-Magnetic levitation moon Lamp is powered through electromagnetic induction, from the magnetic base to the moon, no cables or battery,which always floats and 360° rotates all the time,which catches people's eyes.

- 【16 COLORS MOON LAMP】-Floating Moon lamp with eye-protection led beads, which is no harm to the eye, with long service life.16 colors and fade,flash mode for your choose.You can adjust the color & brightness according to your needs .

- 【UPGRADED LED LIGHT & 3D PRINTING】-After the lighting is optimized,the craters and rock textures of the lamp body are clearer.The light and shade changes in different areas of the moon are more natural, and the splicing marks at the bottom of the lamp body are almost invisible. Compared with the old model, it has been greatly optimized to fit the real Lunar moon lamp.

- 【PERFECT GIFTS & DECORATIVE LAMP】-Amazing gifts for birthday, anniversary,wedding,holidays, special gifts for her/him, friends, and family. When it lights up at night， floating & 360° rotating，it is so romantic in the dark. And also can be used as decorative light, child lamp, night lights.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications  ⌄

**Size**
5.9" x 5.9" x 5.9"

**Brand**
VGAzer

**Assembled Product Dimensions (L x W x H)**
5.90 x 5.90 x 5.90 Inches

### Warranty  ⌄

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

More details

### Warnings  ⌄

⚠ **WARNING:** Not Applicable



♡

+ Add

$79.99

VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique Gifts, Room Decor, Night Light, Home Office Decor Desk Tech Toys

Shipping, arrives **in 3+ days**



♡

+ Add

$75.99

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk (16 Colors)

Shipping, arrives **in 3+ days**



♡

+ Add

$75.99

VGAzer Levitating and Floating Moon Lamp 16 Colors , Magnetic Levitation Spinning Ball , Cool Gadgets Gifts

Shipping, arrives **in 3+ days**

⊘ Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

Write a review

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Bioré
FREE YOUR PORES!

Refresh your skincare

Sponsored ⓘ

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Lamps / Wood Lamps



**Free shipping, arrives by Fri, Aug 23**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415                                    Edit

**Delivery instructions (optional)**                                   Add

Add access codes or other necessary information.

**Items details**                                                      Hide details

**Arrives by Fri, Aug 23**                                             1 item

Sold and shipped by VGAzer-Levitating Moon Lamp
Free shipping

VGAzer Levitating and Floating Moon Lamp 16
Colors , Realistic Moon Display Night Light ,...

**$75.99**

Remove                    −      1      +



<div style="border:1px solid #ccc">

**Place order for $83.78**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $75.99 |
| Shipping | Free |
| **Estimated taxes** | $7.79 |
| **Estimated total** | **$83.78** |

Have a promo code?                                                    ⌄

</div>



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                            $83.78

+ Add new payment                              Edit payment

**one**

**onepay**  $15 cash back when you spend $15+           Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him

Sponsored ⓘ

01
Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for Home、Office Decor, Creative Gift-6 Inch,Has 16 Colors 20 Modes

Free 30-day returns

See more seller options

Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $18.00
☐ 3-Year plan - $24.00

♡ Add to list                    🎁 Add to registry

More seller options (1)
Starting from $109.99   Compare all sellers

Sponsored
$34.99
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9"

3+ day shipping

**+ Add**



$75.99
VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for HomeOffice Decor, Creative Gift-6 Inch,Has 3 Colors Modes(YE,WH,Change from WH to YE)
Shipping, arrives in 3+ days

+ Add

Now $70.00  $180.00
Options from $70.00 – $110.99
Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printed LED Moon Light Has 16 Colors 20 Modes for Unique Christmas Gifts,Room Decor (Marble Base 16 Colors)
Shipping, arrives in 3+ days

Options

Now $62.99  $76.99
VGAzer Floating Moon Lamp, Magnetic Levitating Moon Light with for Room Decor Moon Light, Birthday for Ki
Save with W+
Shipping, arrives in 2 days

+ Add

## About this item

Product details ⌃

## Product Description

**Perfect Home Decor & Ideal Gift**

At the Office

It's very unique,Great item and conversation starter

At Home

Perfect home decor for Bedroom, Living room,also a conversation piece with guests

In a kid's Room

Hover and Rotates indefinitely, very amazing , kids couldn't take their eyes off

**How Does It Works**

An optical illusion? Magic? Are we dreaming? None of the above. The Patented Design of the Levitating moon lamp uses Electromagnetic Force, resulting in a free-floating,spinning moon lamp, no string attached.

**How To Levitate Your Moon Lamp**

Step 1:

Place the moon lamp and base on a flat, nonmetallic surface. Plug the AC Adapter and another end DC power insert the base

Step 2:

Start from a height about of 6 inches above the base. Carefully lower the moon with both hands directly over the center of the base, keeping it level until you feel the upward magnetic force supporting the weight of the moon.

Step 3:

When you feel the magnetic force supporting the weight of the moon, gently let go keeping it centered and level. If it falls , simply lift the moon and try it again.If at first you don't succeed, Try, try ,try it again.

Step 4:

Finally touch the POWER sign on the base to turn on/off your levitating moon lamp.

Customer Reviews *4.2 out of 5 stars*
1,102

*4.1 out of 5 stars*
1,625

*4.3 out of 5 stars*
1,507

*4.4 out of 5 stars*
1,074

...
*4.2 out of 5 stars*
859

Price $75.99$75.99 $79.99$79.99 $75.99$75.99 — — $75.00$75.00
Color 16 Colors Moon Lamp 16 Colors Moon Lamp 16 Colors Lamp 16 Colors Moon Lamp Warm LED Light 16 Colors Galaxy moon lamp

- Levitates silently all day & night,Use Magnetic levitation technique,Floating and Spinning automatically in the air Freely without any support or contact
- 3D printed from super-strong PLA,Printed from a Hi-Res scan of the real moon,the  Moon emits a soft white light, creating a calm relaxing atmosphere. Perfect to guide your way, for the night is dark and full of terrors.
- Updated with 16 colors 20 modes - You can choose 16 colors like warm yellow color, white color,green,purple,Gradient changing... as you want.
- Featuring an easy touch-button ON / OFF switch, bringing the magic of the universe into your home is only ever a tap away.
- Gift one to friends or family and watch their jaw drop in amazement, disbelief and confusion. Reactions to  Levitating Moons are sure to make you smile,Bring a little piece of the universe into your home with this truly magical night light.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                                               ∧

**Brand**

01

## Warranty    ^

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Best seller



Options

Clearance



Options

**Now $7.48** $9.99
Options from $7.48 – $14.96

Urban Shop 3D Print Color Changing Moon Lamp with Wood Stand, remote control and USB Adaptor, 7.5" x 5.5", White

★★★★☆ 161

Save with W+

Shipping, arrives **in 2 days**

+3 options

$25.65 +$3.85 shipping

Moon Lamp Rechargeable Desk Moonlight Bedside Plastic Decorations Night Bedroom Lights Decore Bling

Shipping, arrives **in 3+ days**

**Now $13.51** $15.35 +$4.99 shipping
More options from $12.87

on Mustache Clear Light up Balloons Pool Party s Cream Lamp Galaxy Lamp Hanging Moon Lamp Moon Night L Decorations Gift

Shipping, arrives **in 3+ days**

---

💬 Report incorrect product information



+ Add

Best seller



+ Add



+ Add

$75.99

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Light,Night Light,Office Desk (16 Colors)

Shipping, arrives **in 3+ days**

$4.12

Equate AM/PM Weekly Pill Planner, Large

★★★★☆ 993

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 2 days**

$12.99

Pill Organizer Arthritis Friendly, BPA Free Travel 7 Day Large Compartment to Hold Vitamins, Cod Liver Oil, S

Shipping, arrives **in 3+ days**

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.  Learn more.

magic bullet.

Blend like magic

Sponsored ⓘ



Options



+ Add



Options

**$6.99** • $7.99 shipping

Ljstore LED Light Round Light Starry Moon Light Middle Festival Decorative Light Studio Festival Decorative Light

Shipping, arrives **in 3+ days**

Sponsored

**$19.99**

Minecraft Torch Light | 12 Inch LED Night Lamp and Play Light with USB Charge

★★★★★ 240

**Save with W+**

Shipping, arrives **in 2 days**

**$17.99**

Creative Lamp Night For Woman Light Moon Lamp Gal Light Christmas Decorative Lights Home Decorations The Dark Bands

Shipping, arrives **in 3+ days**

**Report:**   ⊘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Novelty Lights / Moon Lamps



**Free shipping, arrives by Fri, Aug 23**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**

Add

Add access codes or other necessary information.

**Items details**

Hide details

**Arrives by Fri, Aug 23**

1 item

Sold and shipped by chenhuishangmao
Free shipping

Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for Home、Office Decor, Creative...

**$109.99**

Remove    — 1 +



**Place order for $121.26**

By placing this order, you agree to our _Privacy Policy_ and _Terms of Use_

**Subtotal** (1 item)                      $109.99
Shipping                                    Free
**Estimated taxes**                       $11.27

**Estimated total**                        $121.26

Have a promo code?                          ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                    $121.26

+ Add new payment                   Edit payment

**one**

onepay $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back

as low as **$11/mo** with affirm          Apply now



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Squeeze more out of life

Sponsored ⓘ

Drevy

Levitating Moon Lamp, 3D Printing Spinning Moon Light, Magnetic Floating Lunar Lamp, Touch Control LED Moon Globe Lamps Night Lights Room Decor, Office Desk Tech Gadgets, Unique Gift

Free 30-day returns

**$105.00**

As low as $10/mo with **affirm** Learn how
Price when purchased online ⓘ

**Buy now**

**Add to cart**

Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $18.00
☐ 3-Year plan - $24.00

**How do you want your item?**

| Shipping Arrives Aug 22 Free | Pickup Not available | Delivery Not available |

Delivery to 1 N La Salle St

Sold and shipped by **Debao**
★★★★★ 2 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list          🗐 Add to registry

Sponsored
**$34.99**
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9'
3+ day shipping

**+ Add**

Now $64.00 $75.00          Now $65.99 $75.99          $63.99

VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Lamp 3D Moon LED Light with Remote Control for Unique Gifts,Room Decor,Night Light,Office Desk Toys

Save with W+

Shipping, arrives in 2 days

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk

★★★★★ 1

Save with W+

VGAzer Levitating Moon Lamp - Floating and Spinning Office, Home, Room Decor, (16 Colors)

★★★★★ 2

Save with W+

---

## About this item

### Product details

Floating and Spinning Moon Lamp 3 Colors Lighting This levitating moon lamp adopt magnetic levitation technology, it floats stably, spinning in midair automatically. 360 degree rotating silently. magnetic levitation moon lamp with 3 colors LED Light Modes, provide white light, Yellow light, Gradient changing from white to yellow light. Suitable for home, office, party, room decoration. Levitating Moon Lamp Warm Reminder This product works plugged in.Don't just unplug the power adapter without remove the moon lamp, or the moon lamp will pound the base.You need to avoid placing it near speakers, TVs, computer equipment, metal or radios. Anything with speakers and magnets will interfere with the fixture. Package 1 X Magnetic Base1 X Moon Lamp1 X Adapter1 X User Manual Specification Material PLA Moon Diameter 5.12 inch Light control type Touch control Lighting Color 3 colors Illuminant Type LED How to levitate the moon lamp Put the base on a flat (nonmetallic surface), connect the power adapter.Start from a height of about 6 inches above the base. Carefully lower the moon with both hands directly over the center of the base, keeping it lower until you feel the upward magnetic force supporting the weight of the moon.Release your hands when you feel the gravity of the moon is balanced to the upward magnetic force balance point, Approximately 0.9 inch from base, gently let the moon go and levitate, if it fails, simply lift the moon and try it again.

- Magnetic Levitation Moon Lamp: The moon lamp floating and spinning automatically in -air, without any support or contact. Stably levitates and 360 degree rotated silently. Moon light is powered by electromagnetic induction, Magnetic base, Wireless power supply for the moon.
- Illuminated Moon Lamp: The levitating moon with LED lights. Floating moon lamp provide white light, Yellow light, Gradient changing from white to yellow light. Touch the button on the base to switch the color of the moon light. Soft LED light will not harm your eyes.
- Touch Button: The base built-in blue LED lights, You can touch the power button sign on the base to turn on/off the moon lamp or base light separately. It looks pretty cool and beautiful when turned on in the dark.
- Cool Desk Gadget Decor: Uses 3D printing technology, makes the surface of the moon highly reproduced surface of the real lunar. Levitating moon light like the real moon to emit light quietly, create sweet, relaxing atmosphere. Perfect for your office, desk, room decoration.
- Perfect Gifts: This cool moon lamp could be used as night light, decorative light or small toy to relieve boredom for adults and children. It is a creative gift for everyone on Christmas, Birthday, Thanksgiving Day, Holiday etc.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Drevy

**Assembled Product Dimensions (L x W x H)**
5.91 x 5.91 x 9.06 Inches

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---



Options

**Now $70.00** ~~$100.00~~
Options from $70.00 – $110.99
Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LED Moon Light Has 16 Colors 20 Modes for Unique Christmas Gifts,Room Decor (Marble Base 16 Colors)

Shipping, arrives in 3+ days



+ Add

Sponsored

**Now $22.99** ~~$25.99~~
Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 1

Save with W+

Shipping, arrives in 2 days



+ Add

**$75.99**
VGAzer Levitating Moon Lamp,Floating and Spinning in 16 Colors Modes with Remote for Unique,Christmas Gifts Colors)

Shipping, arrives in 3+ days

---

🗨 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

---

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Enjoy Celsius Essentials

Sponsored ⓘ

**Report:**   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Home  /  Decor  /  Lighting & Light Fixtures  /  Night Lights  /  Shop All Night Lights



Free shipping, arrives by Thu, Aug 22

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

**Arrives by Thu, Aug 22**    1 item

Sold and shipped by Debao
Free shipping

Levitating Moon Lamp, 3D Printing Spinning Moon Light, Magnetic Floating Lunar Lamp, Touch...

**$105.00**

Remove    −  1  +



**Place order for $115.76**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $105.00 |
| Shipping | Free |
| **Estimated taxes** | $10.76 |

**Estimated total**    $115.76

Have a promo code?    ⌄



🗎 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651    $115.76

+ Add new payment    Edit payment

**one**

onepay $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back

as low as **$10/mo** with affirm    Apply now



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life                                    Sponsored ⓘ

LOYALHEARTDY

**Loyalheartdy Magnetic Levitating Moon Lamp Spinning 3D Printing Saturn Light Floating 3 Color LED Night Light Desk Lamp Home Decor**

🔵 Free 30-day returns

## $51.00
Price when purchased online ⓘ

| Buy now |
|:---:|

| Add to cart |
|:---:|

🛡 **Add a protection plan**   What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $6.00
☐ 3-Year plan - $8.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏪 Delivery |
|:---:|:---:|:---:|
| Arrives Aug 23 | Not available | Not available |
| Free | | |

Delivery to **1 N La Salle St**

🏪 Sold and shipped by **shenglian**
★★★☆☆ 30 seller reviews
View seller information

🔵 Free 30-day returns  Details

♡ Add to list                              🎁 Add to registry

Sponsored
**Now $7.99** ~~$8.00~~
Moon Lamp, Dual-Tone Color LED Light, 3D Printing Moon Lights with Bracket, Touch Night Lamp for Kids, Rechargeable Lunar LED Lamp, 3.5 inch
2-day shipping

| ➕ Add |
|:---:|



+8
View all

$63.99
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)


$75.99
VGAzer Floating Moon Lamp 3 D Printing Magnetic Levitating Moon Light Lamp Has 16 Colors 4 Modes for Home Office Decor, Creative Gift-6 Inch,


**Now $64.00** ~~$76.00~~
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Control for Unique Gifts,Room Decor,Night Light,Offi

★★★★★ 2
Save with W+
Shipping, arrives **in 2 days**

Shipping, arrives **in 3+ days**

Save with W+
Shipping, arrives **in 2 days**

## About this item

### Product details ⌃

*About this item:*

*- 3D Printing Moon: Made by 3D printing technology enables the surface of the lamp to exhibit a realistic moon-like texture. The moon lamp is powered by electromagnetic induction, Wireless power transmission, no built-in batteries, and has a long service life.*

*- Three Colors LED Light: Levitating moon lamp has 3 colors modes: white, warm white and yellow. Soft LED light will not harm your eyesight, create a clam and relaxed atmosphere for you. Touch the power button on the base, you can choose the color mode., it can be used as a decorative ornament that matches any home and office furnishings.*

*- AUTOMATIC ADSORPTION PROTECTION: When the power is cut off or the magnetic levitation moon lamp is accidentally collided, the sphere will automatically be adsorbed on the top of the frame and is not easily damaged. Please kindly put the moon lamp on the base when it is not powered on.*

*How to use (Please check the installation manual before installation):*

*- 1.Turn on the power and place the base horizontally on the table*

*- 2.Hold the moon lamp from the center of the base 3.9inch position, vertical down (move down at the same time, pay attention to keep the globe horizontally)*

*- 3.When the moon lamp drops to about 0.78inch above the center of the center(when you feel the strong magnetic field to push the globe up) and then slowly release the hands*

*- 4.When you release your hand and feel that the moon lamp is shifted in a direction, move it gently in the opposite direction by hand*

*- 5.Until you feel that it is no longer offset, the globe has found the center point at this moment, you can completely release the hands*

*Warm tip:*

*- Please keep this item at least 7.87inch away from computer devices and other electronic devices and metal.*

*- Don't unplug the power adapter without remove the moon lamp first, or the moon lamp will pound the base.*

*- In order to prevent damage to the circuit and ensure a long life of the product, if the suspension fails after several attempts, please unplug the power supply and wait for three minutes or more before trying the suspen sion operation again.*

*- If you have any questions, please feel free to contact us.*

- ☀️ Color: 3 color temperature
- ☀️ Lamp size: 5.5inch
- ☀️ Suspension height: 0.59inch
- ☀️ Power: 12V, 1000mA
- ☀️ Wattage Rating: 5-10W
- ☀️ Package included: 1 x Base; 1 x 5.5″ moon lamp; 1 x US plug wall adapter; 1 x User manual

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications ⌃

**Brand**
LOYALHEARTDY

**Assembled Product Weight**
6.6 lb

**Manufacturer Part Number**
HCX

**Manufacturer**
LOYALHEARTDY

More details

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings ⌃

⚠️ **WARNING:** This product can expose you to chemicals including diethylhexyl phthalate or lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov.



$25.65 +$3.85 shipping
Moon Lamp Rechargeable Desk Moonlight Bedside Plastic Decorations Night Bedroom Lights Decore Bling
Shipping, arrives **in 3+ days**

+ Add

**Best seller**



Options

+3 options

Now **$7.48** $15.99
Options from $7.48 – $14.96
Urban Shop 3D Print Color Changing Moon Lamp with Wood Stand, remote control and USB Adaptor, 7.5″ x 5.5″, White
★★★★½ (6)
Save with W+



Options

$6.99 +$7.99 shipping
Ljstore LED Light Round Light Starry Moon Light Midd Decorative Light
Shipping, arrives **in 3+ days**

Shipping, arrives **in 2 days**

💬 Report incorrect product information



**$74.99**

VGAzer Magnetic Floating Moon Lamp Night Light with 3 Colors Levitates and Spins Freely in Air , Levitation Mood Light for Home Office Desk Decor , Cool Gadget Gift

⭐⭐⭐⭐⭐

Shipping, arrives **in 3+ days**



**Now $22.99** $25.99

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

⭐⭐⭐⭐⭐

Save with W+

Shipping, arrives **in 2 days**



**Now $70.00** $110.99

Options from $70.00 – $110.99

Levitating Moon Lamp,Floating and Spinning in Air Free Colors 20 Modes for Unique Christmas Gifts,Room De

Shipping, arrives **in 3+ days**

## Customer ratings & reviews

⭐⭐⭐⭐⭐ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

**Write a review**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

 Enjoy Celsius Essentials 

Sponsored ⓘ



**$34.07**

16 Colors LED 3D Moon Lamp Wooden Base Stand USB Charging Night Light 5V 1A

Shipping, arrives **in 3+ days**



**$9.19** +$6.99 shipping

Options from $9.19 – $9.59

TRIEIY Led Lights Pendant Lights Led Light Round Light Starry Moon Light Middle Festival Decorative Lights Studio Festival Decorative Light Household Essentials Home Decor Clearance Sale✕✕ F

Shipping, arrives **in 3+ days**



**$9.39** +$5.96 shipping

Options from $9.39 – $9.79

Big Sale! Alofun Lights Led Light Round Light Starry M Studio Festival Decorative Light Home Appliances F

Shipping, arrives **in 3+ days**

Report:  ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Moon Lamps                          Dimmable Night Lights

Decorative Night Lights             Sunset Lamps

LED Night Lights                    Shop All Night Lights

Home / Decor / Lighting & Light Fixtures / Novelty Lights / Moon Lamps



**Free shipping, arrives by Fri, Aug 23**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**                    Add

Add access codes or other necessary information.

**Items details**                                        Hide details

**Arrives by Fri, Aug 23**                               1 item

Sold and shipped by shenglian
Free shipping

Loyalheartdy Magnetic Levitating Moon Lamp
Spinning 3D Printing Saturn Light Floating 3 Colo...

**$51.00**

Remove                    −    1    +



**Place order for $56.23**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $51.00 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $5.23 |

**Estimated total**                    **$56.23**

Have a promo code?                     ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                    $56.23

+ Add new payment                      Edit payment

one

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him

Sponsored ⓘ

jqQl

**Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday Christmas Gifts for Kids**

◉ Free 30-day returns

**$109.99**

As low as $11/mo with affirm. Learn how
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $18.00
☐ 3-Year plan - $24.00

**How do you want your item?**

| 🚚 Shipping<br>Arrives Aug 23<br>Free | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to **1 N La Salle St**

Sold and shipped by shaoyueshangmao
View seller information

◉ Free 30-day returns  Details

♡ Add to list          🗒 Add to registry

Sponsored
**$34.99**
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9"
3+ day shipping

| + Add |
|---|





Now **$62.99** $75.99
VGAzer Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday for Kids (16 Colors)



Sponsored
**$24.99**
LED Star Projector Galaxy Projector Light, Night Light Projector with White Noise Soothes Sleep, Music Player for Party, Rotating Lights for Bedroom and Room Decoration, Gifts for Kids/Adults



**$19.99** +$4.99 shipping
Creative Lamp Night For Woman Light Moon Lamp Galaxy Light Christmas Decorative Lights Home Decorations

Save with W+

Save with W+

Shipping, arrives in 2 days

Shipping, arrives in 2 days

Shipping, arrives in 3+ days

## About this item

### Product details ⌃

- Battery Properties: Without Battery
- Plug Specification: US Plug
- Included Components: Multiple Components
- Control Method: Touch
- Lamp Shade Material: Plastic
- Material: Plastic
- Special Features: Color changing
- Contains Light Source: Yes
- Power Supply: Plug Powered
- Lamp Type: Art shade
- Patterned: Solid color
- Turn On/Off: Touch
- Room Type: Office
- Operating Voltage: 110V (included)–240V (not Included)
- Recommended Use: Home Decor
- Style: Modern
- Theme: Fantasy
- Included Accessories: No Accessories
- Compatibility: Smartthings
- Shade Shape: Other Shapes
- Base Material: Plastic
- Metal Finish Type: Other Types

**New Magic Levitating Moon Table Lamp for Gift**

Levitating Moon Lamp,Night Light RGB 16 Colors Auto Floating Moon Light Magnetic Moon Gifts (5.9 Inch)
MAGNETIC TECHNOLOGY-Floating & Spinning Night Lamp - High resolution 3D Printing.
REMOTE CONTROL- Each lamp is equipped with multiple color and 4 lighting modes so you can select the perfect lighting for your space and enjoy the mesmerizing motion of this miniature moon magically suspended in mid-air.
DECORATIVE LAMP-Add the beauty of our solar system to your home decor with this floating magnetic Moon lamp.
EASY TO OPERATE-A little tricky to get it floating and be patient ,just find the center point balance point and then keep your hands free, once done you will find its brilliant.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
jq01

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

Now **$65.99** $79.99

VGAzer Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9Inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday for Kids (16 Colors Galaxy Surface)

Save with W+

Shipping, arrives in 2 days



Sponsored

+ Add

Now **$22.99** $25.99

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 1

Save with W+

Shipping, arrives in 2 days



+ Add

**$75.99**

VGAzer Levitating Moon Lamp , Spinning & Floating Moon, Realistic Moon Display , Magnetic Levitation Ball , Cool

Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

Write a review

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

Managing type 2 diabetes?

Sponsored ⓘ

**Report:**   ⊘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Teens' Lamps & Lighting                           Kids' Lamps & Lights

Decorative Night Lights                            Kids Night Lights

Sunset Lamps                                       Moon Lamps

Home  /  Decor  /  Lighting & Light Fixtures  /  Night Lights  /  Shop All Night Lights



**Free shipping, arrives by Fri, Aug 23**

Steven Howard                                                                 Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                    Hide details

**Arrives by Fri, Aug 23**                                                1 item

Sold and shipped by shaoyueshangmao
Free shipping

Floating Moon Lamp, Magnetic Levitating Moon
Lamp 16 Colors 5.9inch Spinning 3D Night Light...

**$109.99**

Remove                    −    1    +



**Place order for $121.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                  $109.99
Shipping                                                                  Free
**Estimated taxes**                                                     $11.27

**Estimated total**                                                    $121.26

Have a promo code?                                                          ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                   $121.26

+ Add new payment                                           Edit payment

**one**

**onepay** $15 cash back when you spend $15+                          Sign up

Add any credit or debit card & stack cash back

as low as **$11/mo** with **affirm**                                  Apply now



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him

Sponsored ⓘ

Accent Collection

**Accent Collection Magical Levitating Moon Lamp - Soft Multicolor Light**

Free 30-day returns

**$94.99**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

Add a protection plan   What's covered
(Only one option can be selected at a time)
- [ ] 2-Year plan - $10.00
- [ ] 3-Year plan - $12.00

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Aug 26 | Not available | Not available |
| Free | | |

Delivery to 1 N La Salle St

Sold and shipped by **Accent Collection**

★☆☆☆☆ 1 seller review
View seller information

Free 30-day returns Details

Add to list

Add to registry

Sponsored
$118.94
FINE MAKER 26 Inch 7 Colors Modern Crystal Ceiling Light, Remote Control Living Room LED Feather Ceiling Light (Chrome Silver)
3+ day shipping

**+ Add**



SIZE

HEIGHT
8.3 in / 21 cm
WIDTH
5.5 in / 14 cm

* ALL SIZES ARE MEASURED BY HAND AND APPROXIMATE

8.3 in / 21 cm

5.5 in / 14 cm



**+ Add**

$63.99
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)



**+ Add**

$19.99
Harry Potter Hanging 9 3/4 Night Light Wall Light Dec
★★★★☆

★★★★★ 2

Save with W+

Shipping, arrives in 2 days



Shipping, arrives in 3+ days

## About this item

### Product details

Brighten Your Space With The Enchantment Of The Moon Floating Lamp! Transform Your Bedroom Into A Magical Space Where The Moon Takes Off And Lands Automatically, Creating A Stunning Levitating Moon Lamp Display. With Its Silent Operation, This Floating Moon Lamp Casts A Soft Night Light In Multiple Colors, Adding A Touch Of Magic To Your Evening. The Switch To Turn Light Wirelessly On/Off Offers Effortless Control Over This Mesmerizing Levitating Desk Decor. Ideal As A Cool Night Light Or Bedroom Mood Lighting, This Levitating Lamp Is Not Just A Floating Desk Decor But A Marvel Of Magnetic Levitation Technology. Perfect For Kids And Adults Alike, It's The Best Night Light To Illuminate Dreams With Its Futuristic Decor Charm.Floating Moon Lamp Soft Light Bedroom Levitating moon lamp Levitating lamp, white

Experience The Magic Of The Floating Moon Lamp, Adding A Futuristic Glow To Your Room That's Both Mesmerizing And Calming. Enjoy A Silent Night Under The Soft Light Of This Moon, Offering Multiple Colors To Match Your Mood Without Any Noise Distractions. Effortlessly control your Moon floating lamp with a wireless switch, making it easy to turn on/off the dazzle from anywhere. Watch in awe as the moon automatically levitates and lands, a spectacular sight that elevates your desk or bookshelf decor. Perfect for gifting, this Moon Lamp creates a warm, magical ambiance, making it the best night light for dreamers of all ages.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Accent Collection

**Manufacturer Part Number**
315231263

**Manufacturer**
Accent Collection

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

$53.00

Govee DreamView P1 Light Bars

★★★★☆ 598

Shipping, arrives in 3+ days



+ Add

Now $59.08 $65.99

Paladone Millennium Falcon Posable Star Wars Novelty Desk Light Gift for All Ages

★★★★☆ 9

Shipping, arrives in 3+ days


Best seller



+ Add

$10.83

BrightSide Multicolor LED Disco Party Projector, Rotat

★★★★☆ 140

Save with W+

Shipping, arrives in 2 days

💬 Report incorrect product information



+ Add

$75.00

Loyalheartdy 3D Magnetic Levitating Moon Table Lamp 3W LED 3 Colors Desk Light for Office, Bedroom, Touch Switch

Shipping, arrives in 3+ days



+ Add

Sponsored

Now $22.99 $25.99

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★☆ 3

Save with W+

Shipping, arrives in 2 days



+ Add

$109.99

Floating Moon Lamp, Magnetic Levitating Moon Lamp with for Room Decor Moon Light, Birthday Christmas G

Shipping, arrives in 3+ days

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

**Write a review**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

Gentle & soft

Sponsored ⓘ

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

### Related pages

Decorative Night Lights                          Lava Lamps

Moon Lamps                                        Salt Lamps

Sunset Lamps                                      LED Night Lights

Home  /  Decor  /  Lighting & Light Fixtures  /  Novelty Lights  /  Shop All Novelty Lights



**Free shipping, arrives by Mon, Aug 26**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

**Arrives by Mon, Aug 26**    1 item

Sold and shipped by Accent Collection
Free shipping

Accent Collection Magical Levitating Moon Lamp - Soft Multicolor Light

**$94.99**

Remove    — 1 +



**Place order for $104.73**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $94.99 |
| Shipping | Free |
| **Estimated taxes** | $9.74 |
| **Estimated total** | **$104.73** |

Have a promo code?



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651    $104.73

+ Add new payment    Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him

Sponsored ⓘ

EseeAier

**Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100-240V**

Free 30-day returns

**$62.99**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Aug 30 | Not available | Not available |
| $15.00 | | |

Delivery to 1 N La Salle St

Sold and shipped by EseeAier

★★★★★ 1 seller review

View seller information

Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

Sponsored

$4.99

Hefengsx Wooden Halloween Pumpkin Festive Atmosphere Decoration Table Card Decorations Creative Halloween Decorations, Scary Halloween Silhouette Decorations Outdoor with Lights

3+ day shipping

**+ Add**



$75.99



VGAzer Levitating Floating Moon Lamp , 16 Colors Galaxy Floating Night Light ,  Realistic Moon Display , Magnetic Levitation Ball , Spinning Cool Gadgets , Room Office Decor

Shipping, arrives in 3+ days

+ Add

$75.99



VGAzer Levitating Moon Lamp Floating and Spinning in Air Freely with Gradually Changing LED Lights Between 7 Colors,Decorative Light for Kids Lover Friends (Square Base)

Shipping, arrives in 3+ days

+ Add

$75.99



VGAzer Magnetic Floating Moon Lamp with Levitating Light Levitates & Rotates in Air , Cool Decor Gadgets ,

Shipping, arrives in 3+ days



$63.99

VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)

★★★★★ 2

Save with W+

Shipping, arrives in **2 days**



Sponsored

$34.99

Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9"

Shipping, arrives in **3+ days**



**Now $65.99** $75.99

VGAzer Levitating Moon Lamp,Floating and Spinning in
16 Colors Modes with Remote for Unique Gifts,Christma

★★★★★ 3

Save with W+

Shipping, arrives in **2 days**

## About this item

### Product details

Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100-240V

Item Type: Levitating LampMaterial: ABSColor: As Picture ShownApplication: for Desktop, Bedroom, Living RoomProduct Size: Sphere: Approx.14x14cm/5.5x5.5inBase: Length: Approx.12cm/4.7inWidth: Approx.12cm/4.7inHeight: Approx.2.5cm/1.0inGross Weight: Approx.1196g/42.2ozVoltage: US Plug 100-240VInput voltage: 12V2ALight Bulb Source: White light, warm light, warm yellow lightLife: 50000H .wang-edit-text{ font-family:'Arial' !important; } .wang-edit-text table { border-top: 1px solid #000; border-left: 1px solid #000; } .wang-edit-text table td, .wang-edit-text table th { border-bottom: 1px solid #000; border-right: 1px solid #000; padding: 3px 5px; } .wang-edit-text table th { text-align: center; }

1. Wireless Power Transmission: The moon lamp is powered by electromagnetic induction, without cable or built in battery. The LED light is soft, no harm to eyes, and the service life is long. Compared with traditional light switches controlled by touch buttons, the power consumption is extremely low.
2. Simulation Moon: Adopts 3D printing technology, high resolution printing of real planet, when the inner light is on, you can have a calm and relaxed ambience.
3. 3 Color Modes: Has 3 color modes, you can choose warm yellow, white, warm light. Uses one button switch button, you can achieve 3 color gradient effect.
4. Magnetic Levitation: Adopts magnetic levitation technology, floating and rotating freely in the air, without any support and contact, able to catch people's attention.
5. Ideal Gift: Can be the best gift choice for home decoration, birthday gifts, housewarming gifts and business gifts, giving surprise to the recipient of this gift.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

Be the first to write a review

Write a review

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Odors that won't go away?

Sponsored ⓘ

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)



**Shipping, arrives by Fri, Aug 30**

Steven Howard                                          Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                   Add

Add access codes or other necessary information.

**Items details**                                      Hide details

**Arrives by Fri, Aug 30**                             1 item

Sold and shipped by EseeAier
$15.00 seller shipping fee

Levitating Planet Lamp Floating Moon Nihgt Light
Hover Decorative Lamp for Home Office Decor...

**$62.99**

Remove          ⊖    1    ⊕



**Place order for $85.98**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                      $62.99
Seller shipping                                        $15.00
**Estimated taxes**                                    $7.99

**Estimated total**                                    $85.98

Have a promo code?                                     ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                $85.98

+ Add new payment                    Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **<u>Mobile Alert Terms</u>**.

**Bioré** Refresh your skincare

Sponsored ⓘ

None

**1pc Levitating Moon Table Lamp, Magnetic Floating Night Light With 3 Lighting Modes, 3D Printed Levitation Bedside Table Lamp For Office Bedroom Home Decoration**

Free 30-day returns

**$181.69**

As low as $17/mo with affirm) Learn how
Price when purchased online ⓘ

[ Buy now ]

[ Add to cart ]

🛡 Add a protection plan  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $18.00
☐ 3-Year plan - $24.00

**How do you want your item?**

| Shipping Arrives Aug 29 Free | Pickup Not available | Delivery Not available |

Delivery to  1 N La Salle St

Sold and shipped by jingdanshangmao

★★★★★ 1 seller review
View seller information

Free 30-day returns  Details

♡ Add to list                    🏷 Add to registry

Sponsored
**Now $22.99** ~~$28.99~~
Small Desk Lamp, LED Desk Lamps with Pen Phone Holder, Black Desk Light for Home Office,8W 3 Modes Dimmable LED Desk Light for Kids, Desktop Study Lamps for Bedrooms

2-day shipping

[ + Add ]



>

$63.99



Now $65.99 ~~$75.99~~



Sponsored
Now $24.99 ~~$26.59~~
Options from $24.99 – $38.99



VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)

★★★★★ 2

**Save with W+**

Shipping, arrives in 2 days

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk

★★★★★ 3

**Save with W+**

Shipping, arrives in 2 days

DEWENWILS Small Bedside Table Lamp, Wood Tripod N Console Table, College Dorm, Fireplace Decoration, C

★★★★☆ 43

**Save with W+**

Shipping, arrives in 2 days

## About this item

### Product details ⌃

- **Battery Properties:** Without Battery
- **Lighting Method:** Adjustable
- **Plug Specification:** US Plug
- **Included Components:** Cord
- **Control Method:** Switch
- **Lamp Shade Material:** Plastic
- **Material:** Plastic
- **Special Features:** Other Special Functions
- **Contains Light Source:** Yes
- **Power Supply:** Plug Powered
- **Patterned:** Other Patterns
- **Room Type:** Bedroom
- **Operating Voltage:** 110V (included)-240V (included)
- **Style:** Modern
- **Theme:** Other Topics
- **Shade Shape:** Other Shapes
- **Metal Finish Type:** Other Types

1pc Levitating Moon Table Lamp, Magnetic Floating Night Light With 3 Lighting Modes, 3D Printed Levitation Bedside Table Lamp For Office Bedroom Home Decoration

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



**$62.99** +$15.00 shipping

Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100-240V

Shipping, arrives in 3+ days



**$75.99**

VGAzer Levitating Floating Moon Lamp，16 Colors Galaxy Floating Night Light，Realistic Moon Display，Magnetic Levitation Ball，Spinning Cool Gadgets，Room Office Decor

Shipping, arrives in 3+ days



**$75.99**

VGAzer Levitating Moon Lamp Floating and Spinning ir Lights Between 7 Colors,Decorative Light for Kids Love

Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

**Write a review**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



**Members save more** 

Sponsored ⓘ

**Report:**    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Teens' Lamps & Lighting                          Mushroom Lamps

Sunset Lamps                                     Cordless Lamps

Touch Lamps                                      Friendship Lamps

Home  /  Decor  /  Lighting & Light Fixtures  /  Night Lights  /  Shop All Night Lights



**Free shipping, arrives by Thu, Aug 29**

Steven Howard     Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**     Add

Add access codes or other necessary information.

**Items details**     Hide details

**Arrives by Thu, Aug 29**     1 item

Sold and shipped by jingdanshangmao
Free shipping

1pc Levitating Moon Table Lamp, Magnetic Floating Night Light With 3 Lighting Modes, 3D Printed...

**$181.69**

Remove     − 1 +



**Place order for $200.31**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)     $181.69
Shipping     Free
**Estimated taxes**     $18.62

**Estimated total**     $200.31

Have a promo code?     ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651     $200.31

+ Add new payment     Edit payment

**one**

**onepay** $15 cash back when you spend $15+     Sign up

Add any credit or debit card & stack cash back

as low as **$17/mo** with affirm     Apply now



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him    Sponsored ⓘ

XIHAMA

**XIHAMA-Light 3D Levitating Moon Lamp Spinning Moon Night Light Moon Decor for Bedroom, Birthday Gifts**

◉ Free 30-day returns

**$79.99**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

🛡 Add a protection plan   What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $7.00
☐ 3-Year plan - $9.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏬 Delivery |
|---|---|---|
| Arrives Aug 26 | Not available | Not available |
| Free | | |

Delivery to **1 N La Salle St**

🏠 Sold and shipped by **lu ping guo**
★★★★★ 3 seller reviews
View seller information

◉ Free 30-day returns   Details

♡ Add to list         🎁 Add to registry

Sponsored
**Now $15.99** $19.99
Lewondr Decorative Table Lamp,Ramadan Battery Powered Moon Lamp,Romantic Warm LED Bedside Night Lamps for Bedroom Nightstand Mothers Day Gifts
★★★★☆ 26
2-day shipping
+ Add





$20.28
Hamlat 3D Saturn Light 5.9 inch 16 Colors LED Moon Light Galaxy Planet Light with Stand and Hanging Grid, Support Remote Control and Touch Control Night Light, Gift for Kids



$19.99 +$4.99 shipping
Creative Lamp Night For Woman Light Moon Lamp Galaxy Lamp Hanging Moon Lamp Moon Night Light Christmas Decorative Lights Home Decorations Gift



Now **$62.99** $75.99
VGAzer Floating Moon Lamp, Magnetic Levitating Moon Light with for Room Decor Moon Light, Birthday for Ki

★★★☆☆ 37

Shipping, arrives **in 3+ days**

Shipping, arrives **in 3+ days**

Save with **W+**

Shipping, arrives **in 2 days**

## About this item

### Product details ⌃

Product details This 3D-printed LED moon lamp floats and spins all on its own above the wood base just like its celestial counterpart with magnetic levitation technology. Each moon lamp served as a good bedroom night light and is equipped with touch controls and 3 lighting modes so you can select the perfect lighting for your space and enjoy the mesmerizing motion of this miniature moon magically suspended in mid-air. This levitating moon lamp is perfect for living room decor and bedroom decor. FEATURES 3D Printed moon lamp LED moon lamp with Magnetic Levitation Floating moon night light -Floats Automatically & Spins Manually Moon decor with touch Sensor Controls 3 Lighting Modes: White, Warm White, Warm Yellow Product Details Colors: White Materials: ABS, Pla Warranty: Manufacturer's 1 Year Power Source: Wall Plug Cord Length: 6.5' Voltage: 12V Bulb Type: LED Bulb Included: Integrated Dimmable: No Wattage: 0.5W Lumens: 55 Color Temperature: 3000K - 6500K Bulb Lifetime: 50,000 Hours Color Rendering Index: 3.2-3.4 Assembly Required: No Instructions Included: Yes Suitable For Outdoor Use: No Certifications: CE, FCC, RoHS Product Weight: 2.6 lb Measurements Globe Size: 5.5"L x 5.5"W x 5.5"H Base Size: 7.7"L x 7.7"W x 1.2"H

XIHAMA-Light 3D Levitating Moon Lamp Spinning Moon Night Light Moon Decor for Bedroom, Birthday Gifts

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
XIHAMA

**Manufacturer**
XIHAMA-Light

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add



+ Add



+ Add

$62.99 +$15.00 shipping

Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100-240V

Shipping, arrives **in 3+ days**

$75.99

VGAzer Levitating Floating Moon Lamp， 16 Colors Galaxy Floating Night Light， Realistic Moon Display，Magnetic Levitation Ball，Spinning Cool Gadgets，Room Office Decor

Shipping, arrives **in 3+ days**

$75.99

VGAzer Levitating Moon Lamp Floating and Spinning in Lights Between 7 Colors,Decorative Light for Kids Love

Shipping, arrives **in 3+ days**

💬 Report incorrect product information



+ Add



+ Add



+ Add

$19.98

Starlight 360 Degrees Rotating Projector with Soothing Sounds

★★★★☆ 173

Save with **W+**

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

$39.99

Sunbeam 16988 5 In 1 Instabeam Emergency Light & Flashlight3-Pack

★★★★★ 45

Save with **W+**

Shipping, arrives **in 2 days**

Sponsored

$9.99

Maxxima MLN-16 LED Plug in Night Light - Features Au Lumens, Ideal for Bedroom, Bathroom, Hallway, and Se

★★★★☆ 135

Save with **W+**

Shipping, arrives **in 2 days**

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

Write a review



Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**one**

Debit with rewards

Sponsored ⓘ

---

100+ bought since yesterday



Options

+2 options

$2.47

Great Value LED Night Light, Light Sensing, Soft White

★★★★☆ 767

Save with W+

Pickup today
Delivery today
Shipping, arrives in 3+ days



+ Add

Sponsored

$22.99

6 Pack Stick-on Motion Sensor Lights, Warm White LED Night Light, Indoor Stair Lights, Battery Operated Wall Light for Closet, Cabinet

★★★★★ 207

Save with W+

Shipping, arrives in 2 days

Best seller



Options

Sponsored

Now $13.99  $17.29

More options from $12.99

DEWENWILS LED Plug in Night Light with Dusk to Dawn Daylight, 4 Pack

★★★★☆ 201

⊕ Save an extra $2.00

Save with W+

Shipping, arrives in 2 days

---

Report:  ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Kids Night Lights

Sunset Lamps

Moon Lamps

LED Night Lights

Decorative Night Lights

Dimmable Night Lights

---

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Place order for $88.19**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $79.99 |
| Shipping | Free |
| **Estimated taxes** | $8.20 |
| **Estimated total** | $88.19 |

Have a promo code?



Free shipping, arrives by Mon, Aug 26

Steven Howard                                          Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions** (optional)                  Add

Add access codes or other necessary information.

**Items details**                                     Hide details

**Arrives by Mon, Aug 26**                            1 item

Sold and shipped by lu ping guo
Free shipping

XIHAMA-Light 3D Levitating Moon Lamp Spinning
Moon Night Light Moon Decor for Bedroom,...

**$79.99**

Remove          −   1   +



## Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                $88.19

+ Add new payment                    Edit payment

**one**

**onepay** $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Timeless style for him

Sponsored

xianlieshangmao

Floating Moon Lamp 3D Printing Magnetic Levitating Moon Light 3 Color Modes Night Light for Home Office Decoration US 100-240V

Free 30-day returns

**$81.60**

Price when purchased online

**Buy now**

**Add to cart**

Add a protection plan    What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $10.00
☐ 3-Year plan - $12.00

**How do you want your item?**

| Shipping Arrives Aug 30 $3.99 | Pickup Not available | Delivery Not available |

Delivery to  1 N La Salle St

Sold and shipped by  xianlieshangmao
View seller information

Free 30-day returns  Details

♡ Add to list                              Add to registry

Clearance                Sponsored
Now $25.98 $119.99
Star Projector, 3 in 1 LED Galaxy Projector W/ Remote Contro, 55 Lighting Modes with Bt Music Speaker & Time Function, Night Light Moon Projector for Kids Baby Party Bedroom Home Decor
★★★★½ 1724
2-day shipping

**+ Add**

$63.99
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)
**+ Add**

$34.99
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9"
**+ Add**

Now $65.99 $75.99
VGAzer Levitating Moon Lamp,Floating and Spinning in 16 Colors Modes with Remote for Unique Gifts,Christma
**+ Add**

★★★★★ 2
Save with W+
Shipping, arrives in 2 days

Shipping, arrives in 3+ days

★★★★★ 3
Save with W+
Shipping, arrives in 2 days

## About this item

### Product details

1, Magnetic Levitation Moon Light: Using magnetic levitation technology, it automatically levitates and rotates in the air without any support and contact, which can attract people's attention. 2, 3D Printing Technology: Each moon light needs more than 24 hours of printing, using the most advanced 3D printing technology, through high resolution astronomical data, creating a texture very similar to the real moon. 3, Wireless Power Transmission: Moon light uses electromagnetic induction to supply power, no cables or built in batteries are required, LED light is soft, no harm to eyes, and long service life. 4, Perfect Gifts: Floating moon lamp is suitable for lovers, friends, parents, children at Christmas, birthdays, holidays, weddings, anniversaries and business, surprise those who receive this gift. 5, Low Power Consumption: Compared with traditional light switches controlled by touch buttons, the power consumption is extremely low. Light source has white light, warm light, warm yellow light.

Floating Moon Lamp 3D Printing Magnetic Levitating Moon Light 3 Color Modes Night Light for Home Office Decoration US 100-240V

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
xianlieshangmao

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

$181.69
1pc Levitating Moon Table Lamp, Magnetic Floating Night Light With 3 Lighting Modes, 3D Printed Levitation Bedside Table Lamp For Office Bedroom Home Decoration
Shipping, arrives in 3+ days



+ Add

$62.99 +$15.00 shipping
Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100-240V
Shipping, arrives in 3+ days



+ Add

$75.99
VGAzer Levitating Floating Moon Lamp , 16 Colors Ga Display , Magnetic Levitation Ball , Spinning Cool Gadg
Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

---

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.


Coca-Cola
Quick & easy meal combos
 
Sponsored ⓘ

Report:   ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Shipping, arrives by Fri, Aug 30**

Steven Howard                                                    Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                              Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Fri, Aug 30**                                      1 item

Sold and shipped by xianlieshangmao
$3.99 seller shipping fee

Floating Moon Lamp 3D Printing Magnetic
Levitating Moon Light 3 Color Modes Night Light...

**$81.60**

Remove          −   1   +



**Place order for $94.36**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $81.60
Seller shipping                                               $3.99
**Estimated taxes**                                          $8.77

**Estimated total**                                         $94.36

Have a promo code?                                               ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                         $94.36

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



phospheye

**Moon Lamp 3d Printing Magnetic Levitating Floating Night Light Bedroom**

Free 30-day returns

**$122.99**

As low as $12/mo with affirm) Learn how
Price when purchased online ⓘ

**Buy now**

**Add to cart**

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $18.00
☐ 3-Year plan - $24.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🛍 Delivery |
|---|---|---|
| Arrives Aug 27 | Not available | Not available |
| Free | | |

Delivery to  **1 N La Salle St**

Sold and shipped by  phospheye

★★★★☆ 1 seller review

View seller information

Free 30-day returns  Details

♡ Add to list                      🎁 Add to registry

**Best seller**

Sponsored
**$89.99**

Franklin Iron Works Annie Modern Coastal Table Lamps 28" Tall Set of 2 Weathered Sand Iron Cream Tapered Drum Shade for Bedroom Living Room Bedside

★★★★★ (70)

3+ day shipping

**+ Add**







## About this item

### Product details

This moon lamp uses 3D printing technology to restore the texture and surface of the moon. With three colors of lights, you can see the natural full moon at home, and create a warm ed family and work atmosphere for you. It adopts sciENTific and technological magnetic levitation technology, making it a unique and exquisite tion and an ideal choice for gifts! Key Featureshigh-quality Material: The moon lamp is made of PLA, and the base is made of solid , which is resistant to wear, Arial, and temperature, ensuring a long service life. Night : As a small night light, its soft LED light source will drive away the frightening night for you so that you can have a safe and comfortable sleep, and it also provide you with a warm and romantic room . Realistic Effect: It uses 3D printing technology to truly restore the surface and texture of the moon, bringing

- 1
- 1
- 1

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
phospheye

**Manufacturer Part Number**
001

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.







**Now $22.99** ~~$25.99~~

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Lights, Gifts for Kids Friends Lover

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**

$116.44

3D Levitating LED Lamp Bedside Night lamp Touch Control - 6.8in Saturn

Shipping, arrives **in 3+ days**

$79.99

XIHAMA-Light 3D Levitating Moon Lamp Spinning Moo Birthday Gifts

Shipping, arrives **in 3+ days**

---

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

Write a review

---

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Debit with rewards

Sponsored ⓘ

**Report:** ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Tue, Aug 27**

Steven Howard                                                                 Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Tue, Aug 27**                                                1 item

Sold and shipped by phospheye
Free shipping

Moon Lamp 3d Printing Magnetic Levitating
Floating Night Light Bedroom

**$122.99**

Remove          [ −   1   + ]



**Place order for $135.60**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $122.99 |
| Shipping | Free |
| **Estimated taxes** | $12.61 |
| **Estimated total** | **$135.60** |

Have a promo code?                                              ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                        $135.60

+ Add new payment                          Edit payment

**one**

onepay  $15 cash back when you spend $15+           Sign up

Add any credit or debit card & stack cash back

as low as **$12/mo** with affirm               Apply now



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



⭐⭐⭐⭐⭐ 2
Save with W+
Shipping, arrives in 2 days

Save with W+
Pickup today
Delivery today
Shipping, arrives in 3+ days

⭐⭐⭐⭐⭐ 3
Save with W+
Shipping, arrives in 2 days

## About this item

### Product details

**New Sports Wireless Earphones With High Sound Quality, Wireless 5.4 Earphones With Ear Hooks, Sports 50H Earphones, Wireless Earphones, Earphones With High-definition Stereo, LED Display In Black**

- 🎧 **Quality Assurance:** At Yuan Sheng Xi, we prioritize quality above all else. Rest assured, our new product undergoes rigorous testing and inspection to meet the highest standards. We're committed to delivering excellence with every item we offer.
- ⭐ **Innovative Materials:** We've utilized state-of-the-art materials in crafting our new product, ensuring superior performance, durability, and reliability. You can trust in the quality and longevity of our materials, designed to meet your needs and exceed your expectations.
- 💰 **Affordable Price:** Despite the premium quality of our new product, we've made it available at a competitive and affordable price. We believe that everyone should have access to top-notch products without breaking the bank, and we're proud to offer exceptional value for your money.
- 😊 **Customer Satisfaction:** Your satisfaction is our utmost priority. We stand behind the quality and affordability of our products. If you have any questions, concerns, or feedback, please don't hesitate to contact us. We're here to ensure that your experience with Yuan Sheng Xi is nothing short of excellent.
- 🌱 **Brand New:** brand new Yuan Sheng Xi product. We're confident it will exceed your expectations and enhance your lifestyle. Thank you for choosing Yuan Sheng Xi – we're here to serve you

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

### Specifications

**Brand**
Yuan sheng xi

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



$75.99
Floating Galaxy Moon Lamp with 16 LED Colors , Levitating Galaxy Night Light , Multi-color Rotating Table Lamp Touch Control , 3 D Printed Desk Moon Light Decor

Shipping, arrives in 3+ days



Sponsored
**Now $22.99** $25.99
Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

⭐⭐⭐⭐⭐ 3
Save with W+
Shipping, arrives in 2 days



$75.99
Magnetic Levitation Moon Lamp ,  Floating and Rotating Levitate & Rotate in Air ,  Cool Desk Decor Gadget , Te

Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

    **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

**one**

Debit with rewards



Sponsored ⓘ

Report:    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

**Related pages**

Dimmable Night Lights

Battery Operated Night Lights

LED Night Lights

Decorative Night Lights

Plug-In Night Lights

Shop All Night Lights

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Thu, Aug 29**

Steven Howard                                                    Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                              Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Thu, Aug 29**                                    1 item

Sold and shipped by foshanshichanchengquyanlvshangmaoyouxiangongsi
Free shipping

3-Mode Light Magnetic Levitating Moon Lamp，
3D Printed Night Light with Wireless Charging -…

**$149.98**

Remove                    −     1     +



**Place order for $165.35**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| **Subtotal** (1 item) | $149.98 |
| Shipping | Free |
| **Estimated taxes** | $15.37 |
| **Estimated total** | $165.35 |

Have a promo code?                                             ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                       $165.35

+ Add new payment                          Edit payment

**one**

onepay  $15 cash back when you spend $15+            Sign up

Add any credit or debit card & stack cash back

as low as **$15/mo** with affirm              Apply now



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life

Sponsored ⓘ

**Levitating Moon Lamp Floating And Spinning In Air Freely With Luxury Wooden Base And 3d Printing Led**

Free 30-day returns

**$76.60**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

Add a protection plan  What's covered
(Only one option can be selected at a time)
- [ ] 2-Year plan - $7.00
- [ ] 3-Year plan - $9.00

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Aug 28 | Not available | Not available |
| Free | | |

Delivery to 1 N La Salle St

Sold and shipped by shenzhenmaikaisennengyuan

★★★★★ 1 seller review
View seller information

Free 30-day returns Details

♡ Add to list                          🎁 Add to registry

---

Clearance                Sponsored

Now $25.98 ~~$119.99~~

Star Projector, 3 in 1 LED Galaxy Projector W/ Remote Contro, 55 Lighting Modes with Bt Music Speaker & Time Function, Night Light Moon Projector for Kids Baby Party Bedroom Home Decor

★★★★☆ 1724

2-day shipping

**+ Add**



---



$75.99



Now $63.99 ~~$75.99~~

In 100+ people's carts



$19.88

Merkury Innovations 10" Astronaut Galaxy Light Projec

VGAzer Levitating Moon Lamp Floating and Spinning in Air Freely with Gradually Changing LED Lights Between 7 Colors,Decorative Light for Kids Lover Friends (Square Base)

Shipping, arrives **in 3+ days**

VGAzer Levitating Moon Lamp Floating and Spinning in Air Freely with Gradually Changing LED Lights Between 7 Colors,Decorative Light for Kids Lover Friends (Round Base)

Save with **W+**

Shipping, arrives **in 2 days**

★★★★☆ 47

Save with **W+**

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

## About this item

### Product details ⌃

Feature:1.Use Magnetic levitation technique,Suspended and Spinning automatically in mid-air Freely without any support or contact,able to attract peoples eyes.2. Using the most advanced 3D printing technology to reproduce Moon Surface Precisely by High-resolution astronomical data, to creat a texture that is very similar to the real moon. The moon has been a divine and enchanting symbol, it brings you lucky and happiness.3.The moon lamp is powered through electromagnetic induction, no need cables or built-in battery,Soft LED light, no harm to the eye, with long service life,extremely low power consumption compared with traditional lamp lights controlled by the touch button on/off4.A cool concept. Very fancy and Unique decoration for your home, office, conference room, Auditorium, canteen, and guesthouse,have unique visual effects5.Great gift for lover,friends,parents,kids at Christmas, birthday , holidays, wedding, anniversary and business,Image when they receive and open the box, it will bring them much surprise!Material: PLA biodegradable materialSize: Deep wood grain base (14 cm diameter), light wood grain base (14 cm diameter)Color: three-color light switchableColor: Dark Color Base,Light Color BaseNotice:Due to the different monitor and light effect, the actual color maybe a slight different from the picture color.Due to manual measure, please allow 1-2cm deviationincludes:1xLevitating Moon Lamp

- [High Quality and Reliable] Our products are made of high quality materials, durable, safe and reliable, ensuring long-lasting performance and user satisfaction.
- [Versatile] Our products are versatile and can be used in a variety of settings such as home, office, outdoor, etc., easily meeting a variety of needs.
- [User-Friendly Design] Our products are designed for ease of use, with intuitive interfaces and practical functions for all users.
- [Enhanced Functionality] Equipped with advanced features, our products offer enhanced functionality and superior performance, delivering exceptional results with every use.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Manufacturer Part Number**
W-1-16211

**Manufacturer**
Unbranded

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



$75.99

Floating Galaxy Moon Lamp with 16 LED Colors , Levitating Galaxy Night Light , Multi-color Rotating Table Lamp Touch Control , 3 D Printed Desk Moon Light Decor

Shipping, arrives **in 3+ days**



**Sponsored**

**Now $22.99** $25.99

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 3

Save with **W+**

Shipping, arrives **in 2 days**



$75.99

Magnetic Levitation Moon Lamp ,  Floating and Rotating Levitate & Rotate in Air ,  Cool Deck Decor Gadget , Te

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

**Write a review**

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Odors that won't go away?

Sponsored ⓘ

**Report:** ⓘ Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Wed, Aug 28**

Steven Howard                                                                     Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                                             Add

Add access codes or other necessary information.

**Items details**                                                                Hide details

**Arrives by Wed, Aug 28**                                                       1 item

Sold and shipped by shenzhenmaikaisennengyuan
Free shipping

Levitating Moon Lamp Floating And Spinning In Air
Freely With Luxury Wooden Base And 3d Printing...

**$76.60**

Remove        [−  1  +]



**Place order for $84.45**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                          $76.60
Shipping                                     Free
**Estimated taxes**                         $7.85

**Estimated total**                        $84.45

Have a promo code?                             ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                        $84.45

+ Add new payment                          Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him

Sponsored ⓘ

fixedach

**Moon Lamp 3d Printing Magnetic Levitating Floating Night Light Bedroom**

Free 30-day returns

**$122.99**

As low as $12/mo with affirm Learn how
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $18.00
☐ 3-Year plan - $24.00

**How do you want your item?**

| 🚚 Shipping Arrives Aug 27 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to  1 N La Salle St

Sold and shipped by **fixedach**
View seller information

Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

Best seller

Sponsored
**$89.99**
Franklin Iron Works Annie Modern Coastal Table Lamps 28" Tall Set of 2 Weathered Sand Iron Cream Tapered Drum Shade for Bedroom Living Room Bedside
★★★★★ (9)
3+ day shipping

| + Add |
|---|



❤

🔍

›


$51.00


$63.99


Now $62.99  $75.99

Loyalheartdy Magnetic Levitating Moon Lamp Spinning 3D Printing Saturn Light Floating 3 Color LED Night Light Desk Lamp Home Decor

Shipping, arrives **in 3+ days**

VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)

★★★★★ 2

Save with W⁺

Shipping, arrives **in 2 days**

VGAzer Floating Moon Lamp, Magnetic Levitating Moon Light with for Room Decor Moon Light, Birthday for Ki

Save with W⁺

Shipping, arrives **in 2 days**

## About this item

### Product details ⌃

This moon lamp uses 3D printing technology to restore the texture and surface of the moon. With three colors of lights, you can see the natural full moon at home, and create a warm ed family and work atmosphere for you. It adopts sciENTtific and technological magnetic levitation technology, making it a unique and exquisite tion and an ideal choice for gifts! Key Featureshighh-quality Material: The moon lamp is made of PLA, and the base is made of solid , which is resistant to wear, Arial, and temperature, ensuring a long service life. Night : As a small night light, its soft LED light source will drive away the frightening night for you so that you can have a safe and comfortable sleep, and it also provide you with a warm and romantic room . Realistic Effect: It uses 3D printing technology to truly restore the surface and texture of the moon, bringing

- 1
- 1
- 1

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Brand**
flixedach

**Manufacturer Part Number**
OO1

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



$99.99

Lamp Depot Levitating Saturn Lamp Moon Night Light

Shipping, arrives **in 3+ days**



Sponsored

**Now $22.99** $25.99

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 3

Save with W⁺

Shipping, arrives **in 2 days**



$75.99

Floating Galaxy Moon Lamp with 16 LED Colors , Levita Table Lamp Touch Control , 3 D Printed Desk Moon Lig

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**

Be the first to write a review

**Write a review**

---

▢ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Enjoy Celsius Essentials

Sponsored ⓘ

**Report:** ⚠ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Tue, Aug 27**

Steven Howard                                                           Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                                    Add

Add access codes or other necessary information.

**Items details**                                                  Hide details

**Arrives by Tue, Aug 27**                                            1 item

Sold and shipped by fixedach
Free shipping

Moon Lamp 3d Printing Magnetic Levitating
Floating Night Light Bedroom

**$122.99**

Remove                    −    1    +



**Place order for $135.60**

By placing this order, you agree to our Privacy Policy and Terms of Use

**Subtotal** (1 item)                                                $122.99
Shipping                                                               Free
**Estimated taxes**                                                   $12.61

**Estimated total**                                                  $135.60

Have a promo code?                                                       ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                              $135.60

+ Add new payment                                              Edit payment

**one**

onepay $15 cash back when you spend $15+                          Sign up

Add any credit or debit card & stack cash back

as low as **$12/mo** with affirm                                  Apply now



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Timeless style for him

Sponsored

CIERENZ

**Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night Lights For Room Office Decoration Cool Gifts [xc]**

Free 30-day returns

## $42.56

Price when purchased online

**Buy now**

**Add to cart**

Add a protection plan   What's covered
(Only one option can be selected at a time)
- [ ] 2-Year plan - $5.00
- [ ] 3-Year plan - $7.00

### How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Sep 6 | Not available | Not available |
| Free | | |

Delivery to **1 N La Salle St**

Sold and shipped by **guangzhounuanlishangmao**
View seller information

Free 30-day returns   Details

♡ Add to list          ⊟ Add to registry

Sponsored

**Now $7.99**  ~~$10.99~~
Moon Lamp, Dual-Tone Color LED Light, 3D Printing Moon Lights with Bracket, Touch Night Lamp for Kids, Rechargeable Lunar LED Lamp, 3.5 inch
2-day shipping

**+ Add**



$63.99
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)
★★★★★ 2


**+ Add**

Now $65.99  ~~$75.99~~
VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing Moon Lamp Has 16 Colors Modes with Remote for Unique Gifts,Christmas,Room Decor,Night Light,Office Desk
★★★★★ 1


**+ Add**

Now $64.00  ~~$75.00~~
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Control for Unique Gifts,Room Decor,Night Light,Offi
Save with W+


**+ Add**

Save with W+

Save with W+

Shipping, arrives in 2 days

Shipping, arrives in 2 days

Shipping, arrives in 2 days

## About this item

### Product details

16 colours LED moon night lights: the floating galaxy moon lamp comes with a remote control. With it, you can choose 16 different LED colours, and the light colours can flash, fade, smooth and flash as you like. Adjustable brightness. Very colourful and full of imagination. Floating and rotating galaxy moon: adopt magnetic floating technology, the galaxy moon floats and rotates automatically in the air, without support or contact, and can attract people's eyes. Floating 3D Galaxy Moon Lamp: Floating moon lamp is powered by electromagnetic induction, wireless energy transmission for the moon. The moon lamp lights up as it rotates. The moon lamp is made with 3D printing technology and has a texture that is very similar to the real moon. Creative gifts: floating galaxy lamp can be used as a decorative lamp in your room or office. It can also be used as a perfect gift for lovers, friends, parents, children for Christmas, birthdays, holidays, weddings, anniversaries. When you receive and open the box, they will experience many surprises All Didwi products are strictly controlled before they leave the warehouse. We offer a 2 year warranty.

- Dear customers, welcome to our little store! Here, your satisfaction is our greatest pursuit. Wish you happy shopping!
- EXCELLENT QUALITY: This product is known for its excellent quality and durability, making it a great choice for you., PATIENT AND METICULOUS: Our customer service is patient and meticulous, listening to your every need and answering your every question with all our heart.
- Indoor plants for home decor, Outdoor garden furniture, gardening tools for beginners, Eco-friendly planters and pots, Organic fertilizers for home gardens, Trendy succulents and cacti, Patio umbrellas and outdoor shades, Raised garden beds DIY kits, Hanging planters and baskets, Indoor herb garden kits, Gardening Potting Benches Tables, Potting Bench Sink, Potting Table Or Bench, Potting Bench Cart, Potting Benches, Potting Benches Tables Metal, Potting Benches, Patio and Garden Services, Garden Party-Furniture, Suncast, Patio Furniture Assembly Services, Garden Center, Jute Pillows, Exclusive Fabrics Decorative Pillows, Tufted Pillow, Hand Woven Pillows, Pillow Cording, Blush Fur Pillow, Farmhouse Throw Pillows, Boho Outdoor Pillows, Throw Pillows, Black Outdoor Pillows, White Outdoor Pillows, Home Summer Lookbook Decor

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
CIERENZ

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



**+ Add**



**+ Add**



**+ Add**

**$122.99**
Moon Lamp 3d Printing Magnetic Levitating Floating Night Light Bedroom
Shipping, arrives in 3+ days

Sponsored
**Now $22.99** $25.99
Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover
 3
Save with W+
Shipping, arrives in 2 days

**$99.99**
Lamp Depot Levitating Saturn Lamp Moon Night Light
Shipping, arrives in 3+ days

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

**Write a review**

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.


Post-it
Post-it & Scotch




Sponsored ⓘ

**Report:** ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Fri, Sep 6**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

**Arrives by Fri, Sep 6**    1 item

Sold and shipped by guangzhounuanlishangmao
Free shipping

Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night...

**$42.56**

Remove    — 1 +



**Place order for $46.92**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)    $42.56
Shipping    Free
**Estimated taxes**    $4.36

**Estimated total**    $46.92

Have a promo code?    ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in 3651    $46.92

+ Add new payment    Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life                                    Sponsored ⓘ

TRAHOO

Levitating Moon Lamp, Floating And Spinning 3D Moon Light 3 Colors With Remote & Magnetic Base, Room Decor Night Light, Birthday Thanksgiving Christmas Gifts For Kids Friends

Free 30-day returns

**$209.79**

As low as $20/mo with **affirm** Learn how
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

🛡 **Add a protection plan**  What's covered
(Only one option can be selected at a time)
☐ 3-Year plan - $34.00
☐ 4-Year plan - $49.00

**How do you want your item?**

| 🛍 Shipping Arrives Aug 27 Free | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

Delivery to  **1 N La Salle St**

Sold and shipped by jiuchen7378
View seller information

Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

---

Clearance        Sponsored
Now $21.99  $32.99
Ocean Wave Projector Light, 16 Colors Water Wave Lamp, Wave Night Light for Bedroom Office Restaurant, Idea Gifts for Boys Girls, Father's Day Gifts
★★★★☆ 9
2-day shipping

| + Add |
|---|



Now $62.99  $79.99

Best seller
$19.99


Now $22.99  $25.99
Sponsored

VGAzer Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday for Kids (16 Colors)

Save with W+

Shipping, arrives **in 2 days**

Astronaut Galaxy Star Projector Starry Night Light, Astronaut Light Projector with Nebula,Timer and Remote Control, Bedroom and Ceiling Projector, Christmas Gifts for Children and Adults

★★★★☆ 13

Save with W+

Shipping, arrives **in 2 days**

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 1Stand, Remote & Touch Control USB Rechargeable Rgl

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**

## About this item

### Product details

**UPGRADED MAGNETIC LEVITATING MOON LAMP** - The upgraded magnetic levitation base is very easy to sense. You don't need to laboriously sense the magnetic force. After charging the base, just hold the moon light gently and place it on top of the base to keep 5 seconds to make it float. **MAGNETIC LEVITATING MOON LAMP BY 3D PRINTING** - Levitation moon lamp with a diameter is 5.9 inches, made with 3D printing technology, the surface is close to the real lunar moon, novelty, and charming. Moon lamp uses magnetic levitation technology, suspended and Spinning automatically in mid-air freely, realistically simulate the moon. **MAGNETIC LEVITATING MOON LAMP WITH TIME SETTING** - After press each of these buttons, the levitation moon lamp will light for 15 minutes / 30 minutes / 60 minutes. From now on, never worry about waste the power of your moon light. Perfect decoration lights or gift for Valentines, Christmas, Thanksgiving, Birthday, Party, Wedding, Anniversary and other. **MAGNETIC LEVITATING MOON LAMP WITH REMOTE CONTROL** - 3 colors and brightness of the light emitted by the levitation moon lamp can be controlled using a remote control. The newest cool concept, very fancy and unique decor for your home, office, conference room. **100% SUPPORT** - We love our customers and hope to make the moon lamp better. Please contact us if you have any questions or sections. We will help you solve the problem. Thank you!

- UPGRADED MAGNETIC LEVITATING MOON LAMP - The upgraded magnetic levitation base is very easy to sense. You don't need to laboriously sense the magnetic force. After charging the base, just hold the moon light gently and place it on top of the base to keep 5 seconds to make it float.
- MAGNETIC LEVITATING MOON LAMP BY 3D PRINTING - Levitation moon lamp with a diameter is 5.9 inches, made with 3D printing technology, the surface is close to the real lunar moon, novelty, and charming. Moon lamp uses magnetic levitation technology, suspended and Spinning automatically in mid-air freely, realistically simulate the moon.
- Finish Type:3D Printing|Base Material:magnetic base|Product Dimensions:5.9"D x 5.9"W x 5.9"H|Lamp Type:Moon lamp|Shade Color:white|Shade Material:Plastic|Switch Type:Magnetic|Style:art_deco| Color:3 Colors|Special Feature:Magnetic moon lamp; Floating moon lamp; 3D moon lamp; Remote & touch control| Unique decoration|Light Source Type:LED|Material:Pla, abs fraux wood|Room Type:Office, Bedroom, Living Room|Recommended Uses For Product:Decoration|Power Source:Corded Electric|Shape:Round|Controller Type:Remote Control|Number of Light Sources:0|Connectivity Technology:USB|Included Components:Remote Control|Bulb Shape Size:S6|Mounting Type:Tabletop|Wattage:3 watts|Lighting Method:Adjustable|Control Method:Remote|Indoor/Outdoor Usage:Indoor|Specific Uses For Product:Indoor use only|Water Resistance Level:Not Water Resistant|Installation Type:Decor|Number of Pieces:4|Voltage:2.4E+2 Volts|Base Diameter:5.9 Inches|Is Cordless?:No|Is Electric:Yes|UPC:794604239415|Manufacturer:DTOETKD|Part Number:DTK-CXFMOON-GX|Item Weight:2.4 pounds|Item model number:M-20067|Finish types:3D Printing|Special Features:Magnetic moon lamp; Floating moon lamp; 3D moon lamp; Remote & touch control| Unique decoration|Batteries Included?:No|Batteries Required?:No| Date First Available:November 17, 2019

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Eco Friendly

**Assembled Product Weight**
1 lb

**Brand**
TRAHOO

**Assembled Product Dimensions (L x W x H)**
1.00 x 1.00 x 1.00 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

$58.99

Floating Moon Lamp, Magnetic Levitating Moon Lamp 3 Colors 5.9inch Spinning 3D Night Light Magnetic Base, Room Decor Moon Light, Birthday Christmas Gifts for Kids

Shipping, arrives **in 3+ days**



+ Add

$42.56

Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night Lights For Room Office Decoration Cool Gifts [xc]

Shipping, arrives **in 3+ days**



+ Add

$122.99

Moon Lamp 3d Printing Magnetic Levitating Floating N

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



one

Debit with rewards

Sponsored ⓘ

**Report:**   ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Place order for $231.29**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

| | |
|---|---|
| **Subtotal** (1 item) | $209.79 |
| Shipping | Free |
| **Estimated taxes** | $21.50 |
| **Estimated total** | $231.29 |

Have a promo code?



**Free shipping, arrives by Tue, Aug 27**

Steven Howard                                                                Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                                        Add

Add access codes or other necessary information.

**Items details**                                                           Hide details

**Arrives by Tue, Aug 27**                                                  1 item

Sold and shipped by jiuchen7378
Free shipping

Levitating Moon Lamp, Floating And Spinning 3D Moon Light 3 Colors With Remote & Magnetic...

$209.79

Remove          —    1    +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                         $231.29

+ Add new payment                                                           Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back

as low as **$20/mo** with affirm                                            Apply now



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



ENAPY

ENAPY Magnetic Levitating & Spinning Moon Night Lamp - A Creative Gift Item - Remote Control - 16 Color Changes - US Plug

Free 30-day returns

**$79.99**
Price when purchased online ⓘ

| Buy now |
| Add to cart |

Add a protection plan   What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $7.00
☐ 3-Year plan - $9.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🏪 Delivery |
| Arrives Aug 22 | Not available | Not available |
| Free | | |

Delivery to 1 N La Salle St

Sold and shipped by ENAPY
View seller information

Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

Sponsored
**$19.99**
Taipow Touch Table Lamp, Rechargeable LED Night Light W Remote Control Color Change and Timer -Wood
★★★★½ 19
2-day shipping

| + Add |


Now **$64.00** $75.00
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Lamp 3D Moon LED Light with Remote Control for Unique Gifts,Room Decor,Night Light,Office Desk Toys
Save with W+


**$19.99**
Dinosaur Gifts for Boys and Girls, 3D Illusion Lamp Toys Night Light with Remote Control & 16 Colors Changing & Dimmable Function, Dinosaur Lamp for Kids Birthday Gifts
★★★☆☆ 1


**$7.39**
Pluokvzr 2 Pack 16 Color Changing Toilet Night Light Motion Sensor LED Toilet Bowl Light
★★★★☆ 52

Shipping, arrives **in 2 days**          Shipping, arrives **in 3+ days**          Shipping, arrives **in 3+ days**

## About this item

### Product details

ENAPY Magnetic Levitating & Spinning Moon Night Lamp Add the beauty of our solar system to your home decor with this floating magnetic Moon lamp. This LED lamp floats and spins all on its own above the included base just like its celestial counterpart. Each lamp is equipped with multiple color and lighting modes so you can select the perfect lighting for your space and enjoy the mesmerizing motion of this miniature moon magically suspended in mid-air. Weight: 1.2 Pounds

- Add the beauty of our solar system to your home decor with this floating magnetic Moon lamp.
- This LED lamp floats and spins all on its own above the included base just like its celestial counterpart.
- Each lamp is equipped with multiple color and lighting modes so you can select the perfect lighting for your space and enjoy the mesmerizing motion of this miniature moon magically suspended in mid-air.

Product Details:

- Color: White (Colors could be changed to Red, Green, Blue, Purple etc)
- Materials ABS, Plastic
- Measurements 7.7"L x 7.7"W x 6.8"H
- Magnetic Levitation
- Floats & Spins Automatically
- Touch Sensor Controls

Technical Details:

- Power Source: Wall Plug
- Cord Length: 6.5'
- Voltage: 12V
- Bulb Type: LED

Measurements

- Globe Size: 5.5"L x 5.5"W x 5.5"H
- Base Size: 7.7"L x 7.7"W x 1.2"H

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
ENAPY

**Manufacturer Part Number**
enapy-44-567

**Manufacturer**
ENAPY

**Assembled Product Dimensions (L x W x H)**
7.70 x 7.70 x 6.80 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



$77.99
Floating Moon Night Light, Hovering Decorative Lamp for Home & Office, US Plug 100-240V Levitating Planet Lamp
Shipping, arrives **in 3+ days**

Reduced price

+15 options

**Now $8.99** ~~$14.99~~
Options from $8.99 – $14.99
Nice Dream Gaming Headset Night Light for Kids, Gaming Room Decor for Boys, 16 Colors Changing with Remote Control, Night Light for Boys
Save with W+

Shipping, arrives **in 2 days**



$74.00
VGAzer Magnetic Levitation Moon Lamp，Floating LED Rotating Night Light，Levitate & Rotate in Air，Cool D
Shipping, arrives **in 3+ days**

💬 Report incorrect product information



$79.99

ENAPY Magnetic Levitating & Spinning Saturn Night Lamp - A Creative Gift Item - US Dual Voltage Plug

Shipping, arrives **in 3+ days**



Sponsored

$18.32

Options from $18.32 – $21.32

315 inch Axolotl Crystal Ball Lamp,3D K9 Crystal Ball Night Light with Wooden Base,16 Colors Change with Remote Control,Clear Glass Ball Light,Birthday Gift for Friends (Axolotl A)

Save with W+

Shipping, arrives **in 3 days**



$79.99

ENAPY Floating & Spinning Magnetic Light Bulb Lamp US Plug

Shipping, arrives **in 3+ days**

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

This item does not have any reviews yet

Be the first to write a review

**Write a review**

---

 Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

---



Enjoy Celsius Essentials

Sponsored ⓘ

---

**Best seller**



**Options**

+2 options

Now **$13.99** ~~$17.99~~

More options from $12.99

DEWENWILS LED Plug in Night Light with Dusk to Dawn Sensor, 360° Rotating Night Lights, Daylight, 4 Pack

★★★★☆ 201

🔵 Save an extra $2.00

Save with W+

Shipping, arrives **in 2 days**



**+ Add**

Sponsored

$22.99

6 Pack Stick-on Motion Sensor Lights, Warm White LED Night Light, Indoor Stair Lights, Battery Operated Wall Light for Clost, Cabinet

★★★★★ 207

Save with W+

Shipping, arrives **in 2 days**



**+ Add**

$39.99

Sunbeam 16988 5 In 1 Instabeam Emergency Light & Fl...

★★★★★ 45

Shipping, arrives **in 2 days**

---

**Report:**   ⚠ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Decorative Night Lights                          Dimmable Night Lights

Shop All Night Lights                             Dusk to Dawn Night Lights

LED Night Lights                                  Moon Lamps

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



Free shipping, arrives by Thu, Aug 22

Steven Howard                                                    Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                             Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Thu, Aug 22**                                    1 item

Sold and shipped by ENAPY
Free shipping

ENAPY Magnetic Levitating & Spinning Moon
Night Lamp - A Creative Gift Item - Remote...

**$79.99**

Remove          −    1    +



**Place order for $88.19**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                            $79.99
Shipping                                                       Free
**Estimated taxes**                                           $8.20

**Estimated total**                                          $88.19

Have a promo code?                                              ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $88.19

+ Add new payment                          Edit payment

one

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Squeeze more out of life                                    Sponsored ⓘ

houepaixun1967511

Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night Lights For Room Office Decoration Cool Gifts

🔄 Free 30-day returns

**$51.70**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

🛡 Add a protection plan    What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $6.00
☐ 3-Year plan - $8.00

**How do you want your item?**

| 🚚 Shipping<br>Arrives Aug 30<br>Free | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to  **1 N La Salle St**

🏷 Sold and shipped by  **houepaixun1967511**
View seller information

🔄 Free 30-day returns  Details

♡ Add to list                              🗒 Add to registry

Sponsored
**$34.99**
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9'
3+ day shipping

**+ Add**



$63.99
♡ + Add
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)
★★★★★ 2



Now **$64.00** $75.00
♡ + Add
Save with W+
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Lamp 3D Moon LED Light with Remote Control for Unique Gifts,Room Decor,Night Light,Office Desk Toys



Now **$65.99** $70.99
♡ + Add
VGAzer Levitating Moon Lamp,Floating and Spinning in 16 Colors Modes with Remote for Unique Gifts,Christr
★★★★★ 3

Save with W+
Shipping, arrives **in 2 days**

Shipping, arrives **in 2 days**

Save with W+
Shipping, arrives **in 2 days**

## About this item

### Product details

16 colours LED moon night lights the floating galaxy moon lamp comes with a remote control. With it, you can choose 16 different LED colours, and the light colours can flash, fade, smooth and flash as you like. Adjustable brightness. Very colourful and full of imagination. Floating and rotating galaxy moon adopt magnetic floating technology, the galaxy moon floats and rotates automatically in the air, without support or contact, and can attract people's eyes. Floating 3D Galaxy Moon Lamp Floating moon lamp is powered by electromagnetic induction, wireless energy transmission for the moon. The moon lamp lights up as it rotates. The moon lamp is made with 3D printing technology and has a texture that is very similar to the real moon. Creative gifts floating galaxy lamp can be used as a decorative lamp in your room or office. It can also be used as a perfect gift for lovers, friends, parents, children for Christmas, birthdays, holidays, weddings, anniversaries. When you receive and open the box, they will experience many surprises All Didwi products are strictly controlled before they leave the warehouse. We offer a 2 year .

- --- Welcome to hongcongsuye Store ---
- USER REVIEWS: We value your feedback and welcome you to leave your valuable comments and suggestions.
- furniture, decor, tools, garden supplies, lawn care, patio furniture,kitchen, living room, bedroom, bathroom, office,storage, organization, lighting, cleaning, decorating, planting,wood, metal, plastic, ceramic, glass, fabric

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. <u>See our disclaimer</u>

### Specifications

**Brand**
houepaixun19675111

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

$77.99

Floating Moon Night Light, Hovering Decorative Lamp for Home & Office, US Plug 100-240V Levitating Planet Lamp

Shipping, arrives **in 3+ days**



+ Add

$81.60 · +$3.99 shipping

Floating 3D Printing Magnetic Levitation LED Moon Lamp Night Light with 3 Color Modes 100? 240V US

Shipping, arrives **in 3+ days**



+ Add

$77.99

Floating Moon Night Light, Hovering Decorative Lamp Levitating Planet Lamp

Shipping, arrives **in 3+ days**

💬 <u>Report incorrect product information</u>

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. <u>Learn more.</u>



**DUNKIN'**

Get $0.50 Walmart Cash

Sponsored ⓘ

**Report:** ⓘ <u>Report seller</u>   ⚠ <u>Report suspected stolen goods (to CA Attorney General)</u>



**Free shipping, arrives by Fri, Aug 30**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

**Arrives by Fri, Aug 30**    1 item

Sold and shipped by houepaixun19675111
Free shipping

Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night...

**$51.70**

Remove    −  1  +



**Place order for $57.00**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                          $51.70
Shipping                                      Free
**Estimated taxes**                        $5.30

**Estimated total**                       **$57.00**

Have a promo code?    ⌄



🗎 **Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                    $57.00

+ Add new payment              Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life

Sponsored ⓘ

Horohoroe

**Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100?240V**

◉ Free 30-day returns

**$84.99**

Price when purchased online ⓘ

| **Buy now** |
|---|

| **Add to cart** |
|---|

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Aug 29 | Not available | Not available |
| Free | | |

Delivery to 1 N La Salle St

🏷 Sold and shipped by **Horohoroe**

★★★☆☆ 2 seller reviews

View seller information

◉ Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

Sponsored
$4.99
Hefengsx Wooden Halloween Pumpkin Festive Atmosphere Decoration Table Card Decorations Creative Halloween Decorations, Scary Halloween Silhouette Decorations Outdoor with Lights
3+ day shipping

| + Add |
|---|



**$63.99**

VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)
★★★★★ 2
Save with W+
Shipping, arrives in 2 days

**$34.99**

Sponsored
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 79"
Shipping, arrives in 3+ days

**Now $65.99** $75.99

VGAzer Levitating Moon Lamp,Floating and Spinning in 16 Colors Modes with Remote for Unique Gifts,Christm
★★★★★ 3
Save with W+
Shipping, arrives in 2 days



**$51.70**

Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night Lights For Room Office Decoration Cool Gifts

Shipping, arrives **in 3+ days**



**$77.99**

Floating Moon Night Light, Hovering Decorative Lamp for Home & Office, US Plug 100-240V Levitating Planet Lamp

Shipping, arrives **in 3+ days**



**$81.60** ~$3.99 shipping

Floating 3D Printing Magnetic Levitation LED Moon La 240V US

Shipping, arrives **in 3+ days**

## About this item

### Product details

Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100?240V

Levitating Planet Lamp Floating Moon Nihgt Light Hover Decorative Lamp for Home Office Decor US Plug 100?240VItem Type: Levitating LampMaterial: ABSColor: As Picture ShownApplication: for Desktop, Bedroom, Living RoomProduct Size: Sphere: Approx.14x14cm/5.5x5.5inBase: Length: Approx.12cm/4.7inWidth: Approx.12cm/4.7inHeight: Approx.2.5cm/1.0inGross Weight: Approx.1196g/42.2ozVoltage: US Plug 100-240VInput voltage: 12V2ALight Bulb Source: White light, warm light, warm yellow lightLife: 50000H .wang-edit-text{ font-family:'Arial' !important; } .wang-edit-text table { border-top: 1px solid #000; border-left: 1px solid #000; } .wang-edit-text table td, .wang-edit-text table th { border-bottom: 1px solid #000; border-right: 1px solid #000; padding: 3px 5px; } .wang-edit-text table th { text-align: center; }

- 1, Wireless Power Transmission: The moon lamp is powered by electromagnetic induction, without cable or built in battery. The LED light is soft, no harm to eyes, and the service life is long. Compared with traditional light switches controlled by touch buttons, the power consumption is extremely low.
- 2, Simulation Moon: Adopts 3D printing technology, high resolution printing of real planet, when the inner light is on, you can have a calm and relaxed ambience.
- 3, 3 Color Modes: Has 3 color modes, you can choose warm yellow, white, warm light. Uses one button switch touch button, you can achieve 3 color gradient effect.
- 4, Magnetic Levitation: Adopts magnetic levitation technology, floating and rotating freely in the air, without any support and contact, able to catch people's attention.
- 5, Ideal Gift: Can be the best gift choice for home decoration, birthday gifts, housewarming gifts and business gifts, giving surprise to the recipient of this gift.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

Be the first to write a review

Write a review

---

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Top-drawer essentials

Sponsored ⓘ

**Report:** ⓘ Report seller     ⚠ Report suspected stolen goods (to CA Attorney General)



Free shipping, arrives by Thu, Aug 29

Steven Howard                                                    Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                              Add
Add access codes or other necessary information.

**Items details**                                            Hide details

**Arrives by Thu, Aug 29**                                        1 item

Sold and shipped by Horohoroe
Free shipping

Levitating Planet Lamp Floating Moon Nihgt Light
Hover Decorative Lamp for Home Office Decor...

**$84.99**

Remove                      [ −    1    + ]



**Place order for $93.70**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                        $84.99
Shipping                                                    Free
**Estimated taxes**                                         $8.71

**Estimated total**                                        $93.70

Have a promo code?                                            ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651                                     $93.70

+ Add new payment                              Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life                                    Sponsored ⓘ

DOTDROPT

**Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night Lights For Room Office Decoration Cool Gifts**

Free 30-day returns

**$34.27**

Price when purchased online ⓘ

**Buy now**

**Add to cart**

🛡 Add a protection plan   What's covered
(Only one option can be selected at a time)
☐ 2-Year plan - $4.00
☐ 3-Year plan - $6.00

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Aug 23 | Not available | Not available |
| Free | | |

Delivery to  1 N La Salle St

Sold and shipped by **changshashijipei**
View seller information

Free 30-day returns  Details

♡ Add to list                    🗄 Add to registry

Sponsored
**$34.99**
Moon Pendant Light, 3d Printed Moon Pendant Lamps, Ceiling Moon Lights with 2m Adjustable Cable, 110V/220V Cold/Warm White LED Pendant Lamp for Kids Room, Home, Office, 7.9'
3+ day shipping

**+ Add**



**Now $64.00** $75.00
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Lamp 3D Moon LED Light with Remote Control for Unique Gifts,Room Decor,Night Light,Office Desk Toys
Save with W+

 + Add

**$63.99**
VGAzer Levitating Moon Lamp - Floating and Spinning Moon Light Spinning in Air - Night Lamp for Office, Home, Room Decor, (16 Colors)
★★★★★ 2

 + Add 

**$19.99** $34.99 shipping
Creative Lamp Night For Woman Light Moon Lamp Gal Light Christmas Decorative Lights Home Decorations (
Shipping, arrives **in 3+ days**

 Options

Shipping, arrives **in 2 days**

Save with W+

Shipping, arrives **in 2 days**

## About this item

### Product details

16 colours LED moon night lights: the floating galaxy moon lamp comes with a remote control. With it, you can choose 16 different LED colours, and the light colours can flash, fade, smooth and flash as you like. Adjustable brightness. Very colourful and full of imagination. Floating and rotating galaxy moon: adopt magnetic floating technology, the galaxy moon floats and rotates automatically in the air, without support or contact, and can attract people's eyes. Floating 3D Galaxy Moon Lamp: Floating moon lamp is powered by electromagnetic induction, wireless energy transmission for the moon. The moon lamp lights up as it rotates. The moon lamp is made with 3D printing technology and has a texture that is very similar to the real moon. Creative gifts: floating galaxy lamp can be used as a decorative lamp in your room or office. It can also be used as a perfect gift for lovers, friends, parents, children for Christmas, birthdays, holidays, weddings, anniversaries. When you receive and open the box, they will experience many surprises All Didwi products are strictly controlled before they leave the warehouse. We offer a 2 year warranty.',

- High-Quality Products: At Walmart, we pride ourselves on offering products of exceptional quality. Every item is rigorously inspected to ensure the best experience for our customers.
- Fast Delivery: Our expedited shipping service ensures that you receive your purchases quickly, minimizing wait times and maximizing convenience.
- Excellent Service: We provide outstanding customer service not only during the purchase process but also with comprehensive after-sales support, ensuring a hassle-free shopping experience.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Anti-Scratch

**Brand**
DOTDROPT

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
No



+ Add

$51.70

Floating Moon Lamp, Floating 3d Moonlight Spinning Led Moon Magnetic Levitation Night Lights For Room Office Decoration Cool Gifts

Shipping, arrives **in 3+ days**



+ Add

$77.99

Floating Moon Night Light, Hovering Decorative Lamp for Home & Office, US Plug 100-240V Levitating Planet Lamp

Shipping, arrives **in 3+ days**



+ Add

$81.60  +$3.99 shipping

Floating 3D Printing Magnetic Levitation LED Moon La 240V US

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review



 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart+

Members save more

Sponsored ⓘ

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Fri, Aug 23**

Steven Howard                                                                Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                                          Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Fri, Aug 23**                                              1 item

Sold and shipped by changshazhijipei
Free shipping

Floating Moon Lamp, Floating 3d Moonlight
Spinning Led Moon Magnetic Levitation Night...

**$34.27**

Remove                            −    1    +



**Place order for $37.78**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                                     $34.27
Shipping                                                               Free
**Estimated taxes**                                                    $3.51

**Estimated total**                                                   $37.78

Have a promo code?                                                       ⌄



🗔 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                                  $37.78

+ Add new payment                                              Edit payment

**one**

onepay  $15 cash back when you spend $15+                         Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life                    Sponsored ⓘ

AmmierHome

**YIFENG suspended air bonsai pots magnetic levitation mini rotating flower pots floating succulent pots sky garden plants and office potted plants (this plant is not included in the p**

Free 30-day returns

**$90.22**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Actual Color: light colour

| Dark color | light colour |
| $72.19 | $90.22 |

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 📦 Delivery |
| Arrives Aug 23 | Not available | Not available |
| Free | | |

Delivery to **1 N La Salle St**

Sold and shipped by **feiyushangmaoyouxiangongsi**
View seller information

Free 30-day returns  Details

♡ Add to list          🔖 Add to registry



Sponsored
**$20.70**
Costa Farms Live 21-inch Tall, Easy to Grow Mini Bonsai Grower's Choice, Bright Indirect Sunlight, Indoor House or Office Tabletop Plant, in 6-inch Nursery pot
★★★★☆ 90
3+ day shipping

| + Add |

---

**$24.99**
ragnaroc Live Succulents – Punica Granatum Dwarf Pomegranate 9-12" Tall in 4" Pot – 1ct - Color When Flowering Red, Bonsai - Live Arrival Guaranteed - House Plants for Home Decor
★★★☆☆ 4



**$11.99** +$6.99 shipping
9GreenBox - Live Aloe Vera - Indoor Bonsai - w/Fertilizer Gift Medicine Plant
★★★☆☆ 20
Shipping, arrives in 3+ days



**$39.99** +$6.99 shipping
9GreenBox - Fukien Tea Bonsai with 6" Ceramic Pot
Sponsored
★★☆☆☆ 8
Shipping, arrives in 3+ days



Shipping, arrives **in 3+ days**







$65.00

Loyalheartdy Floating Flower Pot Black ABS Hexagonal Magnetic Levitating 200g Micro Plants Pot 12V 5-10W

Shipping, arrives **in 3+ days**

Now $22.99 ~~$25.99~~

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**

$84.99

Levitating Planet Lamp Floating Moon Nihgt Light Hov US Plug 100?240V

Shipping, arrives **in 3+ days**

## About this item

### Product details ⌃

YIFENG suspended air bonsai pots magnetic levitation mini rotating flower pots floating succulent pots sky garden plants and office potted plants (this plant is not included in the p

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications ⌃

**Brand**
AmmierHome

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

■ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

## one
Debit with rewards

Sponsored ⓘ

**Report:**  ⓘ Report seller   ⚠ Report suspected stolen goods (to CA Attorney General)



**Place order for $99.47**

By placing this order, you agree to our Privacy Policy and Terms of Use

| | |
|---|---|
| Subtotal (1 item) | $90.22 |
| Shipping | Free |
| Estimated taxes | $9.25 |
| **Estimated total** | **$99.47** |

Have a promo code?



Free shipping, arrives by Fri, Aug 23

Steven Howard                                                        Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                        Add

Add access codes or other necessary information.

**Items details**                                                   Hide details

**Arrives by Fri, Aug 23**                                      1 item

Sold and shipped by feiyushangmaoyouxiangongsi
Free shipping

YIFENG suspended air bonsai pots magnetic levitation mini rotating flower pots floating...
Actual Color: light colour

$90.22

Remove    [−  1  +]



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                           $99.47

+ Add new payment                                        Edit payment

**one**

onepay  $15 cash back when you spend $15+        Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

<u>Send to a different phone number</u>

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **<u>Mobile Alert Terms</u>**.



Squeeze more out of life

Sponsored ⓘ

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension Floating Pot, Potted Plant Home Desk Decor in Flower Pots & Planters from Home & Garden on (Dark color)

🔵 Free 30-day returns

**$97.99**

Price when purchased online ⓘ

| Buy now |
|:---:|

| Add to cart |
|:---:|

**Actual Color:** Dark Color

$102.44    $97.99    $97.99

**How do you want your item?**

| Shipping | Pickup | Delivery |
|:---:|:---:|:---:|
| Arrives Aug 23 | Not available | Not available |
| Free | | |

Delivery to  1 N La Salle St

Sold and shipped by  **shenwei**
View seller information

🔵 Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

---

Sponsored
**$13.99**
Monoture Plant Propagation Station,Air Plant Terrarium with Wooden Stand,Desktop Glass Terrarium for Plants Home Office Decor,Propagate Planter Terrariums for Hydroponics Plants Gifts for Women
2-day shipping

| + Add |
|:---:|



---

$9.99
8Pcs Colorful Plastic Flower Pots Plastic Mini Nursery Pots Small Thick Plastic Plant Pots Nursery Seedling Planter Garden Flower Pot Container with Pallet/Trays for Flower, Succulent, Cactus
★★★★★ (8)

+ Add



$14.80
More options from $14.29
4Pcs/set Creative Iron Line Flower Plant Vase Pot Sets Desk Flower Plants Stand Holder Desktop Flower Container Planters Baskets,Gold+White

Options



$18.05
More options from $14.41
SPRING PARK Wall Planters Succulent Planter Geomet Container Hanging Vase Home Decoration

Options



Save with W+

Shipping, arrives in 3+ days

Shipping, arrives in 3+ days

Shipping, arrives in 2 days





+2 options

**$72.19**
Options from $72.19 – $90.22

YIFENG suspended air bonsai pots magnetic levitation mini rotating flower pots floating succulent pots sky garden plants and office potted plants (this plant is not included in the p

Shipping, arrives in 3+ days

Sponsored

**Now $22.99** $25.99

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 1

Save with W+

Shipping, arrives in 2 days

**$65.00**

Loyalheartdy Floating Flower Pot Black ABS Hexagona 12V 5-10W

Shipping, arrives in 3+ days

## About this item

### Product details ⌃

### Product Description

❤❤❤A UNIQUE DESIGN PIECE FOR ANY ROOM. Weivone People will notice and comment on this unique decoration that appears to defy gravity. Add a classy conversation piece to your life.❤❤❤

--Name: Imitation wood grain suspended polygon flower pot
--Bearing capacity:0.66 lb
--Base size:13.4x13.4x2.8cm/5.27x5.27x1.1inch
--Flower pot size: diamater 9CM,height 5CM
--Power Supply :12V1A
--Net weight:2.2 lb
--Color box size:17.8CM*17.8CM*12.4CM/7.01*7.01*4.88 Inch
--Single outer box:19CM*19CM*14CM/7.48*7.48*5.51 inch

NOTE:

1. Please try to grow the plant in the middle position of the flower pot during the planting. Do not exceed the maximum bearing capacity, otherwise it will shift or sink (The plant is not included.)

2. When you water the plant, don't spill the water to the base. Please wipe it dry promptly if it's spilled

- A patented arrangement of magnets, coils, sensors and electronics in the base keeps it levitating in mid-air.
- Unique decoration, awesome gift. It is a magnetic magical floating bonsai pot , floating in the air ,rotating 360 degrees automatically when the power is turned on.It can be observed from different angles that plants can rotate in the air with funny dynamic.
- Light weight: made of resin, natural materials, environmentally . Easy to install , easy to maintenance.Suitable for small indoor potted plants / herbs.It works quiet and steady.
- Lovely look: Unique creative design, the flower pot looks like a suspended planet, very stylish and very cute gift for friends and lovers
- International products have separate terms, are sold from abroad and may differ from local products, including fit, age ratings, and language of product, labeling or instructions.

💬 **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.



Enjoy Celsius Essentials

Sponsored ⓘ

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

Patio & Garden  /  Garden Center  /  Pots & Planters  /  Garden Planters



**Free shipping, arrives by Fri, Aug 23**

Steven Howard                                               Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                        Add

Add access codes or other necessary information.

**Items details**                                          Hide details

**Arrives by Fri, Aug 23**                                  1 item

Sold and shipped by shenwei
Free shipping

Levitating Air Bonsai Pot, Rotation Flower Pot
Planters, Magnetic Levitation Suspension Floating...
Actual Color: Dark Color

$97.99

Remove          [−]   1   [+]



**Place order for $108.03**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)                                          $97.99
Shipping                                                    Free
**Estimated taxes**                                        $10.04

**Estimated total**                                        $108.03

Have a promo code?                                          ⌄



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                       $108.03

+ Add new payment                                          Edit payment

🔵 one

**onepay** $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life

Sponsored

Sexy elephant

Black Color Levitating Air Bonsai Pot Rotation Flower Pot Planters Magnetic Suspension Floating Pot Potted Plant Home Without plants

Free 30-day returns

**$76.89**

Price when purchased online

**Buy now**

**Add to cart**

Character: EU

| AU $76.89 | EU $76.89 | UK $76.89 | US $76.89 |

Actual Color: Black Color

| Black Color | Dark color | Light color | White Color |
| wood grain |

### How do you want your item?

| Shipping Arrives Aug 29 Free | Pickup Not available | Delivery Not available |

Delivery to  1 N La Salle St

Sold and shipped by **Sexy elephant**
View seller information

Free 30-day returns  Details

Add to list                    Add to registry

Sponsored
$16.99
SMART POT Round Raised Bed Mini (24 in) - Black
★★★★½ 40
3+ day shipping
+ Add









$9.99

8Pcs Colorful Plastic Flower Pots Plastic Mini Nursery Pots Small Thick Plastic Plant Pots Nursery Seedling Planter Garden Flower Pot Container with Pallet/Trays for Flower, Succulent, Cactus

★★★★☆ 81

Save with W+

Shipping, arrives **in 2 days**

**Now $17.99** ~~$33.99~~
Options from $17.99 – $19.99

Self Watering Planters, 5/5.5/6/6.5/7 Inch Self Watering Plant Pots for Indoor and Outdoor Plants, 5 Pack

★★★★☆ 117

Save with W+

Shipping, arrives **in 2 days**

$34.98

Dave & Jenny Marrs for Better Homes & Gardens Masc x 11.3in

★★★★☆ 60

Save with W+

Shipping, arrives **in 3+ days**



$72.19
Options from $72.19 – $90.22

YIFENG suspended air bonsai pots magnetic levitation mini rotating flower pots floating succulent pots sky garden plants and office potted plants (this plant is not included in the p

Shipping, arrives **in 3+ days**

+2 options



Sponsored

**Now $22.99** ~~$25.99~~

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**



$65.00

Loyalheartdy Floating Flower Pot Black ABS Hexagona 12V 5-10W

Shipping, arrives **in 3+ days**

## About this item

### Product details

Can provide fast transportation of suspended air bonsai flower pot rotating flower pot planter magnetic levitation floating pot potted plant home (no plants)

Product Description:

levitating Air Bonsai Pot Rotation Flower Pot Planters Magnetic Suspension Floating Pot Potted PlantBearing weight: 300g miniature plantsSuspension distance: 20mmBase size: 13.4*13.4*2.8cm/5.3*5.3*1.1inchFlower pot size: 9*9*5cm/3.5*3.5*2inchPacking size: 17.8*17.8*12.4cm/7*7*4.9inchPower supply: 12V/1A or 2AWeight: 1kg/setl. All pictures have been profesionally color-calibrated, but due to the different ambient light and different display device settings, there may be some deviations in the pictures and the objects you see. Please understand.2. The data is manually measured, there may be some deviations, but it does not affect the use.Packing Material List:Base * 1flowerpot * 1power cord * 1English manual * 1 &  Product Feature*1. Lovely appearance: unique creative design, flower pots look like floating stars, very fashionable, very cute gifts suitable for friends and lovers*2. Fun decoration: gardening method, suitable for decorating gardens, tables, bookshelves, dining tables, living rooms, main halls and any place.*3. Lightweight: it is made of resin and natural materials, environmentally friendly and safe. Lightweight and easy to remove.*4. With automatic induction and rotation technology, you can rotate the flowerpot at any time. This is definitely a novel and interesting gift.

Product Picture:

- Impact and crack resistant
- Brand new product, great price
- Easy to maintain, just wipe with a clean damp cloth after emptying all contents
- Great for use in various rooms indoors or outdoors on patios, porches, gardens, sidewalks, etc.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Features**
Leak-Proof

**Brand**
Sexy elephant

**Material**
Plastic

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
None

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review





Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Sponsored ⓘ

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Patio & Garden  /  Garden Center  /  Pots & Planters  /  Garden Planters



**Place order for $84.77**

By placing this order, you agree to our Privacy Policy and Terms of Use

| Subtotal (1 item) | $76.89 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $7.88 |

**Estimated total** $84.77

Have a promo code? ⌄



**Free shipping, arrives by Thu, Aug 29**

Steven Howard                                                    Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                              Add

Add access codes or other necessary information.

**Items details**                                               Hide details

**Arrives by Thu, Aug 29**                                       1 item

Sold and shipped by Sexy elephant
Free shipping

Black Color Levitating Air Bonsai Pot Rotation
Flower Pot Planters Magnetic Suspension Floatin...
Character: EU, Actual Color: Black Color

**$76.89**

Remove          −   1   +



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651                                          $84.77

+ Add new payment                                          Edit payment

**one**

onepay  $15 cash back when you spend $15+          Sign up

Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Squeeze more out of life

Sponsored

HONORBESS

Floating Plant Pot,Magnetic Levitating Plant Pot for Air Plants,Rotating Air Bonsai Planter Flower Pot for Office Home Levitating Desk Levitating Decor(Black)

Free 30-day returns

**$64.00**

Price when purchased online

**Buy now**

**Add to cart**

**How do you want your item?**

| Shipping Arrives Aug 27 Free | Pickup Not available | Delivery Not available |

Delivery to 1 N La Salle St

Sold and shipped by HONORBESS
View seller information

Free 30-day returns   Details

♡ Add to list                    🎁 Add to registry

Sponsored
$13.99
Monoture Plant Propagation Station,Air Plant Terrarium with Wooden Stand,Desktop Glass Terrarium for Plants Home Office Decor,Propagate Planter Terrariums for Hydroponics Plants Gifts for Women
2-day shipping

**+ Add**



$21.79 +$5.79 shipping
1 Set Desktop Succulent Plant Pot Ceramic Flowerpot Pottery Planters with Stand
Shipping, arrives in 3+ days

+ Add

$9.99
8Pcs Colorful Plastic Flower Pots Plastic Mini Nursery Pots Small Thick Plastic Plant Pots Nursery Seedling Planter Garden Flower Pot Container with Pallet/Trays for Flower, Succulent, Cactus
★★★★☆ (8)
Save with W+
Shipping, arrives in 2 days

Options

$14.80
More options from $14.29
4Pcs/set Creative Iron Line Flower Plant Vase Pot Sets Flower Container Planters Baskets,Gold+White
Shipping, arrives in 3+ days



Options

**$97.99**
Options from $97.99 – $102.44

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension Floating Pot, Potted Plant Home Desk Decor in Flower Pots & Planters from Home & Garden on (Light Color)

Shipping, arrives **in 3+ days**



+ Add

Sponsored

**Now $22.99** ~~$27.99~~

Moon Lamp, Levitating Galaxy Moon Lamp 16 Colors, 12CM 3D Printing LED Moon Night Light with Stand, Remote & Touch Control USB Rechargeable Rgb Light, Gifts for Kids Friends Lover

★★★★★ 3

Save with W+

Shipping, arrives **in 2 days**



Options

+2 options

**$72.19**
Options from $72.19 – $90.22

YIFENG suspended air bonsai pots magnetic levitation pots sky garden plants and office potted plants (this pl...

Shipping, arrives **in 3+ days**

## About this item

### Product details ⌃

#### Product Description

Specification: How To Use: Package Included:

- [UNIQUE DESIGN] Beautifully designed levitating plant holder pot, guaranteed to draw the attention of anyone who enters the room. The miniature plant landscape can create a natural and tranquil atmosphere after hanging. It can be observed from unique angles that plants can rotate in the air with funny dynamic.
- [KEEP WORKING] The floating plant pot is made to operate 24x7 no need to shut it off! As long as the base is powered the plant pot levitates perpetually. The pot is attracted to the polarity in the base and once the base is powered off will cling to the base naturally
- [UPGRAD TECHNOLOGY] Beautiful and futuristic floating plant pot! It is an awesome high tech gadget that people of all ages will enjoy. To have something hovering, levitating, floating and giving the illusion of anti gravity.Rotates 360 degree while hanging in the air
- [PERFECT GIFT] A perfect gift for Birthday gifts,Christmas gifts,Anniversary gifts,Valentine's Day gifts,gift to family, lovers, friends, and colleagues, etc.It can be used as a decorative ornament that matches any home and office furnishings.
- [PLANT DESIGN] Unique creative design, the flower pot looks like a suspended planet, very stylish and very cute gift for friends and lovers.It can be used as a decorative ornament that matches any home and office furnishings.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer.

### Specifications ⌃

**Brand**
HONORBESS

**Color**
Black

### Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

**This item does not have any reviews yet**
Be the first to write a review

Write a review

▭ **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart+
Members save more

Sponsored ⓘ

### Frequently bought together

Best seller    In 50+ people's carts    Best seller

+ 

+ 

+ 

$64.00

Floating Plant Pot,Magnetic Levitating Plant Pot for Air Plants,Rotating Air Bonsai Planter Flower Pot for Office Home Levitating Desk Levitating Decor(Black)

$14.19

Miracle-Gro Potting Mix 8 QT

★★★★☆ 3829

$6.88

Expert Gardener 5 Pair Nitrile Garden Gloves, Medium

★★★★½ 276

$9.89

Set of 40 Heirloom Vegetable Garden Seeds - Heirloom Vegetable Garden Seeds - 100% Non-GMO! - May Be Assorted

★★★★½ 121

$94.96    Add 4 items to cart

ⓘ Items may be delivered on different dates

**Report:** | Report seller | ⚠ Report suspected stolen goods (to CA Attorney General)

Patio & Garden  /  Garden Center  /  Pots & Planters  /  Garden Planters



**Place order for $70.56**

By placing this order, you agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>

| | |
|---|---|
| **Subtotal** (1 item) | $64.00 |
| Shipping | Free |
| **Estimated taxes** | $6.56 |
| **Estimated total** | $70.56 |

Have a promo code?

---

**Free shipping, arrives by Tue, Aug 27**

Steven Howard                                          Edit
1 PPG PL, PITTSBURGH, PA 15222-5415

**Delivery instructions (optional)**                  Add

Add access codes or other necessary information.

**Items details**                                    Hide details

**Arrives by Tue, Aug 27**                           1 item

Sold and shipped by HONORBESS
Free shipping



Floating Plant Pot,Magnetic Levitating Plant Pot for Air Plants,Rotating Air Bonsai Planter Flower...

**$64.00**

Remove        −  1  +

---

📂 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA**  Ending in 3651                             $70.56

+ Add new payment                                   Edit payment



**one**

onepay  $15 cash back when you spend $15+        Sign up

💳 Add any credit or debit card & stack cash back

---



Walmart+  Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

<u>Try Walmart+ free for 30 days</u>

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**

Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.

Get $10 Walmart Cash

Sponsored ⓘ

Leyeet

**Leyeet Levitating Bulb Lamp Magnetic Floating LED Light Desk Lamp Table lamp Night Light, 360 Degree Automatic Rotating Light for Unique Gifts Room Home Office Decor**

★★☆☆☆ (2.0) | 1 review

🔵 Free 90-day returns

**$70.98**

Price when purchased online ⓘ

| Buy now |
| :---: |
| **Add to cart** |

🛡 Add a protection plan   What's covered
(Only one option can be selected at a time)

☐ 2-Year plan - $7.00
☐ 3-Year plan - $9.00

**How do you want your item?**

☐ I want shipping & delivery savings with Walmart✦
You get 30 days free! Choose a plan at checkout.

| 🚚 Shipping Arrives Aug 18 Free | 🚗 Pickup Not available | 🏪 Delivery Not available |
| :---: | :---: | :---: |

Delivery to **1 N La Salle St**

Sold by **Shi Le Yi** | ⏺ Pro Seller ⓘ
Fulfilled by Walmart
★★★½☆ 397 seller reviews
View seller information

🔵 Free 90-day returns   Details

♡ Add to list                    🏷 Add to registry

Clearance

Sponsored
**Now $12.99** $49.99
LED Desk Lamp, Adjustable Goose Neck Table Lamps for Home Office Study Room Desks Bedroom Bedside Table Lamp with LED Bulb, Eye-Caring Reading Lamps, Black
★☆☆☆☆ 1
2-day shipping

| + Add |
| :---: |







**Now $64.00** ~~$75.00~~
VGAzer Levitating Moon Lamp 5.9 Inch 16 Colors Moon Lamp 3D Moon LED Light with Remote Control for Unique Gifts,Room Decor,Night Light,Office Desk Toys
Save with W+
Shipping, arrives **in 2 days**

Sponsored
**$26.99**
LEPOWER Desk Lamp, 800LM LED Desk Lamp for Home Office, 12W Reading Lamp for Desk, Eye-Caring Desk Light, Touch Table Lamp, Gooseneck Lamp, 50 Lighting Modes, Bright Desk Lamps for Bedroom, Study Room
★★★★★ (1)
Save with W+
Shipping, arrives **in 2 days**

**Now $65.99** ~~$75.00~~
VGAzer Levitating Moon Lamp,Floating and Spinning in 16 Colors Modes with Remote for Unique Gifts,Christm
★★★★★ 3
Save with W+
Shipping, arrives **in 2 days**

## About this item

### Product details

**Features:**
Light Bulb Floats in Mid-Air - Our bulb uses magnetic levitation technology to float freely in the air without support and automatically rotates 360 degrees, creating a mesmerizing visual display that is sure to impress.
Fall Protection - The lamp is powered by electromagnetic induction and controlled by a touch button on the base. The magnetic base firmly attracts the bulb to prevent a break once the power is cut off.
Quiet　Safe　Reliable - It's quiet when floating and allows you to immerse yourself in this soft light. Overheating and overload protection make the levitating bulb safe and reliable to use.
Ultra Low Power Consumption - This magnetic levitating floating light bulb consumes minimal electricity and only requires about 0.1 kWh for 24 hours of operation. The floating height is about 3.9".
Unique　Unforgettable Gift - Very fancy and unique decoration for your home and office. Also great birthday, Mother's Day, Christmas, or Valentine's Day gift for family, friends, and colleagues.
**Specification:**
Item Type: Levitating Light Bulb
Color: As shown
Material: ABS+Glass
Bulb size: 6x6x11.5cm / 2.4x2.4x4.5"
Base size: 15x15x3cm / 5.9x5.9x1.2"
Note:
Please allow 1-3cm (0.4-1.18") difference due manual measurement.
**Package Includes:**
1 * Levitating Bulb Lamp

- Light meets levitation: The levitating bulb uses magnetic levitation technology, and it can float and rotate freely in the air without any contact or support, and without any noise during operation. The magnetic floating LED light can automatically rotate 360 degrees, has a unique visual effect, attracts your attention, and allows you to immerse yourself in this soft light.
- The levitation bulb is powered by electromagnetic induction and does not require cables or built-in batteries. Lights are controlled by the touch button: on/off on the wooden base. The lamp is made of environmentally friendly materials. LED is very soft, we use a super bright 60 lumens LED bulb, which is harmless to the eyes. Long service life (proper use can last for several years), and the rated use time is 50,000 hours.
- Once the power is cut off, the magnetic force of the base firmly attracts the bulb and will not fall off, so there is no need to worry about damaging the bulb.
- You can think of it as a desk lamp, table lamp, night light, etc., and put it in the office, hotel lobby, home, living room, study, bedroom, bar, Coffee shop, etc. Catch everyone's sight.
- It can also be used as birthday gifts, Mother's Day Gifts, Christmas gifts, Valentine's Day gifts, etc. to family, lovers, friends, and colleagues, etc. Imagine when they receive and open the box, it will bring them much surprise!

🛈 **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Assembled Product Weight**
2.87 lb

**Brand**
Leyeet

**Manufacturer Part Number**
LEYI-3164544

**Manufacturer**
Leyeet

More details

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

⚠️ **WARNING:** None



**$105.00**
Levitating Moon Lamp, 3D Printing Spinning Moon Light, Magnetic Floating Lunar Lamp, Touch Control LED Moon Globe Lamps Night Lights Room Decor, Office Desk Tech Gadgets, Unique Gift
Shipping, arrives **in 3+ days**

+ Add

**Now $62.99** ~~$75.00~~
VGAzer Floating Moon Lamp, Magnetic Levitating Moon Lamp 16 Colors 5.9inch Spinning 3D Night Light with for Room Decor Moon Light, Birthday for Kids (16 Colors)
Save with W+
Shipping, arrives **in 2 days**

+ Add



**$75.99**
Magnetic Levitation Moon Lamp，Floating and Rotating, Levitate & Rotate in Air，Cool Desk Decor Gadget，Te
Shipping, arrives **in 3+ days**

+ Add

💬 Report incorrect product information

Customer ratings & reviews

## 2 out of 5

★★☆☆☆ (1 review)

[View all reviews] [Write a review]

5 stars
4 stars
3 stars
2 stars ──────────────────── 1
1 star

**Most relevant**

★★☆☆☆  **Verified Purchase** ⓘ                                          8/7/2024

**Spotty and splotchy glass**

Bulb glass is spotty and splotchy, even after cleaning it. Expected decent quality for the price.

S

👍 0   👎 0   🚩

[View all reviews]

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.

Walmart+

Members save more

Sponsored ⓘ

Report:   ⓘ Report seller   |   ⚠ Report suspected stolen goods (to CA Attorney General)

## Related pages

Shop All Night Lights                              Decorative Night Lights

LED Night Lights                                   Sunset Lamps

Book Lights                                        Dimmable Night Lights

Home  /  Decor  /  Lighting & Light Fixtures  /  Night Lights  /  Shop All Night Lights



**Free shipping, arrives by Mon, Aug 19**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415    Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

**Items details**    Hide details

**Arrives by Mon, Aug 19**    1 item

Sold by Shi Le Yi  |  ⊘ **Pro Seller** ⓘ
Fulfilled by Walmart
Free shipping

Leyeet Levitating Bulb Lamp Magnetic Floating
LED Light Desk Lamp Table lamp Night Light, 360...

**$70.98**

Remove    [ − | 1 | + ]



**Place order for $78.26**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)    $70.98
Shipping    Free
**Estimated taxes**    $7.28

**Estimated total**    $78.26

Have a promo code?    ⌄



💳 **Payment method**

💳 **We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

**VISA** Ending in 3651    $78.26

+ Add new payment    Edit payment

🅂 **one**

**onepay** $15 cash back when you spend $15+    Sign up

💳 Add any credit or debit card & stack cash back



Walmart+ Free 30-day trial

**Try Walmart+ to save with free delivery from stores + so
much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 30 days

📱 **Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



Save with W+

Shipping, arrives **in 2 days**



★★★★½ 9
Save with W+

Shipping, arrives **in 2 days**



★★★★★ 3
Save with W+

Shipping, arrives **in 2 days**

## About this item

### Product details

Product Description
Product Description
Product Name: Magnetic Levitation Bulb
Switch Mode: Touch
Power Information: 12V1A
Light Color: Warm Color
Light Bulb Size: 2.95 x 4.13 inches,  Base Size: 5.90 inches
**Thickened Material: Made from durable, thickened glass material, ensuring long-term companionship and resistance to breakage.**
**Overload Protection: Equipped with circuit overload protection, maintaining stable temperature during suspension for a safe and reliable experience.**
**Energy Saving and Low Consumption:With only about 0.3 kWh of electricity needed for 24 hours of operation. Designed for energy efficiency, this lamp offers both an eco-friendly and cost-effective lighting solution.**
**Worry-free after-sales: If you need any help, please feel free to contact us, we will provide you with the best solution within 24 hours.**

- Levitating Technology：Experience the magic of magnetic levitation with our floating love light bulb. This lamp uses advanced magnetic levitation technology to automatically float and spin in the air without any support or contact, creating a mesmerizing and silent visual effect.
- Wireless Power Transmission：Our levitating light bulb is powered through wireless induction, allowing it to rotate 360 degrees in mid-air. The light is controlled effortlessly with a touch button on the base. In case of a power outage, the bulb securely attaches to the base, ensuring it won't fall.
- Premium Material & Design：Crafted from high-quality natural resin, the base of this lamp boasts a rich wood texture that is lightweight, durable, and resistant to deformation. Love wick design combined with the captivating concept of magnetic levitation, that captivates at first sight.
- Attractive and Decorative：Add a touch of elegance and intrigue to any space with this unique lamp. Perfect for home, office, conference rooms, auditoriums, canteens, and guesthouses, it serves as a stunning conversation piece and a beautiful decoration.
- Perfect Gift Idea：Surprise your loved ones with this one-of-a-kind gift. Ideal for Christmas, birthdays, weddings, anniversaries, and other special occasions, it's perfect for lovers, friends, parents, and kids. Imagine their delight when they unbox this extraordinary lamp.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
YHDZSW

### Warranty

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.



+ Add

**$74.00**

VGAzer 3 Colors Magnetic Levitation Moon Lamp，Floating LED Moon Light，Multi-color Moon Lamp，Rotating Night Light，Levitate & Rotate in Air，Cool Desk Decor Gadget，Tech Gifts for Kids

Shipping, arrives **in 3+ days**



+ Add

**$70.00**

VGAzer Levitating Table Lamp with Wireless Floating Light Bulb, Magnetic Levitation LED Light Desk Lamp,360 Degree Automatic Rotating Night Light , Cool Room Home Office Decor Light , Unique Gift

Shipping, arrives **in 3+ days**



+ Add

**$105.00**

Levitating Moon Lamp, 3D Printing Spinning Moon Light Control LED Moon Globe Lamps Night Lights Room D

Shipping, arrives **in 3+ days**

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ (0 reviews)

### This item does not have any reviews yet

Be the first to write a review

Write a review

▭ Debit with rewards. Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility. Learn more.



Enjoy Celsius Essentials

Sponsored ⓘ

**Report:**    ⓘ Report seller    ⚠ Report suspected stolen goods (to CA Attorney General)

Home / Decor / Lighting & Light Fixtures / Night Lights / Shop All Night Lights



**Free shipping, arrives by Tue, Aug 27**

Steven Howard
1 PPG PL, PITTSBURGH, PA 15222-5415

Edit

**Delivery instructions (optional)**    Add

Add access codes or other necessary information.

### Items details    Hide details

**Arrives by Tue, Aug 27**    1 item

Sold and shipped by YHUANG-USA
Free shipping

AIOZER Magnetic Levitating LED Love Light Bulb Desk Lamp，Reading Light – Floating and Rotatin...

**$58.99**

Remove    — 1 +



**Place order for $65.04**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (1 item)    $58.99
Shipping    Free
**Estimated taxes**    $6.05

**Estimated total**    $65.04

Have a promo code?    ⌄



### Payment method

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA  Ending in 3651    $65.04

+ Add new payment    Edit payment

**one**

onepay  $15 cash back when you spend $15+    Sign up

Add any credit or debit card & stack cash back



Walmart+  Free 90-day trial

**Try Walmart+ to save with free delivery from stores + so much more***

*$35 order min. Restrictions apply.

Try Walmart+ free for 90 days

**Text updates for this order**

☑ **Send to (xxx) xxx-8484**
Send to a different phone number

If you uncheck the box above, you acknowledge that you're only opting out of text updates for this order, unless you save the preference.

Number and frequency of automated texts may vary based on your order. Consent not required for purchase. Message and data rates may apply. By continuing, you agree to our **Mobile Alert Terms**.



- Deep wood grain color, modern and minimalist appearance, with European and American standard power plugs and circuit protection, quiet and noise free. Low power, low power consumption (only 0.1 kWh of electricity in 24 hours), patented, can be used in various occasions：Office, bedroom, living room, study, reception room, Restaurants and cafes suitable for various indoor scenarios. SUPERB QUALITY- The highest quality levitating planter used for a variety of small plants, succulents, air-plant & bonsai tree. They will grow strong and healthy while suspended in mid air. Use an artificial plant as a maintenance free option.

- Operation steps：When this flowerpot happens to be at a point where the magnetic repulsion and the gravity of the flowerpot itself balance, the flowerpot can float above the base. To find a balance, one needs to be patient enough to learn. To ensure proper use, follow the steps below to clear the floor（Please refer to the instruction manual for details. CALMING AND RELAXING- Your worries melt away as you watch your favorite plant smoothly rotate suspended above the magnetic levitation module . Give your home decor or office desk a beautiful and relaxing atmosphere with a hovering flowerpot.

- THE PERFECT GIFT- Levitating planters are perfect for any occasion - Birthdays, Valentine's Day Mother's Day, Baby shower, Father's Day, Christmas, Hanukkiah, Anniversaries, and any other holidays. Cool planters for office, floating pot plant Product specifications and dimensions:25cm*22cm*16cm;Material is ABS;Li Hao:ZL2006100653361;Power adapter: output (12V, 1A), input (110-240V, 50/60Hz);Quality and safety are guaranteed with peace of mid(have Quality inspection certificate,EMC report,LVD report,-FCC report,-RoHS report). Please feel free to purchase with confidence.

- Use Modern design,Creative introduction of high-end alternative - an elegant and unforgettable gift.Relieve stress, relieve stress, and release a good mood. LMingKun focuses on home products( Levitating Plant Pot - Hanging planters for indoor Plants. Levitating Decor for Home & Office Floating plant Pot Floating Planter ). Customer satisfaction s crucial to us. If you encounter any problems during use, or if our products does not meet your standards，please contact us solve. Please rest assured to purchase.

💬 Report an issue with this product or seller

Sponsored ⓘ

## Buy it with

 +  + 

Total price: $106.47

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.

**This item:** Planting Flower Pots, Leveling Plant Pot, Magnetic Activity, Floating Plant Pot,...

$59⁹⁹ ✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspension...

$38⁹⁹

ADIIL 10 Pcs S Hooks for Hanging with Safety Buckle, Heavy Duty Metal S Shaped Closet Hooks f...

$7⁴⁹ ($0.75/Count) ✓prime

Show details

## Discover similar items

More filters | ✓prime ⊖ | + ★★★★ & Up | + $50 - $100 | + Height: Up to 3.9 in | + Width: Up to 9.9 in | + Depth: Up to 9.9 in | + Style: Modern



| 4.6 ★★★★½ 536 | 4.3 ★★★★☆ 26 | 3.9 ★★★★☆ 11 | 4.7 ★★★★★ 27 | 4.6 ★★★★½ 7 | 3.7 ★★★☆☆ 11 | 3.5 ★★★☆☆ 5 |

$19⁹⁹ Typical: $21.99 ✓prime | $19⁹⁹ ✓prime | $14⁵³ ✓prime | $17⁹⁵ | $16⁹⁹ ✓prime | $11⁹⁹ ✓prime | $19⁹⁹ ✓prime

See more like this (×7)

| 4.5 ★★★★½ 15 | 4.8 ★★★★★ 7 | 3.1 ★★★☆☆ 2 | $15⁹⁹ ✓prime | 3.0 ★★★☆☆ 1 |

$41⁹⁰ | $25⁰⁰ ✓prime | $15⁹⁵ | | $38⁰⁹

See more like this (×5)

Show more

## Products related to this item

Sponsored ⓘ

       

Levitating Plant Pot Hexagon Floating Air Bonsai Pot Suspension Flower Pot Planter ...
★★★★½ 175
Amazon's Choice in Planters
$65⁰⁰ ($22.73/count)
✓prime

GUIYING Magnetic Levitating Air Bonsai Flower Pot, 360 Degree Rotation, Black...
★★★★½ 104
Amazon's Choice in Garden Pots
$65⁰⁰
✓prime

Levitating Air Bonsai Pot, Rotation Flower Pot Planters, Magnetic Levitation Suspen...
★★★☆☆ 11
$38⁹⁹

KIYOMING Levitating Floating Plant Pot Planter, Air Bonsai Suspension Flower Pot...
★★★★½ 106
$65⁰⁰
✓prime

Levitating Plant Pots Floating Hanging Planter for Small Plants. Elevate Your Space...
★★★★½ 22
$63⁹⁹
✓prime

Levitating Plant Floating Plant P Small Plants. Le Decor for Ho...
★★★★½ 20
$65⁰⁰
✓prime

## Customers frequently viewed

Sponsored ⓘ | Popular products in the last 7 days

     

Urban Garden Decor with Pots Included, Hanging Planters for Indoor Outdoor...
★★★★★ 2
$39⁹⁹

Metal Plant Hanger,Hanging Planters Indoor Hanging Flower Pots (Black)
★★★★☆ 32
$23⁵⁸
✓prime
Save 10% with coupon

TQVAI 6 Pack Hanging Railing Planter Adjustable Deck Rail Planters, Plant Stand...
★★★★☆ 54
$49⁹⁹
✓prime

Yoiemivy 2 Set Hanging Planter Bar with 4 Hooks - Hanging Planters for Indoor Plant...
★★★★☆ 95
$32⁹⁹ ($16.50/Count)
✓prime

NINIPAPA Smile Face Hanging Swing Chair Planter Pot for Indoor Outdoor Plants, Cute...
★★★★☆ 56
Amazon's Choice in Hanging Planters
$19⁹⁹
✓prime

moonoom 2 Pc Disco Ball Plant Sliver Disco Mir Planter w...
★★★★☆ 32
$18⁹⁹
✓prime

## Product Videos



## Product information

| Material | Acrylonitrile Butadiene Styrene (ABS) |
|---|---|
| Color | Deep Wood Grain |
| Special Feature | Frost Resistant, Fade Resistant, Weather Resistant, maglev, Breathable |
| Style | Modern |
| Planter Form | Plant Pot |
| Shape | Six deformations |
| Indoor/Outdoor Usage | Indoor |
| Mounting Type | Tabletop |
| Plant or Animal Product Type | Suspended flowerpot |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

| Product Dimensions | 8"D x 8"W x 1.16"H |
|---|---|
| Brand | Generic |
| Capacity | 7 ounces |
| Number of Pieces | 1 |
| Pattern | Solid |
| Included Components | no have |
| Theme | Animals, Anime, Christmas, flowerpot, Love, Halloween, Floral, Thanksgiving, Vegetable, Fruits |
| Cartoon Character | Flower pot bonsai |
| Finish Type | smooth |
| Number of Levels | 1 |
| Item Weight | 2.8 Pounds |
| Size | base:195*27.5mm and flowerpot: 98*45mm |
| Item Weight | 2.8 pounds |
| Manufacturer | MingKun |
| ASIN | B0CWDBN3V4 |
| Country of Origin | China |
| Customer Reviews | 1.0 ★☆☆☆☆ ⌄     1 rating<br>1.0 out of 5 stars |
| Best Sellers Rank | #688,916 in Patio, Lawn & Garden<br>(See Top 100 in Patio, Lawn & Garden)<br>#5,311 in Hanging Planters |
| Date First Available | February 24, 2024 |

🔴🔵 **Looking for specific info?**

---

**Product Description**

The floating flowerpot floats and rotates smoothly above the magnetic floating display base. Once the floating plant bracket is gently placed in a unique position in mid air, balance can be achieved. Finding the accurate suspension point requires practice and patience. Please refer to the operating instructions before operation. When placed in commercial settings such as home or office, it will become a conversation clip with friends, family, colleagues, and guests. Planting plants will enjoy 360 degrees of sunlight, helping them thrive. Floating flower pots are very suitable for various small plants, cacti, succulent plants, bonsai trees, and potted air plants What is in the box? ① Hexagon flowpot ② DC transformer (output: 12V, 1A; input: 110-240V-50/60Hz.) ③ Magnetic activity base Kind reminder: -The magnetic levitation base should be installed on a flat surface to avoid the influence of magnets (including iron, metal, or other magnetic objects) on the surface, as they may interfere with the equipment. -Do not use in damp environments. -Remove the magnetic levitation pot before watering, and drain it before reinstalling. SILENT AND FUN- The creative design of our floating plant pots will silently Levitate the plant of your choosing up to 300 grams. Keep the weight evenly distributed to ensure a smooth rotation. Plant not included.

---

## Compare with similar items



This Item          Recommendations

| | **Generic** Planting Flower Pots, Leveling Plant Pot, Magnetic Activity, Floating Plant Pot,... | **KIYOMING** Floating Plant Pot Planter Suspension Air Bonsai Pot Flower Pot Levitating Plant Pot... | **HCNT** Marble Nursery Pot - Floating Planter for Succulents, Indoor Decor, 360° Sunlight... | **GUIYING** Magnetic Levitating Flower Pot Air Bonsai Black Hexagon Suspension Floating... |
|---|---|---|---|---|
| | Add to cart | Add to cart | Add to cart | Add to cart |
| **Price** | $59.99 | -5% $65.00 List: $68.75 | $65.00 | -5% $65.00 List: $68.75 |
| **Delivery** | ✓prime FREE Delivery | ✓prime Overnight by 11:00 AM | ✓prime FREE Delivery | ✓prime FREE Delivery |
| **Customer Ratings** | 1.0 ★☆☆☆☆ 1 | 4.3 ★★★★½ 106 | 4.4 ★★★★½ 14 | 4.3 ★★★★½ 104 |
| **Sold By** | Ming Kun | YOMING | MAGECMOON | KIKORI |
| **Material** | Acrylonitrile Butadiene Styrene (ABS) | Resin, Stone | Marble | Resin |
| **Number Of Pieces** | 1 | 1 | 1 | 1 |
| **Shape** | Six deformations | irregular shape | — | Hexagonal |
| **Mounting Type** | Tabletop | Window Mount, Tabletop, Floor Standing | Tabletop | Inside Mount |
| **Finish Type** | smooth | Marble Lacquered | — | Unfinished |
| **Assembly Required** | X | X | X | X |

## Products related to this item

Sponsored ⓘ

     

| YISUIPU Levitating Floating Hanging Planter for Small Plants, Stunning Home and... | Levitating Plant Pot - Floating Plant Pot for Small Plants. Levitating Decor for Ho... | 6 Pack Plant Pots with Drainage Holes, Include 3 Each of 16/12 inches Flower Pots w... | 10 Inch Ceramic Planter Pot for Indoor Plant Pots, White Large Pots with Drainage H... | Levitating Plant Pot Hexagon Floating Air Bonsai Pot Suspension Flower Pot Planter ... | GUIYING Magn... Levitating Air... Flower Pot, 36... Rotation, Black... |
|---|---|---|---|---|---|
| ★★★★½ 22 | ★★★★½ 20 | ★★★★★ 3 | | ★★★★½ 175 | ★★★★½ 1... |
| $62.99 | $65.00 | $66.49 | $59.99 | Amazon's Choice in Planters | Amazon's Choice in Garden Pots |
| ✓prime | ✓prime | Save 15% with coupon | ✓prime | $65.00 ($22.73/count) | $65.00 |
| | | | Save 20% with coupon | ✓prime | ✓prime |

Shop now

Sponsored ⓘ

## Similar brands on Amazon

Sponsored ⓘ



Hanging Planter 10 Inch, 2 Pack Hanging

LaLaGreen Wall Planters for Indoor Plants

Lifewit Wind

# Customer reviews

⭐☆☆☆☆  1 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

How customer reviews and ratings work ⌄

Sponsored ⓘ

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

Add to cart

Sponsored ⓘ

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help



English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices 

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon prime                    **Secure checkout** ⌄                    

**Delivering to Steven Howard**                                    Change

1 PPG PL, PITTSBURGH, PA, 15222-5415, United States

Add delivery instructions

FREE pickup available nearby ⌄

---

**Paying with Visa 3651**                                    Change

Select a payment plan

Use Chase Ultimate Rewards points ⌄
$75.97 (9,497 points) available
Use a gift card, voucher, or promo code

---

**Arriving Dec 6, 2024**
If you order in the next 14 hours and 24 minutes  Details



Planting Flower Pots, Leveling Plant Pot, Magnetic Activity, Floating Plant Pot, Floating Plant, Hanging Flower Pots, Suspended Flowpot, Planers
**$59.99**
✓prime & FREE Returns ⌄
Ships from Amazon.com
Sold by Ming Kun

**Quantity:** 1  Change

Add gift options

○ **Friday, Dec 6**
FREE Two Day Delivery

○ **Monday, Dec 9**
FREE Amazon Day Delivery
🍃Lower carbon option ⌄

○ **Thursday, Dec 12**
FREE No-Rush Delivery
Get a $1 reward for select digital purchases. One reward per purchase.
Terms

---

**Place your order**

**Place your order**    **Order total: $66.14**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:                        $59.99
Shipping & handling:          $0.00
Estimated tax to be collected: $6.15
**Order total:**             **$66.14**

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. For the 2024 holiday season, most items purchased between November 1 and December 31, 2024 can be returned through January 31, 2025. Apple brand products purchased between November 1 and December 31, 2024 can be returned through January 15, 2025.
See Amazon.com's Returns Policy

Back to cart

---

Back to top



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates



There are many heat dissipation holes on the base to provide a good heat dissipation effect so that it can operate stably for a long time

- Ideal suprise: As the moon is a holy and charming symbol, this moon lamp will be an ideal suprise for family, friends, classmates, neighbors, and children at Christmas, Halloween, graduation, wedding, and anniversary, representing your sincere wishes

- Three Light Colors: This chandelier has white light, warm white light, and yellow light. The white light is bright, the warm white light is romantic and the yellow light is mysterious. You can choose different lights to achieve different lighting effects

› See more product details

💬 Report an issue with this product or seller

Sponsored ⓘ

Sponsored ⓘ

Create a free account

Subtotal
**$0.00**

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

## Buy it with

 +  + 

**This item:** AGULIUM Levitating Moon Lamp 3D Printing LED Magnetic Floating Moon Light...
$52⁹⁹

Squishmallows Original Sanrio 14-Inch Hello Kitty Floral Dress and Bow Plush - Medium-Sized...
$24⁹⁹ ✓prime

Klever Kits 16 Projects Gem Painting, Kids Diamond Gem Painting Kit with 5D Gem, Arts...
$14⁹⁹ ✓prime

Total price: $92.97

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

## Based on your recent views

Sponsored ⓘ









VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LE...
⭐⭐⭐⭐☆ 1,904
$79⁸⁰
✓prime

VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for...
⭐⭐⭐⭐☆ 1,156
$69⁹⁹
✓prime
**Save 5%** with coupon

Magnetic Levitating Moon Lamp with 10W Wireless Phone Charger with Changeable 3 Col...
$109⁹⁹

Magnetic Levitating Moon Lamp Levitation Plastic Black Table LED Night Light Zero-G...
⭐⭐⭐⭐☆ 11
$95⁹⁹
✓prime

Floating Moon Lamp with 3 Color LED Lights, Magnetic Levitating Moon Ball & Wireles...
$94⁹⁹
✓prime

Levitating Moon Lamp Galaxy Lamp 6 inch 18 Colors LED 3D Moon Light, Remote & Touch...
⭐⭐⭐⭐☆ 146
$79⁹⁹
✓prime

Levitating Moon Lamp, Floating and Spinning Moon Lamp 16 Colors LED Lighting Magnet...
⭐⭐⭐⭐☆ 27
$75⁹⁹
✓prime

Subtotal
**$0.00**
[ Go to Cart ]

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

---

## 4 stars and above

Sponsored ⓘ









VGAzer Levitating Moon Lamp, 16 Colors 20 Models Floating Moon Lamp,Floating and Sp...
⭐⭐⭐⭐☆ 1,590
$79⁹⁹
✓prime

UVEHAS Levitating Galaxy Moon Lamp, 16 Colors Magnetic Levitation 3D Printing...
⭐⭐⭐⭐☆ 64
$75⁰⁰
✓prime

VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely with 3D Printing LE...
⭐⭐⭐⭐☆ 1,904
$75⁹⁹
✓prime

Large Crystal Ball 3D Moon Lamp Balkwan, Crystal Lamp 16 Color Changing Night Light...
⭐⭐⭐⭐½ 258
**Amazon's Choice** in Night-Lights
$19⁷⁹
✓prime

Levitating Moon Lamp, 18 Colors 6 in Floating Moon Lamp Magnetic Levitation Spinnin...
⭐⭐⭐⭐½ 497
$109⁹⁹
✓prime
**Save 5%** with coupon

VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for...
⭐⭐⭐⭐☆ 1,156
$69⁹⁹
✓prime
**Save 5%** with coupon

Levitating Moon Lamp Floating and Spinning in Air Freely with 16 Colors LED ...
⭐⭐⭐⭐☆ 907
$75⁰⁰
✓prime

---

## Product information

### Technical Details

| | |
|---|---|
| Finish Type | Metallic |
| Product Dimensions | 5.27"D x 1.1"W x 5.27"H |
| Lamp Type | Mood Light |
| Shade Color | White |
| Shade Material | ABS, PLA |
| Switch Type | Touch |

### Additional Information

| | |
|---|---|
| ASIN | B0D674M9B8 |
| Date First Available | June 5, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

| Brand | AGULIUM |
| Color | White, Imitation Wood Grain |
| Light Source Type | LED |
| Material | ABS, PLA |
| Room Type | Bedroom |
| Included Components | 1 x Magnetic Levitation Base, 1 x 3D Printing Moon Lamp, 1 x Power Adapter, 1 x English User Manual |
| Mounting Type | Tabletop |
| Number of Items | 1 |
| Control Method | Touch |
| Manufacturer | AGULIUM |
| Part Number | 6TUSHCX |
| Country of Origin | China |
| Item model number | 6TUSHCX |
| Finish types | Metallic |

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to **tell us about a lower price?** ⌄

Subtotal
**$0.00**

[ Go to Cart ]

Planting
Flower Pots,
Leveling Plant
Pot,
Magnetic...
was removed
from
Shopping
Cart.

## Product details

**Product Dimensions :** 5.27 x 1.1 x 5.27 inches

**Item model number :** 6TUSHCX

**Date First Available :** June 5, 2024

**Manufacturer :** AGULIUM

**ASIN :** B0D674M9B8

**Country of Origin :** China

## What's in the box

- 1 x Magnetic Levitation Base
- 1 x 3D Printing Moon Lamp
- 1 x Power Adapter
- 1 x English User Manual

## Product Videos



Subtotal
**$0.00**

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

## Product Description

### Details

- Touch Switch: The hidden touch switch on the surface of the base allows you to control the light on/off and light color by gently touching it, which is simple and convenient to operate.

### Application

It is suitable for bedrooms, study rooms, bars, restaurants, etc. It can be placed on desks, bedside tables, tea tables, and tables to create a mysterious atmosphere.

### How to use

1. Place the moon lamp and base on a flat non-metallic surface. Insert the adapter and the other end of the DC power supply into the base.

2. Carefully place the moon lamp directly above the center of the base with both hands and keep it horizontal until you feel the upward magnetic force supporting the moon.

3. Gently release it to keep the moon centered and horizontal.

4. Finally, touch the touch switch on the base to turn on/off the suspended moon lamp

### Specifications

- Material: ABS, PLA
- Color: White, Imitation Wood Grain
- Process: 3D Printing Technology
- Feature: Magnetic Levitation Technology
- Switch Type: Touch Switch
- Input Voltage: AC110-120V
- Output Voltage: 12V 1A

- Power: 3W
- Illuminant Type: LED
- Illuminant Color: White, Warm White, and Yellow
- Levitation Height: 1.5cm/0.59in
- Moon Lamp Diameter: 14cm/5.5in
- Base Size: 13.4x13.4x2.8cm/5.27x5.27x1.1in

**Package Included**

- 1 x Magnetic Levitation Base
- 1 x 3D Printing Moon Lamp
- 1 x Power Adapter
- 1 x English User Manual

**Notes**

Please note that the base can only be placed on the non-metallic table

Subtotal
$0.00

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | AGULIUM Levitating Moon Lamp 3D Printing LED Magnetic Floating Moon Light Magnetic Floating Moon Lamp Moon Nigh... | BRIGHTWORLD Moon Lamp Galaxy Lamp 5.9 inch 16 Colors 3D Moon Light, Remote & Touch Control Moon Night Ligh... | VGAzer Levitating Moon Lamp,Floating and Spinning in Air Freely 16 Colors 20 Models with Gradually Changing LED Lights for... | Flagest Floating Moon Lamp 16 Colors Adjustable Brightness Levitating Moon Lamp with Remote Control, Room Desk... |
| |  Add to cart | Add to cart | Add to cart | Add to cart |
| **Price** | $52⁹⁹ | $23⁹⁹ | $75⁹⁹ | -10% $67⁵⁰ Typical price: $75.00 |
| **Delivery** | — | ✓prime Today by 3:00 PM | ✓prime FREE Delivery | ✓prime FREE Delivery |
| **Customer Ratings** | — | 4.5 ★★★★½ 30,209 | 4.3 ★★★★½ 1,160 | 4.1 ★★★★☆ 37 |
| **Sold By** | GVDOMAP | DaFang | VGAzer Tech | Flagest |
| **Style** | — | Wooden Base | Art Deco | Christmas, holiday item, cool gadgets |
| **Light Source Type** | LED | LED | LED | LED |
| **Material** | ABS, PLA | ABS/PVS | ABS+PLA | Acrylonitrile Butadiene Styrene |
| **Power Source** | — | Battery Powered | Battery Powered | Corded Electric |
| **Light Sources** | — | 1 | 6 | 3 |
| **Shade Material** | ABS, PLA | Plastic | — | abs,wood |

| Wattage | — | 1.5 watts | 3 watts | 12 watts |
|---|---|---|---|---|
| Base Material | — | Wooden | — | abs,wood |
| Finish Type | Metallic | Metal | — | imitation wood |
| Switch Type | Touch | Touch/Remote | magnetic,touch control | Touch |
| Installation | — | — | Decor | Freestanding |

Subtotal
**$0.00**

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

## Related products with free delivery

Sponsored ⓘ



Levitating Moon Lamp, 18 Colors Floating and Spinning in Air Freely Magnetic Moon L...
★★★★☆ 60
$89.99
✓prime



Magnetic Levitating Moon Lamp - Floating and Spinning 3D Galaxy Moon Night Lights R...
★★★★☆ 64
$75.00
✓prime



VGAzer Magnetic Levitating Floating Wireless LED Light Bulb Desk Lamp for Unique...
★★★★½ 504
$69.99
✓prime



SFOUR Galaxy Night Light Projector, Astronaut Starry Nebula Ceiling LED Lamp with...
★★★★½ 3,144
Amazon's Choice in Night-Lights
$39.99
✓prime



Floating Moon Lamp with 3 Color LED Lights, Magnetic Levitating Moon Ball & Wireles...
$94.99
✓prime



VGAzer Moon Lamp 3D Printing Magnetic Levitating Moon Light Lamps for...
★★★★☆ 1,156
$69.99
✓prime
Save 5% with coupon



Levitating Moon Lamp, 18 Colors 6 in Floating Moon Lamp Magnetic Levitation Spinnin...
★★★★½ 497
$109.99
✓prime
Save 5% with coupon

Sponsored ⓘ

🔴 **Looking for specific info?**

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

Sponsored ⓘ

Subtotal
**$0.00**

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

**No customer reviews**



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Subtotal
$0.00

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic... was removed from Shopping Cart.

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |



Real-Time
Crime
& Safety
Alerts

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

Subtotal
$0.00

Go to Cart

Planting Flower Pots, Leveling Plant Pot, Magnetic...
was removed from Shopping Cart.

 

# Checkout (1 item)

## 1  Shipping address

Steven Howard
1 PPG PL
PITTSBURGH, PA 15222-5415
Add delivery instructions

Change

## 2  Payment method

Paying with Visa 3651

Billing address: Same as shipping address.

**Add a gift card or promotion code or voucher** ^

[Enter code]  Apply

Use Chase Ultimate Rewards points ⌄
$75.97 (9,497 points) available

Change

## 3  Review items and shipping

**Arriving Dec 12, 2024**
Items shipped from GVDOMAP



**AGULIUM Levitating Moon Lamp 3D Printing LED Magnetic Floating Moon Light Magnetic Floating Moon Lamp Moon Night Light for Women Kids, Valentine suprises, Best Birthday suprises, 3 Colors**
**$52.99**
Qty: 1 ⌄
Sold by: GVDOMAP
Not eligible for Amazon Prime
(Learn more)

Gift options not available

**Choose a delivery option:**
◉ **Thursday, Dec 12**
$10.01 - Delivery

---

**Place your order**

**Order total: $68.43**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

### Order Summary

| | |
|---|---|
| Items: | $52.99 |
| Shipping & handling: | $10.01 |
| Total before tax: | $63.00 |
| Estimated tax to be collected:* | $5.43 |

**Order total:**  **$68.43**

**Chase Pay Over Time® Plan:** Pay a total amount due of **$70.77** inclusive of interest that is **$11.80/mo (6 mo) at 11.99% promo APR** with your eligible Chase Credit Card. Click checkbox to see terms.

How are shipping costs calculated?
Why didn't I qualify for Prime Shipping?

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.