Generated: Jan 31, 2025 12:10PM                                                                                                       Page 1/1

# U.S. District Court

## Pennsylvania Western - Johnstown

Receipt Date: Jan 31, 2025 12:10PM

GE LEI
203 NORTH LASALLE STREET
SUITE 2100
CHICAGO, IL 60601

Rcpt. No: 300000584                Trans. Date: Jan 31, 2025 12:10PM                Cashier ID: #BS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DPAW225CV000144<br>**FBO**: XIAOBING WANG and LIANGQING LI | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.