IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOBING WANG AND LIANGQING LI,<br><br>            Plaintiffs,<br><br>   v.<br><br>GUA JIE, *ET AL.*,<br><br>            Defendants. | Civil Case No.: 2:25-cv-00144<br><br>JURY TRIAL DEMANDED<br><br>FILED UNDER SEAL |

**PLAINTIFFS' *EX PARTE* MOTION FOR (1) ENTRY OF TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION AND TEMPORARY ASSET RESTRAINT, (2) EXPEDITED DISCOVERY ORDER, and (3) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Plaintiffs, Xiaobing Wang and Liangqing Li ("Plaintiffs"), respectfully requests this Court to enter: (1) an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products and a temporary asset restraint; (2) an expedited discovery order; and (3) an order to show cause why a preliminary injunction should not issue. The reasons for such are set forth in the concurrently filed Memorandum of Law in Support.

A Proposed Order is concurrently filed.

DATED January 31, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

1

2

*ATTORNEY FOR PLAINTIFFS*