**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XIAOBING WANG AND LIANGQING LI,**<br><br>Plaintiffs,<br><br>v.<br><br>**GUA JIE, *ET AL*.,**<br><br>Defendants. | Civil Case No.: 2:25-cv-00144<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER FOR AUTHORIZATION TO PERFORM ELECTRONIC SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(3)**

Having considered Plaintiffs Xiaobing Wang and Liangqing Li's ("Plaintiffs") Motion For Authorization To Perform Electronic Service Of Process Under Fed. R. Civ. P. 4(f)(3), it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that, Plaintiffs are authorized to make alternative service of the summonses, the Complaint, discovery, and all other future filings by Plaintiff in this matter upon each Defendant in this action by electronic means as follows:

1. Via email, with the relevant documents as described above attached thereto, to each Defendant through the contact email address(es) identified by the third party online commerce platforms discovery, which are associated with each Defendant in conjunction with their respective Seller Alias; or
2. Via website publication by providing access to copies of the publicly-available documents filed, and discovery served, in this action on a designated website, and providing the link thereto to Defendants via email to each Defendant through the contact

email address(es) identified by the third party online commerce platforms discovery, which are associated with each Defendant in conjunction with their respective Seller Alias.

SO ORDERED.

SIGNED this ______ day of ________________, 2025.

Pittsburgh, Pennsylvania.

________________________________

UNITED STATES DISTRICT JUDGE