AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| XIAOBING WANG et al. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-144 |
| GUA JIE et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GUA JIE et al and all other Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Ge Lei  
Getech Law LLC  
203 N LaSalle ST  
Ste 2100  
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

02/05/2025  
Date

*Karen Sawdy*  
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-144

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GUA JIE et al and all other Defendants identified in the Complaint was received by me on *(date)* February 11, 2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I, or someone acting under my direction, sent an email to the email addresses provided for Defendants by the third parties, with the Complaint and exhibits thereto, and Summons.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 11, 2025

*Ge (Linda) Lei*
Server's signature

Ge (Linda) Lei, Attorney of Record
Printed name and title

203 N LaSalle St., Suite 2100, Chicago IL 60601
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset