**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XIAOBING WANG AND LIANGQING LI,** | |
| Plaintiffs, | Civil Case No.: 2:25-cv-00144 |
| v. | Honorable William S. Stickman IV |
| **GUA JIE,** *ET AL.*, | JURY TRIAL DEMANDED |
| Defendants. | |

## DECLARATION OF GE (LINDA) LEI

I, Ge (Linda) Lei, of the City of Chicago, in the State of Illinois, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Western District of Pennsylvania. I am the attorney for Plaintiffs. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

    a.  I, or someone acting under my direction, caused the complaint, and accompanying documents thereof, and the summons in this action to be served on Defaulting Defendants (as defined in the accompanying Request) on February 11, 2025 (ECF 16).

    b.  The time within which Defaulting Defendants may answer or otherwise plead in response to the complaint has expired (ECF 16).

1

2

c.  I hereby certify that the Defaulting Defendants have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2025 in Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei

2