**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XIAOBING WANG AND LIANGQING LI,**<br><br>Plaintiffs,<br><br>v.<br><br>**GUA JIE,** *ET AL.***,**<br><br>Defendants. | Civil Case No.: 2:25-cv-00144<br><br>Honorable William S. Stickman IV<br><br>JURY TRIAL DEMANDED |

## <u>PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT ORDER AND PERMANENT INJUNCTION</u>

Plaintiffs, Xiaobing Wang and Liangqing Li ("Plaintiffs"), respectfully move this Court to enter a default judgment order and permanent injunction against the Defendants identified in Schedule A to the Complaint who have failed to respond or otherwise plead or have not been dismissed ("Defaulting Defendants", as entered by the Clerk (ECF 58)), pursuant to Federal Rule of Civil Procedure 55(b).

Plaintiffs respectfully request the following relief from this Court: (a) a permanent injunction against Defaulting Defendants, in similar scope to the already entered TRO (ECF 11) and PI (ECF 19), and (b) compensatory damages in the amount of $150,000.00 per Defaulting Defendant.

A Proposed Order is concurrently filed.

DATED March 19, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,

2

Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFFS*